ECF ORIGINAL

FILED
JUN 1 7 2003
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

UNIVERSAL CONSTRUCTION, INC., )
Plaintiff, ) No. ______________
v. )
THE UNITED STATES, ) 03-1502C
Defendant. )

**COMPLAINT**

I. JURISDICTION

1. This Court has jurisdiction over the subject matter of this action and the parties pursuant to 28 U.S.C. § 1491, *et seq.* and 41 U.S.C. § 601, *et seq.*

II. PARTIES

2. The plaintiff is Universal Construction, Inc., an Idaho corporation.

3. The defendant is the United States of America, acting by and through officials representing the United States Department of Transportation, Federal Highway Administration, Western Federal Lands Highway Division.

III. FACTS

4. Prior hereto plaintiff and defendant entered into a Construction Contract relative to civil and related construction work on a project known as Camas NWR Complex (ID RRP CAMA 101(1), Contract No. DTFH70-01-C-00034).

5. Prior hereto plaintiff submitted three claims seeking additional compensation with respect to a differing site condition encountered in the Government designated borrow source, changes due to Government directed changes in the performance of the work and delays which were the responsibility of the Government

during the start of construction. Plaintiff submitted a monetary claim in the amount of $641,950.15 with a contract time extension request of 181 calendar days.

6. Notwithstanding plaintiff's claim, defendant terminated for default plaintiff's right to complete the work, reprocured to third parties for completion of the work and issued its Contracting Officer's Decision dated June 20, 2002 in which it denied all claims both for monetary and contract time relief. Prerequisite jurisdictional matters with respect to the filing of this Complaint and with respect to the claims asserted in this Complaint have been met.

## COUNT I

(Damages)

7. Incorporate by reference the allegations set forth heretofore.

8. Plaintiff is entitled to the fair and reasonable costs which it incurred as a result of the differing site condition, changes directed by the Government and delays of the Government during the start of construction in an amount not less than $641,950.15, together with an appropriate contract time extension of 181 calendar days.

## COUNT II

(Declaratory Relief)

9. Incorporate by reference the allegations set forth heretofore.

///

///

10. Plaintiff is entitled to declaratory relief, declaring the rights and obligations of the parties with respect to plaintiff's claims both with respect to additional compensation and additional contract time and is further entitled to a declaration that defendant's termination for default should be converted to a convenience termination with the appropriate relief to which plaintiff would otherwise be entitled in a Contracting Officer's termination for convenience, including all costs reasonably incurred for which compensation has not yet been received, together with an appropriate declaration of the additional time to which plaintiff would otherwise be entitled.

WHEREFORE, plaintiff requests this Court to:

1. Enter an award in favor of plaintiff for its costs incurred in connection with the claims previously asserted for a differing site condition, changes due to Government directed changes and the Government's delay in the start of construction in an amount not less than $641,950.15, together with interest, costs and a contract time extension of 181 calendar days.

2. Declare the rights and obligations of the parties and, in particular, the Government's responsibility to convert its default termination to a convenience termination with the associated reasonable costs, interest and time accorded to plaintiff.

///

///

///

///

///

3. Such other and further relief as may be deemed just and proper by this Court.

DATED: June 12, 2003.

John Spencer Stewart
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Fax: (503) 227-5028

Of Counsel:

Robert B. Coleman
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Fax: (503) 223-5706

W:\WORK\KAG\Ins Co of West\Universal Construction\Universal.Complaint.US Crt Fed Claims.wpd