ORIGINAL

RECEIVED & FILED
JUN 17 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# ECF In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Universal Construction, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] John Spencer Stewart

Firm Name: Stewart Sokol & Gray, LLC

03-1502C

Post Office Box:

Street Address: 2300 SW First Avenue, Ste. 200

City-State-Zip: Portland, OR 97201-5047

Telephone & Facsimile Numbers: (503) 221-0699 / (503) 227-5028

E-mail address: jstewart@lawssg.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: T R N

**See attached Sheet for three digit code.**

Amount Claimed: $ 641,950.15

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003