IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNIVERSAL CONSTRUCTION, INC., Plaintiffs, | ) | |
| v. | ) | No. 03-1502C ( Senior Judge Smith ) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S ANSWER

For its answer to the complaint, defendant admits, denies, and alleges as follows:

1. The allegations contained in paragraph 1 constitute conclusions of law, to which no answer is required; to the extent that they may be deemed allegations of fact, they are denied.

2. Admits the allegation contained in paragraph 2 that plaintiff is Universal Construction, Inc.; denies the allegation contained in paragraph 2 that plaintiff is an Idaho corporation for lack of knowledge or information sufficient to form a belief as to its truth.

3. Admits.

4. Admits.

5. Admits the allegation contained in paragraph 5 that plaintiff submitted three claims and the allegations regarding the substance of those claims only to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies those allegations. The remaining allegations contained in paragraph 5 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

6. Admits the allegations contained in the first sentence of paragraph 6 that "defendant terminated for default plaintiff's right to complete the work, reprocured to third parties for completion of the work and issued its Contracting Officer's Decision dated June 20, 2002"; admits the remaining allegations contained in the first sentence of paragraph 6 to the extent supported by the Contracting Officer's Decision cited, which is the best evidence of its contents; otherwise denies the remaining allegations contained in the first sentence of paragraph 6. The allegations contained in the second sentence of paragraph 6 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

Count I

7. Defendant's responses to paragraphs 1 through 6 of the complaint are incorporated by reference.

8. Denies.

Count II

9. Defendant's responses to paragraphs 1 through 8 of the complaint are incorporated by reference.

10. Denies.

11. Denies each and every allegation not previously admitted or otherwise qualified.

12. Denies that plaintiff is entitled to the relief requested in its prayers for relief or to any relief whatsoever.

WHEREFORE, defendant requests that this Court enter judgment in favor of the defendant, deny all relief sought by plaintiff, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/James M. Meister
JAMES M. MEISTER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel: (202) 305-3079

OF COUNSEL:

TIMOTHY J. BINDER, ESQ.
Division Counsel
Western Federal Lands Highway Division

Date: August 18, 2003

CERTIFICATE OF FILING

I hereby certify that on this 18th day of August, 2003, a copy of the foregoing DEFENDANT'S ANSWER was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/James M. Meister