IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNIVERSAL CONSTRUCTION, INC., Plaintiff, | ) | No. 03-1502C |
| v. | ) | ( Sr. Judge Smith ) |
| THE UNITED STATES, Defendant. | ) | |

**JOINT MOTION TO CONSOLIDATE**

Plaintiff, Universal Construction, Inc. ("Universal"), and defendant, the United States, hereby respectfully move to consolidate the directly-related action of Universal Construction, Inc. v. United States, No. 03-2370C (Judge Smith, filed October 16, 2003), with this action.

This action involves disputes relating to and arising during the construction of a project known as Camas NWR Complex (ID RRP CAMA 101(1), Contract No. DTFH70-01-C-00034) (the "contract"), issued by the United States Department of Transportation, Federal Highway Administration, Western Federal Lands Highway Division (the "DOT"). DOT awarded the contract to Universal. DOT denied Universal's claim for additional time and compensation, and terminated Universal for default. DOT reprocured to Desert Sage Contractors, Inc. ("Desert Sage") for completion of the contract work. On October 8, 2003, the DOT assessed reprocurement costs and liquidated damages against Universal totaling $277,120.15.

On June 17, 2003, Universal initiated this action, requesting compensation for damages as a result of differing site conditions, and Government changes and delays in an amount not less than $641,950.15, along with a contract time extension of 181 calendar days. Universal also seeks declaratory relief including conversion of the termination for default into a termination for convenience.

Subsequently, on October 16, 2003, following DOT's assessment of reprocurement costs and liquidated damages, Universal initiated another action as described above, i.e., Universal Construction, Inc. v. United States, No. 03-2370C (Sr. Judge Smith). In that action, Universal seeks the additional relief that defendant is not entitled to recovery of its assessed liquidated damages and reprocurement costs. Defendant answered this complaint and filed a counterclaim on December 15, 2003, seeking to recover $277,120.12. Universal answered defendant's counterclaim on January 5, 2003.

Pursuant to Rule 42(a) of the Rules of the United States Court of Federal Claims, the parties respectfully request that this second action, Case No. 03-2370C, be consolidated with the present action, Case No. 03-1502C, because both actions involve the same contract, the same parties, the same witnesses, and many of the same facts. See Pl's. Notice of Directly Related Case, filed October 16, 2003, in Case No. 03-2370C. Consolidation of the cases will likely conserve judicial resources and promote an efficient determination of the actions. See Karuk Tribe of Cal. v. United States, 27 Fed. Cl. 429, 433 (1993). Based upon discussions between counsel for the parties, the parties agree that consolidation is in the best interest of the parties and witnesses.

The parties, pending the Court's action on this motion to consolidate, are filing their joint preliminary status report in Case No. 03-2370C. In that preliminary status report, the parties propose that the pre-trial discovery and motion practice schedule of that action be made the same as the schedule of this action. Discovery in this case has commenced and, at present, the parties do not anticipate that consolidation of these cases will require additional time for discovery. The parties also do not believe that additional or different opportunities for alternative dispute

resolution or settlement arise because of the second action, or because of their proposed consolidation.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/John Spencer Stewart
JOHN SPENCER STEWART, ESQ.
ROBERT B. COLEMAN
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Tel: 503) 221-0699
Attorneys for Plaintiff

s/James M. Meister
JAMES M. MEISTER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: 202-305-3079

Of Counsel:
TIMOTHY J. BINDER, ESQ.
Division Counsel
Western Federal Lands Highway Divsion

February 5, 2004