# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | |
| UNIVERSAL CONSTRUCTION, INC., | |
| *Plaintiff,* | No. 03-1502C (and 03-2370C, consolidated herein) |
| v. | Filed: February 26, 2004 |
| THE UNITED STATES, | Senior Judge Smith |
| *Defendant.* | |
| * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

The Court hereby GRANTS the parties' Joint Motion to Consolidate *Universal Construction, Inc. v. United States*, No. 03-1502C, with *Universal Construction, Inc. v. United States*, No. 03-2370C. The Court hereby ADOPTS the following discovery plan proposed by the parties in the Joint Status Report filed in Case No. 03-1502C on October 6, 2003:

a. Document discovery shall be completed not later than March 15, 2004.
b. Depositions, except for those of expert witnesses, shall be completed not later than May 15, 2004.
c. Expert reports shall be disclosed on or before June 15, 2004.
d. Depositions of experts shall be completed not later than July 30, 2004.
e. Dispositive motions, if any, shall be filed not later than August 31, 2004.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH,
Senior Judge