IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNIVERSAL CONSTRUCTION, INC., Plaintiff, | ) | No. 03-2370C |
| v. | ) | ( Sr. Judge Smith ) |
| THE UNITED STATES, Defendant. | ) | |

**STIPULATED REQUEST FOR ENLARGEMENT OF TIME FOR DISCOVERY**

Plaintiff, Universal Construction, Inc. ("Universal") requests that the Court enter an order enlarging the time for discovery and motions practice as set forth below. This request is not made jointly to avoid logistical problems of obtaining the signature of defendant's counsel, but defendant's counsel has authorized plaintiff's counsel to represent that it joins in, consents to, and stipulates to the enlargement requested.

Although counsel have been cooperative, their conflicting schedules have slowed document review and production, which makes additional time to prepare for depositions and to prepare potential dispositive motions necessary as well.

**PROPOSED DISCOVERY PLAN**

The parties originally proposed and the Court originally ordered the following discovery plan:

a. Document discovery shall be completed not later than March 15, 2004;

b. Depositions, except for those of expert witnesses, shall be completed not later than May 15, 2004;

c. Expert reports shall be disclosed on or before June 15, 2004;

d. Depositions of experts shall be completed not later than July 30, 2004; and

e. Dispositive motions, if any, shall be filed not later than August 31, 2004.

**PROPOSED NEW DISCOVERY PLAN**

Plaintiff requests, and defendant consents, that the Court order that the dates of the original proposed discovery plan be enlarged as follows:

a. Document discovery shall be completed not later than May 17, 2004 (enlarged from March 15, 2004);

b. Depositions, except for those of expert witnesses, shall be completed not later than July 19, 2004 (enlarged from May 15, 2004);

c. Expert reports shall be disclosed on or before August 17, 2004 (enlarged from June 15, 2004);

d. Depositions of experts shall be completed not later than September 24, 2004 (enlarged from July 30, 2004); and

e. Dispositive motions, if any, shall be filed not later than October 26, 2004 (enlarged from August 31, 2004).

///

///

///

///

///

///

///

The parties believe that this discovery plan will allow sufficient time to conduct orderly discovery in this case, and to explore settlement negotiations and/or ADR, if appropriate.

Respectfully submitted,

s/ Robert B. Coleman
JOHN SPENCER STEWART, ESQ.
ROBERT B. COLEMAN
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047

Tel: 503) 221-0699
Attorneys for Plaintiff

March 15, 2004

CERTIFICATE OF FILING

I hereby certify that on this 15th day of March, 2004, a copy of the foregoing STIPULATED REQUEST FOR AN ENLARGEMENT OF TIME FOR DISCOVERY was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert B. Coleman