# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *

UNIVERSAL CONSTRUCTION, INC., *

*Plaintiff,* *

v. *

THE UNITED STATES, *

*Defendant.* *

* * * * * * * * * * * * * * * * * * * * * * *

No. 03-1502C
Filed: March 15, 2004

Senior Judge Smith

**ORDER**

The Court hereby GRANTS Plaintiff's Request for Enlargement of Time for Discovery, filed with this Court on March 15, 2004. It is the Court's understanding that the Defendant concurs with this request.

The revised schedule for discovery shall be as follows:

1. Document discovery shall be completed not later than May 17, 2004;
2. Depositions, except for those of expert witnesses, shall be completed not later than July 19, 2004;
3. Expert reports shall be disclosed on or before August 17, 2004;
4. Depositions of experts shall be completed not later than September 24, 2004; and
5. Dispositive motions, if any, shall be filed not later than October 26, 2004.

**It is so ORDERED.**

s/ LOREN A. SMITH,
Senior Judge