IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNIVERSAL CONSTRUCTION, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-1502C<br>Consolidated With<br>No. 03-2370C<br>(Judge Loren A. Smith) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Michael O'Connell as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Michael O'Connell
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.

s/ Michael O'Connell
MICHAEL N. O'CONNELL
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-0277
Fax: (202) 514-8624

May 27, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May 2004, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

John Spencer Stewart
Stewart Sokol & Gray, LLC
2300 SW First Avenue
Suite 200
Portland, OR 97201-5047

s/ Michael N. O'Connell