IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNIVERSAL CONSTRUCTION, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-1502C |
| v. | ) | Consolidated With |
| | ) | No. 03-2370C |
| | ) | (Judge Smith) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a two-month enlargement of time to complete discovery and file dispositive motions. On June 23, 2004, defendant's counsel spoke with John Spencer Stewart, counsel for plaintiff, who stated that plaintiff does not oppose this motion. This is defendant's first request for an enlargement of time for this purpose.

Defendant requests this enlargement of time because the parties have scheduled a conference to discuss a resolution of this matter on August 5, 2004, in Vancouver, Washington. Defendant believes that it will be in the best interests of both parties to concentrate their efforts on seeking a resolution of this matter through the scheduled conference before the parties conduct further discovery.

Defendant, therefore, requests the following enlargements to the current deadlines:

Non-expert depositions, from July 19, 2004 to September 20, 2004;

Expert reports, from August 17, 2004 to October 18, 2004;

Expert depositions, from September 24, 2004 to December 3, 2004; and

Dispositive motions, from October 26, 2004 to January 7, 2005.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C., 20530
Tele: (202) 307-0282
Fax. (202) 514-8624

OF COUNSEL:
Timothy J. Binder
Division Counsel
Department of Transportation
Federal Highway Administration
Western Federal Lands
Highway Division
610 East Fifth Street
Vancouver, WA

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June 2004, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

John Spencer Stewart
Stewart Sokol & Gray, LLC
2300 SW First Avenue
Suite 200
Portland, OR 97201-5047

s/ Michael N. O'Connell