# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *
UNIVERSAL CONSTRUCTION, INC., *
*Plaintiff,* *
v. *
THE UNITED STATES, *
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * * *

No. 03-1502C
Filed: March 15, 2004

Senior Judge Smith

**ORDER**

The Court hereby GRANTS Defendant's Unopposed Motion for an Enlargement of Time, filed with this Court on June 23, 2004. Depositions, except those of expert witnesses, shall be completed no later than September 20, 2004. Expert reports shall be disclosed no later than October 18, 2004. Depositions of experts shall be completed no later than December 3, 2004. Dispositive motions shall be filed no later than January 7, 2005.

**It is so ORDERED.**

s/ LOREN A. SMITH,
Senior Judge