IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNIVERSAL CONSTRUCTION, INC., Plaintiff, | ) | No. 03-1502C |
| v. | ) | ( Sr. Judge Smith ) |
| THE UNITED STATES, Defendant. | ) | |

**CERTIFICATE OF RCFC 37 COMPLIANCE**

Counsel for plaintiff Universal Construction, Inc. ("Universal") certifies that the parties have made a good faith effort, pursuant to Rule 37(a)(2) of the Rules of the United States Court of Federal Claims ("RCFC"), through correspondence and telephone conferences to resolve the dispute without Court action, but have been unable to do so. Plaintiff requests an Order compelling defendant, the United States to fully produce - in an expedited fashion - all non-privileged documents responsive to Universal's First Request for Production in compliance with RCFC 34(b).

**STATEMENT OF QUESTION INVOLVED**

Is Universal entitled to an order compelling the production of discoverable and non-privileged documents withheld by the United States?

**MOTION**

Pursuant to RCFC 37, Universal respectfully moves the Court for an Order compelling the United States to fully produce - in an expedited fashion - all documents not already produced but responsive to Universal's First Request for Production.

/ / /

/ / /

This Motion is supported by the Affidavit of Thomas A. Larkin and Exhibits thereto and the Memorandum of Law filed herewith.

Respectfully submitted,

**s/ Robert B. Coleman**
JOHN SPENCER STEWART
THOMAS A. LARKIN
ROBERT B. COLEMAN
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Tel: 503) 221-0699
Attorneys for Plaintiff

July 22, 2004.

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of July, 2004, a copy of the foregoing MOTION FOR ORDER COMPELLING PRODUCTION OF DOCUMENTS was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/ Robert B. Coleman**