# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *
UNIVERSAL CONSTRUCTION, INC., *

*Plaintiff,* *

v. *

THE UNITED STATES, *

*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * * *

No. 03-1502C
Filed: March 15, 2004

Senior Judge Smith

**ORDER**

The Court hereby GRANTS Defendant's Unopposed Motion for an Enlargement of Time, filed with this Court on July 30, 2004. Defendant shall file a Response to Plaintiff's Motion to Compel Production no later than August 23, 2004.

**It is so ORDERED.**

Loren A. Smith
s/ LOREN A. SMITH,
Senior Judge