# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *

UNIVERSAL CONSTRUCTION, INC., *

*Plaintiff,* *

v. *

THE UNITED STATES, *

*Defendant.* *

* * * * * * * * * * * * * * * * * * * * * * *

No. 03-1502C
Filed: August 25, 2004

Senior Judge Smith

**ORDER**

The Court hereby GRANTS Defendant's Unopposed Motion for an Enlargement of Time to respond to Plaintiff's Motion to Compel Production of Documents. Defendant shall have until September 7, 2004 to respond.

**It is so ORDERED.**

Loren A. Smith
s/ LOREN A. SMITH,
Senior Judge