IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNIVERSAL CONSTRUCTION, INC., Plaintiff, | ) | No. 03-1502C |
| v. | ) | ( Sr. Judge Smith ) |
| THE UNITED STATES, Defendant. | ) | |

**<u>Notice Striking the Pending Motion to Compel</u>**

On or about July 22, 2004, Plaintiff Universal Construction, Inc. ("Universal") filed a Motion for Order Compelling Production of Documents (the "Motion"). The Motion is now pending before the Court. Subsequently, Universal and Defendant, the United States, resolved the discovery dispute, rendering the Motion moot. For the foregoing reason, Universal respectfully requests the removal of the pending Motion from the Court's docket.

Respectfully submitted,

**s/ Robert B. Coleman**
JOHN SPENCER STEWART
THOMAS A. LARKIN
ROBERT B. COLEMAN
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Tel: 503) 221-0699
Attorneys for Plaintiff

September 2, 2004.

CERTIFICATE OF FILING

I hereby certify that on this 2nd day of September, 2004, a copy of the foregoing NOTICE OF REMOVAL OF THE PENDING MOTION TO COMPEL was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/ Robert B. Coleman**