IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNIVERSAL CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-1502C |
| v. | ) | Consolidated With |
| | ) | No. 03-2370C |
| THE UNITED STATES, | ) | (Sr. Judge Smith) |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claim, plaintiff, Universal Construction, Inc. respectfully requests an enlargement of time to complete discovery and file dispositive motions. On September 20, 2004, plaintiff's counsel spoke Michael N. O'Connell, counsel for defendants, who stated that defendant does not oppose, but, rather, also requests that this motion be granted. This request is not made jointly to avoid the logistical problems of obtaining the signature of defendant's counsel.

Both plaintiff and defendant previously requested an enlargement of time for discovery on March 15, 2004. Defendant requested an additional enlargement of time that plaintiff did not oppose on June 23, 2004, in order that the parties could participate in a settlement conference. The settlement conference was not successful, requiring the parties and the counsel to re-arrange their schedules to complete discovery. Although the parties and counsel have been cooperative, additional time for discovery is required.

**CURRENT DISCOVERY PLAN**

As requested by defendant in its June 23, 2004 motion for an enlargement, the current discovery plan and order requires that:

a. Non-expert depositions be completed by September 20, 2004;

///

b. Expert reports be completed and disclosed by October 18, 2004;

c. Expert depositions be completed by December 3, 2004; and

d. Dispositive motions, if any, be filed not later than January 7, 2005.

**PROPOSED NEW DISCOVERY PLAN**

Plaintiff requests, and defendant consents, that the Court order that the dates of the current discovery plan be enlarged as follows:

a. Non-expert depositions shall be completed not later than January 10, 2005 (enlarged from September 20, 2004);

b. Expert reports shall be completed and disclosed not later than February 7, 2005 (enlarged from October 18, 2004);

c. Expert depositions shall be completed by March 28, 2005 (enlarged from December 3, 2004); and

d. Dispositive motions, if any shall be filed not later than April 25, 2005 (enlarged from January 7, 2005).

///

///

///

///

///

///

///

///

///

///

The parties believe that this discovery plan will allow sufficient time to conduct orderly discovery in this case, and to explore additional settlement negotiations and/or ADR, if appropriate.

Respectfully submitted,

**s/ Robert B. Coleman**

JOHN SPENCER STEWART
THOMAS A. LARKIN
ROBERT B. COLEMAN
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Tel: 503) 221-0699
Attorneys for Plaintiff

September 20, 2004.

CERTIFICATE OF FILING

I hereby certify that on this 20th day of September, 2004, a copy of the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/ Robert B. Coleman**