IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNIVERSAL CONSTRUCTION, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-1502C |
| v. | ) | Consolidated With |
| | ) | No. 03-2370C |
| | ) | (Judge Smith) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time from January 10, 2005 until March 28, 2005 to take the deposition of Materials Testing & Inspection ("MTI"), which performed certain work on the project at issue for Universal Construction, Inc. ("Universal"). The current deposition deadlines are January 10, 2005 for fact witnesses and March 28, 2005 for expert witnesses. Defendant's counsel has spoken with Thomas Larkin, counsel for Universal, who stated that Universal does not oppose this motion. This is defendant's second request for an enlargement of time for the purpose of extending the discovery deadlines. The previous enlargement was two months for all discovery deadlines.

Defendant requests this enlargement of time because Universal has stated that it may retain MTI as an expert witness. It would, therefore, be appropriate to conduct only one deposition of MTI. If Universal does not retain MTI as an

expert, defendant would like to conserve resources by conducting MTI's deposition on the same trip to the west coast during which defendant conducts the deposition of Universal's other experts.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C., 20530
Tele: (202) 307-0282
Fax. (202) 514-8624

OF COUNSEL:
Timothy J. Binder
Division Counsel
Department of Transportation
Federal Highway Administration
Western Federal Lands
Highway Division
610 East Fifth Street
Vancouver, WA

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January 2005, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

John Spencer Stewart
Stewart Sokol & Gray, LLC
2300 SW First Avenue
Suite 200
Portland, OR 97201-5047

s/ Michael N. O'Connell