# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *
O.B. PARTERNSHIP,
A LIMITED PARTNERSHIP

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * *

No. 04-1310C

Filed: January 12, 2005

Senior Judge Smith

**ORDER**

The Court hereby GRANTS Defendant's Unopposed Motion for Enlargement of Time from January 10, 2005 until March 28, 2005 to take depositions.

**It is so ORDERED**.

s/Loren A. Smith
LOREN A. SMITH
Senior Judge