# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *
*
O.B. PARTERNSHIP, *
A LIMITED PARTNERSHIP *
*
*Plaintiff,* * No. 04-1310C
*
v. *
* Filed: January 12, 2005
THE UNITED STATES, *
*
*Defendant.* * Senior Judge Smith
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby GRANTS Defendant's Unopposed Motion for Enlargement of Time from January 10, 2005 until March 28, 2005 to take depositions.

**It is so ORDERED**.

s/Loren A. Smith
LOREN A. SMITH
Senior Judge