IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNIVERSAL CONSTRUCTION, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-1502C |
| v. | ) | Consolidated With |
| | ) | No. 03-2370C |
| | ) | (Judge Smith) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time from March 28, 2005 until May 16, 2005 for the parties to conduct depositions of expert witnesses. Defendant's counsel has spoken with Thomas Larkin, counsel for Universal Construction, Inc. ("Universal"), who stated that Universal does not oppose this motion. This is defendant's third request for an enlargement of time for the purpose of extending discovery deadlines. The previous enlargements were for approximately three and one-half months. However, the earlier enlargements related primarily to non-expert discovery.

Defendant requests this enlargement of time because the parties have attempted to efficiently administer the expert deposition process by conducting the depositions during one week in Boise, Idaho. The parties various experts work in Maryland, Pennsylvania, Idaho, and Utah. In addition, the attorneys for the parties work in Washington, D.C., Oregon, and Washington

state. The week of May 9, 2005 is the first week in which all of the parties could meet in Boise.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C., 20530
Tele: (202) 307-0282
Fax. (202) 514-8624

OF COUNSEL:
Timothy J. Binder
Division Counsel
Department of Transportation
Federal Highway Administration
Western Federal Lands
Highway Division
610 East Fifth Street
Vancouver, WA

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March 2005, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

John Spencer Stewart
Stewart Sokol & Gray, LLC
2300 SW First Avenue
Suite 200
Portland, OR 97201-5047

s/ Michael N. O'Connell