# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| UNIVERSAL CONSTRUCTION, INC. | * | |
| *Plaintiff,* | * | No. 03-1502C<br>Consolidated With<br>No. 03-2370C |
| v. | * | |
| THE UNITED STATES, | * | Filed: April 4, 2005 |
| *Defendant.* | * | Senior Judge Smith |

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby GRANTS Defendant's Unopposed Motion for Enlargement of Time from March 28, 2005 until May 16, 2005 to take depositions.

**It is so ORDERED**.

s/Loren A. Smith
LOREN A. SMITH
Senior Judge