# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | | |
| | * | |
| UNIVERSAL CONSTRUCTION, INC. | * | |
| | * | |
| *Plaintiff,* | * | No. 03-1502C |
| | * | Consolidated With |
| v. | * | No. 03-2370C |
| | * | |
| THE UNITED STATES, | * | Filed: May 2, 2005 |
| | * | |
| *Defendant.* | * | Senior Judge Smith |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

The Court hereby UPDATES and EXTENDS the date for filing dispositive motions from April 25, 2005 to June 20, 2005.

**It is so ORDERED**.

s/Loren A. Smith
LOREN A. SMITH
Senior Judge