CERTIFICATE OF FILING

I hereby certify that on this 3rd day of May, 2005, a copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/ Robert B. Coleman**

W:\WORK\Clients G-J\Ins Co of West\Universal Construction\TAL\Motion for Enlargement of Time.wpd