IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNIVERSAL CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-1502C |
| v. | ) | Consolidated With |
| | ) | No. 03-2370C |
| THE UNITED STATES, | ) | (Sr. Judge Smith) |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S REVISED[1] UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, Plaintiff Universal Construction, Inc. respectfully requests an enlargement of time from May 16, 2005 until July 15, 2005 for the parties to conduct depositions of expert witnesses. Plaintiff's counsel has spoken with Michael O'Connell, counsel for The United States, who stated that The United States does not oppose this motion. This is Plaintiff's third request for an enlargement of time for the purpose of extending discovery deadlines. Plaintiff requests this enlargement of time because one expert witness has encountered severe medical issues, and for other scheduling reasons.

Respectfully submitted,

**s/ John Spencer Stewart**
JOHN SPENCER STEWART
THOMAS A. LARKIN
ROBERT B. COLEMAN
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Tel: (503) 221-0699
Fax: (503) 223-5706
Attorneys for Plaintiff

May 4, 2004.

[1]Plaintiff previously filed this motion electronically on May 3, 2005, but due to a technical error only the certificate of service was converted to pdf format and filed.

CERTIFICATE OF FILING

I hereby certify that on this 4th day of May, 2005, a copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/ John Spencer Stewart**

W:\WORK\Clients G-J\Ins Co of West\Universal Construction\TAL\Motion for Enlargement of Time.wpd