# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *
UNIVERSAL CONSTRUCTION, INC.

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * *

No. 03-1502C
Consolidated With
No. 03-2370C

Filed: May 9, 2005

Senior Judge Smith

**ORDER**

The Court hereby GRANTS Plaintiff's revised unopposed motion for an enlargement of time. Expert witness depositions shall be completed by July 15, 2005. Dispositive motions shall be filed on or before August 15, 2005.

**It is so ORDERED**.

s/Loren A. Smith
LOREN A. SMITH
Senior Judge