# In the United States Court of Federal Claims

| | | |
|---|---|---|
| UNIVERSAL CONSTRUCTION, INC. | * | |
| *Plaintiff,* | * | No. 03-1502C<br>Consolidated With<br>No. 03-2370C |
| v. | * | |
| THE UNITED STATES, | * | Filed: July 29, 2005 |
| *Defendant.* | * | Senior Judge Smith |

## ORDER

The Court hereby UPDATES and EXTENDS the date for filing dispositive motions from June 20, 2005 to August 31, 2005.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge