File

# FIELD TRIP REPORT

DATE: 05/11/00

TO:
Scott Rustay
Project Development Engineer

FROM:
Elizabeth Firestone, Designer, ID/MT
THROUGH: Ron Burnett, Design Operations Engineer

ITINERARY
5/3 Elizabeth Firestone, Ron Burnett and Marc Veneroso scoped ID RRP CAMA 101(1) Camas Entrance realignment, auto tour route and bridge rehabilitation project..

PURPOSE
Meet with the Fish and Wildlife Service to conduct a scoping review of the Camas project.

PRINCIPAL CONTACTS
Dick Munoz, Terry Gladwin, Pete Weher and Gerry Deutscher - all USFWS

ACCOMPLISHMENTS OR RESULTS

**ID RRP CAMA 101(1) Realign Entrance Road/Auto Tour Route/Bridges**

**General Notes:**

- Currently 2500 visitors/year. Plan is for 10,000 visitors/year in ten years.
- First staying snow is late Oct/early Nov. Freeze up is in early Nov.
- Hunters use area mid Sept through freeze up.
- Main visitation is April through mid November.
- Minimal visitation in winter - currently no snow removal - but possible in future.
- Would prefer an August through November time frame for construction. This allows the water levels to drop so the grades can dry out and the Refuge will have the capability to move water around to assist in the drainage of specific areas.
- A county gravel pit is located six to seven miles away. There is some waste material that can be used in construction.
- There are some sites on the refuge where borrow material for turnouts/realignment can be found. Also can use material from existing roads if lower the grade. The on-site borrow sites are one to two miles away.
- Possible to take borrow sites and improve as wetland mitigation - remove vegetation, remove borrow, replace vegetation and convert from upland wetland to lowland wetland. Approximately one to two acres available for this use.
- The entrance road and auto tour route will be combined into one project. Depending on level of work the bridge work may also be combined with the road project.
- Based on current estimates, FWS will request $50,000 of project funds be returned to the Refuge for FWS work.
- Jefferson County is the local contact.
- FWS will do all the signing on the realignment/tour route.

**Realign Entrance Road**

- Currently traffic enters into an area that is shared with the office and maintenance. FWS wants to realign the entrance to separate the public from maintenance activities.
- Pete Weher provided a conceptual sketch of the new alignment. The current refuge road entrance will be eliminated. A new intersection just East of the current intersection and approximately 900 feet of new alignment will be constructed. This will include a parking lot for twelve vehicles and two buses/RV's. The new alignment and parking lot will be paved. The paved road will continue beyond the parking lot to guide vehicles towards the

viewing route. A gravel service road will intersect with the new alignment just prior to the parking lot.

- The parking lot plan will need to be reviewed for adequate bus turn around area.
- The alignment was walked and centerline, parking lot corners, and service road centerline were staked. All stakes will be surveyed as distinct points for use in the field by FWS personnel.
- It was agreed to have the WFLHD survey crew come out and survey the area to better design the realignment. Survey crew costs run approximately $1500 - $2000/day for a three person crew for a 10 hour day.
- WFLHD will coordinate with the county for approval of the new intersection.
- The FWS will eventually establish interpretive signs and a visitor center next to the parking lot.
- WFLHD will place a footprint of the visitor center on the mapping so that FWS will be able to see how the new parking lot and the future visitor center will look.
- The survey will tie in the cottonwood trees, canal, existing road and residence fence, etc so that all efforts can be made to avoid trees where possible.
- There is an existing septic seepage system for the residence that may or may not be impacted. FWS plans to have it replaced prior to construction.
- Materials in the realignment section consist of sand with a vegetative cover. Some borrow material will be required to build up the subgrade at the intersection with the county road. There is a possibility of using the in situ material by blading the ditch material onto the subgrade surface. Aggregate and pavement would then be placed over this material.
- Road will be a 6.7 meter (22 foot) paved surface with 0.6 meter (2 foot) aggregate shoulders.

