# FEDERAL LANDS HIGHWAY PROJECT AGREEMENT

Station: Camas NWR
Construction Year: FY01
Station Manager: Gerald L. Deutscher
Station Phone No.: 208-662-5423
FWS Project Numbers: 98002M (Bridges), 99004R (Tour Route), 99005R (Entrance road realignment and parking lot)
FHWA Project Number: ID RRP CAMA 101(1)

## Scope of work

1. Complete repairs on nine bridges throughout refuge.
2. Widen 10.3 km of tour route to 4.9 m subgrade, 4.25 m top of aggregate. Existing top width varies from 3.8 m to 4.9 m. Shape and place aggregate surfacing to a depth of 150 mm along entire route.
3. Develop 17 turnouts and 9 exhibit stops (road work portion only) as sited along tour route.
4. Realign approximately 275 m of the entrance road and construct a parking lot (23 m x 40 m) This will entail removing existing vegetation, placing borrow, aggregate, paving and pavement markings. Clearing of trees may be required.
5. Develop an approach road off the entrance road for FWS access to the maintenance area. This will involve removing existing vegetation, placing borrow and aggregate surfacing.
6. Other items of work include obliterating the existing roadway in the realignment area, comfort station at parking lot, mobilization and traffic control.

## RESPONSIBLE AGENCY SCHEDULE

| | | |
|---|---|---|
| Design: | ☐ FWS | ✔ WFLHD |
| Environmental Clearance: | ✔ FWS | ☐ WFLHD |
| Contract Adm: | ☐ FWS | ✔ WFLHD |
| Construction: | ☐ FWS | ✔ WFLHD |

Date of completed preliminary plans: November 30, 2000
Date of completed final PS&E: February 2001
Cost Estimate Breakdown:

| | | |
|---|---|---|
| Design | FHWA | $58,000 |
| Construction OVHD | FHWA | $73,000 |
| Construction | FHWA | $610,000 |
| Regional Office OVHD | FWS | $0 |
| Refuge Force Account | FWS | $ 50,000 |
| Total Cost Estimate: | | $791,000 |

Award date: July 2001
Funding source: TEA-21 Refuge Road Program

FHWA Project Manager: Ron Burnett 6-2-00
Date

Original signed by:
J. Scott Rustay
for FHWA Division Engineer: ______ JUN 07 2000
Date

FWS Regional Engineer: ______
Date

FWS Refuge Program: ______
Date

7

# TABULATION OF BIDS

Bid Schedule A
Project No.: ID RRP CAMA 101(1)
Project Name: CAMAS NWR COMPLEX

State: ID
County: JEFFERSON
HAMER, IDAHO

Opened at: VANCOUVER
By: JULEE McTAGGART
Date: 08/02/01

I certify that this Bid Tabulation accurately reflects the bids received and publicly opened for this solicitation.

Signed: Julee McTaggart

Title: Bid Opening Officer Date: Aug 2, 2001

Contract Awarded to: ______________________ Date: __________

| Contractor | Bid Amount | Responsive |
|---|---|---|
| UNIVERSAL CONSTRUCTION, INC.<br>P O BOX 187<br>EMMETT, ID 83617 | 436,282.94 | |
| DESERT SAGE CONTRACTORS, INC<br>445 N CAPITAL, #5C<br>IDAHO FALLS, ID 83402 | 527,465.30 | |
| ZOLLINGER CONSTRUCTION, INC.<br>4 WEST 2 NORTH<br>REXBURG, ID 83440 | 795,214.00 | |
| BECO CONSTRUCTION CO., INC.<br>P O BOX 1768<br>IDAHO FALLS, ID 83403-1768 | 801,119.20 | |
| GALE LIM CONSTRUCTION, INC<br>921 W 250 S<br>BLACKFOOT, ID 83221 | 804,122.20 | |
| TOOMER CONSTRUCTION, INC.<br>698 N 3500 E<br>P O BOX 9<br>MENAN, ID 83434 | 966,089.90 | |
| Engineer's Estimate | 606,523.50 | |

