# Section 204.— EXCAVATION AND EMBANKMENT

## Construction Requirements

**204.10 Embankment Construction. (a) General.** Add the following:

Construct the top 300 millimeters of the embankment with 150 millimeters minus material conserved from the roadway cuts.

**204.11 Compaction.** Delete the text of this Subsection and substitute the following:

Compact material according to the following paragraphs based on the amount of material retained on a 4.75 millimeter sieve as determined by AASHTO T 27.

**(a) 80 percent or more of the material is retained on 4.75 mm sieve.** Adjust the moisture content of the material to a moisture content suitable for compaction. Compact each layer of material full width with one of the following:

**(1)** Four roller passes of a vibratory roller having a minimum dynamic force of 180 kilonewtons impact per vibration and a minimum frequency of 16 hertz

**(2)** Eight roller passes of a 20-metric ton compression-type roller

**(3)** Eight roller passes of a vibratory roller having a minimum dynamic force of 130 kilonewtons impact per vibration and a minimum frequency of 16 hertz

Proportion the compactive effort for layers deeper than 300 millimeters as follows:

- For each additional 150 millimeters or fraction thereof, increase the number of roller passes in **(1)** above by four.
- For each additional 150 millimeters or fraction thereof, increase the number of roller passes in **(2)** and **(3)** above, by eight.

Operate compression-type rollers at speeds less than 2 meters per second and vibratory rollers at speeds less than 1 meter per second.

**(b) 50 to 80 percent of the material is retained on 4.75 mm sieve.** Determine the optimum moisture content of the portion of the material passing the 4.75 mm sieve according to AASHTO T 99. Multiply this number by the percentage of material passing the 4.75 mm sieve, as determined by AASHTO T 27, and add 2 percent. This is the optimum moisture content of the material. Adjust the moisture content of the material to optimum moisture content plus or minus 2 percent.

*For example:*

*Optimum moisture of the portion of the material passing the 4.75 mm sieve (determined by AASHTO T 99) = 15%*
*Actual percentage of this embankment material passing 4.75 mm sieve = 30%*
*Optimum moisture content for this embankment material = (0.30 x 15%) + 2% = 6.5%*

Compact each layer of material full width with one of the following:

**(1)** Four roller passes of a vibratory roller having a minimum dynamic force of 180 kilonewtons impact per vibration and a minimum frequency of 16 hertz

**(2)** Eight roller passes of a 20-metric ton compression-type roller

**(3)** Eight roller passes of a vibratory roller having a minimum dynamic force of 130 kilonewtons impact per vibration and a minimum frequency of 16 hertz

Proportion the compactive effort for layers deeper than 300 millimeters as follows.

- For each additional 150 millimeters or fraction thereof, increase the number of roller passes in (1) above by four.
- For each additional 150 millimeters or fraction thereof, increase the number of roller passes in (2) and (3) above, by eight.

Operate compression-type rollers at speeds less than 2 meters per second and vibratory rollers at speeds less than 1 meter per second.

**(c)** **50 percent or less of the material is retained on 4.75 mm sieve.** Classify the material according to AASHTO M 145. For material classified A-1 or A-2-4, determine the maximum density according to AASHTO T 180 method D. For other material classifications, determine the optimum moisture content and maximum density according to AASHTO T 99 method C.

Adjust the moisture content of material classified A-1 through A-5 to a moisture content suitable for compaction. Adjust the moisture content of material classified A-6 and A-7 to within 2 percent of the optimum moisture content.

Compact material placed in all embankment layers and the material scarified in cut sections to at least 95 percent of the maximum density. Determine the in-place density and moisture content according to AASHTO T 238 and AASHTO T 239 or other approved test procedures.

When required, use AASHTO T 224 to correct for coarse particles.

**Delete Table 204-1 (pages 118 &119) and substitute with the following Table 204-1.**

## Section 155. — SCHEDULES FOR CONSTRUCTION CONTRACTS

### Description

**155.01** This work consists of scheduling and monitoring all construction activities. This Section supplements FAR Clause 52.236-15, Schedules for Construction Contracts.

### Construction Requirements

N/A

**155.02 General.** Submit 3 copies of a preliminary construction schedule at least 7 days before the preconstruction conference.

A preliminary construction schedule is a written narrative with a detailed breakdown of all contract activities for the first 45 days after the notice to proceed is issued. Within 7 days after the preconstruction conference, the preliminary construction schedule will be accepted or rejected. If rejected, submit a revised schedule within 3 days. Do not begin work, except mobilization, traffic control, and Section 637 work, without an accepted preliminary construction schedule.

Use either the Bar Chart Method (BCM) or the Critical Path Method (CPM) described below to develop the construction schedule for the total contract work. Preface each construction schedule as follows:

- **(a)** Project name
- **(b)** Contract number
- **(c)** Contractor
- **(d)** Original contract time allowed or completion date
- **(e)** Type of construction schedule (initial or update)
- **(f)** Effective date of the schedule
- **(g)** Percent work complete
- **(h)** Percent time used

Submit 3 copies of the construction schedule within 30 days after the notice to proceed is issued. Allow 14 days for acceptance or rejection of the construction schedule or a revised schedule. If rejected, submit a revised schedule within 7 days.

Do not show conflicts with any scheduled activities and order of work requirements in the contract.

Show completion of the work within the contract time.

**155.03 Bar Chart Method (BCM).** The BCM construction schedule consists of a progress bar chart and a written narrative.

(a) **Progress bar chart.** The following applies to the initial submission and all updates:

(1) Use a time scale to graphically show the percentage of work scheduled for completion during the contract time.

(2) Define and relate activities to the contract pay items.

(3) Show all activities in the order the work will be performed, including submittals, submittal reviews, fabrication, and delivery.

(4) Show all critical (major) activities that are controlling factors in the completion of the work.

(5) Show the time needed to perform each activity and its relationship in time to other activities.

(6) Show the total expected time to complete all work.

(7) Provide enough space for each activity to permit 2 additional plots parallel to the original time span plot. Use one space for revision of the planned time span, and one for showing actual time span achieved.

(b) **Written narrative.** Furnish a written narrative of the activities displayed in the progress bar chart.

**155.04 Critical Path Method (CPM).** The CPM construction schedule consists of a diagram, a tabulated schedule, and a written narrative.

(a) **Diagram.** Use the *"activity-on-arrow"* format for the arrow diagrams or the *"activity-on-node"* format for precedence diagrams. The following applies to the initial submission and all updates:

(1) Use a time scale to graphically show the percent of work scheduled for completion by any given date during the contract time.

(2) Define and relate activities to the contract pay items.

(3) Show the sequence and interdependence of all activities including submittals, submittal reviews, fabrication, and deliveries.

(4) Show all activity nodes, activity descriptions, and durations.

(5) Show all network dummies (for arrow diagrams only).

(6) Identify the critical path.

**(b) Tabulated schedule.** The following requirements apply to the tabulated schedule:

(1) For arrow diagrams, show activity beginning and ending node numbers. For precedence diagrams, list activities and show lead or lag times.

(2) Show activity durations.

(3) Show activity descriptions.

(4) Show early start and finish dates.

(5) Show late start and finish dates.

(6) Show status (critical or not).

(7) Show total float.

**(c) Written narrative.** Furnish a written narrative of the activities displayed in the schedule diagram.

**155.05 Written Narrative.** The following applies to the written narrative:

**(a)** Estimate starting and completion dates of each activity.

**(b)** Describe work to be done within each activity including the type and quantity of equipment, labor, and material to be used.

**(c)** Describe the location on the project where each activity occurs.



410

Show completion of the work within the contract time.

**155.03 Bar Chart Method (BCM).** The BCM construction schedule consists of a progress bar chart and a written narrative.

**(a) Progress bar chart.** The following applies to the initial submission and all updates:

(1) Use a time scale to graphically show the percentage of work scheduled for completion during the contract time.

(2) Define and relate activities to the contract pay items.

(3) Show all activities in the order the work will be performed, including submittals, submittal reviews, fabrication, and delivery.

(4) Show all critical (major) activities that are controlling factors in the completion of the work.

(5) Show the time needed to perform each activity and its relationship in time to other activities.

(6) Show the total expected time to complete all work.

(7) Provide enough space for each activity to permit 2 additional plots parallel to the original time span plot. Use one space for revision of the planned time span, and one for showing actual time span achieved.

