**U.S. DEPARTMENT OF TRANSPORTATION**
**FEDERAL HIGHWAY ADMINISTRATION**
**WESTERN FEDERAL LANDS HIGHWAY DIVISION**
**P.O. Box 268**
**Roberts, Idaho 83444**

September 17, 2001

UCI-006

Dick Standerfer, President
Universal Construction, Inc.
P.O. Box 187
Emmett, Idaho 83617

Subject: Revised Quality Control Plan

DTFH70-01-C-00034
Camas NWR Complex
ID RRP-CAMA 101(1)

Mr. Standerfer,

FHWA is in receipt of your revised Quality Control Plan, and it is rejected as submitted. **SECTION 153. – CONTRACTOR QUALITY** CONTROL requires you to have a Quality Control Plan for all phases of inspection; sampling and testing performed **both** onsite and offsite to ensure that work conforms to the contract requirements. As listed in letter UCI-002, dated September 11, 2001, this plan also lacks required information. The deficiencies are as follows:

1. Subsection **153.03 Quality Control Plan, (a) Personal Qualifications, (1).** Document the name, authority, relevant experience, and qualifications of the person with overall responsibility for the system. The requirements for the alternative will be the same as the designated manager.
2. Subsection **153.03 Quality Control Plan, (a) Personal Qualifications, (2).** Document the names and relevant experience of **all** other personnel involved in the system. **(i.e. Surveyors, Testers, and any involved office personnel)**
3. Subsection **153.03 Quality Control Plan, (b) Inspection/control procedures.** List the name and authority of personnel directly responsible for each phase of work.
4. Subsection **153.03 Quality Control Plan, (b) Inspection/control procedures,** second paragraph. Address **HOW** each of the following will be accomplished: **(1) Preparatory phase,** (a) thru (e), **(2) Start-up phase,** (a) thru (c), **(3) Production phase,** (a) thru (d). This subsection of the contract **does not** ask for the requirements to be reiterated back in the plan, but it requires you to show **how** the requirements of this subsection will be met in your plan.
5. Subsection **153.03 Quality Control Plan,** second paragraph. Explain how and who will be giving the required notification at least 48-hours in advance of beginning the start-up phase of all items of work.
6. Subsection **153.03 Quality Control Plan,** third paragraph. Include the work of all subcontractors in the quality control plan.

7. Special consideration should be given to the required submittals for this contract, which fall into the Preparatory phase. Who will be going over them to assure they are correct before being submitted to FHWA for acceptance.
8. FHWA requires that all testing documentation is an original, done in ink, and supplied to the FHWA within the allowed reporting times of each item of work. Facsimiles and copies are not accepted.
9. FHWA requires that if materials are being produced, or placed on the roadway and acceptance is in place on the road, that a qualified testing person is present to obtain and run samples. Reporting times start when the sample is obtained at the point of acceptance. Prior notification of sample times or weights will not be given to the contractor or any of their representatives.

I am also enclosing an example copy of a quality control plan for your reference. Submission and acceptance of the Quality Control Plan is required before work will be allowed to start on this project

Please contact me if you have any questions.

Sincerely,

Todd Butikofer,
Project Engineer

cc: Jane Traffalis, COE
Mark Standerfer, Universal
files

91

**EXAMPLE OF QUALITY CONTROL PLAN**

TOTEM CONSTRUCTION, INC.
P.O. Box 549
Rapid City, OR 97701

March 9, 1999

Federal Highway Administration
P.O. Box 8456
Boise, ID 87503

**ID PFH 55-2(3),RED BRANCH ROAD**
**DTFH70-99-C-000112**
**QUALITY CONTROL PLAN**

The following items comprise our Quality Control Plan (QCP) in accordance with Subsection 153.03 of the Contract.

1) All work will be performed in accordance with the contract requirements. Totem Construction, Inc. (TCI) will maintain an inspection system which assures compliance with these contract requirements. Any indication of system deficiencies, whether discovered as a result of Government or TCI checks or tests, will result in modifications to the system to correct these deficiencies.

