| ID | Description | Dur | Comp | Start | Finish | Float | Float |
|---|---|---|---|---|---|---|---|
| **General Area** | | | | | | | |
| A0010 | GN- Award of Contract | 0 | 0 | 21AUG01 | | 5 | 0 |
| A0060 | GN-Dvlop & Submit Preliminary Construction Sched | 7 | 0 | 21AUG01 | 27AUG01 | 5 | 0 |
| A0050 | GN- Pre Construction Conference | 1 | 0 | 05SEP01 | 05SEP01 | 5 | 0 |
| A0190 | GN- Mobilize to Project Site | 7 | 0 | 06SEP01* | 14SEP01 | 0 | 0 |
| A0070 | GN- Review & Approve Preliminary Schedule | 7 | 0 | 06SEP01 | 12SEP01 | 5 | 4 |
| A0030 | GN- Contract Time (cal days) | 93* | 0 | 10SEP01 | 11DEC01 | 0 | 0 |
| A0460 | GN- Contractor Time (work days) | 65* | 0 | 10SEP01 | 11DEC01 | 0 | 0 |
| A0200 | GN- Iniatial Survey & Layout Staking | 2 | 0 | 10SEP01 | 11SEP01 | 5 | 0 |
| A0040 | GN- Notice to Proceed | 0 | 0 | 10SEP01* | | 7 | 0 |
| A0220 | GN- Establish & Execute Quality Control | 40 | 0 | 10SEP01 | 02NOV01 | 21 | 20 |
| A0080 | GN- Develop & Submit Construction Schedule | 15 | 0 | 10SEP01 | 24SEP01 | 64 | 0 |
| A0240 | GN- Dust Control Watering | 40 | 0 | 17SEP01 | 09NOV01 | 18 | 18 |
| A0090 | GN- Review & Approve Construction Schedule | 14 | 0 | 25SEP01 | 08OCT01 | 64 | 0 |
| A0100 | GN- Construction Schedule Complete | 0 | 0 | | 08OCT01 | 44 | 44 |
| A0550 | GN- Final Cleanup | 2 | 0 | 05DEC01 | 06DEC01 | 1 | 1 |
| A0120 | GN- Install Permanent Signage | 2 | 0 | 06DEC01 | 07DEC01 | 0 | 0 |
| A0560 | GN- Final Punch List | 2 | 0 | 10DEC01 | 11DEC01 | 0 | 0 |
| A0020 | GN- Completion of Project | 0 | 0 | | 11DEC01* | 0 | 0 |
| **Parking Lot & Entrance** | | | | | | | |
| A0450 | PK-Develop & Submit Concr, Asphalt & Misc Design | 2 | 0 | 21AUG01 | 22AUG01 | 63 | 7 |
| A0480 | PK- Review & Approve Asphalt & Misc Designs | 21 | 0 | 30AUG01 | 19SEP01 | 56 | 13 |
| A0607 | PK- Clear & Grub Parking Lot & Entrance | 1 | 0 | 17SEP01 | 17SEP01 | 46 | 0 |
| A0617 | PK- Place & Compact Fill Parking Lot & Entrance | 2 | 0 | 18SEP01 | 19SEP01 | 46 | 0 |
| A0627 | PK- Place Topsoil Around Edges Parking Lot & Ent | 1 | 0 | 20SEP01 | 20SEP01 | 46 | 6 |




RECEIVED
AUG 30 2001
BY PROJECT ENGINEER

Rejected 9/11/01

| | | |
|---|---|---|
| Start Date | 21AUG01 | Early Bar |
| Finish Date | 11DEC01 | Progress Bar |
| Data Date | 21AUG01 | Critical Activity |
| Run Date | 29AUG01 01:29 | |

© Primavera Systems, Inc.

