**U. S. DEPARTMENT OF TRANSPORTATION**
**FEDERAL HIGHWAY ADMINISTRATION**
**WESTERN FEDERAL LANDS HIGHWAY DIVISION**
**P.O. Box 268**
**Roberts, Idaho 83444**

September 11, 2001 UCI-001

Dick Standerfer, President
Universal Construction, Inc.
P.O. Box 187
Emmett, Idaho 83617

Subject: Preliminary Construction Schedule

DTFH70-01-C-00034
Camas NWR Complex
ID RRP-CAMA 101(1)

Mr. Standerfer,

As noted in the Preconstruction minutes, which are attached, Universal Construction, Inc. has submitted a Preliminary Construction Schedule. Per the requirements of subsection **155.02 General**, your submitted schedule is rejected. The schedule is being rejected do to the lack of a detailed written narrative as required.

As you are aware from our recent conversations the only work, which is allowed by contract, is mobilization and traffic control items, until a Preliminary Construction Schedule is approved. In our conversation after the Preconstruction meeting, I have also allowed you to start your survey work to help expedite the preparatory work.

As required by subsection **155.02 General**, please submit a revised Preliminary Construction Schedule with in the next 3 days.

Please contact me if you have any questions.

Sincerely,

Todd Butikofer,
Project Engineer

cc: Jane Traffalis, COE
Mark Standerfer, Universal
files

108

**U. S. DEPARTMENT OF TRANSPORTATION**
**FEDERAL HIGHWAY ADMINISTRATION**
**WESTERN FEDERAL LANDS HIGHWAY DIVISION**
**P.O. Box 268**
**Roberts, Idaho 83444**

September 19, 2001

UCI-009

Dick Standerfer, President
Universal Construction, Inc.
P.O. Box 187
Emmett, Idaho 83617

Subject: Preliminary Schedule

DTFH70-01-C-00034
Camas NWR Complex
ID RRP-CAMA 101(1)

Mr. Standerfer,

The Preliminary Construction Schedule submitted to FHWA on September 18, 2001, is approved as submitted. This fulfills your requirements of the second paragraph of subsection **155.02 General**. Your Construction Schedule is currently under evaluation and a response on if it is accepted or not will be given by October 1, 2001, per the fifth paragraph of subsection **155.02 General**.

Please contact me if you have any questions.

Sincerely,

Todd Butikofer,
Project Engineer

cc: Jane Traffalis, COE
Mark Standerfer, Universal
files