| Activity ID | Activity Description | Orig Dur | % Comp | Early Start | Early Finish | Late Start | Late Finish | Total Float | Free Float |
|---|---|---|---|---|---|---|---|---|---|
| A0010 | GN- Award of Contract | 0 | 0 | 21AUG01 | | 26AUG01 | | 5 | 0 |
| A0450 | PK-Develop & Submit Concr, Asphalt & Misc Design | 2 | 0 | 21AUG01 | 22AUG01 | 23OCT01 | 24OCT01 | 63 | 7 |
| A0060 | GN-Dvlop & Submit Preliminary Construction Sched | 7 | 0 | 21AUG01 | 27AUG01 | 26AUG01 | 01SEP01 | 5 | 0 |
| A0390 | BR- Devlp & Subm Structural Steel & Reinf Detail | 7 | 0 | 21AUG01 | 27AUG01 | 02OCT01 | 08OCT01 | 42 | 0 |
| A0420 | BR- Develop & Submit Timber Details | 7 | 0 | 21AUG01 | 27AUG01 | 28SEP01 | 04OCT01 | 38 | 0 |
| A0530 | BR-Develop & Submit Concr, Asphalt & Misc Design | 7 | 0 | 21AUG01 | 29AUG01 | 01OCT01 | 09OCT01 | 28 | 0 |
| A0400 | BR- Review & Approve Structural Steel & Reinf | 30 | 0 | 28AUG01 | 26SEP01 | 09OCT01 | 07NOV01 | 42 | 0 |
| A0430 | BR- Review & Approve Timber Details | 30 | 0 | 28AUG01 | 26SEP01 | 05OCT01 | 03NOV01 | 38 | 0 |
| A0480 | PK- Review & Approve Asphalt & Misc Designs | 21 | 0 | 30AUG01 | 19SEP01 | 25OCT01 | 14NOV01 | 56 | 13 |
| A0540 | BR- Review & Approve Concrete Mix Designs | 36 | 0 | 30AUG01 | 04OCT01 | 10OCT01 | 14NOV01 | 41 | 0 |
| A0050 | GN- Pre Construction Conference | 1 | 0 | 05SEP01 | 05SEP01 | 10SEP01 | 10SEP01 | 5 | 0 |
| A0070 | GN- Review & Approve Preliminary Schedule | 7 | 0 | 06SEP01 | 12SEP01 | 11SEP01 | 17SEP01 | 5 | 4 |
| A0190 | GN- Mobilize to Project Site | 7 | 0 | 06SEP01* | 14SEP01 | 06SEP01 | 14SEP01 | 0 | 0 |
| A0040 | GN- Notice to Proceed | 0 | 0 | 10SEP01* | | 17SEP01 | | 7 | 0 |
| A0200 | GN- Inaitial Survey & Layout Staking | 2 | 0 | 10SEP01 | 11SEP01 | 17SEP01 | 18SEP01 | 5 | 0 |
| A0080 | GN- Develop & Submit Construction Schedule | 15 | 0 | 10SEP01 | 24SEP01 | 13NOV01 | 27NOV01 | 64 | 0 |
| A0220 | GN- Establish & Execute Quality Control | 40 | 0 | 10SEP01 | 02NOV01 | 09OCT01 | 05DEC01 | 21 | 20 |
| A0460 | GN- Contractor Time (work days) | 65* | 0 | 10SEP01 | 11DEC01 | 17SEP01 | 11DEC01 | 0 | 0 |
| A0030 | GN- Contract Time (cal days) | 93* | 0 | 10SEP01 | 11DEC01 | 17SEP01 | 11DEC01 | 0 | 0 |
| A0310 | BR- Install Construction Signage | 1 | 0 | 12SEP01 | 12SEP01 | 12NOV01 | 12NOV01 | 43 | 2 |
| A0130 | BR- Structural Excavate for Bridge Abutments | 1 | 0 | 17SEP01 | 17SEP01 | 13NOV01 | 13NOV01 | 41 | 0 |
| A0500 | C1- Construction Traffic Signing | 1 | 0 | 17SEP01 | 17SEP01 | 17SEP01 | 17SEP01 | 0 | 0 |
| A0607 | PK- Clear & Grub Parking Lot & Entrance | 1 | 0 | 17SEP01 | 17SEP01 | 20NOV01 | 20NOV01 | 46 | 0 |
| A0370 | BW- Develop Borrow Area 1 | 2 | 0 | 17SEP01 | 18SEP01 | 19SEP01 | 20SEP01 | 2 | 0 |
| A0380 | BW- Initially Crush Grading Course H Material | 10 | 0 | 17SEP01 | 28SEP01 | 10OCT01 | 23OCT01 | 17 | 0 |
| A0520 | C1- Total Closure Time (cal days) | 25* | 0 | 17SEP01 | 11OCT01 | 17SEP01 | 11OCT01 | 0 | 0 |
