U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
P.O. Box 268
Roberts, Idaho 83444

October 1, 2001

UCI-020

Dick Standerfer, President
Universal Construction, Inc.
P.O. Box 187
Emmett, Idaho 83617

Subject: Construction Schedule.

DTFH70-01-C-00034
Camas NWR Complex
ID RRP-CAMA 101(1)

Mr. Standerfer,

After review of your construction schedule it has been found that your progress is about two to three weeks behind the submitted schedule. Please revise and resubmit your schedule by October 8, 2001, for approval, per subsection **155.02 General**, fifth paragraph.

Please contact me if you have any questions.

Sincerely,

Todd Butikofer,
Project Engineer

cc: Jane Traffalis, COE
Mark Standerfer, Universal
files

117