| Activity ID | Activity Description | Orig Dur | % Comp | Early Start | Early Finish | Late Start | Late Finish | Total Float | Free Float |
|---|---|---|---|---|---|---|---|---|---|
| A0010 | GN- Award of Contract | 0 | 100 | 21AUG01A | | 21AUG01A | | | |
| A0450 | PK-Develop & Submit Concr, Asphalt & Misc Design | 2 | 100 | 21AUG01A | 10SEP01A | 21AUG01A | 10SEP01A | | |
| A0060 | GN-Dvlop & Submit Preliminary Construction Sched | 7 | 100 | 21AUG01A | 27AUG01A | 21AUG01A | 27AUG01A | | |
| A0390 | BR- Devlp & Subm Structural Steel & Reinf Detail | 7 | 50 | 21AUG01A | 13OCT01 | 21AUG01A | 13OCT01 | 0 | 0 |
| A0420 | BR- Develop & Submit Timber Details | 7 | 100 | 21AUG01A | 17SEP01A | 21AUG01A | 17SEP01A | | |
| A0530 | BR-Develop & Submit Concr & Misc Design | 7 | 100 | 21AUG01A | 08OCT01A | 21AUG01A | 08OCT01A | | |
| A0050 | GN- Pre Construction Conference | 1 | 100 | 05SEP01A | 05SEP01A | 05SEP01A | 05SEP01A | | |
| A0070 | GN- Review & Approve Preliminary Schedule | 7 | 100 | 06SEP01A | 19SEP01A | 06SEP01A | 19SEP01A | | |
| A0040 | GN- Notice to Proceed | 0 | 100 | 10SEP01A | | 10SEP01A | | | |
| A0190 | GN- Mobilize to Project Site | 7 | 100 | 10SEP01A | 03OCT01A | 10SEP01A | 03OCT01A | | |
| A0460 | GN- Contractor Time (work days) | 65* | 34 | 10SEP01A | 11DEC01 | 10SEP01A | 11DEC01 | 0 | 0 |
| A0030 | GN- Contract Time (cal days) | 93* | 32 | 10SEP01A | 11DEC01 | 10SEP01A | 11DEC01 | 0 | 0 |
| A0200 | GN- Survey & Layout Stations Staking | 2 | 80 | 11SEP01A | 09OCT01 | 11SEP01A | 09OCT01 | 0 | 0 |
| A0480 | PK- Review & Approve Asphalt & Misc Designs | 21 | 80 | 11SEP01A | 13OCT01 | 11SEP01A | 12NOV01 | 30 | 3 |
| A0080 | GN- Develop & Submit Construction Schedule | 15 | 100 | 18SEP01A | 09OCT01A | 18SEP01A | 09OCT01A | | |
| A0430 | BR- Review & Approve Timber Details | 30 | 100 | 18SEP01A | 02OCT01A | 18SEP01A | 02OCT01A | | |
| A0500 | C1- Construction Traffic Signing | 1 | 100 | 28SEP01A | 28SEP01A | 28SEP01A | 28SEP01A | | |
| A0503 | C2- Construction Traffic Signing | 1 | 100 | 28SEP01A | 28SEP01A | 28SEP01A | 28SEP01A | | |
| A0506 | C3- Construction Traffic Signing | 1 | 100 | 28SEP01A | 28SEP01A | 28SEP01A | 28SEP01A | | |
| A0220 | GN- Establish & Execute Quality Control | 40 | 20 | 28SEP01A | 26NOV01 | 28SEP01A | 06DEC01 | 8 | 6 |
| A0370 | BW- Develop Borrow Area 1 | 2 | 100 | 02OCT01A | 02OCT01A | 02OCT01A | 02OCT01A | | |
| A0590 | BW- Develop Borrow Area 2 | 2 | 100 | 03OCT01A | 03OCT01A | 03OCT01A | 03OCT01A | | |
| A0607 | PK- Clear & Grub Parking Lot & Entrance | 1 | 100 | 04OCT01A | 04OCT01A | 04OCT01A | 04OCT01A | | |
| A0617 | PK- Place & Compact Fill Parking Lot & Entrance | 2 | 20 | 08OCT01A | 11OCT01 | 08OCT01A | 27NOV01 | 31 | 0 |
| A0540 | BR- Review & Approve Concrete Mix Designs | 36 | 10 | 08OCT01A | 10NOV01 | 08OCT01A | 12NOV01 | 2 | 2 |
| A0100 | GN- Construction Schedule Complete | 0 | 100 | | 09OCT01A | | 09OCT01A | | |
