| Activity ID | Activity Description | Orig Dur | % Comp | Early Start | Early Finish | Late Start | Late Finish | Total Float | Free Float |
|---|---|---|---|---|---|---|---|---|---|
| A0410 | BR- Fabricate & Deliver Structural Steel | 17 | 0 | 13NOV01 | 29NOV01 | 13NOV01 | 29NOV01 | 0 | 0 |
| A0150 | BR- Cure Bridge Abutments | 7 | 0 | 20NOV01 | 26NOV01 | 20NOV01 | 26NOV01 | 0 | 0 |
| A0280 | BR- Backfill & Compact Bridge Abutments | 3 | 0 | 27NOV01 | 29NOV01 | 27NOV01 | 29NOV01 | 0 | 0 |
| A0160 | BR- Install Steel Bridge Girders & Bearing Pads | 3 | 0 | 30NOV01 | 04DEC01 | 30NOV01 | 04DEC01 | 0 | 0 |
| A0170 | BR- Install GluLam Timber Bridge Deck | 3 | 0 | 05DEC01 | 07DEC01 | 05DEC01 | 07DEC01 | 0 | 0 |
| A0180 | BR- Install Treated Bridge Siderail Curb | 1 | 0 | 10DEC01 | 10DEC01 | 10DEC01 | 10DEC01 | 0 | 0 |
| **C1 Closure 1 Road (3773 m)** | | | | | | | | | |
| A0500 | C1- Construction Traffic Signing | 1 | 100 | 28SEP01A | 28SEP01A | 28SEP01A | 28SEP01A | | |
| A0610 | C1- Install Silt Fence | 1 | 0 | 10OCT01 | 10OCT01 | 10OCT01 | 10OCT01 | 0 | 0 |
| A0520 | C1- Initial Closure Time (cal days) | 9* | 0 | 11OCT01 | 19OCT01 | 11OCT01 | 19OCT01 | 0 | 0 |
| A0600 | C1- Clear & Grub | 1 | 0 | 11OCT01 | 11OCT01 | 11OCT01 | 11OCT01 | 0 | 0 |
| A0260 | C1- Place & Compact Fill to Widen Existing Road | 3 | 0 | 12OCT01 | 16OCT01 | 12OCT01 | 16OCT01 | 0 | 0 |
| A0510 | C1- Place Topsoil | 1 | 0 | 17OCT01 | 17OCT01 | 17OCT01 | 17OCT01 | 0 | 0 |
| A0270 | C1- Linear Grade Existing Road | 2 | 0 | 18OCT01 | 19OCT01 | 18OCT01 | 19OCT01 | 0 | 0 |
| A0290 | C1- Haul & Place Road Surface Course H | 5 | 0 | 14NOV01 | 20NOV01 | 14NOV01 | 20NOV01 | 0 | 0 |
| A0620 | C1- Final Closure Time (cal days) | 7* | 0 | 14NOV01 | 20NOV01 | 14NOV01 | 20NOV01 | 0 | 0 |

Timescale: 2001 — AUG 13, 20, 27; SEP 3, 10, 17, 24; OCT 1, 8, 15, 22, 29; NOV 5, 12, 19, 26; DEC 3, 10, 17, 24, 31; 2002 — JAN 7, 14, 21

Bar annotations:

BR- Fabricate & Deliver Structural Steel

BR- Cure Bridge Abutments

BR- Backfill & Compact Bridge Abutments

BR- Install Steel Bridge Girders & Bearing Pads

BR- Install GluLam Timber Bridge Deck

BR- Install Treated Bridge Siderail Curb

**C1- Construction Traffic Signing**
Road Work Ahead, End Road Work & Road Closed
Pickup truck & rubber tired backhoe.

**C1- Install Silt Fence**
173 m in 3 locations
Drive posts with support mesh and geotextile type V-A attached. Place bottom of textile in 150mm x 150mm trench along base. Backfill & compact trench to secure fabric.
Use a pickup, handtools & a crew of 3.

