| Activity ID | Activity Description | Orig Dur | % Comp | Early Start | Early Finish | Late Start | Late Finish | Total Float | Free Float | Bar chart notes (2001 AUG – 2002 JAN) |
|---|---|---|---|---|---|---|---|---|---|---|
| A0546 | C3- Place & Compact Fill to Widen Existing Road | 1 | 0 | 12NOV01 | 12NOV01 | 12NOV01 | 12NOV01 | 0 | 0 | C3- Place & Compact Fill to Widen Existing Road<br>3 locations - 72 m Widening - 70 cm<br>John Deere 892 2 buckets 1 to 3 CY<br>John Deere 590 Compactor<br>11 cm per truck load<br>350 cm per day<br>2 Turnouts T16 - T17 & 1 Interpretive Pullout (E9) |
| A0556 | C3- Place Topsoil | 1 | 0 | 12NOV01 | 12NOV01 | 12NOV01 | 12NOV01 | 0 | 0 | C3- Place Topsoil<br>1/3 cm per m estimated topsoil placement<br>3.46 sm per m at depth of 75mm<br>estimate .6 cm per m for 503 cm<br>28 cm total volume<br>2 Trucks, John Deere 544 FE Loader<br>John Deere 450 Dozer for spreading & grading |
| A0566 | C3- Linear Grade Existing Road | 1 | 0 | 13NOV01 | 13NOV01 | 13NOV01 | 13NOV01 | 0 | 0 | C3- Linear Grade Existing Road<br>1360 m long - 1.36 km<br>Cat 130 G road grader<br>Non-widened areas to be stripped and moved to widened areas.<br>300 mm thick upper widened areas |
| A0526 | C3- Final Closure Time (cal days) | 2* | 0 | 03DEC01 | 04DEC01 | 03DEC01 | 04DEC01 | 0 | 0 | C3- Final Closure Time (cal days) |
| A0576 | C3- Haul & Place Road Surface Course H | 2 | 0 | 03DEC01 | 04DEC01 | 03DEC01 | 04DEC01 | 0 | 0 | C3- Haul & Place Road Surface Course H<br>150 mm thick by 4.2m plus turnouts and pullouts<br>4ea 15mt Trucks, 130 G motor grader, 84"Dynapak Roller, Water Truck<br>2.5 loads per hr per truck - 20 loads per day<br>Allow for watering, compacting & final shaping<br>1260 mt per day plus 1 day contingency<br>2515 mt total volume |
| A0586 | C3- Gather & Demob Construction Traffic Signing | 2 | 0 | 05DEC01 | 06DEC01 | 05DEC01 | 06DEC01 | 0 | 0 | C3- Gather & Demob Construction Traffic Signin |

| | |
|---|---|
| Start Date | 21AUG01 |
| Finish Date | 11DEC01 |
| Data Date | 10OCT01 |
| Run Date | 09OCT01 15:32 |

Early Bar
Progress Bar
Critical Activity

C001

**Universal Construction for USDOT-FHA**
**Camas NWR Complex Proj RRP-CAMA 101**
**Area & Early Start**
**Narrative Included**

Sheet 5 of 5

Construction Schedule - Statused Thru 09OCT01

| Date | Revision | Checked | Approved |
|---|---|---|---|
| | | | |

RECEIVED
OCT 11 2001
BY PROJECT ENGINEER

© Primavera Systems, Inc.