U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
P.O. Box 268
Roberts, Idaho 83444

October 15, 2001 UCI-025

Dick Standerfer, President
Universal Construction, Inc.
P.O. Box 187
Emmett, Idaho 83617

Subject: Initial Construction Schedule

DTFH70-01-C-00034
Camas NWR Complex
ID RRP-CAMA 101(1)

Mr. Standerfer,

After review of your initial construction schedule dated October 10, 2001, is has been found to be in non-compliance with contract requirements. Subsection **155.04 Critical Path Method (CPM), (a) Diagram, (3)** states, "Show the sequence and interdependence of all activities including submittals, submittal reviews, fabrication, and deliveries". The interdependence of a task is the predecessor/successor relationships it has with the other tasks. Include also, a written narrative per subsection **155.04 Critical Path Method (CPM), (c) Written narrative.** Please resubmit your corrected initial schedule to this office by October 22, 2001, per subsection **155.02 General,** fifth paragraph. When correcting your schedule make sure it is current with progress on the project.

Please contact me if you have any questions.

Sincerely,

Todd Butikofer,
Project Engineer

cc: Jane Traffalis, COE
Mark Standerfer, Universal
files

125

U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
P.O. Box 268
Roberts, Idaho 83444

October 25, 2001 UCI-030

Dick Standerfer, President
Universal Construction, Inc.
P.O. Box 187
Emmett, Idaho 83617

Subject: Construction Schedule 76-035CL

DTFH70-01-C-00034
Camas NWR Complex
ID RRP-CAMA 101(1)

Mr. Standerfer,

After review of your schedule update, 76-035CL, dated October 21, 2001, it has been found to be in non-compliance with contract requirements. The submitted schedule shows critical activities as well as several non-critical activities being complete that have not started and may not be started in the very near future. Therefore your schedule needs to be brought up to date and resubmitted. As in letter UCI-025, dated October 15, 2001, when resubmitting your schedule make sure it is current and representative of the progress on the project. Please resubmit your corrected schedule to this office by November 1, 2001.

Please contact me if you have any questions.

Sincerely,

Todd Butikofer,
Project Engineer

cc: Jane Traffalis, COE
Mark Standerfer, Universal
files

126