**U. S. DEPARTMENT OF TRANSPORTATION**
**FEDERAL HIGHWAY ADMINISTRATION**
**WESTERN FEDERAL LANDS HIGHWAY DIVISION**
**P.O. Box 268**
**Roberts, Idaho 83444**

---

November 20, 2001 UCI-049

Dick Standerfer, President
Universal Construction, Inc.
P.O. Box 187
Emmett, Idaho 83617

Subject: Construction Schedule

DTFH70-01-C-00034
Camas NWR Complex
ID RRP-CAMA 101(1)

Mr. Standerfer,

In reference to your letter 76-058, dated November 16, 2001, FHWA will accept your schedule with run date October 9, 2001, received on October 23, 2001, as your baseline schedule.

FHWA is accepting this schedule only in an effort to expedite the execution of the contract, and not because the schedule meets all contract requirements. The schedule received on October 23, 2001, originally was rejected because the actual prosecution of the work was different from that represented on the current construction schedule per subsection **155.06 Schedule Updates, (c).** In this situation, if the baseline schedule had represented the current construction schedule as of the date of its submission on October 23, 2001, as required by the contract, it would have been sufficient to process your October invoice. However, it does not represent the situation as of October 23, 2001, nor the current situation. Accordingly, the present acceptance of this baseline schedule does not satisfy the need to provide an updated schedule by the 15th of the month. Subsection **155.06 Schedule Updates**.

In order for FHWA to process your October invoice, you are required to submit a schedule update by October 15 for approval for work thru October 15, 2001, per subsection **155.06 Schedule Updates**. You have not met this requirement. Until an updated schedule is received, I am not able to process payment under the contract. You may submit a schedule as of October 15, 2001 or you may submit a schedule as of the date of the submission. The schedule must comply with the requirements of subsection **155.06 Schedule Updates**. No payment will be made for October or for November until these contract requirements are met.

Please contact me if you have any questions.

127

Sincerely,

Todd Butikofer,
Project Engineer

cc: Jane Traffalis, COE
Mark Standerfer, Universal
files

128