**Auto Tour Route**

- Roads have muskrat holes that may cause compaction concerns.
- Existing slopes 1:1½ generally.
- Desire to flatten to 1:2 or 1:3. Review of actual slopes led to resolution to flatten all slopes to 1:2. This will decrease muskrat activity, minimize wave action and enhance visitor safety during visits.
- Existing width varies from 3.8 to 4.6 meters (12.5 to 15 feet). Most of the road is less than 4.25 meters (14 feet) wide.
- Design for 4.9 meter (16 foot) wide subgrade with a top of gravel width of 4.25 meters (14 feet).
- The last 1.6 kilometer (1 mile) of tour route is upland area with sufficient width and side slopes so will only require regravelling.
- It was agreed to run a survey the entire tour route to determine areas that needed widening and/or slope flattening. This would also give us quantities of borrow necessary and acreage of impact to wetlands.
- The Route has 9 exhibit (interpretative) sites. These sites will be 3.6 meters (12 feet) wide and 15.25 meters (50 feet) long with 9.1 meter (30 foot) tapers.
- The Route has 17 turnouts. These sites only need to accommodate one or two vehicles for passing purposes and are located between 0.1 and 0.25 miles apart.
- Most of the turnouts/exhibit sites are located in upland areas where minimal fill is necessary. There are a couple of sites that will require complete construction.
- Tour Route is approximately 10.5 kilometers (6.5 miles).

**Funding**: $227,000 programmed for design/construction for entrance realignment and $405,000 for tour route. These two projects will be combined for a total of $632,000. $50,000 to be taken from these figures for a revised total of $582,000. Preliminary estimate is for $ 945,995 for construction, construction administration and design. This is a conservative estimate using the worst case scenario for the widening at the auto tour route. Once the survey data is obtained, a more refined estimate will be developed.

**Bridge Rehabilitation**

- Gerry Deutscher provided Marc Veneroso with the most recent full bridge inspections for all bridges on the refuge.
- Marc Veneroso will be reviewing these reports and will complete a field review in June. At that time he will develop final recommendations and cost estimates.
- The majority of the work could be completed either by FWS personnel or under the road contract.
- Corrections noted at each bridge are as follows:
  - Brindley Cabin Bridge (29): Object markers only.
  - Toomey Bridge (30): Either close the bridge to public access with a gate across the approach, or take out the pier, replace entire superstructure and install object markers. Marc Veneroso will research this bridge further.
  - Rays Lake Inlet Bridge (28): Wheel guards, running planks, object markers. Marc Veneroso to determine if stringer needs to be replaced.
  - Rays Lake Outlet Bridge (27): Running planks, object markers, riprap at wing walls to build out width at approaches.
  - Mallard Slough Bridge (69): Object markers, riprap at wing walls to build out width at approaches.
  - West Camas Bridge (31): Object markers.
  - Bridge 95: Running planks, object markers.
  - Main Diversion Channel Bridge (19): Object markers.
  - Well #1 Bridge (18): Object markers, replace all decking.

**Funding**: $159,000 available for design/construction. Marc Veneroso will be developing an Engineers Estimate under separate cover.

**Hydraulic**: No major hydraulics issues at this time.

**Geotechnical**: No major geotech issues at this time.

cc: Design Book
e-mail to: Ron Burnett, Jane Traffalis, Marc Veneroso, Mark Browning, Malcolm Ulrich (all WFLHD)
e-mail to: Gerry Deutscher, Terry Gladwin, Dick Munoz, Pete Weher (all USFWS)

# Contact Business Cards

U.S. FISH AND WILDLIFE SERVICE

DICK MUNOZ
PROJECT LEADER

SOUTHEAST IDAHO NATIONAL
WILDLIFE REFUGE COMPLEX
4425 BURLEY DRIVE, SUITE A
CHUBBUCK, IDAHO 83202

PHONE: (208) 237-6615 FAX: (208) 237-8213
EMAIL: dick_munoz@fws.gov

U.S. Fish and Wildlife Service
Southeast Idaho Refuge Complex
1246 Yellowstone Ave., A-4
Pocatello, ID 83201-4372

TERRY GLADWIN
Deputy Project Leader

Bear Lake • Camas • Grays Lake • Minidoka
National Wildlife Refuges
Oxford Slough WPA

(208) 237-6615
Fax 237-6617

U.S. Fish & Wildlife Service

Peter J. Weher
Landscape Architect
Division of Engineering

911 NE 11th Avenue
Portland, OR 97232-4181

503/231 6145
503/231 6847 Fax
pete_weher@fws.gov

Camas National Wildlife Refuge
2150 E 2350 N
Hamer, ID 83425

Gerald L. Deutscher
Refuge Manager
Camas National Wildlife Refuge

Office: (208) 662-5423 • FAX: (208) 662-5525 • Home: (208) 662-5581