# TABULATION OF BIDS

Date: 08/02/01

Bid Schedule A
Project No.: ID RRP CAMA 101(1)
Project Name: CAMAS NWR COMPLEX

| Item No. | Item Unit | Item Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 15101 | LPSM | Mobilization | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | ALL | 30,750.00 | 30,750.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 25,000.00 | 25,000.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 38,000.00 | 38,000.00 |
| | BECO CONSTRUCTION CO., INC. | | | 27,000.00 | 27,000.00 |
| | GALE LIM CONSTRUCTION, INC | | | 39,000.00 | 39,000.00 |
| | TOOMER CONSTRUCTION, INC. | | | 57,000.00 | 57,000.00 |
| | ENGINEER'S ESTIMATE | | | 50,000.00 | 50,000.00 |
| 15201 | LPSM | Construction survey and staking | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | ALL | 48,000.00 | 48,000.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 48,000.00 | 48,000.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 60,000.00 | 60,000.00 |
| | BECO CONSTRUCTION CO., INC. | | | 55,000.00 | 55,000.00 |
| | GALE LIM CONSTRUCTION, INC | | | 48,700.00 | 48,700.00 |
| | TOOMER CONSTRUCTION, INC. | | | 50,000.00 | 50,000.00 |
| | ENGINEER'S ESTIMATE | | | 35,000.00 | 35,000.00 |
| 15401 | LPSM | Contractor testing | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | ALL | 22,000.00 | 22,000.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 15,000.00 | 15,000.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 12,500.00 | 12,500.00 |
| | BECO CONSTRUCTION CO., INC. | | | 1,600.00 | 1,600.00 |
| | GALE LIM CONSTRUCTION, INC | | | 15,000.00 | 15,000.00 |
| | TOOMER CONSTRUCTION, INC. | | | 20,000.00 | 20,000.00 |
| | ENGINEER'S ESTIMATE | | | 20,000.00 | 20,000.00 |
| 15501 | LPSM | Construction schedule | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | ALL | 500.00 | 500.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 3,500.00 | 3,500.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 11,975.00 | 11,975.00 |
| | BECO CONSTRUCTION CO., INC. | | | 2,500.00 | 2,500.00 |
| | GALE LIM CONSTRUCTION, INC | | | 2,000.00 | 2,000.00 |
| | TOOMER CONSTRUCTION, INC. | | | 1,500.00 | 1,500.00 |
| | ENGINEER'S ESTIMATE | | | 1,000.00 | 1,000.00 |
| 15703 | m | Silt fence | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | 450 | 11.50 | 5,175.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 16.00 | 7,200.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 9.00 | 4,050.00 |
| | BECO CONSTRUCTION CO., INC. | | | 25.00 | 11,250.00 |
| | GALE LIM CONSTRUCTION, INC | | | 11.75 | 5,287.50 |
| | TOOMER CONSTRUCTION, INC. | | | 10.50 | 4,725.00 |

9

# TABULATION OF BIDS

Date: 08/02/01

Bid Schedule A
Project No.: ID RRP CAMA 101(1)
Project Name: CAMAS NWR COMPLEX

| Item No. | Item Unit | Item Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| | ENGINEER'S ESTIMATE | | | 12.00 | 5,400.00 |
| 15801 | m3 | Watering for dust control | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | 3,000 | 5.20 | 15,600.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 3.00 | 9,000.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 8.00 | 24,000.00 |
| | BECO CONSTRUCTION CO., INC. | | | 15.00 | 45,000.00 |
| | GALE LIM CONSTRUCTION, INC | | | 2.25 | 6,750.00 |
| | TOOMER CONSTRUCTION, INC. | | | 2.00 | 6,000.00 |
| | ENGINEER'S ESTIMATE | | | 6.00 | 18,000.00 |
| 20101 | ha | Clearing and grubbing | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | 0.42 | 4,000.00 | 1,680.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 2,500.00 | 1,050.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 23,000.00 | 9,660.00 |
| | BECO CONSTRUCTION CO., INC. | | | 31,000.00 | 13,020.00 |
| | GALE LIM CONSTRUCTION, INC | | | 12,000.00 | 5,040.00 |
| | TOOMER CONSTRUCTION, INC. | | | 5,000.00 | 2,100.00 |
| | ENGINEER'S ESTIMATE | | | 4,000.00 | 1,680.00 |
| 20304 | LPSM | Removal of bridge | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | ALL | 6,000.00 | 6,000.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 5,000.00 | 5,000.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 12,000.00 | 12,000.00 |
| | BECO CONSTRUCTION CO., INC. | | | 4,000.00 | 4,000.00 |
| | GALE LIM CONSTRUCTION, INC | | | 8,000.00 | 8,000.00 |
| | TOOMER CONSTRUCTION, INC. | | | 7,500.00 | 7,500.00 |
| | ENGINEER'S ESTIMATE | | | 3,000.00 | 3,000.00 |
| 20403 | m3 | Unclassified borrow | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | 4,000 | 5.55 | 22,200.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 5.00 | 20,000.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 10.25 | 41,000.00 |
| | BECO CONSTRUCTION CO., INC. | | | 33.00 | 132,000.00 |
| | GALE LIM CONSTRUCTION, INC | | | 11.50 | 46,000.00 |
| | TOOMER CONSTRUCTION, INC. | | | 14.00 | 56,000.00 |
| | ENGINEER'S ESTIMATE | | | 10.00 | 40,000.00 |