**(b) Written narrative.** Furnish a written narrative of the activities displayed in the progress bar chart.

**155.04 Critical Path Method (CPM).** The CPM construction schedule consists of a diagram, a tabulated schedule, and a written narrative.

**(a) Diagram.** Use the *"activity-on-arrow"* format for the arrow diagrams or the *"activity-on-node"* format for precedence diagrams. The following applies to the initial submission and all updates:

(1) Use a time scale to graphically show the percent of work scheduled for completion by any given date during the contract time.



41

(d) Describe planned production rates by pay item quantities (e.g., cubic meters of excavation per day/week).

(e) Describe work days per week, holidays, number of shifts per day, and number of hours per shift.

(f) Estimate any periods during which an activity is idle or partially idle. Show the beginning and end dates for reduced production or idle time.

(g) Describe expected and critical delivery dates for equipment or material that can affect timely completion of the project.

(h) Describe critical completion dates for maintaining the construction schedule.

(i) Identify the vendor, supplier, or subcontractor to perform the activity. State all assumptions made in the scheduling of the subcontractor's or supplier's work.

**155.06 Schedule Updates.** Review the construction schedule to verify finish dates of completed activities, remaining duration of uncompleted activities, and any proposed logic and/or time estimate revisions. Keep the CO informed of the current construction schedule and all logic changes.

Submit 3 copies of an updated construction schedule for acceptance at least every 8 weeks or when:

(a) A delay occurs in the completion of a critical (major) activity.

(b) A delay occurs which causes a change in the critical path for CPM schedules or a change in a critical activity for BCM schedules.

(c) The actual prosecution of the work is different from that represented on the current construction schedule.

(d) There is an addition, deletion, or revision of activities caused by a contract modification.

(e) There is a change in the schedule logic.

g., cubic

day, and

ally idle.
le time.

material

struction

activity.
tor's or

o verify
mpleted
Keep the
nges.

at least

y.

r CPM

esented

d by a



**155.07 Acceptance.** Construction schedules will be evaluated under Subsection 106.02.

## Measurement

**155.08** Measure construction schedules by the lump sum.

## Payment

**155.09** The accepted quantity, measured as provided above, will be paid at the contract price per unit of measurement for the pay item listed below that is shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

The construction schedule lump sum will be paid as follows:

**(a)** 25 percent of the lump sum, not to exceed 0.5 percent of the original contract amount, will be paid after the preliminary construction schedule is accepted.

**(b)** 50 percent of the lump sum will be paid after the construction schedule is accepted.

**(c)** Payment of the remaining portion of the lump sum will be prorated based on the total work completed.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 15501 Construction schedule | Lump sum |

**155.02 General.** Delete the text of this subsection and substitute the following:

Submit 3 copies of a preliminary construction schedule at least 7 days before the preconstruction conference.

A preliminary construction schedule is a written narrative with a detailed breakdown of all contract activities for the first 21 days after the *"Notice to Proceed"* is issued. Within 7 days after the preconstruction conference, the preliminary construction schedule will be accepted or rejected. If rejected, submit a revised schedule within 3 days. Do not begin work, except mobilization, traffic control, and Section 637 work, without an accepted preliminary construction schedule.

Use the Critical Path Method (CPM) described below to develop the construction schedule for the total contract work. Preface each construction schedule as follows:

**(a)** Project name
**(b)** Contract number
**(c)** Contractor
**(d)** Current contract time allowed or completion date
**(e)** Type of construction schedule (initial or update)
**(f)** Effective date of the schedule (A-1)

Submit 3 copies of the construction schedule within ~~30~~ 15 days after the notice to proceed is issued. Allow 14 days for acceptance or rejection of the construction schedule or a revised schedule. If rejected, submit a revised schedule within 7 days.

Do not show conflicts with any scheduled activities and order of work requirements in the contract.

Show completion of the work within the contract time.

No progress payment will be made for any work until a construction schedule has been submitted to and accepted by the CO.

**155.03 Bar Chart Method (BCM).** Delete the text of this Subsection.

**155.04 Critical Path Method (CPM).** Amend as follows:

**(a) Diagram.** Delete paragraphs (3) and (4) and substitute the following:

(3) Show the sequence and interdependence of all activities including submittals, submittal reviews, fabrication, and deliveries. Do not include activities for continuous, non-critical items.

(4) Show all activity nodes, activity descriptions, and durations. Break activities into subtasks not exceeding 30 calendar days in duration.

(b) **Tabulated schedule.** Delete paragraphs **(2)** and **(6)** and substitute the following:

(2) Show all activity durations. Break activities into subtasks not exceeding 30 calendar days in duration.

(6) Show total and free float.

Add the following:

Show the initial schedule as a baseline on schedule updates.

When using a CPM computer software product, provide an electronic copy of the schedule when requested by the CO. In case of discrepancy, printed copies govern over electronic copies.

**155.05 Schedule Updates.** Amend as follows:

Delete the first paragraph and substitute the following:

Review the construction schedule to update activity dates and durations, and any proposed logic revisions. Keep the CO informed of all changes.

Delete the first sentence of the second paragraph and substitute the following:

Submit three copies of an updated construction schedule for acceptance by the 15th of each month or when:

Add the following:

Allow seven days for acceptance or rejection after receipt of a updated or revised construction schedule. If rejected, submit a revised schedule with in 5 days.

No progress payment will be made for any work until an updated construction schedule has been submitted to and accepted by the CO.

# Section 153.– CONTRACTOR QUALITY CONTROL

**Delete this Section and substitute the following:**

## Description

**153.01** This work consists of having an effective quality control system coordinated by a designated Contractor Quality Control manager responsible for all phases of inspection, sampling and testing performed both onsite and offsite to ensure that work conforms to the contract requirements. This Section supplements FAR Clause 52.246-12, Inspection of Construction.

## Construction Requirements

**153.02 Quality Control Manager.** Ensure the manager is onsite during all start up phases of work. Have the manager available during all production phases of work. Identify an alternate for the manager to serve in the event of the manager's absence.

**153.03 Quality Control Plan.** Before the start of the work, submit a written plan for acceptance. Do not begin the work until the quality control plan is accepted.

Furnish notification at least 48 hours in advance to beginning the start-up phase.

Include the work of all subcontractors in the quality control plan.

Include the following in the plan:

**(a) Personnel Qualifications.**

**(1)** Document the name, authority, relevant experience, and qualifications of the person with overall responsibility for the system. The requirements for the alternate will be the same as the designated manager.

**(2)** Document the names and relevant experience of all other personnel involved in the system.

**(b) Inspection/control procedures.** List the name and authority of personnel directly responsible for each phase of work.

Address how each of the following will be accomplished:

**(1) Preparatory phase.**

*(a)* Ensure compliance with contract requirements of material to be incorporated in the work.

*(b)* Coordinate all submittals, including those of subcontractors and suppliers (including certifications when requested).

*(c)* Ensure capability of equipment and personnel to comply with the contract requirements.

*(d)* Ensure preliminary work and/or testing is accomplished.

*(e)* Coordinate surveying and staking of the work.

**(2) Start-up phase.**

*(a)* Inspect and/or test start-up of work.

*(b)* Provide training if necessary.

*(c)* Identify and correct deficiencies.

**(3) Production phase.**

*(a)* Ensure the test results accurately reflect the quality of the material.

*(b)* Identify and correct deficiencies to ensure that noncompliance work is not incorporated in the project.

*(c)* Provide feedback and system changes to prevent repeated deficiencies.

*(d)* Ensure that all deficiencies have been corrected prior to government inspection and acceptance of work.

Modifications or additions to the plan may be required to meet the contract quality requirements. Acceptance of the quality control plan will be based on the inclusion of the required information. Acceptance does not imply any warranty by the Government that the plan will result in consistent contract compliance. It remains the responsibility of the Contractor to demonstrate such compliance.

Supplement the plan as work progresses and whenever quality control procedures or quality control personnel changes are made.

**153.04 Testing.** Perform testing according to the accepted quality control plan. Keep laboratory facilities clean and maintain all equipment in proper working condition. Allow unrestricted access for inspection and review of the facility.

**153.05 Records.**

**(a) Notification of Completion of Work.** When work is ready for government inspection prepare a *Notification of Completion of Work"* (Form WFLHD 470).