) This QCP does not endeavor to repeat or summarize contract requirements. It describes the process which TCI will use to assure compliance with those requirements. The QCP, documents broad categories of work in accordance with Subsection 153.03. Necessary details dealing with minor items, not included in the QCP, will be addressed informally between the Contractor Quality Control Manager (CQCM) and the Project Engineer (PE) as the work progresses and will be documented in writing on the Quality Control Report. The level of Quality Control (QC) accountability and control exercised by TCI on these items will be consistent with the details of the plan.

3) Ned Dixon will have the overall responsibility for quality control on the project and will be the CQC Manager. Mr Dixon has had similar positions and responsibilities on other Federal, State and County Projects. He is a NICET Level IV Construction Technician and is certified by Idaho Transportation Department (ITD) as a CQC Manager. He will be responsible for overseeing day-to-day construction operations from a QC standpoint. He will assure that all required tests and documentation are completed and that the results are furnished to the Government in the time frame required. Mr. Dixon is empowered to suspend any operation which he deems to be in noncompliance with the contract, and/or order corrective measures to assure compliance. Mr. Dixon will complete both the Construction Operations and the Quality Control reports in accordance with Subsection 153.05.

4) Nick Bates, TCI Project Engineer, has performed the duties of Quality Control Technician (QCT) for TCI the last three years and is designated as the alternate CQC Manager for this project in the absence of Mr. Dixon. He will report directly to Mr. Dixon. Mr. Bates is also a NICET Level IV Technician and tified by ITD and Nevada DOT as a QCT. Mr. Dixon is empowered to suspend any operation which he eems to be in noncompliance with the contract, and/or order corrective measures to assure compliance.

Materials Testing Technician (MTT), Mr. Bill Knox is certified by ITD and will perform all the required Aggregate Sampling and Testing.

All asphalt work, with the exception of aggregate production, will be performed by Miller Paving of Council, Idaho. Miller Paving's lab is certified by ITD. Bob Miller is the Lab Supervisor. He has NICET Level IV and ITD certification.

Miller Paving's QC/Mix Design Technician will be Clarence Sole. Mr. Sole has been in this field for the last 10 years and is certified as Asphalt Technician in Idaho and Oregon. Mr. Sole will be the contact for any technical discussions during the mix design approval process.

5) As the number of operations, or their dispersion on the project, starts to overextend Mr. Dixon, Quality Control responsibilities will be specifically assigned to TCI's supervisory personnel responsible for specific operations, or an assistant will be provided. In either case, the standards of application of the QCP will be the same. The names, experience and qualifications of any personnel assuming QCP responsibilities will be provided to the Government in advance.

6) TCI has an experienced and highly professional staff that has had the responsibilities entailed by the QC requirements. We therefore do not anticipate any personnel or training problems in complying with these requirements. If any such problems occur, TCI will take appropriate actions to correct them including retraining, providing additional supervision and or personnel, or removal of inadequate personnel.

7) <u>Grading/Subgrade</u> - Mr. Dixon will be responsible for the QC in the Preparatory and Startup Phases. The Grading Foreman will be responsible for the QC in the Production Phase. Both Mr. Dixon and the Grading Foreman have the authority to stop work and order corrective action.

Preparatory Phase -

Ned Dixon will review the Erosion Control Plan and requirements with the PE at least two weeks before the clearing operation starts.

Mr. Dixon will verify that slope stakes and clearing limits are properly set.

Mr. Dixon will review the slope limits and clearing limits with the PE and Grading Foreman.

Startup Phase -

TCI, Inc. personnel will install Erosion Control Devices as required.

Mr. Dixon will obtain materials for Moisture-Density Curves as soon as roadway cuts are opened up. Split samples will be provided to the PE. Completed Moisture-Density Curves and worksheets will be submitted to the PE within 48 hours.

The Grading Foreman's name will be provided to the PE prior to the start of Roadway excavation.