D002 Sheet 1 of 5

**Universal Construction for USDOT-FHA**
**Camas NWR Complex Proj RRP-CAMA 101**
**Area & Early Start**
**Narrative Included**

Preliminary Construction Schedule

| Date | Revision | Checked | Approved |
|---|---|---|---|

100

| ID | Description | Dur | Comp | Start | Finish | Float | Float | Notes |
|---|---|---|---|---|---|---|---|---|
| A0647 | PK- Haul & Place Subbase Course H Prkg Lot & Ent | 2 | 0 | 01OCT01 | 02OCT01 | 40 | 0 | 150 mm thick<br>5ea 15mt Trucks, 130 G motor grader, 84" Dynapak Roller, Water Truck<br>2.5 loads per hr per truck - 20 loads per day/tk<br>Allow for watering, compacting & final shaping<br>1300 mt per day plus 1 day final shaping<br>1100 mt total volume |
| A0657 | PK- Haul & Place Base Course Roadway Ag Method 1 | 2 | 0 | 03OCT01 | 04OCT01 | 40 | 0 | 1100 mt Placed with 1 day for final shaping & Bluetopping |
| A0580 | PK- Pave Parking Lot & Entrance | 1 | 0 | 05OCT01 | 05OCT01 | 40 | 0 | 450 mt Minor Hot Asphalt Concr |
| A0360 | PK- Install Pavement Markings | 1 | 0 | 08OCT01 | 08OCT01 | 40 | 40 | Pavement Markings - yellow, white & handicap |
| A0330 | PK- Install Precast Concr Wheelstops in Prkg Lot | 1 | 0 | 08OCT01 | 08OCT01 | 42 | 42 | |
| **Borrow Pit** | | | | | | | | |
| A0370 | BW- Develop Borrow Area 1 | 2 | 0 | 17SEP01 | 18SEP01 | 2 | 0 | Stockpile Topsoil at<br>John Deere 892 Excavator<br>544 Front End Loader |
| A0380 | BW- Initially Crush Grading Course H Material | 10 | 0 | 17SEP01 | 28SEP01 | 17 | 0 | Use Jefferson County Pit<br>Equipment: Cedar Rapids 45" Cone with 6x20 Screen Deck, Feeder, 50' Product Conveyor, 550 kw Generator Set with Switchgear<br>Estimated Production = 200 tph<br>Cat 966 Front End Loader<br>Fiat-Allis 21B Dozer |
| A0590 | BW- Develop Borrow Area 2 | 2 | 0 | 19SEP01 | 20SEP01 | 21 | 21 | John Deere 892 Excavator<br>544 Front End Loader |
| A0570 | BW- Complete Crushg Grading Course H & Meth 1 Ma | 10 | 0 | 01OCT01 | 12OCT01 | 17 | 17 | |
| **Bridge** | | | | | | | | |
| A0530 | BR-Develop & Submit Concr, Asphalt & Misc Design | 7 | 0 | 21AUG01 | 29AUG01 | 28 | 0 | |
| A0420 | BR- Develop & Submit Timber Details | 7 | 0 | 21AUG01 | 27AUG01 | 38 | 0 | |
| A0390 | BR- Devlp & Subm Structural Steel & Reinf Detail | 7 | 0 | 21AUG01 | 27AUG01 | 42 | 0 | |
| A0430 | BR- Review & Approve Timber Details | 30 | 0 | 28AUG01 | 26SEP01 | 38 | 0 | |
| A0400 | BR- Review & Approve Structural Steel & Reinf | 30 | 0 | 28AUG01 | 26SEP01 | 42 | 0 | |
| A0540 | BR- Review & Approve Concrete Mix Designs | 36 | 0 | 30AUG01 | 04OCT01 | 41 | 0 | |
| A0310 | BR- Install Construction Signage | 1 | 0 | 12SEP01 | 12SEP01 | 43 | 2 | |
| A0130 | BR- Structural Excavate for Bridge Abutments | 1 | 0 | 17SEP01 | 17SEP01 | 41 | 0 | |
| A0470 | BR- Saw Cut & Remove Existing Center Piers | 1 | 0 | 18SEP01 | 18SEP01 | 41 | 12 | |
| A0490 | BR-Saw Cut & Remove Existing Abutments to Design | 1 | 0 | 18SEP01 | 18SEP01 | 41 | 12 | |
| A0440 | BR- Fabricate & Deliver Treated Timber | 30 | 0 | 27SEP01 | 26OCT01 | 38 | 2 | |
| A0410 | BR- Fabricate & Deliver Structural Steel | 21 | 0 | 27SEP01 | 17OCT01 | 42 | 1 | |
| A0140 | BR- Form, Reinf & Pour New Bridge Abutments | 3 | 0 | 05OCT01 | 09OCT01 | 29 | 0 | |
| A0150 | BR- Cure Bridge Abutments | 7 | 0 | 10OCT01 | 16OCT01 | 41 | 0 | |

| | |
|---|---|
| Start Date | 21AUG01 |
| Finish Date | 11DEC01 |
| Data Date | 21AUG01 |
| Run Date | 29AUG01 01:29 |

Early Bar
Progress Bar
Critical Activity

© Primavera Systems, Inc.