| A0240 | GN- Dust Control Watering | 40 | 0 | 17SEP01 | 09NOV01 | 11OCT01 | 07DEC01 | 18 | 18 |
| A0470 | BR- Saw Cut & Remove Existing Center Piers | 1 | 0 | 18SEP01 | 18SEP01 | 14NOV01 | 14NOV01 | 41 | 12 |
| A0490 | BR-Saw Cut & Remove Existing Abutments to Design | 1 | 0 | 18SEP01 | 18SEP01 | 14NOV01 | 14NOV01 | 41 | 12 |
| A0610 | C1- Install Silt Fence | 1 | 0 | 18SEP01 | 18SEP01 | 18SEP01 | 18SEP01 | 0 | 0 |
| A0617 | PK- Place & Compact Fill Parking Lot & Entrance | 2 | 0 | 18SEP01 | 19SEP01 | 21NOV01 | 26NOV01 | 46 | 0 |
| A0590 | BW- Develop Borrow Area 2 | 2 | 0 | 19SEP01 | 20SEP01 | 18OCT01 | 19OCT01 | 21 | 21 |
| A0600 | C1- Clear & Grub | 2 | 0 | 19SEP01 | 20SEP01 | 19SEP01 | 20SEP01 | 0 | 0 |
| A0627 | PK- Place Topsoil Around Edges Parking Lot & Ent | 1 | 0 | 20SEP01 | 20SEP01 | 27NOV01 | 27NOV01 | 46 | 6 |
| A0260 | C1- Place & Compact Fill to Widen Existing Road | 4 | 0 | 21SEP01 | 26SEP01 | 21SEP01 | 26SEP01 | 0 | 0 |
| A0090 | GN- Review & Approve Construction Schedule | 14 | 0 | 25SEP01 | 08OCT01 | 28NOV01 | 11DEC01 | 64 | 0 |
| A0510 | C1- Place Topsoil | 2 | 0 | 27SEP01 | 28SEP01 | 27SEP01 | 28SEP01 | 0 | 0 |
| A0410 | BR- Fabricate & Deliver Structural Steel | 21 | 0 | 27SEP01 | 17OCT01 | 08NOV01 | 28NOV01 | 42 | 1 |
| A0440 | BR- Fabricate & Deliver Treated Timber | 30 | 0 | 27SEP01 | 26OCT01 | 04NOV01 | 03DEC01 | 38 | 2 |
| A0270 | C1- Linear Grade Existing Road | 2 | 0 | 01OCT01 | 02OCT01 | 01OCT01 | 02OCT01 | 0 | 0 |
| A0647 | PK- Haul & Place Subbase Course H Prkg Lot & Ent | 2 | 0 | 01OCT01 | 02OCT01 | 28NOV01 | 29NOV01 | 40 | 0 |
| A0570 | BW- Complete Crushg Grading Course H & Meth 1 Ma | 10 | 0 | 01OCT01 | 12OCT01 | 24OCT01 | 06NOV01 | 17 | 17 |
| A0657 | PK- Haul & Place Base Course Roadway Ag Method 1 | 2 | 0 | 03OCT01 | 04OCT01 | 30NOV01 | 03DEC01 | 40 | 0 |
| A0290 | C1- Haul & Place Road Surface Course H | 7 | 0 | 03OCT01 | 11OCT01 | 03OCT01 | 11OCT01 | 0 | 0 |
| A0580 | PK- Pave Parking Lot & Entrance | 1 | 0 | 05OCT01 | 05OCT01 | 04DEC01 | 04DEC01 | 40 | 0 |
| A0140 | BR- Form, Reinf & Pour New Bridge Abutments | 3 | 0 | 05OCT01 | 09OCT01 | 15NOV01 | 19NOV01 | 29 | 0 |
| A0100 | GN- Construction Schedule Complete | 0 | 0 | | 08OCT01 | | 11DEC01 | 44 | 44 |
| A0330 | PK- Install Precast Concr Wheelstops in Prkg Lot | 1 | 0 | 08OCT01 | 08OCT01 | 07DEC01 | 07DEC01 | 42 | 42 |
| A0360 | PK- Install Pavement Markings | 1 | 0 | 08OCT01 | 08OCT01 | 05DEC01 | 05DEC01 | 40 | 40 |
| A0150 | BR- Cure Bridge Abutments | 7 | 0 | 10OCT01 | 16OCT01 | 20NOV01 | 26NOV01 | 41 | 0 |
| A0503 | C2- Construction Traffic Signing | 1 | 0 | 12OCT01 | 12OCT01 | 12OCT01 | 12OCT01 | 0 | 0 |
| A0513 | C2- Total Closure Time (cal days) | 40* | 0 | 12OCT01 | 20NOV01 | 12OCT01 | 20NOV01 | 0 | 0 |
| A0523 | C2- Install Silt Fence | 2 | 0 | 15OCT01 | 16OCT01 | 15OCT01 | 16OCT01 | 0 | 0 |