| A0130 | BR- Structural Excavate for Bridge Abutments | 1 | 0 | 10OCT01 | 10OCT01 | 08NOV01 | 08NOV01 | 21 | 6 |
| A0310 | BR- Install Construction Signage | 1 | 100 | | 12SEP01A | | 12SEP01A | | |
| A0610 | C1- Install Silt Fence | 1 | 0 | 10OCT01 | 10OCT01 | 10OCT01 | 10OCT01 | 0 | 0 |
| A0570 | BW- Initial Crushing Method 1 Material | 3 | 0 | 10OCT01 | 12OCT01 | 22OCT01 | 24OCT01 | 8 | 0 |
| A0210 | GN- Complete Survey & Layout Stations Staking | 7 | 0 | 10OCT01 | 18OCT01 | 11OCT01 | 19OCT01 | 1 | 0 |
| A0090 | GN- Review & Approve Construction Schedule | 14 | 0 | 10OCT01 | 23OCT01 | 28NOV01 | 11DEC01 | 49 | 0 |
| A0440 | BR- Fabricate & Deliver Treated Timber | 30 | 0 | 10OCT01 | 08NOV01 | 05NOV01 | 04DEC01 | 26 | 26 |
| A0240 | GN- Dust Control Watering | 40 | 0 | 10OCT01 | 06DEC01 | 12OCT01 | 10DEC01 | 2 | 2 |
| A0600 | C1- Clear & Grub | 1 | 0 | 11OCT01 | 11OCT01 | 11OCT01 | 11OCT01 | 0 | 0 |
| A0520 | C1- Initial Closure Time (cal days) | 9* | 0 | 11OCT01 | 19OCT01 | 11OCT01 | 19OCT01 | 0 | 0 |
| A0627 | PK- Place Topsoil Around Edges Parking Lot & Ent | 1 | 0 | 12OCT01 | 12OCT01 | 28NOV01 | 28NOV01 | 31 | 0 |
| A0260 | C1- Place & Compact Fill to Widen Existing Road | 3 | 0 | 12OCT01 | 16OCT01 | 12OCT01 | 16OCT01 | 0 | 0 |
| A0400 | BR- Review & Approve Structural Steel & Reinf | 30 | 0 | 14OCT01 | 12NOV01 | 14OCT01 | 12NOV01 | 0 | 0 |
| A0647 | PK- Haul & Place Subbase Meth 1 Prkg Lot & Ent | 2 | 0 | 15OCT01 | 16OCT01 | 29NOV01 | 30NOV01 | 31 | 0 |
| A0380 | BW- Complete Crushg Grading Course H Material | 14 | 0 | 15OCT01 | 01NOV01 | 25OCT01 | 13NOV01 | 8 | 8 |
| A0510 | C1- Place Topsoil | 1 | 0 | 17OCT01 | 17OCT01 | 17OCT01 | 17OCT01 | 0 | 0 |
| A0657 | PK- Haul & Place Base Course Roadway Ag Method 1 | 2 | 0 | 17OCT01 | 18OCT01 | 03DEC01 | 04DEC01 | 31 | 0 |
| A0270 | C1- Linear Grade Existing Road | 2 | 0 | 18OCT01 | 19OCT01 | 18OCT01 | 19OCT01 | 0 | 0 |
| A0470 | BR- Saw Cut & Remove Existing Center Piers | 1 | 0 | 19OCT01 | 19OCT01 | 09NOV01 | 09NOV01 | 15 | 0 |
| A0580 | PK- Pave Parking Lot & Entrance | 1 | 0 | 19OCT01 | 19OCT01 | 05DEC01 | 05DEC01 | 31 | 0 |
| A0330 | PK- Install Precast Concr Wheelstops in Prkg Lot | 1 | 0 | 22OCT01 | 22OCT01 | 10DEC01 | 10DEC01 | 33 | 33 |
| A0360 | PK- Install Pavement Markings | 1 | 0 | 22OCT01 | 22OCT01 | 06DEC01 | 06DEC01 | 31 | 31 |
| A0490 | BR-Saw Cut & Remove Existing Abutments to Design | 1 | 0 | 22OCT01 | 22OCT01 | 12NOV01 | 12NOV01 | 15 | 15 |
| A0523 | C2- Install Silt Fence | 2 | 0 | 22OCT01 | 23OCT01 | 22OCT01 | 23OCT01 | 0 | 0 |
| A0533 | C2- Clear & Grub | 2 | 0 | 24OCT01 | 25OCT01 | 24OCT01 | 25OCT01 | 0 | 0 |
| A0513 | C2- Initial Closure Time (cal days) | 16* | 0 | 24OCT01 | 08NOV01 | 24OCT01 | 08NOV01 | 0 | 0 |
| A0543 | C2- Place & Compact Fill to Widen Existing Road | 5 | 0 | 26OCT01 | 01NOV01 | 26OCT01 | 01NOV01 | 0 | 0 |