**C1- Initial Closure Time (cal days)**

**C1- Clear & Grub**
13 locations
660 m per day
John Deere 892 Excavator, 2 12cy dump trucks
1318 m long widened areas

**C1- Place & Compact Fill to Widen Existing Road**
13 locations - 1318 m Widening - 1318 cm
John Deere 892 2 buckets 1 to 3 CY
John Deere 590 Compactor
11 cm per truck load
350 cm per day
7 Turnouts T1 thru T7 & 3 Interpretive Pullouts (E1 thru E3)
2 Trucks

**C1- Place Topsoil**
1/3 cm per m estimated topsoil placement
3.46 sm per m at depth of 75mm
estimate .6 cm per m for 381 cm
381 cm total volume
2 Trucks, John Deere 544 FE Loader
John Deere 450 Dozer for spreading & grading
John Deere 892 Excavator to load trucks

**C1- Linear Grade Existing Road**
3673 m long - 3.673 km
Cat 130 G road grader
Non-widened areas to be stripped and moved to 7 turnouts, 3 pullouts, 13 normal widening
300 mm thick upper widened areas
3.673 km

**C1- Haul & Place Road Surface Course H**
150 mm thick by 4.2m plus turnouts and pullouts
5ea 15mt Trucks, 130 G motor grader, 84"Dynapak Roller, Water Truck
2.5 loads per hr per truck - 20 loads per day/tk
Allow for watering, compacting & final shaping
1500 mt per day plus 2 days contingency
6791 mt total volume

**C1- Final Closure Time (cal days)**

RECEIVED OCT 11 2001 BY PROJECT ENGINEER

| | |
|---|---|
| Start Date | 21AUG01 |
| Finish Date | 11DEC01 |
| Data Date | 10OCT01 |
| Run Date | 09OCT01 15:32 |

Legend: Early Bar; Progress Bar; Critical Activity

C001

Sheet 3 of 5

**Universal Construction for USDOT-FHA**
**Camas NWR Complex Proj RRP-CAMA 101**
**Area & Early Start**
**Narrative Included**

**Construction Schedule - Statused Thru 09OCT01**

| Date | Revision | Checked | Approved |
|---|---|---|---|

© Primavera Systems, Inc.