# TABULATION OF BIDS

Date: 08/02/01

Bid Schedule A
Project No.: ID RRP CAMA 101(1)
Project Name: CAMAS NWR COMPLEX

| Item No. | Item Unit | Item Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 20801 | m3 | Structure excavation | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | 16 | 40.00 | 640.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 20.00 | 320.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 95.00 | 1,520.00 |
| | BECO CONSTRUCTION CO., INC. | | | 400.00 | 6,400.00 |
| | GALE LIM CONSTRUCTION, INC | | | 27.50 | 440.00 |
| | TOOMER CONSTRUCTION, INC. | | | 73.00 | 1,168.00 |
| | ENGINEER'S ESTIMATE | | | 24.00 | 384.00 |
| 21201 | km | Linear grading | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | 10.50 | 928.00 | 9,744.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 1,200.00 | 12,600.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 3,350.00 | 35,175.00 |
| | BECO CONSTRUCTION CO., INC. | | | 1,600.00 | 16,800.00 |
| | GALE LIM CONSTRUCTION, INC | | | 1,920.00 | 20,160.00 |
| | TOOMER CONSTRUCTION, INC. | | | 17,000.00 | 178,500.00 |
| | ENGINEER'S ESTIMATE | | | 5,000.00 | 52,500.00 |
| 30107 | t | Aggregate surface course grading H | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | 18,500 | 8.60 | 159,100.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 13.00 | 240,500.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 20.50 | 379,250.00 |
| | BECO CONSTRUCTION CO., INC. | | | 18.25 | 337,625.00 |
| | GALE LIM CONSTRUCTION, INC | | | 20.00 | 370,000.00 |
| | TOOMER CONSTRUCTION, INC. | | | 22.50 | 416,250.00 |
| | ENGINEER'S ESTIMATE | | | 12.00 | 222,000.00 |
| 30802 | t | Roadway aggregate method 1 | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | 1,100.0 | 8.10 | 8,910.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 15.00 | 16,500.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 22.00 | 24,200.00 |
| | BECO CONSTRUCTION CO., INC. | | | 20.00 | 22,000.00 |
| | GALE LIM CONSTRUCTION, INC | | | 20.00 | 22,000.00 |
| | TOOMER CONSTRUCTION, INC. | | | 22.00 | 24,200.00 |
| | ENGINEER'S ESTIMATE | | | 12.00 | 13,200.00 |
| 40201 | t | Minor hot asphalt concrete | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | 450.0 | 57.60 | 25,920.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 60.00 | 27,000.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 45.00 | 20,250.00 |
| | BECO CONSTRUCTION CO., INC. | | | 51.00 | 22,950.00 |
| | GALE LIM CONSTRUCTION, INC | | | 60.00 | 27,000.00 |
| | TOOMER CONSTRUCTION, INC. | | | 60.00 | 27,000.00 |

# TABULATION OF BIDS

Date: 08/02/01

Bid Schedule A
Project No.: ID RRP CAMA 101(1)
Project Name: CAMAS NWR COMPLEX

| Item No. | Item Unit | Item Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| | ENGINEER'S ESTIMATE | | | 70.00 | 31,500.00 |
| 55401 | kg | Reinforcing steel | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | 240 | 2.00 | 480.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 6.00 | 1,440.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 4.50 | 1,080.00 |
| | BECO CONSTRUCTION CO., INC. | | | 5.00 | 1,200.00 |
| | GALE LIM CONSTRUCTION, INC | | | 1.93 | 463.20 |
| | TOOMER CONSTRUCTION, INC. | | | 2.75 | 660.00 |
| | ENGINEER'S ESTIMATE | | | 2.50 | 600.00 |
| 55501 | kg | Structural steel, furnished, fabricated, and erected | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | 10,900 | 2.50 | 27,250.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 4.10 | 44,690.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 5.50 | 59,950.00 |
| | BECO CONSTRUCTION CO., INC. | | | 4.25 | 46,325.00 |
| | GALE LIM CONSTRUCTION, INC | | | 5.23 | 57,007.00 |
| | TOOMER CONSTRUCTION, INC. | | | 4.37 | 47,633.00 |
| | ENGINEER'S ESTIMATE | | | 5.00 | 54,500.00 |
| 55702 | m3 | Treated structural timber and lumber (curb) | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | 2 | 4,000.00 | 8,000.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 400.00 | 800.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 1,500.00 | 3,000.00 |
| | BECO CONSTRUCTION CO., INC. | | | 525.00 | 1,050.00 |
| | GALE LIM CONSTRUCTION, INC | | | 6,600.00 | 13,200.00 |
| | TOOMER CONSTRUCTION, INC. | | | 1,000.00 | 2,000.00 |
| | ENGINEER'S ESTIMATE | | | 750.00 | 1,500.00 |
| 55704 | m2 | Treated structural timber and lumber (deck) | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | 54 | 175.00 | 9,450.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 225.00 | 12,150.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 400.00 | 21,600.00 |
| | BECO CONSTRUCTION CO., INC. | | | 310.00 | 16,740.00 |
| | GALE LIM CONSTRUCTION, INC | | | 1,650.00 | 89,100.00 |
| | TOOMER CONSTRUCTION, INC. | | | 270.00 | 14,580.00 |
| | ENGINEER'S ESTIMATE | | | 250.00 | 13,500.00 |