**(b) Construction Operations Report.** For each day of work, prepare a "*Contractor's Daily Record of Construction Operations*" (Form WFLHD 465) or an approved alternate form. Include the following certification signed by the person responsible for the construction operations:

"*I certify that the information contained in this record is accurate.*"

**(c) Quality Control Report.** For each day of work, prepare a Quality Control Report. Include the following certification signed by the manager:

"*I certify that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.*"

List all work as defined in the plan. Record the phase the work is in and document all quality control activities associated with this work. List deficiencies and corrective actions taken or scheduled to be taken. Document meetings or discussions concerning quality control issues. Attach all test results from the days operations.

**(d) Control Charts.** Maintain linear control charts that identify the project number, contract item number, test number, each test parameter, the upper and/or lower specification limit applicable to each test parameter, and test results. Use the control charts as part of the quality control system to document the variability of the process, identify production and equipment problems, and identify potential pay factor adjustments. Keep control charts current and place in an accessible location. Cease production and/or make corrections to the process when problems are evident.

Submit **(b)** and **(c)** reports within one working day of the work being performed. If a report is incomplete, in error, or otherwise misleading, a copy of the report will be returned with corrections noted. When chronic errors or omissions occur, correct the procedures by which the reports are produced.

**153.06 Pay Item Measurement Notes.** Prepare notes according to Subsection 109.01.

**153.07 Acceptance.** The Contractor's quality control system will be evaluated under Subsection106.02 based on the demonstrated ability of the quality control system to result in work meeting the contract requirements.

If the Government's testing and inspection indicate that the quality control system is ineffective or the quality control plan is not being followed, make immediate improvements to the system to correct these inadequacies. Furnish notification in writing of improvements and modifications to the system.

## Measurement

**153.08** Do not measure Contractor quality control for payment.

**FEDERAL HIGHWAY ADMINISTRATION**
Revised 5/01
Preconstruction Conference Agenda Guideline

Project Number: ID RRP-CAMA 101(1) Name: Camas NWR Complex

Contract Number: DTFH70-01-C-00034 Contractor: Universal Construction Inc.

Contract Description and Location: Grading , Surfacing, and Bridge on the Camas National Wildlife Refuge, Hamer, Idaho

Location: Roberts, Idaho City Building, 647 North 2872 East Date: September 5, 2001

---

1. **Introductions.**

   A. A sign-in sheet is distributed and self-introductions are encouraged.

2. **FHWA Organization.**

   A. Introduce or identify the Project Engineer (COTR), inspectors, consultant inspectors, and the COE.

      a. **Todd Butikofer**

   B. Explain the organization chain up to the Contracting Officer.

      a. William L. Parsons – Contracting officer
      b. Dave K. Heckman – Construction Engineer
      c. Jane F. Traffalis – Construction Operations Engineer
      d. Todd Butikofer – Project Engineer ( COTR)
      e. Inspectors – Probably None

   C. Clarify the delegation of authority letter previously provided if there are questions.



Exhibit No. 11
Date: 10-19-04
Butikofer
T&T REPORTING

49

D. Explain the role of consultant inspectors.

a. If there are inspectors on this project, they will probably be CI's.
b. Their roll is the same as an FHWA inspector, which is outlined in the Delegation of authority.

E. Explain correspondence from the contractor.

a. All correspondence needs to be addressed to Federal Highway Administration, Todd Butikofer, Project Engineer, P.O. Box 268, Roberts, Idaho 83444.
b. All correspondence, submittals, test reports ect.. from subcontractors, suppliers and venders will be routed through the prime contractor with a cover letter, explaining the material contained and the actions the prime has taken to deal with the issue or matter contained, to Federal Highway Administration, Todd Butikofer, Project Engineer, P.O. Box 268, Roberts, Idaho 83444.

3. **Cooperating Agencies.**

A. Explain the role of applicable cooperating agencies

a. U.S. Fish and Wildlife Service

- Camas NWR Roles
  - Owner
  - Landlord
  - Resource and Wildlife Management and Preservation
  - Non-contractual
- Camas NWR Personnel
  - Dick Munoz – Project Leader
  - Gerald Deutscher – Refuge Manager
  - Farrel Downs – Maintenance
  - Sid Brown – Engineering Equipment Operator

I. The Contract is with the Federal Highway Administration.
II. Their will be no contact with the Refuge.

b. U.S. Army Corps of Engineers

- Permits

B. Encourage comments from any representatives in attendance.

4. **Utilities.**

A. Buried Telephone at the entrance road and area. Mr. O Lake telephone Coop.
B. Overhead Power at the entrance road and area. Phone #
Utah Power & Light

5. **Contractor's Organization.**

A. Ask the Contractor to explain his organization and define each representative's authority. Assistant Forman Rick Smith

B. Has the Superintendent been identified in writing? Yes: X No:_.

Whom: Mark Standridge

C. Has WFLHD-298 (Contractor's Delegation of Authority) been submitted? Yes: N No:___.

D. Have the Safety and/or Traffic Control Officers been identified in writing? Yes:___ No: X.

Whom:

E. Correspondence from PE should be addressed to?

Name: Address:
City: State: Zip:

F. Have the Quality Control Personnel been identified in writing? Yes: X No:_.

Whom: MTI

6. **Subcontracting.**

A. Have WFLHD-130 (Subcontracting Statistics) and SF-1413 (Statement and Acknowledgment) been furnished for each subcontract within 14 days of award of the contract?
FAR 52.222-11 Yes: X 130 No: X on 1413

B. Subsequent subcontract awards require the SF-1413 and WFLHD-130 within 14 days of their award.

C. Discuss the contractual relations between the government and the subcontractors.

a. The Government does not have a contract with the subcontractors.

D. Is the amount of work subcontracted within the contract limits?
Yes: X No:__. Chris

E. Have required labor clauses been incorporated into the subcontracts? Yes: X No:_
*(FAR Subpart 52.222-11)* Chris

F. Discuss the qualifications of the surveyors, inspectors, and testers if appropriate.
Construction Surveying. WAQTC Certified NICET II

G. Has the Contractor demonstrated efforts to subcontract to SDB (Small Disadvantaged Business) firms?
Yes: X No:__.

H. Discuss the subcontracting plan (if applicable) and who will administer it and keep records for the contractor. (FAR 52.219-9) Chris

I. Explain submittal of SF-294's and SF-295's if required.

a. Need to be submitted yearly.

J. Remind the contractor of his obligation to file ***Notice Requirement for Affirmative Action to Ensure Equal Opportunity for each on site subcontract exceeding $10,000.*** The Notice is submitted directly to the Office of Federal Contract Compliance Programs (OFCCP). (FAR 52.222-23)
None exceeding

**7. Contractor's Construction Schedule.**

A. Has it been furnished? Yes: X No:__

B. Discuss the equipment, labor, and materials planned for use.
Mob Crusher 17th September
Start Early on Parking Area.
Questions with the Borrow Area's

One set of Source Approval Sample other are Being Completed.
P.I. for Material.

a. Submit an equipment list with model number and serial number for each piece of equipment to be used under item 622. (SCR 622.02)

C. Discuss the proposed work shift time and days. MDT Change

M - Thurs 4-10's, with DAYLIGHT Schedule.

D. Discuss schedule approvals and updates.

a. Submit preliminary construction schedule at least 7 days before the preconstruction conference. A preliminary construction schedule is a written narrative with a detailed breakdown of all contract activities for the first 21 days after the *"Notice to Proceed"* is issued. Within 7 days after the preconstruction conference, the preliminary construction schedule will be accepted or rejected. If rejected, submit a revised schedule within 3 days. **Do not begin work**, except mobilization, traffic control and section 637 work, without an accepted preliminary construction schedule. (SCR 155.02) Addendum #1 Addendum

b. A construction schedule needs to be submitted for approval with in ~~30~~ 15 DAYS days of *"Notice to Proceed"* being issued. Allow 14 days for acceptance or rejection of the construction schedule or a revised schedule. If rejected, submit a revised schedule within 7 days. (SCR 155.02)

c. No progress payment will be made for any work until a construction schedule has been submitted to and accepted by the CO. (SCR 155.02)

d. Submit an updated construction schedule for acceptance by the 15th of each month or when: (SCR 155.06)

f. Allow seven days for acceptance or rejection after receipt of a updated or revised updated construction schedule. If rejected, submit a revised schedule with in 5 days. (SCR 155.06)

E. Discuss starting and completion dates for major components of work.

a. Crushing? 17th - 20th of the September
b. Linear Grading? Dependent of Borrow to with...
c. Surfacing? Asphalt [illegible] of October.
d. Bridge submittals? 10th September
e. Bridge Work? 17th Sept, Removal.