Mr. Dixon will review lift thickness and other contract requirements with the Grading Foreman, including the different requirements for rock versus common embankment construction.

Mr. Dixon will review the acceptable finishing standards and tolerances with the Grading Foreman and the PE.

Production Phase -

The Grading Foreman will be responsible for the continuous monitoring of the QC.
Mr. Dixon will periodically monitor the work and perform density tests every 2,500 $m^2$ for common material embankments and advise the Grading Foreman of the results.
Failing tests will be followed by appropriate corrective actions such as re-working, re-compacting and re-testing. If the rate of initial failing tests exceeds one out of five, Mr. Dixon and the Grading Foreman will meet to determine what corrective action is required. Corrective actions and the resolution of the problems related to the failed densities for the embankment construction process will be documented on the QC Report.
Mr. Dixon will plot the test results on control charts daily. The control chart will be located in the TCI project lab.
Mr. Dixon will review any potential subgrade finishing material problems with the Grading Foreman.
Mr. Dixon will perform subgrade acceptance density tests at the required frequency, to assure density requirements are being met. Density tests will be documented in tabular form on the QC Report showing date, time, location, offset, depth of lift and relative position below grade and test result.
Mr. Dixon will verify the quality of the work of each segment prior to requesting acceptance from the PE.

8) **<u>Drainage</u>** - Mr. Dixon will be responsible for the QC in the Preparatory and Startup Phases. The Pipe Foreman will be responsible for the QC in the Production Phase. Both Mr. Dixon and the Pipe Foreman have the authority to stop work and order corrective action.

Preparatory Phase -

The Pipe Foreman will be identified to the PE prior to start of the culvert installation work.
Mr. Dixon will review the culvert stakeout notes and design prior to submittal to the PE for approval.
Mr. Dixon will inspect the culvert material delivered to the project and obtain the required certifications.
Mr. Dixon will review the stakeout notes, design, construction requirements and bedding and backfill material acceptability at each site with the Pipe Foreman prior to culvert placement operations.
Mr. Dixon will identify a source and provide appropriate test results of suitable backfill material that could be used if the material at the site is unsuitable.

Startup Phase -

Mr. Dixon will work with the Pipe Foreman during the first installation to verify layout procedures, bedding preparation and assembly.
Mr. Dixon will review the proctor data, backfill requirements, maximum lift thickness and density monitoring procedures with the Pipe Foreman.

Production Phase -

The Pipe Foreman will be responsible for all QC during culvert installations.
Mr. Dixon will be on site to verify the density tests required by the contract. The record of the density tests will be submitted to the PE with the QC Report.

9) **<u>Base Course/s</u>** - Mr. Dixon will be responsible for the QC in the Preparatory, Startup and Production Phases. Mr. Dixon has the authority to stop work and order corrective action.

Preparatory Phase -

The Base Course Aggregates will be produced from the source made available in the contract.

Mr. Dixon will coordinate with the Base Course Foreman and the Survey Crew as to how each course will be staked, controlled and finished

Mr. Dixon will review the required sampling frequencies with the Crushing Foreman.

Mr. Dixon will review the required tests, control charts and testing frequencies with Mr. Knox.

Mr. Dixon will develop the aggregate spread rates for the Base Course Foreman.

Startup Phase -

Mr. Knox will perform process control testing at the required frequencies, but not less than one per shift, and plot the results on the control chart.

Mr. Dixon will monitor the process control sampling and testing and control charts. Process control test results will be submitted with the QC Report. Split samples will be made available to the PE.

Mr. Dixon will document any corrective actions required during the production of the aggregates and submit these documents to the PE with the QC Report.

Mr. Dixon will review the acceptable standards and tolerances for setting the control hubs for each course with the Base Course Foreman, the Survey Crew and the PE.

Mr. Dixon will review the contract requirements for weighing, delivery, dumping, spreading, and compaction with the Base Course Foreman and the PE.

Mr. Dixon will assure that scales have been calibrated and the certification is submitted to the PE with the QC Report.