D002 Sheet 2 of 5

**Universal Construction for USDOT-FHA**
**Camas NWR Complex Proj RRP-CAMA 101**
**Area & Early Start**
**Narrative Included**

Preliminary Construction Schedule

| Date | Revision | Checked | Approved |
|---|---|---|---|

RECEIVED AUG 30 2001 BY PROJECT ENGINEER

101

| ID | Description | Dur | Comp | Start | Finish | Float | Float | Timeline notes (AUG 13 – JAN 7) |
|---|---|---|---|---|---|---|---|---|
| A0280 | BR- Backfill & Compact Bridge Abutments | 2 | 0 | 17OCT01 | 18OCT01 | 27 | 0 | BR- Backfill & Compact Bridge Abutments |
| A0160 | BR- Install Steel Bridge Girders & Bearing Pads | 3 | 0 | 19OCT01 | 23OCT01 | 27 | 3 | BR- Install Steel Bridge Girders & Bearing Pads |
| A0170 | BR- Install GluLam Timber Bridge Deck | 3 | 0 | 29OCT01 | 31OCT01 | 24 | 0 | BR- Install GluLam Timber Bridge Deck |
| A0180 | BR- Install Treated Bridge Siderail Curb | 1 | 0 | 01NOV01 | 01NOV01 | 24 | 24 | BR- Install Treated Bridge Siderail Curb |
| **Closure 1 Road (3773 m)** | | | | | | | | |
| A0500 | C1- Construction Traffic Signing | 1 | 0 | 17SEP01 | 17SEP01 | 0 | 0 | C1- Construction Traffic Signing<br>Road Work Ahead, End Road Work & Road Closed<br>Pickup truck & rubber tired backhoe. |
| A0520 | C1- Total Closure Time (cal days) | 25* | 0 | 17SEP01 | 11OCT01 | 0 | 0 | C1- Total Closure Time (cal days) |
| A0610 | C1- Install Silt Fence | 1 | 0 | 18SEP01 | 18SEP01 | 0 | 0 | C1- Install Silt Fence<br>173 m in 3 locations<br>Drive posts with support mesh and geotextile type V-A attached. Place bottom of textile in 150mm x 150mm trench along base.<br>Backfill & compact trench to secure fabric.<br>Use a pickup, handtools & a crew of 3. |
| A0600 | C1- Clear & Grub | 2 | 0 | 19SEP01 | 20SEP01 | 0 | 0 | C1- Clear & Grub<br>13 locations<br>660 m per day<br>John Deere 892 Excavator, 2 12cy dump trucks<br>1318 m long widened areas |
| A0260 | C1- Place & Compact Fill to Widen Existing Road | 4 | 0 | 21SEP01 | 26SEP01 | 0 | 0 | C1- Place & Compact Fill to Widen Existing Road<br>13 locations - 1318 m Widening - 1318 cm<br>John Deere 892 2 buckets 1 to 3 CY<br>John Deere 590 Compactor<br>11 cm per truck load<br>350 cm per day<br>7 Turnouts T1 thru T7 & 3 Interpretive Pullouts (E1 thru E3)<br>2 Trucks |
| A0510 | C1- Place Topsoil | 2 | 0 | 27SEP01 | 28SEP01 | 0 | 0 | C1- Place Topsoil<br>1/3 cm per m estimated topsoil placement<br>3.46 sm per m at depth of 75mm<br>estimate .6 cm per m for 381 cm<br>381 cm total volume |
| A0270 | C1- Linear Grade Existing Road | 2 | 0 | 01OCT01 | 02OCT01 | 0 | 0 | C1- Linear Grade Existing Road<br>3673 m long - 3.673 km<br>Cat 130 G road grader<br>Non-widened areas to be stripped and moved to 7 turnouts, 3 pullouts, 13 normal widening<br>300 mm thick upper widened areas<br>3.673 km |
| A0290 | C1- Haul & Place Road Surface Course H | 7 | 0 | 03OCT01 | 11OCT01 | 0 | 0 | C1- Haul & Place Road Surface Course H<br>150 mm thick by 4.2m plus turnouts and pullouts<br>5ea 15mt Trucks, 130 G motor grader, 84"Dynapak Roller, Water Truck<br>2.5 loads per hr per truck - 20 loads per day/tk<br>Allow for watering, compacting & final shaping<br>1500 mt per day plus 2 days contingency<br>6791 mt total volume |
| **Closure 2 Road (5600 m)** | | | | | | | | |
| A0503 | C2- Construction Traffic Signing | 1 | 0 | 12OCT01 | 12OCT01 | 0 | 0 | C2- Construction Traffic Signing<br>Road Work Ahead, End Road Work & Road Closed<br>Pickup truck & rubber tired backhoe. |
| A0513 | C2- Total Closure Time (cal days) | 40* | 0 | 12OCT01 | 20NOV01 | 0 | 0 | C2- Total Closure Time (cal days) |