RECEIVED SEP 17 2001 BY PROJECT ENGINEER

Rejected 10/01/01 WLG-020 Project Engineer

| | |
|---|---|
| Start Date | 21AUG01 |
| Finish Date | 11DEC01 |
| Data Date | 21AUG01 |
| Run Date | 12SEP01 20:49 |

Early Bar
Progress Bar
Critical Activity

D002

Sheet 1 of 2

**Universal Construction for USDOT-FHA**
**Camas NWR Complex Proj RRP-CAMA 101**
**Early Start**

Preliminary Construction Schedule

| Date | Revision | Checked | Approved |
|---|---|---|---|

© Primavera Systems, Inc.



110

| Activity ID | Activity Description | Orig Dur | % Comp | Early Start | Early Finish | Late Start | Late Finish | Total Float | Free Float |
|---|---|---|---|---|---|---|---|---|---|
| A0280 | BR- Backfill & Compact Bridge Abutments | 2 | 0 | 17OCT01 | 18OCT01 | 27NOV01 | 28NOV01 | 27 | 0 |
| A0533 | C2- Clear & Grub | 3 | 0 | 17OCT01 | 19OCT01 | 17OCT01 | 19OCT01 | 0 | 0 |
| A0160 | BR- Install Steel Bridge Girders & Bearing Pads | 3 | 0 | 19OCT01 | 23OCT01 | 29NOV01 | 03DEC01 | 27 | 3 |
| A0543 | C2- Place & Compact Fill to Widen Existing Road | 6 | 0 | 22OCT01 | 29OCT01 | 22OCT01 | 29OCT01 | 0 | 0 |
| A0170 | BR- Install GluLam Timber Bridge Deck | 3 | 0 | 29OCT01 | 31OCT01 | 04DEC01 | 06DEC01 | 24 | 0 |
| A0553 | C2- Place Topsoil | 3 | 0 | 30OCT01 | 01NOV01 | 30OCT01 | 01NOV01 | 0 | 0 |
| A0180 | BR- Install Treated Bridge Siderail Curb | 1 | 0 | 01NOV01 | 01NOV01 | 07DEC01 | 07DEC01 | 24 | 24 |
| A0563 | C2- Linear Grade Existing Road | 3 | 0 | 02NOV01 | 06NOV01 | 02NOV01 | 06NOV01 | 0 | 0 |
| A0573 | C2- Haul & Place Road Surface Course H | 10 | 0 | 07NOV01 | 20NOV01 | 07NOV01 | 20NOV01 | 0 | 0 |
| A0506 | C3- Construction Traffic Signing | 1 | 0 | 21NOV01 | 21NOV01 | 21NOV01 | 21NOV01 | 0 | 0 |
| A0516 | C3- Total Closure Time (cal days) | 15* | 0 | 21NOV01 | 05DEC01 | 21NOV01 | 05DEC01 | 0 | 0 |
| A0536 | C3- Clear & Grub | 2 | 0 | 26NOV01 | 27NOV01 | 26NOV01 | 27NOV01 | 0 | 0 |
| A0546 | C3- Place & Compact Fill to Widen Existing Road | 1 | 0 | 28NOV01 | 28NOV01 | 28NOV01 | 28NOV01 | 0 | 0 |
| A0556 | C3- Place Topsoil | 1 | 0 | 28NOV01 | 28NOV01 | 28NOV01 | 28NOV01 | 0 | 0 |
| A0566 | C3- Linear Grade Existing Road | 1 | 0 | 29NOV01 | 29NOV01 | 29NOV01 | 29NOV01 | 0 | 0 |
| A0576 | C3- Haul & Place Road Surface Course H | 3 | 0 | 30NOV01 | 04DEC01 | 30NOV01 | 04DEC01 | 0 | 0 |
| A0586 | C3- Gather & Demob Construction Traffic Signing | 1 | 0 | 05DEC01 | 05DEC01 | 05DEC01 | 05DEC01 | 0 | 0 |
| A0550 | GN- Final Cleanup | 2 | 0 | 05DEC01 | 06DEC01 | 06DEC01 | 07DEC01 | 1 | 1 |
| A0120 | GN- Install Permanent Signage | 2 | 0 | 06DEC01 | 07DEC01 | 06DEC01 | 07DEC01 | 0 | 0 |
| A0560 | GN- Final Punch List | 2 | 0 | 10DEC01 | 11DEC01 | 10DEC01 | 11DEC01 | 0 | 0 |
| A0020 | GN- Completion of Project | 0 | 0 | | 11DEC01* | | 11DEC01* | 0 | 0 |