| | |
|---|---|
| Start Date | 21AUG01 |
| Finish Date | 11DEC01 |
| Data Date | 10OCT01 |
| Run Date | 09OCT01 15:39 |

Early Bar
Progress Bar
Critical Activity

C001

Sheet 1 of 2

**Universal Construction for USDOT-FHA**
**Camas NWR Complex Proj RRP-CAMA 101**
**Early Start**

Construction Schedule - Statused Thru 09OCT01

| Date | Revision | Checked | Approved |
|---|---|---|---|

© Primavera Systems, Inc.

| Activity ID | Activity Description | Orig Dur | % Comp | Early Start | Early Finish | Late Start | Late Finish | Total Float | Free Float |
|---|---|---|---|---|---|---|---|---|---|
| A0553 | C2- Place Topsoil | 2 | 0 | 02NOV01 | 05NOV01 | 02NOV01 | 05NOV01 | 0 | 0 |
| A0563 | C2- Linear Grade Existing Road | 3 | 0 | 06NOV01 | 08NOV01 | 06NOV01 | 08NOV01 | 0 | 0 |
| A0536 | C3- Clear & Grub | 1 | 0 | 09NOV01 | 09NOV01 | 09NOV01 | 09NOV01 | 0 | 0 |
| A0516 | C3- Initial Closure Time (cal days) | 5* | 0 | 09NOV01 | 13NOV01 | 09NOV01 | 13NOV01 | 0 | 0 |
| A0546 | C3- Place & Compact Fill to Widen Existing Road | 1 | 0 | 12NOV01 | 12NOV01 | 12NOV01 | 12NOV01 | 0 | 0 |
| A0556 | C3- Place Topsoil | 1 | 0 | 12NOV01 | 12NOV01 | 12NOV01 | 12NOV01 | 0 | 0 |
| A0566 | C3- Linear Grade Existing Road | 1 | 0 | 13NOV01 | 13NOV01 | 13NOV01 | 13NOV01 | 0 | 0 |
| A0140 | BR- Form, Reinf & Pour New Bridge Abutments | 5 | 0 | 13NOV01 | 19NOV01 | 13NOV01 | 19NOV01 | 0 | 0 |
| A0410 | BR- Fabricate & Deliver Structural Steel | 17 | 0 | 13NOV01 | 29NOV01 | 13NOV01 | 29NOV01 | 0 | 0 |
| A0290 | C1- Haul & Place Road Surface Course H | 5 | 0 | 14NOV01 | 20NOV01 | 14NOV01 | 20NOV01 | 0 | 0 |
| A0620 | C1- Final Closure Time (cal days) | 7* | 0 | 14NOV01 | 20NOV01 | 14NOV01 | 20NOV01 | 0 | 0 |
| A0150 | BR- Cure Bridge Abutments | 7 | 0 | 20NOV01 | 26NOV01 | 20NOV01 | 26NOV01 | 0 | 0 |