122

| Activity ID | Activity Description | Orig Dur | % Comp | Early Start | Early Finish | Late Start | Late Finish | Total Float | Free Float | 2001–2002 (AUG 13 – JAN 21) |
|---|---|---|---|---|---|---|---|---|---|---|
| **C2 Closure 2 Road (5600 m)** | | | | | | | | | | |
| A0503 | C2- Construction Traffic Signing | 1 | 100 | 28SEP01A | 28SEP01A | 28SEP01A | 28SEP01A | | | *C2- Construction Traffic Signing*<br>Road Work Ahead, End Road Work & Road Closed<br>Pickup truck & rubber tired backhoe. |
| A0523 | C2- Install Silt Fence | 2 | 0 | 22OCT01 | 23OCT01 | 22OCT01 | 23OCT01 | 0 | 0 | *C2- Install Silt Fence*<br>248 m in 7 locations<br>Drive posts with support mesh and geotextile type V-A attached. Place bottom of textile in 150mm x 150mm trench along base.<br>Backfill & compact trench to secure fabric.<br>Use a pickup, handtools & a crew of 3. |
| A0513 | C2- Initial Closure Time (cal days) | 16* | 0 | 24OCT01 | 08NOV01 | 24OCT01 | 08NOV01 | 0 | 0 | *C2- Initial Closure Time (cal days)* |
| A0533 | C2- Clear & Grub | 2 | 0 | 24OCT01 | 25OCT01 | 24OCT01 | 25OCT01 | 0 | 0 | *C2- Clear & Grub*<br>15 locations<br>900 m per day<br>John Deere 892 Excavator, 3 12cy dump trucks<br>2798 m long widened areas |
| A0543 | C2- Place & Compact Fill to Widen Existing Road | 5 | 0 | 26OCT01 | 01NOV01 | 26OCT01 | 01NOV01 | 0 | 0 | *C2- Place & Compact Fill to Widen Existing Road*<br>15 locations - 2798 m Widening - 2612 cm<br>John Deere 892 2 buckets 1 to 3 CY<br>John Deere 590 Compactor<br>11 cm per truck load<br>435 cm per day<br>8 Turnouts T8 thru T1 & 4 Interpretive Pullouts (E5 thru E8)<br>3 Trucks |
| A0553 | C2- Place Topsoil | 2 | 0 | 02NOV01 | 05NOV01 | 02NOV01 | 05NOV01 | 0 | 0 | *C2- Place Topsoil*<br>1/3 cm per m estimated topsoil placement<br>3.46 sm per m at depth of 75mm<br>estimate .6 cm per m for 822 cm<br>822 cm total volume<br>2 Trucks, John Deere 544 FE Loader<br>John Deere 450 Dozer for spreading & grading<br>John Deere 892 Excavator to load trucks |
| A0563 | C2- Linear Grade Existing Road | 3 | 0 | 06NOV01 | 08NOV01 | 06NOV01 | 08NOV01 | 0 | 0 | *C2- Linear Grade Existing Road*<br>5000 m long - 5.0 km<br>Cat 130 G road grader<br>Non-widened areas to be stripped and moved to 8 turnouts, 4 pullouts, 15 normal widening<br>300 mm thick upper widened areas<br>5.0 km total length |
| A0573 | C2- Haul & Place Road Surface Course H | 6 | 0 | 21NOV01 | 30NOV01 | 21NOV01 | 30NOV01 | 0 | 0 | *C2- Haul & Place Road Surface Course H*<br>150 mm thick by 4.2m plus turnouts and pullouts<br>5ea 15mt Trucks, 130 G motor grader, 84"Dynapak Roller, Water Truck<br>2.5 loads per hr per truck - 20 loads per day<br>Allow for watering, compacting & final shaping<br>1200 mt per day plus 2 days contingency<br>9245 mt total volume |
| A0583 | C2- Final Closure Time (cal days) | 10* | 0 | 21NOV01 | 30NOV01 | 21NOV01 | 30NOV01 | 0 | 0 | *C2- Final Closure Time (cal days)* |
| **C3 Closure 3 Road (1360 m)** | | | | | | | | | | |
| A0506 | C3- Construction Traffic Signing | 1 | 100 | 28SEP01A | 28SEP01A | 28SEP01A | 28SEP01A | | | *C3- Construction Traffic Signing*<br>Road Work Ahead, End Road Work & Road Closed<br>Pickup truck & rubber tired backhoe. |
| A0516 | C3- Initial Closure Time (cal days) | 5* | 0 | 09NOV01 | 13NOV01 | 09NOV01 | 13NOV01 | 0 | 0 | *C3- Initial Closure Time (cal days)* |
| A0536 | C3- Clear & Grub | 1 | 0 | 09NOV01 | 09NOV01 | 09NOV01 | 09NOV01 | 0 | 0 | *C3- Clear & Grub*<br>3 locations<br>900 m per day<br>John Deere 892 Excavator, 2 12cy dump trucks<br>72 m long widened areas |

RECEIVED OCT 11 2001 BY PROJECT ENGINEER

| | |
|---|---|
| Start Date | 21AUG01 |
| Finish Date | 11DEC01 |
| Data Date | 10OCT01 |
| Run Date | 09OCT01 15:32 |

Early Bar
Progress Bar
Critical Activity

C001

**Universal Construction for USDOT-FHA**
**Camas NWR Complex Proj RRP-CAMA 101**
**Area & Early Start**
**Narrative Included**

Sheet 4 of 5

Construction Schedule - Statused Thru 09OCT01

| Date | Revision | Checked | Approved |
|---|---|---|---|

© Primavera Systems, Inc.