# TABULATION OF BIDS

Date: 08/02/01

Bid Schedule A
Project No.: ID RRP CAMA 101(1)
Project Name: CAMAS NWR COMPLEX

| Item No. | Item Unit | Item Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 60101 | m3 | Concrete | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | 4 | 780.00 | 3,120.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 750.00 | 3,000.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 800.00 | 3,200.00 |
| | BECO CONSTRUCTION CO., INC. | | | 650.00 | 2,600.00 |
| | GALE LIM CONSTRUCTION, INC | | | 1,210.00 | 4,840.00 |
| | TOOMER CONSTRUCTION, INC. | | | 880.00 | 3,520.00 |
| | ENGINEER'S ESTIMATE | | | 650.00 | 2,600.00 |
| 60909 | each | Wheelstop | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | 12 | 150.00 | 1,800.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 75.00 | 900.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 60.00 | 720.00 |
| | BECO CONSTRUCTION CO., INC. | | | 125.00 | 1,500.00 |
| | GALE LIM CONSTRUCTION, INC | | | 250.00 | 3,000.00 |
| | TOOMER CONSTRUCTION, INC. | | | 150.00 | 1,800.00 |
| | ENGINEER'S ESTIMATE | | | 100.00 | 1,200.00 |
| 62201 A | hour | Compaction equipment | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | 36 | 60.00 | 2,160.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 72.50 | 2,610.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 90.00 | 3,240.00 |
| | BECO CONSTRUCTION CO., INC. | | | 100.00 | 3,600.00 |
| | GALE LIM CONSTRUCTION, INC | | | 78.00 | 2,808.00 |
| | TOOMER CONSTRUCTION, INC. | | | 100.00 | 3,600.00 |
| | ENGINEER'S ESTIMATE | | | 80.00 | 2,880.00 |
| 62201 B | hour | Grader, motor, 90 kW minimum, with ripper | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | 20 | 70.00 | 1,400.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 87.50 | 1,750.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 100.00 | 2,000.00 |
| | BECO CONSTRUCTION CO., INC. | | | 125.00 | 2,500.00 |
| | GALE LIM CONSTRUCTION, INC | | | 90.00 | 1,800.00 |
| | TOOMER CONSTRUCTION, INC. | | | 110.00 | 2,200.00 |
| | ENGINEER'S ESTIMATE | | | 95.00 | 1,900.00 |
| 62201 C | hour | Loader/backhoe, wheel type tractor, 35 kW minimum | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | 36 | 60.00 | 2,160.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 72.50 | 2,610.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 90.00 | 3,240.00 |
| | BECO CONSTRUCTION CO., INC. | | | 150.00 | 5,400.00 |
| | GALE LIM CONSTRUCTION, INC | | | 75.00 | 2,700.00 |
| | TOOMER CONSTRUCTION, INC. | | | 90.00 | 3,240.00 |