F. Determine the notice to proceed date if possible and verify the completion date.

a. September 10, 2001 NTP; December 11, 2001 FCD

G. Discuss CO's recourse if contractor fails to maintain progress.

a. See Far 52.236-15 **SCHEDULES FOR CONSTRUCTION CONTRACTS (APR 1984),** page C-64.

H. Discuss Liquidated Damages and stress early discussions required for contract time extensions.

a. Liquidated Damages for this project are $500.00 per day. (SCR 108.04)

I. Discuss suspension of work conditions. (FAR 52.242-14)

**8. Safety.**

A. Has WFLHD-28 (Guide Outline of Contractor's Accident Prevention Plan) been furnished Yes X No__.

a. Submit by September 15, 2001.

B. Has the contractor furnished his Accident Prevention Plan? Yes X No__.

C. Has a fire control plan been furnished if required? Yes X No __ N/A X .

D. Stress the emphasis on work zone traffic safety and the protection of the public, government employees, and contractor's employees. Water Fowl Season Oct. 6th School bus & Homes. Sage Grouse Sept 16.

E. Emphasize that it is the Contractor's responsibility to monitor safety and identify deficiencies on the project.

a. Traffic and Safety Supervisor. (SCR 156.08) Can not be the project Superintendent. Safety Policy conflict.

F. Explain that project personnel will not inspect under unsafe conditions.

G. Contractor must furnish accident reports. FP-96 Section 107.08 /

**9. Labor Provisions.**

A. Discuss the Davis-Bacon Act and explain that surveyors, inspectors, and testers

are not subject to Davis-Bacon wage rates.

a. The contractor must pay all employees **weekly** at the rates set up in the amended wage rates as applicable. (Contract Amendment No. A001, dated 7-3-01) (FAR 52.222-6)

B. Contract Work Hours and Safety Standards Act—Overtime Compensation

a. 1.5 times wage for hours over 40 in a week. ( FAR 52.222-4)

C. Discuss compliance with Copeland Act Requirements. (FAR 52.222-10)

D. Review the statement required by FAR Subpart 52.223-6(b)(1).

a. ✓ Publish a statement notifying employees it unlawful to manufacture, distribute, dispense, posses, or use a controlled substance on the work site, and specify actions that will be taken if the policy is violated.

E. Has the Contractor provided a copy of their drug-free awareness program? Yes X No__.

F. Discuss sanctions possible for noncompliance (i.e., suspension of payments, termination for default, and suspension or debarment.) (FAR 52.223-6 (d))

G. Remind the contractor of his obligation to file VeTS-100, Employment Reports on Special Disabled Veterans and Veterans of the Vietnam Era. The report is filed annually by September 30, to the Department of Labor. FAR 52.222-37
Has Been Submitted.

**10. Payrolls.**

A. One copy of certified payrolls from both the prime and the subs are to go to the Engineer within 7 days of the payment date, when applicable with the Davis-Bacon Act. (FAR 52.222-8)

B. Subcontractor payrolls are to be submitted through the prime.

C. If classification codes are used, two copies are to be submitted with the first payroll.

D. Emphasize the requirements of "owner/operator" classifications.

b. **Off-site construction activities.** Work in contractor selected noncommercial areas outside of the project limits may be subject to provisions of the Clean Water Act §§ 402 and 404, Endangered Species Act §10, Archeological Resource Protection Act (Federal and Indian Lands only), and/or the Native American Graves Protection and Repatriation Act (Federal and Indian Lands only). Off-project work areas include, but are not limited to, material sources, disposal areas, waste areas, staging areas, and haul roads. (SCR 107.10)

D. Discuss salvage materials, storage sites, and disposal areas.

a. **Off-site construction activities.** Work in contractor selected noncommercial areas outside of the project limits may be subject to provisions of the Clean Water Act §§ 402 and 404, Endangered Species Act §10, Archeological Resource Protection Act (Federal and Indian Lands only), and/or the Native American Graves Protection and Repatriation Act (Federal and Indian Lands only). Off-project work areas include, but are not limited to, material sources, disposal areas, waste areas, staging areas, and haul roads. (SCR 107.10)

E. Discuss elements of statistical acceptance, target values, pay factors, QL-Pay, etc. FP-96 Section 106.05

a. For work evaluated based on Statistical evaluation, both the Government and Contractor assume some risk.

1. The Government's risk is the probability that work of a rejectable quality level is accepted.

2. The Contractor's risk is the Probability that work produced at an acceptable quality level is rejected or accepted at a reduced contract price.

F. Review sampling and testing requirements.

a. 204 Items, Table 204-1, Page F-4.
b. 301 Items, Table 301-1, Page F-8.
c. 402 Items, Table 402-1, Page F-9.

G. Discuss certification requirements.

a. All materials delivered to the project have to be certified.

b. All traffic control devises need to be certified.

H. Review Contractor's weighing system and advise of checking procedure.

a. Project Weighing System – SCR 109.03

b. Randomly loads may be turned around and weighed again to assure 0.5% ✓ accuracy, or weight on an independent certified scale.

I. Discuss rideability specification if applicable.

a. Straightedge measurement – FP-96, 402.08

J. Discuss submittal, approval and review time for shop drawings. Explain correction procedures.

a. All approval and review times are listed in the appropriate sections of the Spec's., Plans, and SCR's.

K. Presence or absence of a Government inspector does not relieve the contractor from any contract requirement. (FAR 52.246-12 (d)

L. Emphasize the need for clean-up to be complete before final acceptance, and protection of the completed work until final acceptance.

**13. General Requirements.**

A. Scope of Work - Section 103.

a. Is the intent of the contract clear? Yes X No__.

b. Are any value engineering proposals planned (FAR Subpart 52.248-3)? If so, refer to WFLHD-454. Yes__ No X.

B. Control of Work - Section 104

a. Review the governing contract documents. (FAR, TAR, SCR's, Plans, FP-96) FP96 Section 104.04.

1. Federal Acquisition Regulations
2. Transportation Acquisition Regulations
3. Special Contract Requirements
4. Plans

e. Discuss compliance with all applicable laws, ordinances, safety codes, regulations, orders and decrees, and compliance with requirements of permits and agreements in the contract.

f. Has Accident Prevention Plan been submitted? Form WFLHD-28. Yes X No__ (SCR 107.08)

When?________________

g. Equip all motor vehicles, which have an obstructed view to the rear, and all material handling equipment operating on the project with a reverse signal alarm audible above the surrounding noise level. This has to be connected so as to sound when the vehicle or equipment is placed into reverse not manually switched. Any vehicle or equipment not meeting this requirement will be removed from the work until it is brought into compliance. (SCR 107.08)

h. Has Hazardous Spill Plan been submitted? (SCR 107.10) Yes X No X. Required before starting work.

When?________________

D. Prosecution and Progress – Section 108.

a. Notify at least 14 days in advance of any change of work schedule. (SCR 108.01)

b. Do not perform construction operations which interfere with public travel on the roadway between 6 p.m. Friday and 6 a.m. the following Monday of any week, unless otherwise authorized by the CO. All closure areas will be open to public traffic during these periods. (SCR 156.06)

c. Notify at least 48 hours in advance of beginning the start up phase of any operation per section 153. (SCR 108.01)

E. Measurement and Payment - Section 109.

a. Discuss pricing of adjustments.

1. There are mechanisms in the contract for pricing of adjustments and Contract modifications. (109.06)

b Discuss Prompt Payment Act and invoice certification process.



58

1. Read SCR 109.08 for prompt payment and progress payment information.
2. 14 days

b. Discuss Prompt Payment Act application to subcontract payments.

1. Read SCR 109.08
2. 14 days
3. If there will be retainages for subcontractors, the government retains the money not the prime. The Government needs to know the amount of each retainage and a copy of the letters to the subcontractors explaining the retainage per the FAR.

c. Review method of payment for materials on hand and preparatory work. ✓

d. Has the Electronic Funds Transfer information been received? Yes X No__.

e. Discuss payment notes (109.01) and Daily Record of Operations 153.05.