Mr. Dixon will submit the sample of aggregates, including Target Values, to be used to determine the Humphres Curve to the PE twenty days prior to the placement of each course.

Mr. Dixon will assure the pugmill is properly calibrated to provide an unsegregated material at the optimum moisture content.

Mr. Dixon and the Base Course Foreman will be responsible for obtaining the samples of each course from the grade for testing by Mr. Knox.

Production Phase -

Mr. Knox will continue to sample and perform process control test as well as perform acceptance sample testing for each grading of aggregate.

Mr. Dixon will monitor the acceptance sampling, testing and densities. All test results will be submitted to the PE with the QC Report.

Mr. Dixon will enter the test results in the QL-PAY program, furnished by the Government. In the event there are two or more consecutive test that are out of specification, or the QL-Pay indicates the material is less than 1.0 Pay Factor, Mr. Dixon will suspend operation until corrective actions have been taken and the material is within specifications. All problems and corrective actions will be documented on the QC Report.

The Base Course Foreman will be responsible for compiling the delivery and weight records, including tabulation of quantities, and submitting these reports to the PE with the Construction Operations Report .

The Base Course Foreman will perform depth checks daily to verify spread rates.

Mr. Dixon will verify the quality of the work of each segment and/or course prior to requesting acceptance from the PE.

10) **Asphalt Items** - Mr. Dixon will be responsible for the QC in the Preparatory, Startup and Production Phases. Mr. Dixon has the authority to stop work and order corrective action.

Preparatory Phase -

All asphalt work, with the exception of aggregate production, will be performed by Miller Paving of Council, Idaho.

Mr. Dixon will obtain the required mix design submittals from Miller Paving and samples from TCI stock piles. These will be delivered to the PE 30 days prior to scheduling the work. Mr. Sole will be the contact for any technical discussions during the mix design approval process.

Mr. Dixon will review the required sampling frequencies for aggregate process control, asphalt mix and density cores for acceptance with Mr. Knox and the Crushing Foreman.

Mr. Dixon will review the required tests, control charts and testing frequencies with Mr. Knox.

Mr. Dixon will develop the mix spread rates for the Paving Foreman.

Startup Phase -

Mr. Knox will be responsible for production startup procedures and will perform process control testing at the required frequencies, but not less than one per shift, and plot the results on the control charts.

Mr. Dixon will monitor the process control sampling and testing and control charts. Process control test results will be submitted with the QC Report. Split samples will be made available to the PE.

Mr. Dixon will document any corrective actions required during the production of the aggregates on the QC Report.

Mr. Dixon will review the acceptable standards and tolerances with the Paving Foreman and the PE.

Mr. Dixon will review requirements for weighing, delivery, dumping, spreading, compaction, sampling methods, reporting formats with the Paving Foreman and the PE.

Mr. Dixon will assure that the scales have been calibrated and the certification is submitted to the PE with the QC Report.

Production Phase -

Mr. Knox will continue to sample and provide process control test results for each grading of aggregate.

Mr. Dixon will monitor the acceptance sampling, testing and densities.

Mr. Dixon and the Paving Foreman will obtain acceptance mix samples and cores at the random locations provided by the PE. Acceptance samples will be delivered to Miler Paving's lab for testing. Test results will provided to Mr. Dixon and submitted with the QC Report.

Mr. Miller will obtain random Liquid Asphalt (AC) samples in accordance with the data furnished by the PE.

Mr. Dixon will enter the test results in the QL-PAY program, furnished by the Government. In the event there are two or more consecutive test that are out of specification, the QL-Pay

indicates the material is less than 1.0 Pay Factor, or quality problems are encountered, regardless of which process is responsible, will be dealt with under the direction of Mr. Dixon. Mr. Dixon will suspend operations until corrective actions have been taken and the material is within specifications. The problems and resolutions will be documented on the QC Report.

The Paving Foreman will be responsible for compiling the delivery and weight records, including tabulation of quantities, and submitting these reports with the Construction Operations Report .