RECEIVED
AUG 30 2001
PROJECT ENGINEER

| | | | |
|---|---|---|---|
| Start Date | 21AUG01 | Early Bar | D002 |
| Finish Date | 11DEC01 | Progress Bar | |
| Data Date | 21AUG01 | Critical Activity | |
| Run Date | 29AUG01 01:29 | | |

**Universal Construction for USDOT-FHA**
**Camas NWR Complex Proj RRP-CAMA 101**
**Area & Early Start**
**Narrative Included**

Sheet 3 of 5

Preliminary Construction Schedule

| Date | Revision | Checked | Approved |
|---|---|---|---|
| | | | |

© Primavera Systems, Inc.

102

103

| ID | Description | Dur | Comp | Start | Finish | Float | Float | Notes |
|---|---|---|---|---|---|---|---|---|
| A0523 | C2- Install Silt Fence | 2 | 0 | 15OCT01 | 16OCT01 | 0 | 0 | C2- Install Silt Fence<br>248 m in 7 locations<br>Drive posts with support mesh and geotextile type V-A attached. Place bottom of textile in 150mm x 150mm trench along base.<br>Backfill & compact trench to secure fabric.<br>Use a pickup, handtools & a crew of 3. |
| A0533 | C2- Clear & Grub | 3 | 0 | 17OCT01 | 19OCT01 | 0 | 0 | C2- Clear & Grub<br>15 locations<br>900 m per day<br>John Deere 892 Excavator, 3 12cy dump trucks<br>2798 m long widened areas |
| A0543 | C2- Place & Compact Fill to Widen Existing Road | 6 | 0 | 22OCT01 | 29OCT01 | 0 | 0 | C2- Place & Compact Fill to Widen Existing Road<br>15 locations - 2798 m Widening - 2612 cm<br>John Deere 892 2 buckets 1 to 3 CY<br>John Deere 590 Compactor<br>11 cm per truck load<br>435 cm per day<br>8 Turnouts T8 thru T1 & 4 Interpretive Pullouts (E5 thru E8)<br>3 Trucks |
| A0553 | C2- Place Topsoil | 3 | 0 | 30OCT01 | 01NOV01 | 0 | 0 | C2- Place Topsoil<br>1/3 cm per m estimated topsoil placement<br>3.46 sm per m at depth of 75mm<br>estimate .6 cm per m for 822 cm |
| A0563 | C2- Linear Grade Existing Road | 3 | 0 | 02NOV01 | 06NOV01 | 0 | 0 | C2- Linear Grade Existing Road<br>5000 m long - 5.0 km<br>Cat 130 G road grader<br>Non-widened areas to be stripped and moved to 8 turnouts, 4 pullouts, 15 normal widening<br>300 mm thick upper widened areas<br>5.0 km total length |
| A0573 | C2- Haul & Place Road Surface Course H | 10 | 0 | 07NOV01 | 20NOV01 | 0 | 0 | C2- Haul & Place Road Surface Co<br>150 mm thick by 4.2m plus turnouts and pullouts<br>5ea 15mt Trucks, 130 G motor grader, 84"Dynapak Roller, Water Truck<br>2.5 loads per hr per truck - 20 loads per day<br>Allow for watering, compacting & final shaping<br>1200 mt per day plus 2 days contingency<br>9245 mt total volume |
| **Closure 3 Road (1360 m)** | | | | | | | | |
| A0506 | C3- Construction Traffic Signing | 1 | 0 | 21NOV01 | 21NOV01 | 0 | 0 | C3- Construction<br>Road Work Ahead, End Road Work & Road Closed<br>Pickup truck & rubber tired backhoe. |
| A0516 | C3- Total Closure Time (cal days) | 15* | 0 | 21NOV01 | 05DEC01 | 0 | 0 | C3- Total Closure Time (cal days) |
| A0536 | C3- Clear & Grub | 2 | 0 | 26NOV01 | 27NOV01 | 0 | 0 | C3- Clear & G<br>3 locations<br>900 m per day<br>John Deere 892 Excavator, 2 12cy dump trucks<br>72 m long widened areas |
| A0546 | C3- Place & Compact Fill to Widen Existing Road | 1 | 0 | 28NOV01 | 28NOV01 | 0 | 0 | C3- Place & C<br>3 locations - 72 m Widening - 70 cm<br>John Deere 892 2 buckets 1 to 3 CY<br>John Deere 590 Compactor<br>11 cm per truck load<br>350 cm per day<br>2 Turnouts T16 - T17 & 1 Interpretive Pullout (E9) |
| A0556 | C3- Place Topsoil | 1 | 0 | 28NOV01 | 28NOV01 | 0 | 0 | C3- Place T<br>1/3 cm per m estimated topsoil placement<br>3.46 sm per m at depth of 75mm<br>estimate .6 cm per m for 503 cm |
| A0566 | C3- Linear Grade Existing Road | 1 | 0 | 29NOV01 | 29NOV01 | 0 | 0 | C3- Linea<br>1360 m long - 1.36 km<br>Cat 130 G road grader<br>Non-widened areas to be stripped and moved to widened areas.<br>300 mm thick upper widened areas |