RECEIVED
SEP 17 2001
BY PROJECT ENGINEER

13 20 27 3 10 17 24 1 8 15 22 29 5 12 19 26 3 10 17 24 31 7 14 21
AUG SEP OCT NOV DEC JAN
2001 2002

| | |
|---|---|
| Start Date | 21AUG01 |
| Finish Date | 11DEC01 |
| Data Date | 21AUG01 |
| Run Date | 12SEP01 20:49 |

Early Bar
Progress Bar
Critical Activity

D002

Sheet 2 of 2

**Universal Construction for USDOT-FHA**
**Camas NWR Complex Proj RRP-CAMA 101**
**Early Start**

Preliminary Construction Schedule

| Date | Revision | Checked | Approved |
|---|---|---|---|

© Primavera Systems, Inc.

| Activity ID | Activity Description | Orig Dur | % Comp | Early Start | Early Finish | Late Start | Late Finish | Total Float | Free Float |
|---|---|---|---|---|---|---|---|---|---|
| **General Area** | | | | | | | | | |
| A0010 | GN- Award of Contract | 0 | 0 | 21AUG01 | | 26AUG01 | | 5 | 0 |
| A0060 | GN-Dvlop & Submit Preliminary Construction Sched | 7 | 0 | 21AUG01 | 27AUG01 | 26AUG01 | 01SEP01 | 5 | 0 |
| A0050 | GN- Pre Construction Conference | 1 | 0 | 05SEP01 | 05SEP01 | 10SEP01 | 10SEP01 | 5 | 0 |
| A0190 | GN- Mobilize to Project Site | 7 | 0 | 06SEP01* | 14SEP01 | 06SEP01 | 14SEP01 | 0 | 0 |
| A0070 | GN- Review & Approve Preliminary Schedule | 7 | 0 | 06SEP01 | 12SEP01 | 11SEP01 | 17SEP01 | 5 | 4 |
| A0030 | GN- Contract Time (cal days) | 93* | 0 | 10SEP01 | 11DEC01 | 17SEP01 | 11DEC01 | 0 | 0 |
| A0460 | GN- Contractor Time (work days) | 65* | 0 | 10SEP01 | 11DEC01 | 17SEP01 | 11DEC01 | 0 | 0 |
| A0200 | GN- Iniatial Survey & Layout Staking | 2 | 0 | 10SEP01 | 11SEP01 | 17SEP01 | 18SEP01 | 5 | 0 |
| A0040 | GN- Notice to Proceed | 0 | 0 | 10SEP01* | | 17SEP01 | | 7 | 0 |
| A0220 | GN- Establish & Execute Quality Control | 40 | 0 | 10SEP01 | 02NOV01 | 09OCT01 | 05DEC01 | 21 | 20 |
| A0080 | GN- Develop & Submit Construction Schedule | 15 | 0 | 10SEP01 | 24SEP01 | 13NOV01 | 27NOV01 | 64 | 0 |
| A0240 | GN- Dust Control Watering | 40 | 0 | 17SEP01 | 09NOV01 | 11OCT01 | 07DEC01 | 18 | 18 |
| A0090 | GN- Review & Approve Construction Schedule | 14 | 0 | 25SEP01 | 08OCT01 | 28NOV01 | 11DEC01 | 64 | 0 |
| A0100 | GN- Construction Schedule Complete | 0 | 0 | | 08OCT01 | | 11DEC01 | 44 | 44 |
| A0550 | GN- Final Cleanup | 2 | 0 | 05DEC01 | 06DEC01 | 06DEC01 | 07DEC01 | 1 | 1 |
| A0120 | GN- Install Permanent Signage | 2 | 0 | 06DEC01 | 07DEC01 | 06DEC01 | 07DEC01 | 0 | 0 |
| A0560 | GN- Final Punch List | 2 | 0 | 10DEC01 | 11DEC01 | 10DEC01 | 11DEC01 | 0 | 0 |
| A0020 | GN- Completion of Project | 0 | 0 | | 11DEC01* | | 11DEC01* | 0 | 0 |
| **Parking Lot & Entrance** | | | | | | | | | |
| A0450 | PK-Develop & Submit Concr, Asphalt & Misc Design | 2 | 0 | 21AUG01 | 22AUG01 | 23OCT01 | 24OCT01 | 63 | 7 |
| A0480 | PK- Review & Approve Asphalt & Misc Designs | 21 | 0 | 30AUG01 | 19SEP01 | 25OCT01 | 14NOV01 | 56 | 13 |
| A0607 | PK- Clear & Grub Parking Lot & Entrance | 1 | 0 | 17SEP01 | 17SEP01 | 20NOV01 | 20NOV01 | 46 | 0 |
| A0617 | PK- Place & Compact Fill Parking Lot & Entrance | 2 | 0 | 18SEP01 | 19SEP01 | 21NOV01 | 26NOV01 | 46 | 0 |
| A0627 | PK- Place Topsoil Around Edges Parking Lot & Ent | 1 | 0 | 20SEP01 | 20SEP01 | 27NOV01 | 27NOV01 | 46 | 6 |




Rejected 10/01/01 USFS
Project Engineer

RECEIVED
SEP 17 2001
BY PROJECT ENGINEER

| | | | |
|---|---|---|---|
| Start Date | 21AUG01 | Early Bar | D002 |
| Finish Date | 11DEC01 | Progress Bar | |
| Data Date | 21AUG01 | Critical Activity | |
| Run Date | 12SEP01 20:32 | | |

© Primavera Systems, Inc.