| A0573 | C2- Haul & Place Road Surface Course H | 6 | 0 | 21NOV01 | 30NOV01 | 21NOV01 | 30NOV01 | 0 | 0 |
| A0583 | C2- Final Closure Time (cal days) | 10* | 0 | 21NOV01 | 30NOV01 | 21NOV01 | 30NOV01 | 0 | 0 |
| A0280 | BR- Backfill & Compact Bridge Abutments | 3 | 0 | 27NOV01 | 29NOV01 | 27NOV01 | 29NOV01 | 0 | 0 |
| A0160 | BR- Install Steel Bridge Girders & Bearing Pads | 3 | 0 | 30NOV01 | 04DEC01 | 30NOV01 | 04DEC01 | 0 | 0 |
| A0526 | C3- Final Closure Time (cal days) | 2* | 0 | 03DEC01 | 04DEC01 | 03DEC01 | 04DEC01 | 0 | 0 |
| A0576 | C3- Haul & Place Road Surface Course H | 2 | 0 | 03DEC01 | 04DEC01 | 03DEC01 | 04DEC01 | 0 | 0 |
| A0550 | GN- Final Cleanup | 2 | 0 | 05DEC01 | 06DEC01 | 07DEC01 | 10DEC01 | 2 | 2 |
| A0586 | C3- Gather & Demob Construction Traffic Signing | 2 | 0 | 05DEC01 | 06DEC01 | 05DEC01 | 06DEC01 | 0 | 0 |
| A0170 | BR- Install GluLam Timber Bridge Deck | 3 | 0 | 05DEC01 | 07DEC01 | 05DEC01 | 07DEC01 | 0 | 0 |
| A0120 | GN- Install Permanent Signage | 2 | 0 | 07DEC01 | 10DEC01 | 07DEC01 | 10DEC01 | 0 | 0 |
| A0180 | BR- Install Treated Bridge Siderail Curb | 1 | 0 | 10DEC01 | 10DEC01 | 10DEC01 | 10DEC01 | 0 | 0 |
| A0020 | GN- Completion of Project | 0 | 0 | | 11DEC01 | | 11DEC01 | 0 | 0 |
| A0560 | GN- Final Punch List | 1 | 0 | 11DEC01 | 11DEC01 | 11DEC01 | 11DEC01 | 0 | 0 |




RECEIVED
OCT 11 2001
BY PROJECT ENGINEER

13 20 27 3 10 17 24 1 8 15 22 29 5 12 19 26 3 10 17 24 31 7 14 21
AUG SEP OCT NOV DEC JAN
2001 2002

| | |
|---|---|
| Start Date | 21AUG01 |
| Finish Date | 11DEC01 |
| Data Date | 10OCT01 |
| Run Date | 09OCT01 15:39 |

Early Bar
Progress Bar
Critical Activity

C001

Sheet 2 of 2

**Universal Construction for USDOT-FHA**
**Camas NWR Complex Proj RRP-CAMA 101**
**Early Start**

Construction Schedule - Statused Thru 09OCT01

| Date | Revision | Checked | Approved |
|---|---|---|---|

© Primavera Systems, Inc.

119