TABULATION OF BIDS

Date: 08/02/01

Bid Schedule A
Project No.: ID RRP CAMA 101(1)
Project Name: CAMAS NWR COMPLEX

| Item No. | Item Unit | Item Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| | ENGINEER'S ESTIMATE | | | 70.00 | 2,520.00 |
| 62201 D | hour | Truck, highway, dump body, rear, 7.6 m3 minimum capacity | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | 20 | 78.00 | 1,560.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 65.00 | 1,300.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 75.00 | 1,500.00 |
| | BECO CONSTRUCTION CO., INC. | | | 100.00 | 2,000.00 |
| | GALE LIM CONSTRUCTION, INC | | | 85.00 | 1,700.00 |
| | TOOMER CONSTRUCTION, INC. | | | 85.00 | 1,700.00 |
| | ENGINEER'S ESTIMATE | | | 70.00 | 1,400.00 |
| 62301 | hour | General labor | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | 60 | 38.00 | 2,280.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 33.50 | 2,010.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 55.00 | 3,300.00 |
| | BECO CONSTRUCTION CO., INC. | | | 55.00 | 3,300.00 |
| | GALE LIM CONSTRUCTION, INC | | | 35.00 | 2,100.00 |
| | TOOMER CONSTRUCTION, INC. | | | 45.00 | 2,700.00 |
| | ENGINEER'S ESTIMATE | | | 35.00 | 2,100.00 |
| 62404 | m2 | Placing conserved topsoil, 75 millimeter depth | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | 14,500 | 1.08 | 15,660.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 1.25 | 18,125.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 1.00 | 14,500.00 |
| | BECO CONSTRUCTION CO., INC. | | | 0.45 | 6,525.00 |
| | GALE LIM CONSTRUCTION, INC | | | 0.33 | 4,785.00 |
| | TOOMER CONSTRUCTION, INC. | | | 1.75 | 25,375.00 |
| | ENGINEER'S ESTIMATE | | | 1.50 | 21,750.00 |
| 63302 | m2 | Sign installation | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | 1.57 | 382.00 | 599.74 |
| | DESERT SAGE CONTRACTORS, INC | | | 650.00 | 1,020.50 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 100.00 | 157.00 |
| | BECO CONSTRUCTION CO., INC. | | | 675.00 | 1,059.75 |
| | GALE LIM CONSTRUCTION, INC | | | 650.00 | 1,020.50 |
| | TOOMER CONSTRUCTION, INC. | | | 300.00 | 471.00 |
| | ENGINEER'S ESTIMATE | | | 500.00 | 785.00 |

# TABULATION OF BIDS

Date: 08/02/01

Bid Schedule A
Project No.: ID RRP CAMA 101(1)
Project Name: CAMAS NWR COMPLEX

| Item No. | Item Unit | Item Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 63401 A | m | Pavement markings type B, solid yellow | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | 600 | 2.00 | 1,200.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 1.20 | 720.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 1.60 | 960.00 |
| | BECO CONSTRUCTION CO., INC. | | | 1.75 | 1,050.00 |
| | GALE LIM CONSTRUCTION, INC | | | 1.00 | 600.00 |
| | TOOMER CONSTRUCTION, INC. | | | 1.10 | 660.00 |
| | ENGINEER'S ESTIMATE | | | 2.50 | 1,500.00 |
| 63401 B | m | Pavement markings type B, solid white | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | 369 | 2.00 | 738.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 1.20 | 442.80 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 1.00 | 369.00 |
| | BECO CONSTRUCTION CO., INC. | | | 1.75 | 645.75 |
| | GALE LIM CONSTRUCTION, INC | | | 1.00 | 369.00 |
| | TOOMER CONSTRUCTION, INC. | | | 1.10 | 405.90 |
| | ENGINEER'S ESTIMATE | | | 2.50 | 922.50 |
| 63406 | each | Pavement markings type B, white handicap symbol | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | 1 | 100.00 | 100.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 50.00 | 50.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 150.00 | 150.00 |
| | BECO CONSTRUCTION CO., INC. | | | 275.00 | 275.00 |
| | GALE LIM CONSTRUCTION, INC | | | 50.00 | 50.00 |
| | TOOMER CONSTRUCTION, INC. | | | 100.00 | 100.00 |
| | ENGINEER'S ESTIMATE | | | 60.00 | 60.00 |
| 63505 | each | Barricade type III | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | 6 | 100.00 | 600.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 175.00 | 1,050.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 175.00 | 1,050.00 |
| | BECO CONSTRUCTION CO., INC. | | | 550.00 | 3,300.00 |
| | GALE LIM CONSTRUCTION, INC | | | 150.00 | 900.00 |
| | TOOMER CONSTRUCTION, INC. | | | 200.00 | 1,200.00 |
| | ENGINEER'S ESTIMATE | | | 140.00 | 840.00 |
| 63506 | each | Cone type 700 millimeter | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | 25 | 20.00 | 500.00 |
| | DESERT SAGE CONTRACTORS, INC | | | 18.00 | 450.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 20.00 | 500.00 |
| | BECO CONSTRUCTION CO., INC. | | | 100.00 | 2,500.00 |
| | GALE LIM CONSTRUCTION, INC | | | 25.00 | 625.00 |
| | TOOMER CONSTRUCTION, INC. | | | 25.00 | 625.00 |

15

# TABULATION OF BIDS

Date: 08/02/01

Bid Schedule A
Project No.: ID RRP CAMA 101(1)
Project Name: CAMAS NWR COMPLEX

| Item No. | Item Unit | Item Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| | ENGINEER'S ESTIMATE | | | 25.00 | 625.00 |
| 63507 | m2 | Construction sign | | | |
| | UNIVERSAL CONSTRUCTION, INC. | | 11.18 | 90.00 | 1,006.20 |
| | DESERT SAGE CONTRACTORS, INC | | | 150.00 | 1,677.00 |
| | ZOLLINGER CONSTRUCTION, INC. | | | 100.00 | 1,118.00 |
| | BECO CONSTRUCTION CO., INC. | | | 215.00 | 2,403.70 |
| | GALE LIM CONSTRUCTION, INC | | | 150.00 | 1,677.00 |
| | TOOMER CONSTRUCTION, INC. | | | 150.00 | 1,677.00 |
| | ENGINEER'S ESTIMATE | | | 150.00 | 1,677.00 |