1. All are to be turned in to the FHWA office within one working day. (SCR 153.05)

**14. Contract Modifications.**

A. Stress the need for early notification of the modification required, and an early settlement.

B. Contractor must provide written notice of constructive changes, delays, and differing site conditions within 10 days. ✓

**15. Partnering Discuss if applicable.**

A. Indicated ~~that you would~~ like to participate in partnering. ✓
B. ~~Formal~~ or Informal ? ✓ weekly meeting.

**16. Construction Staking.**



59

A. You will be given all information listed in SCR 152.02.

B. Review survey control set by the government. (Reference line, control points, pertinent data)

C. Discuss the contractor's responsibility for line and grade, preservation of control points, etc. (SCR 152.03)

**17. Contract Items.**

A. Section 153 - Contractor Quality Control.

1) Has the Quality Control Plan been submitted? Yes__ No X. Sept 10th

a. Work will not be allowed to start until it is approved.

2) All required submittals including "*Contractors Daily Record of construction Operations*" (WFLHD 465), and a Quality Control report are required to be completed and turned in daily.

3) "*Notification of Complete of Work*" (WFLHD 470), is to be turned in when work is ready for Government inspection. A government inspection will not take place with out this form.

4) All required paper work is very important and should be completed and turned into the Government in a neat and timely manner.

5) Do you understand the requirements of Section 153 Contractor Quality Control? Yes X No__

B. Section 155 – Schedules for Construction Contracts.

1) Already covered.

C. Section 156 – Public Traffic

1) Only one closure may be used at a time.
2) Maintain 24-hour access to residents in the closure area.
3) Holiday restrictions, non after Labor Day
4) Snow removal to facilitate the work is the Contractor's responcibility.
5) Snow removal to provide public access is the responcibility of the

maintaining agency.

6) Do not perform construction operations, which interfere with the public on weekends.

7) TSS

a. FP-96, 156.08

b. Inspect traffic control devices

- All Traffic Control devises are to be new or near new. (FP-96, 635.03, (g))

c. Provide reports within 2 days of the required weekly inspections.

D. Section 158 – Watering for Dust Control

1) Pumping Location? will be Located.

E. Section 301 – Aggregate Surfacing

1) How, When and Where do you plan on getting your P.I. material.

2) Do you understand the acceptance of the aggregate materials? Yes X No__.

F. Section 554 – Reinforcing Steel

1) Submit Order lists, and Bending diagrams for acceptence.
2) Do not order until accepted.
3) Ship in tagged bundles marked according to CRSI.
4) Certifications FP-96, 709.01

G. Section 555 – Steel Structures

1) Fabricate structural steel in a Category 3, fabricating plant, per AISC.
2) Give written notice 21 days before the beginning of work at the shop. Do not manufacture any material or perform any work in the shop before notification.
3) Submit Shop drawings, Mill orders, Mill tests, Certifications, Erection Drawings, Camber diagrams, and Transportation drawings for acceptance.
4) Heat curving of girders is not allowed.
5) Do not drill, cut, or weld portions of structural members unless shown in the plans or approved in writing.

H. Section 557 – Timber Structures

1) Submit shop drawings and certifications for acceptance. ✓

I. Section 601 – Minor Concrete Structures

1) Submit for approval concrete mix design per 601.03.
2) Hydration Stabilizers may be used in accordance with SCR 601.05.

J. Section 622 – Rental Equipment

1) Has model number and serial number for each piece of rental equipment been submitted? Yes__ No X.

**18. Final comments by Cooperating Agencies or Others.**

Dick- 237-6615
Munzo
DAILY contacts - SoD L FARRel.

**19. Contractor Performance Evaluations.**

Explain that a performance evaluation will be prepared when the project is completed. Interim evaluations will be prepared if necessary, however and interim unsatisfactory evaluation is not a pre-requisite to a final unsatisfactory evaluation. The contractor will receive either a satisfactory or unsatisfactory rating based on the —ontractor Performance Evaluation Criteria". The performance evaluation will be one of the criteria used to make responsibility determinations on future projects.

**20. Additional Details.**

1. Are any more plans or specifications required by the Contractor?
Yes X No__. Several

2. Are any copies or examples of note formats, report forms, etc., required?
Yes X No__. Several



62

**CERTIFICATION:** The preceding items have been discussed.

Dirk Staudenfer, Pres.
Signature and Title for the Contractor

Project Engineer
Signature and Title for the Government

U.S. Department of Transportation
Federal Highway Administration

WESTERN FEDERAL LANDS HIGHWAY DIVISION
610 EAST FIFTH STREET
VANCOUVER, WA 98661-3893
(360) 696-7700 FAX: (360) 696-7846

FHWA-VANCOUVER
01 SEP 14 AM 10:55
MAIL ROOM

September 7, 2001

Dick Standerfer, President
Universal Construction, Inc.
134 North Washington Avenue
Emmett, Idaho 83617

RE: ID RRP CAMA 101(1)
Camas NWR Complex
Contract No. DTFH70-01-C-00034

Dear Mr. Standerfer:

Please consider this your Notice to Proceed for the above project, awarded to you on August 21, 2001. The **effective date of the Notice to Proceed is September 10, 2001**, however the contract prohibits you from commencing construction activities until such time that all contractual obligations (construction schedule, Quality Control plan, etc.) are fulfilled.

Please acknowledge receipt of this Notice to Proceed by signing and dating two copies, and returning them to me at the addressed listed above.

Sincerely,

Jane F. Traffalis

Jane F. Traffalis
Construction Operations Engineer

Acknowledged:

By: Dick Standerfer Date: 9/10/01

64

resulting from printing, cutting, forming, and other converting operations; bag, box, and carton manufacturing wastes; and butt rolls, mill wrappers, and rejected unused stock; and

(ii) Repulped finished paper and paperboard from obsolete inventories of paper and paperboard manufacturers, merchants, wholesalers, dealers, printers, converters, or others.

(b) In accordance with Section 101 of Executive Order 13101 of September 14, 1998, Greening the Government through Waste Prevention, Recycling, and Federal Acquisition, the Contractor is encouraged to submit paper documents, such as offers, letters, or reports, that are printed or copied double-sided on recycled paper that meet minimum content standards specified in Section 505 of Executive Order 13101, when not using electronic commerce methods to submit information or data to the Government.

(c) If the Contractor cannot purchase high-speed copier paper, offset paper, forms bond, computer printout paper, carbonless paper, file folders, white wove envelopes, writing and office paper, book paper, cotton fiber paper, and cover stock meeting the 30 percent postconsumer material standard for use in submitting paper documents to the Government, it should use paper containing no less than 20 percent postconsumer material. This lesser standard should be used only when paper meeting the 30 percent postconsumer material standard is not obtainable at a reasonable price or does not meet reasonable performance standards.

**52.209-6 Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment (Jul 1995)**

(a) The Government suspends or debars Contractors to protect the Government's interests. The Contractor shall not enter into any subcontract in excess of $25,000 with a Contractor that is debarred, suspended, or proposed for debarment unless there is a compelling reason to do so.

(b) The Contractor shall require each proposed first-tier subcontractor, whose subcontract will exceed $25,000, to disclose to the Contractor, in writing, whether as of the time of award of the subcontract, the subcontractor, or its principals, is or is not debarred, suspended, or proposed for debarment by the Federal Government.

(c) A corporate officer or a designee of the Contractor shall notify the Contracting Officer, in writing, before entering into a subcontract with a party that is debarred, suspended, or proposed for debarment (see FAR 9.404 for information on the List of Parties Excluded from Federal Procurement and Nonprocurement Programs). The notice must include the following:

(1) The name of the subcontractor;

(2) The Contractor's knowledge of the reasons for the subcontractor being on the List of Parties Excluded from Federal Procurement and Nonprocurement Programs;

(3) The compelling reason(s) for doing business with the subcontractor notwithstanding its inclusion on the List of Parties Excluded from Federal Procurement and Nonprocurement Programs.

(4) The systems and procedures the Contractor has established to ensure that it is fully protecting the Government's interests when dealing with such subcontractor in view of the specific basis for the party's debarment, suspension, or proposed debarment.