The Paving Foreman will perform depth checks daily to verify spread rates.

Mr. Dixon will verify the quality of the work of each segment prior to requesting acceptance from the PE.

Mr. Sole will submit all test results and document any corrective actions taken on the QC Report .

11) <u>Miscellaneous Items</u> - This covers items involving installation of manufactured item such as guardrail, delineators, fencing, etc. Mr. Dixon will be responsible for the QC in the Preparatory and Startup Phases. The respective Foreman will be responsible for the QC in the Production Phase. Both Mr. Dixon and the respective Foreman have the authority to stop work and order corrective action.

Preparatory Phase -

Mr. Dixon will verify all certification requirements, inspect materials upon delivery and obtain certifications and other required documentation..

Mr. Dixon will review stakeout requirements and resolve any potential problems with the Survey Crew and the PE.

Startup Phase -

Mr. Dixon will review the specification requirements and stake out data with the foreman responsible for the work.

Mr. Dixon will be available when any operation begins to resolve any conflicts with stakeout data and verify specification compliance. Conflicts and/or resolutions will be documented and submitted to the PE with the QC Report.

Production Phase -

The Foreman in charge of the particular work item will be responsible for the Quality Control during construction/production.

Mr. Dixon will monitor operations on a daily basis for QC compliance.

Mr. Dixon will perform required tests and furnish results with the QC Report.

Mr Dixon will notify the PE when segments of the work are ready for acceptance.

Please review the above plan and advise this office if there are any additions and/or supplements required to this plan.

Sincerely yours,

W. C. Howell
President

**U. S. DEPARTMENT OF TRANSPORTATION**
**FEDERAL HIGHWAY ADMINISTRATION**
**WESTERN FEDERAL LANDS HIGHWAY DIVISION**
**P.O. Box 268**
**Roberts, Idaho 83444**

September 27, 2001 UCI-017

Dick Standerfer, President
Universal Construction, Inc.
P.O. Box 187
Emmett, Idaho 83617

Subject: Quality Control Plan

DTFH70-01-C-00034
Camas NWR Complex
ID RRP-CAMA 101(1)

Mr. Standerfer,

The Quality Control Plan (QCP), (76-019), dated September 18, 2001, and three other parts, received by this office September 27, 2001, is approaching what is expected of the QCP. The FHWA requests you to put the four individual parts of your plan together into one concise and organized plan. Also, please exclude unneeded information included in the two profiles, which do not pertain to this project. (Technical Blasting Experience, Inprogress/Completed Projects, Past Experience Subcontractors) All of the above information was conveyed to Mark Standerfer, Project Superintendent, in a phone conversation in the afternoon of September 25, 2001, after FHWA received a faxed copy of the above mentioned QCP and attachments. Please make the needed revisions and resubmit for approval.

Please contact me if you have any questions.

Sincerely,

Todd Butikofer,
Project Engineer

cc: Jane Traffalis, COE
Mark Standerfer, Universal
files

98

**U. S. DEPARTMENT OF TRANSPORTATION**
**FEDERAL HIGHWAY ADMINISTRATION**
**WESTERN FEDERAL LANDS HIGHWAY DIVISION**
**P.O. Box 268**
**Roberts, Idaho 83444**

September 28, 2001 UCI-018

Dick Standerfer, President
Universal Construction, Inc.
P.O. Box 187
Emmett, Idaho 83617

Subject: Quality Control Plan

DTFH70-01-C-00034
Camas NWR Complex
ID RRP-CAMA 101(1)

Mr. Standerfer,

The Quality Control Plan (QCP) submitted by fax on September 28. 2001, is approved with the following requirements.

1. In this most recent submission of the QCP, Miscellaneous Items of work has been omitted from the plan. Please amend the QCP by October 5, 2001, and include this omitted information.

Please contact me if you have any questions.

Sincerely,

Todd Butikofer,
Project Engineer

cc: Jane Traffalis, COE
Mark Standerfer, Universal
files

99