RECEIVED AUG 30 2001 BY PROJECT ENGINEER

| | |
|---|---|
| Start Date | 21AUG01 |
| Finish Date | 11DEC01 |
| Data Date | 21AUG01 |
| Run Date | 29AUG01 01:29 |

Early Bar
Progress Bar
Critical Activity

D002 Sheet 4 of 5

**Universal Construction for USDOT-FHA**
**Camas NWR Complex Proj RRP-CAMA 101**
**Area & Early Start**
**Narrative Included**

Preliminary Construction Schedule

| Date | Revision | Checked | Approved |
|---|---|---|---|

© Primavera Systems, Inc.

104

| Activity ID | Activity Description | Orig Dur | % Comp | Early Start | Early Finish | Total Float | Free Float | Bar notes (2001 AUG – 2002 JAN) |
|---|---|---|---|---|---|---|---|---|
| A0576 | C3- Haul & Place Road Surface Course H | 3 | 0 | 30NOV01 | 04DEC01 | 0 | 0 | C3- H<br>150mm thick by 4.2m plus turnouts and pullouts<br>4ea 15mt Trucks, 130 G motor grader, 84"Dynapak Roller, Water Truck<br>2.5 loads per hr per truck - 20 loads per day<br>Allow for watering, compacting & final shaping<br>1260 mt per day plus 1 day contingency<br>2515 mt total volume |
| A0586 | C3- Gather & Demob Construction Traffic Signing | 1 | 0 | 05DEC01 | 05DEC01 | 0 | 0 | C3- Gather & Demob Construction Traffic Si |

Timescale: 2001 — AUG 13, 20, 27; SEP 3, 10, 17, 24; OCT 1, 8, 15, 22, 29; NOV 5, 12, 19, 26; DEC 3, 10, 17, 24, 31; 2002 JAN 7

RECEIVED
AUG 30 2001
BY PROJECT ENGINEER

| | |
|---|---|
| Start Date | 21AUG01 |
| Finish Date | 11DEC01 |
| Data Date | 21AUG01 |
| Run Date | 29AUG01 01:29 |

© Primavera Systems, Inc.