**Universal Construction for USDOT-FHA**
**Camas NWR Complex Proj RRP-CAMA 101**
**Area & Early Start**
**Narrative Included**

Sheet 1 of 5

Preliminary Construction Schedule

| Date | Revision | Checked | Approved |
|---|---|---|---|
| | | | |



112

| Activity ID | Activity Description | Orig Dur | % Comp | Early Start | Early Finish | Late Start | Late Finish | Total Float | Free Float |
|---|---|---|---|---|---|---|---|---|---|
| A0647 | PK- Haul & Place Subbase Course H Prkg Lot & Ent | 2 | 0 | 01OCT01 | 02OCT01 | 28NOV01 | 29NOV01 | 40 | 0 |
| A0657 | PK- Haul & Place Base Course Roadway Ag Method 1 | 2 | 0 | 03OCT01 | 04OCT01 | 30NOV01 | 03DEC01 | 40 | 0 |
| A0580 | PK- Pave Parking Lot & Entrance | 1 | 0 | 05OCT01 | 05OCT01 | 04DEC01 | 04DEC01 | 40 | 0 |
| A0360 | PK- Install Pavement Markings | 1 | 0 | 08OCT01 | 08OCT01 | 05DEC01 | 05DEC01 | 40 | 40 |
| A0330 | PK- Install Precast Concr Wheelstops in Prkg Lot | 1 | 0 | 08OCT01 | 08OCT01 | 07DEC01 | 07DEC01 | 42 | 42 |
| **Borrow Pit** | | | | | | | | | |
| A0370 | BW- Develop Borrow Area 1 | 2 | 0 | 17SEP01 | 18SEP01 | 19SEP01 | 20SEP01 | 2 | 0 |
| A0380 | BW- Initially Crush Grading Course H Material | 10 | 0 | 17SEP01 | 28SEP01 | 10OCT01 | 23OCT01 | 17 | 0 |
| A0590 | BW- Develop Borrow Area 2 | 2 | 0 | 19SEP01 | 20SEP01 | 18OCT01 | 19OCT01 | 21 | 21 |
| A0570 | BW- Complete Crushg Grading Course H & Meth 1 Ma | 10 | 0 | 01OCT01 | 12OCT01 | 24OCT01 | 06NOV01 | 17 | 17 |
| **Bridge** | | | | | | | | | |
| A0530 | BR-Develop & Submit Concr, Asphalt & Misc Design | 7 | 0 | 21AUG01 | 29AUG01 | 01OCT01 | 09OCT01 | 28 | 0 |
| A0420 | BR- Develop & Submit Timber Details | 7 | 0 | 21AUG01 | 27AUG01 | 28SEP01 | 04OCT01 | 38 | 0 |
| A0390 | BR- Devlp & Subm Structural Steel & Reinf Detail | 7 | 0 | 21AUG01 | 27AUG01 | 02OCT01 | 08OCT01 | 42 | 0 |
| A0430 | BR- Review & Approve Timber Details | 30 | 0 | 28AUG01 | 26SEP01 | 05OCT01 | 03NOV01 | 38 | 0 |
| A0400 | BR- Review & Approve Structural Steel & Reinf | 30 | 0 | 28AUG01 | 26SEP01 | 09OCT01 | 07NOV01 | 42 | 0 |
| A0540 | BR- Review & Approve Concrete Mix Designs | 36 | 0 | 30AUG01 | 04OCT01 | 10OCT01 | 14NOV01 | 41 | 0 |
| A0310 | BR- Install Construction Signage | 1 | 0 | 12SEP01 | 12SEP01 | 12NOV01 | 12NOV01 | 43 | 2 |
| A0130 | BR- Structural Excavate for Bridge Abutments | 1 | 0 | 17SEP01 | 17SEP01 | 13NOV01 | 13NOV01 | 41 | 0 |
| A0470 | BR- Saw Cut & Remove Existing Center Piers | 1 | 0 | 18SEP01 | 18SEP01 | 14NOV01 | 14NOV01 | 41 | 12 |
| A0490 | BR-Saw Cut & Remove Existing Abutments to Design | 1 | 0 | 18SEP01 | 18SEP01 | 14NOV01 | 14NOV01 | 41 | 12 |
| A0440 | BR- Fabricate & Deliver Treated Timber | 30 | 0 | 27SEP01 | 26OCT01 | 04NOV01 | 03DEC01 | 38 | 2 |
| A0410 | BR- Fabricate & Deliver Structural Steel | 21 | 0 | 27SEP01 | 17OCT01 | 08NOV01 | 28NOV01 | 42 | 1 |
| A0140 | BR- Form, Reinf & Pour New Bridge Abutments | 3 | 0 | 05OCT01 | 09OCT01 | 15NOV01 | 19NOV01 | 29 | 0 |