# Index of Contract Clauses


| | | |
|---|---|---|
| Page C-4 | 52.202-1 | Definitions - Alternate I |
| Page C-5 | 52.203-3 | Gratuities |
| Page C-5 | 52.203-5 | Covenant Against Contingent Fees |
| Page C-6 | 52.203-7 | Anti-Kickback Procedures |
| Page C-7 | 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity |
| Page C-7 | 52.203-10 | Price or Fee Adjustment for Illegal or Improper Activity |
| Page C-8 | 52.203-12 | Limitation on Payments to Influence Certain Federal Transactions |
| Page C-12 | 52.204-1 | Approval of Contract |
| Page C-12 | 52.204-4 | Printing/Copying Double-Sided on Recycled Paper |
| Page C-13 | 52.209-6 | Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment |
| Page C-13 | 52.211-10 | Commencement, Prosecution, and Completion of Work |
| Page C-14 | 52.211-12 | Liquidated Damages–Construction, Alternate I |
| Page C-14 | 52.211-18 | Variation in Estimated Quantity |
| Page C-14 | 52.214-26 | Audit and Records- Sealed Bidding |
| Page C-15 | 52.214-27 | Price Reduction for Defective Cost or Pricing Data–Modifications–Sealed Bidding |
| Page C-16 | 52.214-28 | Subcontractor Cost or Pricing Data–Modifications–Sealed Bidding |
| Page C-17 | 52.219-4 | Notice of Price Evaluation Preference for HUBZone Small Business Concerns |
| Page C-18 | 52.219-8 | Utilization of Small Business Concerns and Small Disadvantaged Business Concerns |
| Page C-19 | 52.219-23 | Notice of Price Evaluation, Adjustment for Small Disadvantaged Business Concerns - Alt II |
| Page C-20 | 52.222-3 | Convict Labor |
| Page C-21 | 52.222-4 | Contract Work Hours and Safety Standards Act–Overtime Compensation |
| Page C-22 | 52.222-6 | Davis-Bacon Act |
| Page C-23 | 52.222-7 | Withholding of Funds |
| Page C-23 | 52.222-8 | Payrolls and Basic Records |
| Page C-24 | 52.222-9 | Apprentices and Trainees |
| Page C-25 | 52.222-10 | Compliance with Copeland Act Requirements |
| Page C-26 | 52.222-11 | Subcontracts (Labor Standards) |
| Page C-26 | 52.222-12 | Contract Termination–Debarment |
| Page C-26 | 52.222-13 | Compliance with Davis-Bacon and Related Act Regulation |
| Page C-26 | 52.222-14 | Disputes Concerning Labor Standards |
| Page C-26 | 52.222-15 | Certification of Eligibility |
| Page C-27 | 52.222-21 | Prohibition of Segregated Facilities |
| Page C-27 | 52.222-26 | Equal Opportunity |
| Page C-28 | 52.222-27 | Affirmative Action Compliance Requirements for Construction |
| Page C-32 | 52.222-35 | Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era [Deviation] |
| Page C-33 | 52.222-36 | Affirmative Action for Handicapped Workers |
| Page C-34 | 52.222-37 | Employment Reports on Special Disabled Veterans and Veterans of the Vietnam Era |
| Page C-35 | 52.223-6 | Drug-free Workplace |
| Page C-36 | 52.223-14 | Toxic Chemical Release Reporting |