**52.211-10 Commencement, Prosecution, and Completion of Work (Apr 1984) Alternate I (Apr 1984)**

The Contractor shall be required to (a) commence work under this contract within 10 calendar days after the date the Contractor receives the notice to proceed, (b) prosecute the work diligently, and (c)

complete the entire work ready for use not later than **December 11, 2001,** subject to such extensions as may be authorized. The time stated for completion shall include final cleanup of the premises.

The completion date is based on the assumption that the successful offeror will receive the notice to proceed **by September 10, 2001.** The completion date will be extended by the number of calendar days after the above date that the contractor receives the notice to proceed, except to the extent that the delay in issuance of the notice to proceed results from the failure of the contractor to execute the contract and give the required performance and payment bonds within the time specified in the offer.

**52.211-12 Liquidated Damages—Construction (Sep 2000)**

(a) If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Government in the amount of: See Special Contract Requirements, Subsection 108.04.

(b) If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until the work is completed. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

**52.211-18 Variation in Estimated Quantity (Apr 1984)**

If the quantity of a unit-priced item in this contract is an estimated quantity and the actual quantity of the unit-priced item varies more than 15 percent above or below the estimated quantity, an equitable adjustment in the contract price shall be made upon demand of either party. The equitable adjustment shall be based upon any increase or decrease in costs due solely to the variation above 115 percent or below 85 percent of the estimated quantity. If the quantity variation is such as to cause an increase in the time necessary for completion, the Contractor may request, in writing, an extension of time, to be received by the Contracting Officer within 10 days from the beginning of the delay, or within such further period as may be granted by the Contracting Officer before the date of final settlement of the contract. Upon the receipt of a written request for an extension, the Contracting Officer shall ascertain the facts and make an adjustment for extending the completion date as, in the judgment of the Contracting Officer is justified.

**52.214-26 Audit and Records – Sealed Bidding (Oct 1997)**

(a) As used in this clause, "records" includes books, documents, accounting procedures and practices, and other data, regardless of type and regardless of whether such items are in written form, in the form of computer data, or in any other form.

(b) Cost or pricing data. If the contractor has been required to submit cost or pricing data in connection with the pricing of any modification to this contract, the Contracting Officer, or an authorized representative of the Contracting Officer, in order to evaluate the accuracy, completeness, and currency of the cost or pricing data, shall have the right to examine and audit all of the Contractor's records, including computations and projections, related to-----

(1) The proposal for the modification;

(2) The discussions conducted on the proposal(s), including those related to negotiating;

(3) Pricing of the modification; or

(4) Performance of the modification.

# UNIVERSAL CONSTRUCTION, INC.

U.C.I.

PHONE
(208) 365-5750

FAX
(208) 365-4645

FACSIMILE TRANSMITTAL SHEET

TO: Todd Burkofer
FROM: Cris Heath
COMPANY: FHA
DATE: 9/10/01
FAX NUMBER: (208) 228-2065
TOTAL NO. OF PAGES INCLUDING COVER: 10
PROJECT: IDRRP CAMA 101(1) Camas NWR Complex
RE: QC Plan

☐ URGENT ☒ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

MESSAGE: if you have any question please call our office.

original mailed 9/10/01

RECEIVED
SEP 10 2001
BY PROJECT ENGINEER

P.O. Box 187 - Emmett, Idaho 83617

67

**MATERIALS TESTING & INSPECTION**

❑ Environmental Services ❑ Geotechnical Engineering ❑ Construction Materials Testing ❑ Special Inspections

*September 10, 2001*

*Mr. Dick Standerfer*
*Universal Construction*
*P.O. Box 187*
*Emmett, Idaho 83617*

*Re: Camas NWR Complex*
*Contract Number DTFH70-01-B-0017*

*The enclosed quality control plan has been prepared for the above referenced project. The plan outlines testing and associated frequencies for construction activities. A table has been provided in this document detailing the planned number of tests (and trips to the site) along with test methods and other relevant information.*

*This quality control plan has been provided as part of the contract requirements and in accordance with Section 153 of the special contract requirements. Inspection/control procedures identified in this document will be implemented and performed by Universal Construction and the applicable subcontractors. MTI will be performing the process control testing identified in this document, when scheduled to do so.*

*Should you have any questions pertaining to the information contained herein, please do not hesitate to contact for clarification at the number listed below.*

*Sincerely,*
*MATERIALS TESTING & INSPECTION*

*Dan King*
*Eastern Idaho Manager*

RECEIVED
SEP 10 2001
BY PROJECT ENGINEER

7446 W. Lemhi St., Boise ID 83709 208 376-4748 Fax 208 322-6515

68

MATERIALS TESTING & INSPECTION

CONTRACTOR QC PLAN

## *Inspection & Control Procedures*

*Prior to commencing applicable work items or activities, Universal Construction's personnel and the applicable sub-contractors will complete the following tasks:*

*Preparatory Phase*

a. *Review all contract requirements*
b. *Ensure compliance of materials with project plans and specifications*
c. *Universal Construction will coordinate all submittals, including certifications, and provide them to the Federal Highway Administration representative.*
d. *Universal Construction will ensure capability of equipment and personnel to comply with contract requirements.*
e. *Universal Construction will coordinate with MTI to confirm that all testing is accomplished.*
f. *Universal Construction will coordinate surveying and staking of the work with appropriate sub-contractors.*

*Start-Up Phase*

a. *Universal Construction shall review contract requirements with personnel who will perform the work.*
b. *MTI will inspect and or test the start-up of the work.*
c. *Universal Construction will establish standards of workmanship.*
d. *Universal Construction will provide for, or request, training of workers as necessary.*
e. *MTI will identify material deficiencies and Universal Construction shall correct said deficiencies.*
f. *The testing schedule, as outlined in this document, will be performed based on the production schedule.*

*Production Phase*

a. *MTI will perform sampling and testing procedures in accordance with FHWA standards to ensure the test results accurately reflect the material quality.*
b. *MTI will conduct inspections at the frequency required by the specifications, during construction to identify and correct deficiencies.*
c. *All parties shall provide feed back and system changes to prevent repeated deficiencies. The RFI system identified in the project specifications shall be employed to address questions and/or issues.*
d. *Universal Construction will review completed phases for compliance before scheduled Government acceptance.*

RECEIVED
SEP 10 2001
BY PROJECT ENGINEER

69

MATERIALS
TESTING &
INSPECTION

## Sampling, Testing and Acceptance Requirements

| TEST DESCRIPTION | MATERIAL TYPE OR PRODUCT | FREQUENCY | PLANNED NUMBER OF TESTS | REQUIREMENTS | RESPONSIBLE PARTY |
|---|---|---|---|---|---|
| (SECTION 204) EXCAVATION & EMBANKMENT | | | | | |
| Compaction Testing | Unclassified Borrow | 1 per layer per each 5,000 square meters | -- | 95% minimum, AASHTO T-238 & T-239, per Sec. 204.11 of specifications | MTI |
| Classification | Unclassified Borrow | 1 per soil type | 3 | AASHTO M145 | MTI |
| Moisture-Density Test | Unclassified Borrow | 1 per soil type but not less than 1 per 10,000 m³ | 3 | AASHTO T-99 or T-180, per Table 204-1 of specifications. | MTI |
| SECTION 301 - UNTREATED AGGREGATE COURSES (AGGREGATE SOURCE) | | | | | |
| Los Angeles abrasion course | Material Source Contractor located | 5 for undeveloped source. | 5 | AASHTO T-96 35% Max | MTI |
| Durability Index (coarse and fine) | Material Source Contractor located | 5 for undeveloped source. | 5 | AASHTO T-210 35 Min | MTI |
| Sodium Sulfate Soundness | Material Source Contractor located | 5 for undeveloped source. | 5 | AASHTO T-104 12% Max | MTI |
| Accelerated Weathering | Material Source Contractor located | 5 for undeveloped source. | 5 | WFLHD-DMSO 12% Max | MTI |
| SECTION 301 - UNTREATED AGGREGATE COURSES (AGGREGATE PRODUCTION) | | | | | |
| Gradation | Aggregate Surface Course | 1 for each 6 hours of production but not less than 2 for each day | -- | AASHTO T-11 & AASHTO T-27 Grading H | MTI |
| Liquid Limit | Aggregate Surface Course | 1 for each 6 hours of production but not less than 2 for each day | -- | AASHTO T-89 35 Max | MTI |