Early Bar
Progress Bar
Critical Activity

D002 Sheet 5 of 5

**Universal Construction for USDOT-FHA**
**Camas NWR Complex Proj RRP-CAMA 101**
**Area & Early Start**
**Narrative Included**

Preliminary Construction Schedule

| Date | Revision | Checked | Approved |
|---|---|---|---|
| | | | |

104

| Activity ID | Activity Description | Orig Dur | % Comp | Early Start | Early Finish | Total Float | Free Float |
|---|---|---|---|---|---|---|---|
| A0010 | GN- Award of Contract | 0 | 0 | 21AUG01 | | 5 | 0 |
| A0450 | PK-Develop & Submit Concr, Asphalt & Misc Design | 2 | 0 | 21AUG01 | 22AUG01 | 63 | 7 |
| A0060 | GN-Dvlop & Submit Preliminary Construction Sched | 7 | 0 | 21AUG01 | 27AUG01 | 5 | 0 |
| A0390 | BR- Devlp & Subm Structural Steel & Reinf Detail | 7 | 0 | 21AUG01 | 27AUG01 | 42 | 0 |
| A0420 | BR- Develop & Submit Timber Details | 7 | 0 | 21AUG01 | 27AUG01 | 38 | 0 |
| A0530 | BR-Develop & Submit Concr, Asphalt & Misc Design | 7 | 0 | 21AUG01 | 29AUG01 | 28 | 0 |
| A0400 | BR- Review & Approve Structural Steel & Reinf | 30 | 0 | 28AUG01 | 26SEP01 | 42 | 0 |
| A0430 | BR- Review & Approve Timber Details | 30 | 0 | 28AUG01 | 26SEP01 | 38 | 0 |
| A0480 | PK- Review & Approve Asphalt & Misc Designs | 21 | 0 | 30AUG01 | 19SEP01 | 56 | 13 |
| A0540 | BR- Review & Approve Concrete Mix Designs | 36 | 0 | 30AUG01 | 04OCT01 | 41 | 0 |
| A0050 | GN- Pre Construction Conference | 1 | 0 | 05SEP01 | 05SEP01 | 5 | 0 |
| A0070 | GN- Review & Approve Preliminary Schedule | 7 | 0 | 06SEP01 | 12SEP01 | 5 | 4 |
| A0190 | GN- Mobilize to Project Site | 7 | 0 | 06SEP01* | 14SEP01 | 0 | 0 |
| A0040 | GN- Notice to Proceed | 0 | 0 | 10SEP01* | | 7 | 0 |
| A0200 | GN- Iniatial Survey & Layout Staking | 2 | 0 | 10SEP01 | 11SEP01 | 5 | 0 |
| A0080 | GN- Develop & Submit Construction Schedule | 15 | 0 | 10SEP01 | 24SEP01 | 64 | 0 |
| A0220 | GN- Establish & Execute Quality Control | 40 | 0 | 10SEP01 | 02NOV01 | 21 | 20 |
| A0460 | GN- Contractor Time (work days) | 65* | 0 | 10SEP01 | 11DEC01 | 0 | 0 |
| A0030 | GN- Contract Time (cal days) | 93* | 0 | 10SEP01 | 11DEC01 | 0 | 0 |
| A0310 | BR- Install Construction Signage | 1 | 0 | 12SEP01 | 12SEP01 | 43 | 2 |
| A0130 | BR- Structural Excavate for Bridge Abutments | 1 | 0 | 17SEP01 | 17SEP01 | 41 | 0 |
| A0500 | C1- Construction Traffic Signing | 1 | 0 | 17SEP01 | 17SEP01 | 0 | 0 |
| A0607 | PK- Clear & Grub Parking Lot & Entrance | 1 | 0 | 17SEP01 | 17SEP01 | 46 | 0 |
| A0370 | BW- Develop Borrow Area 1 | 2 | 0 | 17SEP01 | 18SEP01 | 2 | 0 |