RECEIVED
SEP 17 2001
BY PROJECT ENGINEER

| | | | |
|---|---|---|---|
| Start Date | 21AUG01 | Early Bar | D002 |
| Finish Date | 11DEC01 | Progress Bar | |
| Data Date | 21AUG01 | Critical Activity | |
| Run Date | 12SEP01 20:32 | | |

**Universal Construction for USDOT-FHA**
**Camas NWR Complex Proj RRP-CAMA 101**
**Area & Early Start**
**Narrative Included**

Sheet 2 of 5

Preliminary Construction Schedule

| Date | Revision | Checked | Approved |
|---|---|---|---|

© Primavera Systems, Inc.

113

| Activity ID | Activity Description | Orig Dur | % Comp | Early Start | Early Finish | Late Start | Late Finish | Total Float | Free Float | Bar notes |
|---|---|---|---|---|---|---|---|---|---|---|
| A0150 | BR- Cure Bridge Abutments | 7 | 0 | 10OCT01 | 16OCT01 | 20NOV01 | 26NOV01 | 41 | 0 | BR- Cure Bridge Abutments |
| A0280 | BR- Backfill & Compact Bridge Abutments | 2 | 0 | 17OCT01 | 18OCT01 | 27NOV01 | 28NOV01 | 27 | 0 | BR- Backfill & Compact Bridge Abutments |
| A0160 | BR- Install Steel Bridge Girders & Bearing Pads | 3 | 0 | 19OCT01 | 23OCT01 | 29NOV01 | 03DEC01 | 27 | 3 | BR- Install Steel Bridge Girders & Bearing Pads |
| A0170 | BR- Install GluLam Timber Bridge Deck | 3 | 0 | 29OCT01 | 31OCT01 | 04DEC01 | 06DEC01 | 24 | 0 | BR- Install GluLam Timber Bridge Deck |
| A0180 | BR- Install Treated Bridge Siderail Curb | 1 | 0 | 01NOV01 | 01NOV01 | 07DEC01 | 07DEC01 | 24 | 24 | BR- Install Treated Bridge Siderail Curb |
| **Closure 1 Road (3773 m)** | | | | | | | | | | |
| A0500 | C1- Construction Traffic Signing | 1 | 0 | 17SEP01 | 17SEP01 | 17SEP01 | 17SEP01 | 0 | 0 | Road Work Ahead, End Road Work & Road Closed<br>Pickup truck & rubber tired backhoe.<br>C1- Construction Traffic Signing |
| A0520 | C1- Total Closure Time (cal days) | 25* | 0 | 17SEP01 | 11OCT01 | 17SEP01 | 11OCT01 | 0 | 0 | C1- Total Closure Time (cal days) |
| A0610 | C1- Install Silt Fence | 1 | 0 | 18SEP01 | 18SEP01 | 18SEP01 | 18SEP01 | 0 | 0 | 173 m in 3 locations<br>Drive posts with support mesh and geotextile type V-A attached. Place bottom of textile in 150mm x 150mm trench along base. Backfill & compact trench to secure fabric.<br>Use a pickup, handtools & a crew of 3.<br>C1- Install Silt Fence |
| A0600 | C1- Clear & Grub | 2 | 0 | 19SEP01 | 20SEP01 | 19SEP01 | 20SEP01 | 0 | 0 | 13 locations<br>660 m per day<br>John Deere 892 Excavator, 2 12cy dump trucks<br>1318 m long widened areas<br>C1- Clear & Grub |
| A0260 | C1- Place & Compact Fill to Widen Existing Road | 4 | 0 | 21SEP01 | 26SEP01 | 21SEP01 | 26SEP01 | 0 | 0 | 13 locations - 1318 m Widening - 1318 cm<br>John Deere 892 2 buckets 1 to 3 CY<br>John Deere 590 Compactor<br>11 cm per truck load<br>350 cm per day<br>7 Turnouts T1 thru T7 & 3 Interpretive Pullouts (E1 thru E3)<br>2 Trucks<br>C1- Place & Compact Fill to Widen Existing Road |
| A0510 | C1- Place Topsoil | 2 | 0 | 27SEP01 | 28SEP01 | 27SEP01 | 28SEP01 | 0 | 0 | 1/3 cm per m estimated topsoil placement<br>3.46 sm per m at depth of 75mm<br>estimate .6 cm per m for 381 cm<br>381 cm total volume<br>C1- Place Topsoil |
| A0270 | C1- Linear Grade Existing Road | 2 | 0 | 01OCT01 | 02OCT01 | 01OCT01 | 02OCT01 | 0 | 0 | 3673 m long - 3.673 km<br>Cat 130 G road grader<br>Non-widened areas to be stripped and moved to 7 turnouts, 3 pullouts, 13 normal widening<br>300 mm thick upper widened areas<br>3.673 km<br>C1- Linear Grade Existing Road |
| A0290 | C1- Haul & Place Road Surface Course H | 7 | 0 | 03OCT01 | 11OCT01 | 03OCT01 | 11OCT01 | 0 | 0 | 150 mm thick by 4.2m plus turnouts and pullouts<br>5ea 15mt Trucks, 130 G motor grader, 84"Dynapak Roller, Water Truck<br>2.5 loads per hr per truck - 20 loads per day/tk<br>Allow for watering, compacting & final shaping<br>1500 mt per day plus 2 days contingency<br>6791 mt total volume<br>C1- Haul & Place Road Surface Course H |
| **Closure 2 Road (5600 m)** | | | | | | | | | | |
| A0503 | C2- Construction Traffic Signing | 1 | 0 | 12OCT01 | 12OCT01 | 12OCT01 | 12OCT01 | 0 | 0 | Road Work Ahead, End Road Work & Road Closed<br>Pickup truck & rubber tired backhoe.<br>C2- Construction Traffic Signing |
| A0513 | C2- Total Closure Time (cal days) | 40* | 0 | 12OCT01 | 20NOV01 | 12OCT01 | 20NOV01 | 0 | 0 | C2- Total Closure Time (cal days) |