| | | |
|---|---|---|
| Page C-37 | 52.225-9 | Buy American Act–Balance of Payments Program-Construction Materials |
| Page C-39 | 52.225-13 | Restrictions on Certain Foreign Purchases |
| Page C-40 | 52.227-1 | Authorization and Consent |
| Page C-40 | 52.227-2 | Notice and Assistance Regarding Patent and Copyright Infringement |
| Page C-40 | 52.227-4 | Patent Indemnity–Construction Contracts |
| Page C-41 | 52.228-1 | Bid Guarantee |
| Page C-41 | 52.228-2 | Additional Bond Security |
| Page C-41 | 52.228-11 | Pledges of Assets |
| Page C-42 | 52.228-12 | Prospective Subcontractor Requests for Bonds |
| Page C-42 | 52.228-14 | Irrevocable Letter of Credit |
| Page C-45 | 52.228-15 | Performance & Payment Bonds |
| Page C-45 | 52.229-3 | Federal, State, and Local Taxes |
| Page C-46 | 52.229-5 | Taxes–Contracts P[illegible]ned in U.S. Possessions or Puerto Rico |
| Page C-46 | 52.232-5 | Payments under Fixed-Price Construction Contracts |
| Page C-48 | 52.232-17 | Interest |
| Page C-49 | 52.232-23 | Assignment of Claims |
| Page C-49 | 52.232-27 | Prompt Payment for Construction Contracts |
| Page C-55 | 52.232-34 | Payment by Electronic Funds Transfer – Other than Central Contractor Registration |
| Pgae C-57 | 52.232-35 | Designation of Office for Government Receipt of Electronic Funds Transfer Information |
| Page C-58 | 52.233-1 | Disputes - Alternate 1 |
| Page C-59 | 52.233-3 | Protest after Award |
| Page C-60 | 52.236-1 | Performance of Work by the Contractor |
| Page C-60 | 52.236-2 | Differing Site Conditions |
| Page C-60 | 52.236-3 | Site Investigation and Conditions Affecting the Work |
| Page C-61 | 52.236-4 | Physical Data |
| Page C-61 | 52.236-5 | Material and Workmanship |
| Page C-61 | 52.236-6 | Superintendence by the Contractor |
| Page C-62 | 52.236-7 | Permits and Responsibilities |
| Page C-62 | 52.236-8 | Other Contracts |
| Page C-62 | 52.236-9 | Protection of Existing Vegetation, Structures, Equipment, Utilities and Improvements |
| Page C-62 | 52.236-10 | Operations and Storage Areas |
| Page C-63 | 52.236-11 | Use and Possession Prior to Completion |
| Page C-63 | 52.236-12 | Cleaning up |
| Page C-63 | 52.236-13 | Accident Prevention - Alternate 1 |
| Page C-64 | 52.236-15 | Schedules for Construction Contracts |
| Page C-65 | 52.236-17 | Layout of Work |
| Page C-65 | 52.236-21 | Specifications and Drawings for Construction |
| Page C-66 | 52.236-26 | Preconstruction Conference |
| Page C-66 | 52.242-13 | Bankruptcy |
| Page C-66 | 52.242-14 | Suspension of Work |
| Page C-67 | 52.243-4 | Changes |
| Page C-67 | 52.244-2 | Subcontracts |
| Page C-69 | 52.244-6 | Subcontracts for Commercial Items & Commercial Components |
| Page C-70 | 52.246-12 | Inspection of Construction |
| Page C-71 | 52.247-64 | Preference for Privately Owned U.S. Flag Commercial Vessels |
| Page C-72 | 52.248-3 | Value Engineering–Construction - Alternate 1 |
| Page C-74 | 52.249-2 | Termination for Convenience of the Government (Fixed Price) Alt 1 |

| | | |
|---|---|---|
| Page C-76 | 52.249-10 | Default (Fixed-Price Construction) |
| Page C-77 | 52.252-6 | Authorized Deviations in Clauses |
| Page C-77 | 52.253-1 | Computer Generated Forms |
| Page C-78 | 1252.211-71 | Index for Specifications |
| Page C-78 | 1252.242-73 | Contracting Officer's Technical Representative |

# Section 105. — CONTROL OF MATERIAL

**105.01 Source of Supply and Quality Requirements.** FAR Clause 52.236-5 - Material and Workmanship is supplemented as follows.

Select sources and provide acceptable material. Notify the CO of all proposed sources before delivery to the project to expedite material inspection and testing. Do not incorporate material requiring submittal into the work until approved.

Material may be approved at the source of supply before delivery to the project. Approval does not constitute acceptance. If an approved source does not continue to supply acceptable material during the life of the project, further use of that source may be denied.

**105.02 Local Material Sources.** Sources of rock, sand, gravel, earth, or other natural material located by the Government in the vicinity of the project may be identified in the contract. These identified sources may be listed as provided for the project or only listed as information to aid the Contractor in locating a source. The decision to use an identified source is solely that of the Contractor.

**(a) Government-provided sources.** The Government will acquire the permits and rights to remove material from provided sources identified in the contract and to use such property for a plant site and stockpiles. Test reports and available historical performance data verifying the presence of acceptable material are available upon request.

Do not perform work within a Government-provided source until a plan of operation for the development of the source is accepted. Perform all work necessary to produce acceptable material including site development, preparation, erosion control, and restoration.

The quality of material in provided sources is acceptable in general, but may contain layers or pockets of unacceptable material. It is not feasible to ascertain from samples the quality of material for an entire deposit and variations may be expected. Determine the quantity and type of equipment and work necessary to select and produce acceptable material.