RECEIVED
SEP 10 2001
BY PROJECT ENGINEER

70

MATERIALS TESTING & INSPECTION

| TEST DESCRIPTION | MATERIAL TYPE OR PRODUCT | FREQUENCY | PLANNED NUMBER OF TESTS | REQUIREMENTS | RESPONSIBLE PARTY |
|---|---|---|---|---|---|
| **SECTION 301 - UNTREATED AGGREGATE COURSES (AGGREGATE PRODUCTION) . . . Continued** | | | | | |
| Plastic Index | Aggregate Surface Course | 1 for each 6 hours of production but not less than 2 for each day | --) | AASHTO T-90 10 ± 3 | MTI |
| Fractured Faces | Aggregate Surface Course | 1 for each 6 hours of production but not less than 2 for each day | -- | ASTM D-5821 50% Min | MTI |
| **SECTION 301 - UNTREATED AGGREGATE COURSES (FINAL PRODUCT)** | | | | | |
| Gradation | Aggregate Surface Course | 1 Per 1000 metric tons | 20 | AASHTO T-11 & AASHTO T-27 Grading H | MTI |
| Liquid Limit | Aggregate Surface Course | 1 Per 1000 metric tons | 20 | AASHTO T-89 35 Max | MTI |
| Plastic Index | Aggregate Surface Course | 1 Per 1000 metric tons | 20 | AASHTO T-90 10 ± 3 | MTI |
| Fractured Faces | Aggregate Surface Course | 1 Per 1000 metric tons | 20 | ASTM D-5821 50% Min | MTI |
| Compaction Test | Aggregate Surface Course | 1 Per 500 metric tons but not less than 1 per layer | 60 | AASHTO T-238 AASHTO T-239 | MTI |
| Moisture-Density Test | Aggregate Surface Course | 1 per 10,000 m³ | 2 | AASHTO T-180 | MTI |
| **SECTION 402 - MINOR ASPHALT CONCRETE** | | | | | |
| Compaction Testing | Asphalt Mixture | 1 per 1000 m² | 2 (2 trips) | AASHTO T-238 & AASHTO T-239 | MTI |
| | | | | | |

RECEIVED
SEP 10 2001
BY PROJECT ENGINEER

71

**MATERIALS TESTING & INSPECTION**

## Quality Control Organizational Chart & Resumes




RECEIVED
SEP 10 2001
BY PROJECT ENGINEER

72

MATERIALS
TESTING &
INSPECTION

## RESPONSE TIME

*Materials Testing & Inspection operates with a full-time dispatcher from the hours of 7:00 a.m. to 5:00 p.m. We guarantee to have an inspector on site within 24 hours of notification. In an emergency situation, we will respond within two hours.*

## REPORTING PROCESS

*Our reporting process consists of a handwritten field report left on-site so that you are aware of any noncompliance or problems. Under normal circumstances, a written report which has been reviewed by one of our engineers and is mailed within 72 hours following the day of inspection. Laboratory test reports are issued within three days of completion of the test. In the case of a failing test result or low concrete strength, we notify you by telephone immediately, followed by a faxed confirmation.*

## CONTROL CHARTS

*MTI will post and maintain linear control charts in the testing trailer. The control charts will identify the project number, test number, each test parameter, the upper and/or lower specification limit applicable to each test parameter and test results.*

## PROBLEM RESOLUTION

*We assign technicians certified in their areas of expertise for consistent participation on each project. Should a problem or question arise during the construction process, Materials Testing & Inspection has a problem resolution system, as outlined below:*

*1. RFI - Request for Information*

*A Request for Information form is used when there is a problem or discrepancy regarding the contract documents and a structural engineer's clarification is needed to resolve the situation. For example, It can be used when there is a disagreement as to what type of soil goes in a certain area, or when a weld is not detailed on a structural drawing but our inspector feels that one was intended to be there. All Requests for Information will be directed to the Owner or the Owners agent.*

*2. Work-in-Progress Punch List*

*When a problem occurs, a punch list is created so that the contractor is aware of any outstanding items. This punch list requires the signatures of the inspector and the superintendent; therefore, no questions can arise as to whether or not a problem was brought to the attention of the superintendent.*

RECEIVED
SEP 1 0 2001
BY PROJECT ENGINEER

73

**MATERIALS TESTING & INSPECTION**

# DAN E. KING
## EASTERN IDAHO MANAGER

*Mr. King has performed geotechnical construction observations, materials testing, and special inspection including project management, field exploration, and laboratory testing since 1991. For the past six years, he has been the manager of materials testing firms providing engineering consulting, geotechnical, environmental and construction materials testing and inspection services. His past responsibilities have included construction monitoring and supervision of massive projects requiring expertise in construction inspection, materials testing and engineering design.*

**YEARS OF EXPERIENCE: 10**
**YEARS AT MTI: 2**

### CERTIFICATIONS & AFFILIATIONS

- ICBO Certified Special Inspector, Reinforced Concrete
- ICBO Certified Special Inspector, Reinforced Masonry
- ICBO Certified Special Inspector, Spray Applied Fire Protection.
- ACI Level I Concrete Inspector
- ACI Level II Concrete Inspector
- Western Alliance for Quality Control Transportation Construction (WAQTC)
  - Asphalt
  - Concrete
  - Aggregate
- Portable Nuclear Gauge Safety
- FEMA Disaster Inspector
- AWS D1.1 Ultrasonic Inspection Application

### EDUCATION

Oregon Institute of Technology, Bachelor of Science, Civil Engineering

## PROJECT EXPERIENCE

**Freeport Indonesia, Lime Mine**
Performed mechanical detailing and material quantity take-offs for transfer towers and approximately 5 miles of conveyor system.

**City of Klamath Falls OR, City of Bend OR,**
**City of Nampa Idaho - Engineering Design**
Develop and design single/multi family and commercial wastewater treatment facilities. Engineering design for commercial site plans and municipal water and sewer piping systems.

**Emmett West Side Elementary**
**Emmett Idaho - Geotechnical Investigation**
Performed preliminary geotechnical investigation using drill rig and backhoe exploration methods. Performed field observations and testing during rough and fine grading. Acted in the capacity of project manager/special inspector through infrastructure and construction building material phases.

**Kuna Cave Dairy**

**Kuna Idaho – Monitor Massive Earthwork**
Massive Earthmoving project Approx 1.5-million CY to form building pads, dikes, levies, and sewage lagoons. Compaction control testing and monitoring earthwork operations.

**Crusher Control Sampling & Testing**
Nampa Paving
Boise Paving

**Crusher Control Sampling & Testing**
K&L Excavation
Monroc
Idaho Sand & Gravel
G&B Ready Mix
Center Lane Construction
Canyon Sand & Gravel
Universal Construction
Donnelly – ITD HWY
Donnelly ID
Sampled and tested soil and aggregates during road widening, reconstruction and bridge replacement improvements. Prepared and tested samples in an on-site laboratory per ITD specifications.

**Highway – East Entrance to Yellowstone National Park, WY - Soil and Aggregate Testing**
Sampled and tested soil and aggregates during road re-building improvements. Prepared and tested samples in an on-site laboratory per WFLD specifications.

**Management – Idaho Testing & Inspection, /Materials Testing & Inspection Inc.**
Responsible for day to day operations, Personnel, Marketing, Billing, Job cost estimating, Report review, preparation of contracts, project coordination & scheduling.