| A0380 | BW- Initially Crush Grading Course H Material | 10 | 0 | 17SEP01 | 28SEP01 | 17 | 0 |
| A0520 | C1- Total Closure Time (cal days) | 25* | 0 | 17SEP01 | 11OCT01 | 0 | 0 |
| A0240 | GN- Dust Control Watering | 40 | 0 | 17SEP01 | 09NOV01 | 18 | 18 |
| A0470 | BR- Saw Cut & Remove Existing Center Piers | 1 | 0 | 18SEP01 | 18SEP01 | 41 | 12 |
| A0490 | BR-Saw Cut & Remove Existing Abutments to Design | 1 | 0 | 18SEP01 | 18SEP01 | 41 | 12 |
| A0610 | C1- Install Silt Fence | 1 | 0 | 18SEP01 | 18SEP01 | 0 | 0 |
| A0617 | PK- Place & Compact Fill Parking Lot & Entrance | 2 | 0 | 18SEP01 | 19SEP01 | 46 | 0 |
| A0590 | BW- Develop Borrow Area 2 | 2 | 0 | 19SEP01 | 20SEP01 | 21 | 21 |
| A0600 | C1- Clear & Grub | 2 | 0 | 19SEP01 | 20SEP01 | 0 | 0 |
| A0627 | PK- Place Topsoil Around Edges Parking Lot & Ent | 1 | 0 | 20SEP01 | 20SEP01 | 46 | 6 |
| A0260 | C1- Place & Compact Fill to Widen Existing Road | 4 | 0 | 21SEP01 | 26SEP01 | 0 | 0 |
| A0090 | GN- Review & Approve Construction Schedule | 14 | 0 | 25SEP01 | 08OCT01 | 64 | 0 |
| A0510 | C1- Place Topsoil | 2 | 0 | 27SEP01 | 28SEP01 | 0 | 0 |
| A0410 | BR- Fabricate & Deliver Structural Steel | 21 | 0 | 27SEP01 | 17OCT01 | 42 | 1 |
| A0440 | BR- Fabricate & Deliver Treated Timber | 30 | 0 | 27SEP01 | 26OCT01 | 38 | 2 |
| A0270 | C1- Linear Grade Existing Road | 2 | 0 | 01OCT01 | 02OCT01 | 0 | 0 |
| A0647 | PK- Haul & Place Subbase Course H Prkg Lot & Ent | 2 | 0 | 01OCT01 | 02OCT01 | 40 | 0 |
| A0570 | BW- Complete Crushg Grading Course H & Meth 1 Ma | 10 | 0 | 01OCT01 | 12OCT01 | 17 | 17 |
| A0657 | PK- Haul & Place Base Course Roadway Ag Method 1 | 2 | 0 | 03OCT01 | 04OCT01 | 40 | 0 |
| A0290 | C1- Haul & Place Road Surface Course H | 7 | 0 | 03OCT01 | 11OCT01 | 0 | 0 |
| A0580 | PK- Pave Parking Lot & Entrance | 1 | 0 | 05OCT01 | 05OCT01 | 40 | 0 |
| A0140 | BR- Form, Reinf & Pour New Bridge Abutments | 3 | 0 | 05OCT01 | 09OCT01 | 29 | 0 |
| A0100 | GN- Construction Schedule Complete | 0 | 0 | | 08OCT01 | 44 | 44 |
| A0330 | PK- Install Precast Concr Wheelstops in Prkg Lot | 1 | 0 | 08OCT01 | 08OCT01 | 42 | 42 |
| A0360 | PK- Install Pavement Markings | 1 | 0 | 08OCT01 | 08OCT01 | 40 | 40 |
| A0150 | BR- Cure Bridge Abutments | 7 | 0 | 10OCT01 | 16OCT01 | 41 | 0 |
| A0503 | C2- Construction Traffic Signing | 1 | 0 | 12OCT01 | 12OCT01 | 0 | 0 |
| A0513 | C2- Total Closure Time (cal days) | 40* | 0 | 12OCT01 | 20NOV01 | 0 | 0 |
| A0523 | C2- Install Silt Fence | 2 | 0 | 15OCT01 | 16OCT01 | 0 | 0 |