Timescale: 2001 — AUG 13, 20, 27; SEP 3, 10, 17, 24; OCT 1, 8, 15, 22, 29; NOV 5, 12, 19, 26; DEC 3, 10, 17, 24, 31; 2002 — JAN 7, 14, 21

RECEIVED SEP 17 2001 BY PROJECT ENGINEER

| | |
|---|---|
| Start Date | 21AUG01 |
| Finish Date | 11DEC01 |
| Data Date | 21AUG01 |
| Run Date | 12SEP01 20:32 |

Early Bar
Progress Bar
Critical Activity

© Primavera Systems, Inc.

D002

**Universal Construction for USDOT-FHA**
**Camas NWR Complex Proj RRP-CAMA 101**
**Area & Early Start**
**Narrative Included**

Sheet 3 of 5

Preliminary Construction Schedule

| Date | Revision | Checked | Approved |
|---|---|---|---|
| | | | |

114

| Activity ID | Activity Description | Orig Dur | % Comp | Early Start | Early Finish | Late Start | Late Finish | Total Float | Free Float |
|---|---|---|---|---|---|---|---|---|---|
| A0523 | C2- Install Silt Fence | 2 | 0 | 15OCT01 | 16OCT01 | 15OCT01 | 16OCT01 | 0 | 0 |
| A0533 | C2- Clear & Grub | 3 | 0 | 17OCT01 | 19OCT01 | 17OCT01 | 19OCT01 | 0 | 0 |
| A0543 | C2- Place & Compact Fill to Widen Existing Road | 6 | 0 | 22OCT01 | 29OCT01 | 22OCT01 | 29OCT01 | 0 | 0 |
| A0553 | C2- Place Topsoil | 3 | 0 | 30OCT01 | 01NOV01 | 30OCT01 | 01NOV01 | 0 | 0 |
| A0563 | C2- Linear Grade Existing Road | 3 | 0 | 02NOV01 | 06NOV01 | 02NOV01 | 06NOV01 | 0 | 0 |
| A0573 | C2- Haul & Place Road Surface Course H | 10 | 0 | 07NOV01 | 20NOV01 | 07NOV01 | 20NOV01 | 0 | 0 |
| **Closure 3 Road (1360 m)** | | | | | | | | | |
| A0506 | C3- Construction Traffic Signing | 1 | 0 | 21NOV01 | 21NOV01 | 21NOV01 | 21NOV01 | 0 | 0 |
| A0516 | C3- Total Closure Time (cal days) | 15* | 0 | 21NOV01 | 05DEC01 | 21NOV01 | 05DEC01 | 0 | 0 |
| A0536 | C3- Clear & Grub | 2 | 0 | 26NOV01 | 27NOV01 | 26NOV01 | 27NOV01 | 0 | 0 |
| A0546 | C3- Place & Compact Fill to Widen Existing Road | 1 | 0 | 28NOV01 | 28NOV01 | 28NOV01 | 28NOV01 | 0 | 0 |
| A0556 | C3- Place Topsoil | 1 | 0 | 28NOV01 | 28NOV01 | 28NOV01 | 28NOV01 | 0 | 0 |
| A0566 | C3- Linear Grade Existing Road | 1 | 0 | 29NOV01 | 29NOV01 | 29NOV01 | 29NOV01 | 0 | 0 |

Timescale: 2001 — AUG 13, 20, 27; SEP 3, 10, 17, 24; OCT 1, 8, 15, 22, 29; NOV 5, 12, 19, 26; DEC 3, 10, 17, 24, 31; 2002 JAN 7, 14, 21

**C2- Install Silt Fence**
248 m in 7 locations
Drive posts with support mesh and geotextile type V-A attached. Place bottom of textile in 150mm x 150mm trench along base.
Backfill & compact trench to secure fabric.
Use a pickup, handtools & a crew of 3.