20

aterial free of excess mois-
ous material and conforming

100%
A-1-a
6% max.
T 11

llowing:

ete conforming to Section

r selected sandy soil free
sod, or other deleterious

T 27 100%
10% max.

fine granular material
sod, or other deleteri-
earth clods larger than

al or fine soil free of
other deleterious mate-
rger than 75 millime-

granular material free
or other deleterious

75 mm
15% max.

30% max.



**704.05 Topping.** Furnish a granular material free of excess moisture, muck, frozen lumps, roots, sod, or other deleterious material conforming to the following:

| | |
|---|---|
| (a) Maximum dimension | 100 mm |
| (b) Soil classification, AASHTO M 145 | A-1 or A-2-4 |

**704.06 Unclassified Borrow.** Furnish granular material free of excess moisture, muck, frozen lumps, roots, sod, or other deleterious material conforming to the following:

| | |
|---|---|
| (a) Maximum dimension | 600 mm |
| (b) Soil classification, AASHTO M 145 | A-1, A-3, or A-2-4 |

**704.07 Select Borrow.** Furnish granular material free of excess moisture, muck, frozen lumps, roots, sod, or other deleterious material conforming to the following:

| | |
|---|---|
| (a) Gradation | Table 704-1 |
| (b) Liquid limit, AASHTO T 89 | 30 max. |

**Table 704-1**
**Select Borrow Gradation**

| Sieve Size | Percent by Mass Passing Designated Sieve (AASHTO T 27) |
|---|---|
| 75 mm | 100 |
| 25.0 mm | 70-100 |
| 4.75 mm | 30-70 |
| 150 μm | 0-15 |

**704.08 Select Topping.** Furnish granular material free of excess moisture, muck, frozen lumps, roots, sod, or other deleterious material conforming to the following:

| | |
|---|---|
| (a) Gradation, uniform coarse to fine | Table 704-2 |
| (b) Liquid limit, AASHTO T 89 | 30 max. |



21

3. Construction plans

- Vegetation: planting plans, what species, where, how many, etc. - The road/dike slopes and upland portions of the borrow areas would be seeded to native, upland grass species. Species seeded would be thickspike wheatgrass (Bannock cultivar) and streambank wheatgrass (Sodar cultivar). Because of the small areas and accessibility, the seed would be broadcast instead of drilled and the seeding rate would be doubled to 10 pounds Pure Live Seed per acre. No forbs would be included in the seeding because of the need for noxious weed control.

  No planting of the borrow areas to establish wetland plants is proposed. The areas will be connected to the adjacent wetlands and natural vegetation establishment is expected to occur over a two to three year period.

- Soils: excavation, grading, proposed substrate composition, import topsoil or hydric soil - The proposed action would remove the top 6 inches of gravel and earth of the existing wildlife viewing road and place this material on the sides of the road to widen the road base from 14 feet to 16 feet. Earth fill would be excavated, hauled, and placed in areas where additional fill is needed.

  Imported material would be from the two proposed mitigation sites and is primarily sandy loam which may be underlain with layers of clayey soils. The excavations would average three feet deep from the existing ground surface with a 2:1 sideslope and would be connected to the adjacent wetland basin.

- Hydrology: where will it come from, how will it be supplied, anticipated hydrologic regime - The borrow areas would be excavated to the elevation of the of the adjacent wetland basins and would be connected. The wetland would be dry during the construction period. Water is supplied to the wetlands by water diverted from Camas Creek or pumped from wells and delivered to the wetlands. The wetlands are filled during the early spring and maintained at different elevations during the summer and fall depending on management objectives such as need for breeding pair, brood rearing, and feeding habitat; and drawdowns for haying or other treatments.

4. Schedule for implementation - The proposed construction project and mitigation project would begin in August or September of 2001.

PERMITTED PLANS

22

# Estimating Soil Moisture

Home

Conservation planner

Nutrient Management Plan

Pest Management

Animal Feeding Operations

Range Management

Farmstead

Organic Farming

Water

**Estimating soil moisture**

Runoff & drains

Wetlands

BMPs

Reference

Search

## The Textural Triangle

Introduction
Fine sand
Sandy Loam
Sandy clay loam
Clay
Soil Triangle

Soil classification is typically made based on the relative proportions of silt, sand and clay. Follow any two component percentages to find the nominal name for the soil type. For example, 30% sand, 30% clay and 40% silt:

Find 30% along the bottom (sand) line, and follow the slanted line up and to the left. Stop at the horizontal line for 30% clay, and find the soil type: **clay loam**.

23




Agencies & Organizations | Contact Us | Site index | Site map | Search

This site and its content are ©2004 by The Idaho Association of Soil Conservation Districts. You may not copy, transmit or reproduce any images, text or any other content without prior written permission.

24