RECEIVED
SEP 10 2001
BY PROJECT ENGINEER

74

MATERIALS TESTING & INSPECTION

# CRIS D. MCMURTREY
## EASTERN IDAHO ASSISTANT MANAGER

*Cris McMurtrey has worked in the materials testing and inspection field for five years. He has a broad experience of quality control field and laboratory testing and sampling of soils, asphalt, and concrete. Cris has worked in both fixed and portable testing laboratories for highway, and large commercial projects. He has conducted geotechnical soils investigations and has assisted in the writing of geotechnical reports.*

YEARS OF EXPERIENCE: 5
YEARS AT MTI: 3

*CERTIFICATIONS & AFFILIATIONS*

- *NICET Level I*
  - *Asphalt*
  - *Soils*
  - *Concrete*
- *Western Alliance for Quality Control Transportation Construction (WAQTC)*
  - *Asphalt*
  - *Aggregate*
  - *Concrete*
- *National Concrete Masonry Association Testing Technician*
- *ICBO Certified Special Inspector Structural Masonry*
- *Portable Nuclear Gauge Safety*
- *ACI Grade I Concrete Technician*
- *WYDOT Certified Technician for Asphalt Concrete*
- *WYDOT Certified Technician for Soils and Aggregates*

*EDUCATION*
*Idaho State University, Pocatello ID, AAS Civil Engineering Technology – 5/1996*

## PROJECT EXPERIENCE

***Century High School, Pocatello, Idaho***
***Special Inspection***
*Performed special inspection of reinforced concrete, structural masonry, fireproofing and minor welding. Monitored earthwork throughout the duration of the project.*

*Highway –* ***Newdale to Canyon Creek Road, ITD District VI***
***Banbury Springs to Buhl, Idaho, ITD District IV***
***Alpine Junction to Hoback, Wyoming DOT***
***Lead Technician** – Monitored Paving operation while performing in place nuclear density testing.*

***Wagon Wheel Resort, Jackson Wyoming Geotechnical Investigation***
*Performed preliminary geotechnical investigation using hollow core drilling rig. Performed all necessary lab testing on samples obtained in the field.*

***Home Depot, Idaho Falls, Idaho***
***Special Inspection***
*Performed special inspection of reinforced concrete, structural masonry. Monitored earthwork throughout the duration of the project.*

RECEIVED
SEP 1 0 2001
BY PROJECT ENGINEER

75

**MATERIA TESTING & INSPECTION**

# JON LAUX
## WAQTC INSPECTOR

Jon Laux is responsible and experienced in the environmental and asbestos testing in Eastern Idaho and has completed Phase I/II ESA's on several sites. He has a broad experience of quality control field and laboratory testing and sampling of soils, asphalt, and concrete. Jon has worked in fixed and portable testing laboratories for highway, and large commercial projects.

**YEARS OF EXPERIENCE: 3**
**YEARS AT MTI: 3**

**CERTIFICATIONS & AFFILIATIONS**

- Certified Asbestos Inspector
- Western Alliance for Quality Control Transportation Construction (WAQTC)
  - Asphalt
  - Embankment
  - Concrete
- Nuclear Moisture/Density Gauge Safety
- ACI Grade I Concrete Technician

**EDUCATION**

University of Idaho, B.S. Wildlife Resources, 1996
AHERA Asbestos Inspector Course, Environmental Health Sciences, Inc., Bellevue, WA
AHERA Asbestos Course Refresher, Clayton Environmental, Seattle, WA

## PROJECT EXPERIENCE

*Waterford Subdivision, Idaho Falls, ID*
*Environmental Site Assessment I*

*Jennie Lee Business Park, Idaho Falls, ID*
*Environmental Site Assessment I*

*Northwest Cosmetics, Idaho Falls, ID*
*Environmental Site Assessment I*

*Heritage Industrial Park, Idaho Falls, ID*
*Environmental Site Assessment I*

*ALCO-Stores, Soda Springs, ID*
*Environmental Site Assessment I*

*Spring Meadows Subdivision, Idaho Falls, ID*
*Environmental Site Assessment I*

*US West Building, Idaho Falls, ID*
*Environmental Site Assessment I*

*Rexburg Student Housing, Rexburg, ID*
*Environmental Site Assessment I*

*International Business Park, Idaho Falls, ID*
*Environmental Site Assessment I*

*O.E. Bell Renovation, Idaho Falls, ID*
*Lead and Asbestos Inspection*

*Walgreen's Store, Idaho Falls, ID*

*Lead, Asbestos Survey & Environmental Site Assessment I*

*Idaho Housing & Finance Assoc, Idaho Falls*
*Asbestos Inspection*

*Idaho State University Student Union Building, Pocatello, ID*
*Soil and Water Sampling*

*Scenic Falls Credit Union, Idaho Falls, ID*
*Soil Sampling*

*Alpine to Hoback, WY Highway*

*Hoff Rd to Riverside, ID Highway*

*Fifth South, Pocatello, ID Highway*

*Sugar City Interchange, ID Highway*

*Soda Springs, ID Highway*

*Astoria, WY Crusher Control*

*Sage Junction Interchange, ID Drainage*

*Sugar City Interchange, ID Highway*

*Soda Springs, ID Highway*

RECEIVED
SEP 1 ? 2005
BY PROJECT ENGINEER

76

MATERIALS TESTING & INSPECTION

# TROY POSIO
## WAQTC INSPECTOR

Troy Posio has conducted geotechnical soils investigations and has assisted in the writing of geotechnical reports. He has a broad experience of quality control field and laboratory testing and sampling of soils, asphalt, and concrete. Troy has worked in both fixed and portable testing laboratories for highway, and commercial projects.

YEARS OF EXPERIENCE: 2
YEARS AT MTI: 2

**CERTIFICATIONS & AFFILIATIONS**

- NICET Level I in Geotechnical Engineering Technology
  - Generalist
  - Laboratory
- Western Alliance for Quality Control Transportation Construction (WAQTC)
  - Aggregate
  - Concrete
- Nuclear Moisture/Density Gauge Safety
- ACI Grade I Concrete Technician

**EDUCATION**

Idaho State University, Pocatello ID, B.S. Geology, 1998

## PROJECT EXPERIENCE

***Clark County High School, Dubois, ID Geotechnical Investigation***
*Performed preliminary geotechnical investigation. Performed all necessary lab testing on samples obtained in the field.*

***Ashton Memorial Nursing Home, Ashton, ID Geotechnical Investigation***
*Performed preliminary geotechnical investigation. Performed all necessary lab testing on samples obtained in the field.*

***Higham Office Facility, Idaho Falls, ID Geotechnical Investigation***
*Performed preliminary geotechnical investigation. Performed all necessary lab testing on samples obtained in the field.*

***Married Student Housing, Rexburg, ID Geotechnical Investigation***
*Performed preliminary geotechnical investigation. Performed all necessary lab testing on samples obtained in the field.*

***Mountain Laurel Subdivision, Victor, ID Geotechnical Investigation***
*Performed preliminary geotechnical investigation. Performed all necessary lab testing on samples obtained in the field.*

***Minico High School, Minidoka County, ID Geotechnical Investigation***
*Performed preliminary geotechnical investigation. Performed all necessary lab testing on samples obtained in the field.*

***American Falls High School, American Falls, Idaho - - Special Inspection***
*Performed special inspection of reinforced concrete, structural masonry. Monitored earthwork throughout the duration of the project.*

***Eastern Idaho Regional Medical Center, Idaho Falls, ID – Special Inspection***
*Performed special inspection of reinforced concrete, structural masonry. Monitored earthwork throughout the duration of the project.*

***Newdale to Canyon Creek, ID Highway***

***Clevland to Niter, ID Highway***

***Ryan Street, Chubbuck, ID***

RECEIVED
SEP
BY PROJECT ENGINEER

TOTAL P.11

**U.S. DEPARTMENT OF TRANSPORTATION**
**FEDERAL HIGHWAY ADMINISTRATION**
**WESTERN FEDERAL LANDS HIGHWAY DIVISION**
**P.O. Box 268**
**Roberts, Idaho 83444**

September 11, 2001 UCI-002

Dick Standerfer, President
Universal Construction, Inc.
P.O. Box 187
Emmett, Idaho 83617

Subject: Quality Control Plan

DTFH70-01-C-00034
Camas NWR Complex
ID RRP-CAMA 101(1)

Mr. Standerfer,

On September 10, 2001, this office received a faxed copy of your Quality Control Plan. After initial review the Quality Control Plan is not approved. The submitted plan lacks several necessary required parts. Some of the deficiencies are as follows:

1. Subsection **153.03** – Include the work of **all** subcontractors in the quality control plan.
2. Subsection **153.03, (a), (2)** – Document the names and relevant experience of **all** other personnel involved in the system. Not just those involved in the materials testing. (i.e. Surveyors, ect.)
3. Subsection **153.03, (b)** – List the name and authority of personnel directly responsible for each phase of work. This may need to be broken out by individual items.
4. Do not just reiterate the requirements of subsections **153.03, (b), (1), (2),** and **(3),** please explain how each of the requirements will be accomplished as required.

Please contact me if you have any questions.

Sincerely,

Original Signed By

Todd Butikofer,
Project Engineer

cc: Jane Traffalis, COE
Mark Standerfer, Universal
files

78