| | |
|---|---|
| Start Date | 21AUG01 |
| Finish Date | 11DEC01 |
| Data Date | 21AUG01 |
| Run Date | 29AUG01 01:07 |

Early Bar
Progress Bar
Critical Activity

D002

Sheet 1 of 2

**Universal Construction for USDOT-FHA**
**Camas NWR Complex Proj RRP-CAMA 101**
**Early Start**

Preliminary Construction Schedule

| Date | Revision | Checked | Approved |
|---|---|---|---|
| | | | |

RECEIVED AUG 30 2001 BY PROJECT ENGINEER

© Primavera Systems, Inc.

105

| ID | Description | Dur | Comp | Start | Finish | Float | Float |
|---|---|---|---|---|---|---|---|
| A0280 | BR- Backfill & Compact Bridge Abutments | 2 | 0 | 17OCT01 | 18OCT01 | 27 | 0 |
| A0533 | C2- Clear & Grub | 3 | 0 | 17OCT01 | 19OCT01 | 0 | 0 |
| A0160 | BR- Install Steel Bridge Girders & Bearing Pads | 3 | 0 | 19OCT01 | 23OCT01 | 27 | 3 |
| A0543 | C2- Place & Compact Fill to Widen Existing Road | 6 | 0 | 22OCT01 | 29OCT01 | 0 | 0 |
| A0170 | BR- Install GluLam Timber Bridge Deck | 3 | 0 | 29OCT01 | 31OCT01 | 24 | 0 |
| A0553 | C2- Place Topsoil | 3 | 0 | 30OCT01 | 01NOV01 | 0 | 0 |
| A0180 | BR- Install Treated Bridge Siderail Curb | 1 | 0 | 01NOV01 | 01NOV01 | 24 | 24 |
| A0563 | C2- Linear Grade Existing Road | 3 | 0 | 02NOV01 | 06NOV01 | 0 | 0 |
| A0573 | C2- Haul & Place Road Surface Course H | 10 | 0 | 07NOV01 | 20NOV01 | 0 | 0 |
| A0506 | C3- Construction Traffic Signing | 1 | 0 | 21NOV01 | 21NOV01 | 0 | 0 |
| A0516 | C3- Total Closure Time (cal days) | 15* | 0 | 21NOV01 | 05DEC01 | 0 | 0 |
| A0536 | C3- Clear & Grub | 2 | 0 | 26NOV01 | 27NOV01 | 0 | 0 |
| A0546 | C3- Place & Compact Fill to Widen Existing Road | 1 | 0 | 28NOV01 | 28NOV01 | 0 | 0 |
| A0556 | C3- Place Topsoil | 1 | 0 | 28NOV01 | 28NOV01 | 0 | 0 |
| A0566 | C3- Linear Grade Existing Road | 1 | 0 | 29NOV01 | 29NOV01 | 0 | 0 |
| A0576 | C3- Haul & Place Road Surface Course H | 3 | 0 | 30NOV01 | 04DEC01 | 0 | 0 |
| A0586 | C3- Gather & Demob Construction Traffic Signing | 1 | 0 | 05DEC01 | 05DEC01 | 0 | 0 |
| A0550 | GN- Final Cleanup | 2 | 0 | 05DEC01 | 06DEC01 | 1 | 1 |
| A0120 | GN- Install Permanent Signage | 2 | 0 | 06DEC01 | 07DEC01 | 0 | 0 |
| A0560 | GN- Final Punch List | 2 | 0 | 10DEC01 | 11DEC01 | 0 | 0 |
| A0020 | GN- Completion of Project | 0 | 0 | | 11DEC01* | 0 | 0 |




RECEIVED
AUG 30 2001
BY PROJECT ENGINEER

| | | | |
|---|---|---|---|
| Start Date | 21AUG01 | Early Bar | D002 |
| Finish Date | 11DEC01 | Progress Bar | |
| Data Date | 21AUG01 | Critical Activity | |
| Run Date | 29AUG01 01:07 | | |

Sheet 2 of 2

**Universal Construction for USDOT-FHA**
**Camas NWR Complex Proj RRP-CAMA 101**
**Early Start**

Preliminary Construction Schedule

| Date | Revision | Checked | Approved |
|---|---|---|---|
| | | | |

© Primavera Systems, Inc.

106


RECEIVED
AUG 30 2001
BY PROJECT ENGINEER
Preliminary Construction Schedule
Date
Revision
Checked
Approved
Sheet 1 of 1
Universal Construction for USDOT-FHA
Camas NWR Complex Proj RRP-CAMA 101
Time-Scaled Logic Diagram
D002
act id
tf
Activity Bar/Early Dates
Critical Activity
Progress Bar
Milestone/Flag Activity
Plot Date 29AUG01
Data Date 21AUG01
Project Start 21AUG01
Project Finish 11DEC01
(c) Primavera Systems, Inc.