**C2- Clear & Grub**
15 locations
900 m per day
John Deere 892 Excavator, 3 12cy dump trucks
2798 m long widened areas

**C2- Place & Compact Fill to Widen Existing Road**
15 locations - 2798 m Widening - 2612 cm
John Deere 892 2 buckets 1 to 3 CY
John Deere 590 Compactor
11 cm per truck load
435 cm per day
8 Turnouts T8 thru T1 & 4 Interpretive Pullouts (E5 thru E8)
3 Trucks

**C2- Place Topsoil**
1/3 cm per m estimated topsoil placement
3.46 sm per m at depth of 75mm
estimate .6 cm per m for 822 cm

**C2- Linear Grade Existing Road**
5000 m long - 5.0 km
Cat 130 G road grader
Non-widened areas to be stripped and moved to 8 turnouts, 4 pullouts, 15 normal widening
300 mm thick upper widened areas
5.0 km total length

**C2- Haul & Place Road Surface C**
150 mm thick by 4.2m plus turnouts and pullouts
5ea 15mt Trucks, 130 G motor grader, 84"Dynapak Roller, Water Truck
2.5 loads per hr per truck - 20 loads per day
Allow for watering, compacting & final shaping
1200 mt per day plus 2 days contingency
9245 mt total volume

**C3- Construction T**
Road Work Ahead, End Road Work & Road Closed
Pickup truck & rubber tired backhoe.

**C3- Total Closure Time (cal days)**

**C3- Clear & Grub**
3 locations
900 m per day
John Deere 892 Excavator, 2 12cy dump trucks
72 m long widened areas

**C3- Place & Com**
3 locations - 72 m Widening - 70 cm
John Deere 892 2 buckets 1 to 3 CY
John Deere 590 Compactor
11 cm per truck load
350 cm per day
2 Turnouts T16 - T17 & 1 Interpretive Pullout (E9)

**C3- Place Tops**
1/3 cm per m estimated topsoil placement
3.46 sm per m at depth of 75mm
estimate .6 cm per m for 503 cm

**C3- Linear Gr**
1360 m long - 1.36 km
Cat 130 G road grader
Non-widened areas to be stripped and moved to widened areas.
300 mm thick upper widened areas.

| | | |
|---|---|---|
| Start Date | 21AUG01 | Early Bar |
| Finish Date | 11DEC01 | Progress Bar |
| Data Date | 21AUG01 | Critical Activity |
| Run Date | 12SEP01 20:32 | |

D002

**Universal Construction for USDOT-FHA**
**Camas NWR Complex Proj RRP-CAMA 101**
**Area & Early Start**
**Narrative Included**

Sheet 4 of 5

Preliminary Construction Schedule

| Date | Revision | Checked | Approved |
|---|---|---|---|

RECEIVED SEP 17 2001 BY PROJECT ENGINEER

© Primavera Systems, Inc.

115

| Activity ID | Activity Description | Orig Dur | % Comp | Early Start | Early Finish | Late Start | Late Finish | Total Float | Free Float |
|---|---|---|---|---|---|---|---|---|---|
| A0576 | C3- Haul & Place Road Surface Course H | 3 | 0 | 30NOV01 | 04DEC01 | 30NOV01 | 04DEC01 | 0 | 0 |
| A0586 | C3- Gather & Demob Construction Traffic Signing | 1 | 0 | 05DEC01 | 05DEC01 | 05DEC01 | 05DEC01 | 0 | 0 |




| | | | |
|---|---|---|---|
| Start Date | 21AUG01 | Early Bar | D002 |
| Finish Date | 11DEC01 | Progress Bar | |
| Data Date | 21AUG01 | Critical Activity | |
| Run Date | 12SEP01 20:32 | | |

© Primavera Systems, Inc.

**Universal Construction for USDOT-FHA**
**Camas NWR Complex Proj RRP-CAMA 101**
**Area & Early Start**
**Narrative Included**

Sheet 5 of 5

Preliminary Construction Schedule

| Date | Revision | Checked | Approved |
|---|---|---|---|
| | | | |

RECEIVED
SEP 17 2001
BY PROJECT ENGINEER

116