WFLHD-28
(Rev. 09/93)
(Doc. #2552C)



Project

Contract No.

U.S. DEPARTMENT OF TRANSPORTATION
Federal Highway Administration
WESTERN FEDERAL LANDS HIGHWAY DIVISION

GUIDE FOR
CONTRACTOR'S ACCIDENT PREVENTION PLAN

To insure compliance with Subsection 107.08 of the special contract requirements, this form shall be completed, and with any necessary attachments, be submitted to the CO at the date and place designated by the Contracting Office. The accepted plan, with all approved modifications and agreements, will become part of the contract. The completion of this form does not necessarily imply complete safety compliance. The Contractor or Subcontractors, at any time, will be required to comply with all phases of the construction safety and health regulations.

Space is provided after each section for answers. If additional space is needed, use plain paper sheets and attach hereto.

Universal Construction, Inc.
Contractor

[signature]
Signature

Company Safety Officer
Title

8/27/01
Date

[signature] Todd Buttikofer
~~Approved by~~ Not Approved.

Project Engineer
Title

9/17/01
Date

RECEIVED
SEP 05 2001
BY PROJECT ENGINEER

128

Section 1926 references can be found in the Occupational Safety and Health Administration's Safety and Health Regulations for Construction, Part 1926, Title 29, Code of Federal Regulations.

SUBPART A. GENERAL

Section 1926.2 Variations from Safety and Health Standards.

It is not anticipated any variations will be necessary. However, should any be requested from the Department of Labor, a copy of the requested variation and resulting approval or disapproval shall be furnished the Engineer.

SUBPART C. GENERAL SAFETY AND HEALTH PROVISIONS

Section 1926.20 General Safety and Health Provisions.

Paragraph (b) Accident prevention responsibilities.

Who will be designated to make frequent and regular inspections of the job site, equipment, and material for the purpose of accident prevention?

Mark Standerfer (superintendent)

How frequently will these inspections be made?

Daily

Section 1926.21 Safety Training and Education.

Paragraph (b) Employer responsibility.

Briefly describe the training to be given employees in the recognition and avoidance of unsafe working conditions.

See Universal Construction, Inc.'s Health and Safety Program (attached) section on verification of experience and training for equipment and machinery

RECEIVED
SEP 05 2001
BY PROJECT ENGINEER

Section 1926.28 Personal Protective Equipment.

Paragraph (a). Name the person who will be responsible for enforcing the wearing of appropriate personal protective equipment in all operations where there is an exposure to hazardous conditions.

Mark Standerfer (superintendent) ✓

SUBPART D. OCCUPATIONAL HEALTH AND ENVIRONMENTAL CONTROLS

Section 1926.50 Medical Services and First Aid.

Paragraph (a). Name and address of medical personnel available to advise and consult on matters of occupational health.

Closest medical facility

Paragraph (b). Briefly describe the provisions made for prompt medical attention in case of serious injury.

access the 911 sysytem

Paragraph (c). List names of first aid trained personnel.

Mark Standerfer
Rick Smith
Doug Strang
Bill Hammes
Steve Deweese
Dick Standerfer

Ralph Wilbur
Albert Ratcliff
Cristy Heath

Paragraph (d). Location and number of proposed first aid supplies and name of person designated to check and maintain first aid kits.

See Universal Construction, Inc.'s Health and Safety Program (attached) section on first aid kits

Paragraph (e). Describe equipment available for prompt transportation of injured persons to a physician or hospital, or the communication system available for contacting necessary ambulance service.

access of 911 system

RECEIVED
SEP 05 2001
BY PROJECT ENGINEER

130

Paragraph (f). Where will the emergency telephone numbers be conspicuously posted?

numbers will be posted in the onsite job trailer

Section 1926.51 Sanitation.

Paragraph (a) Potable water. List procedures for furnishing and maintaining drinking water facilities.

See Universal Construction, Inc.'s Health and Safety Program (attached) section on Drinking water

Paragraph (c) Toilets at construction job sites. Describe sanitation facilities to be provided.

See Universal Construction, Inc.'s Health and Safety Program (attached) section on Toilet facilities

SUBPART E. PERSONAL PROTECTIVE AND LIFE SAVING EQUIPMENT

Section 1926.100 Head Protection.

Paragraph (a). Describe working areas or operations where protective helmets will be worn.

See Universal Construction, Inc.'s Health and Safety Program (attached) section on Personal Protective equipment

Section 1926.101 Hearing Protection.

Paragraph (a). Describe working areas or operations where protection from noise exposure will be provided and used.

See Universal Construction, Inc.'s Health and Safety Program (attached) section on personal protective equipment

RECEIVED
SEP 05 2001
BY PROJECT ENGINEER

131

Section 1926.102 Eye and Face Protection.

Paragraph (a). Describe work areas or operations where protection for the eyes and face will be provided and used.

See Universal Construction, Inc.'s Health and Safety Program (attached) section on ~~Flammable and combustible liquids~~
Personal Protective Equipment

Section 1926.104 and 1926.105 Safety Belts, Lifelines, and Lanyards;
Safety Nets.

Describe work areas or operations where safety belts, lifelines, lanyards, and/or safety nets will be provided and used.

N/A

SUBPART F. <u>FIRE PROTECTION AND PREVENTION</u>

Section 1926.150 Fire Protection.

Paragraph (a). Briefly describe the fire protection program to be followed throughout all phases of the construction work.

See Universal Construction, Inc.'s Health and Safety Program (attached) section on Fire extinguishers

Section 1926.151 Fire Prevention.

Briefly describe the fire prevention program to be followed throughout all phases of the construction work.

Same as above

RECEIVED
SEP 05 2001
BY PROJECT ENGINEER

Section 1926.152 Flammable and Combustible Liquids.

Paragraph (a) General requirements.

Describe work areas or operations where the use of approved type safety cans for handling flammable and combustible liquids will be provided and used.

See Universal Construction, Inc.'s Health and Safety Program (attached) section on Flammable and combustible liquids

132

Paragraph (c) Storage outside buildings.

Briefly describe methods used to store flammable and combustible liquids on projects.

See Universal Construction, Inc.'s Health and Safety Program (attached) section on Flammable and combustible liquids.

SUBPART G. SIGNS, SIGNALS, AND BARRICADES

Section 1926.200 Accident Prevention Signs and Tags.

Paragraph (a) General.

Describe work areas or operations where signs and symbols required by this subsection will be provided and used.

See Universal Construction, Inc.'s Health and Safety Program (attached) section accident prevention

Section 1926.201 Signaling.

Paragraphs (a) (1) thru (a) (4) Flaggers.

Name person designated to train flaggers on the project.

N/A ✓

How often will flagger operations be reviewed to assure that such opera- tions are being conducted in a correct manner?

N/A ✓

Briefly describe the contents of the training provided for on-the-job flaggers.

N/A ✓

RECEIVED
SEP 05 2001
BY PROJECT ENGINEER

133

SUBPART I. TOOLS - HAND AND POWER

Section 1926.300 General Requirements.

Paragraphs (a) (b) (c) and (d). List name of person who will inspect tools for compliance.

Mark Standerfer (superintendent)

Section 1926.302 Power Operated Hand Tools.

Paragraph (b) Pneumatic power tools.

Describe method to be used for securing hose ends of pneumatic power tools.

See Universal Construction, Inc.'s Health and Safety Program (attached) section on Hand and Power Tools

SUBPART K. ELECTRICAL

Section 1926.400 General Requirements.

Paragraph (c) Protection of Employees.

Briefly describe work areas or operations where employees will be provided protection against electric shock.

See Universal Construction, Inc.'s Health and Safety Program (attached) section on electrical

Section 1926.401 Grounding and Bonding.

Briefly describe methods to be used for grounding and bonding equipment on the project.

See Universal Construction, Inc.'s Health and Safety Program (attached) section on electrical

RECEIVED
SEP 05 2001
BY PROJECT ENGINEER

SUBPART L. LADDERS AND SCAFFOLDING

Section 1926.450 Ladders.

Paragraph (a) General requirements.

Briefly describe the work areas or operations where ladders meeting the requirements will be provided and used to give safe access between working elevations.

See Universal Construction, Inc.'s Health and Safety Program (attached) sections on ladders and scaffolding

134

Section 1926.451 Scaffolding.

Paragraph (a) (1) thru (a) (21) General requirements.

Briefly describe work areas and operations where scaffolding meeting the requirements of this section will be provided and used.

N/A

SUBPART N. <u>CRANES, DERRICKS, HOISTS, ELEVATORS AND CONVEYORS</u>

Section 1926.550 Cranes and Derricks.

Paragraph (a) (4) thru (a) (6).

Name of competent person who shall inspect machinery and equipment prior to <u>each</u> use, and during use, to make sure it is in safe operating condition.

N/A

Location of record giving the date and results of inspections for each hoisting machine and piece of equipment.

N/A

Where will hand signals to crane and derrick operators be posted?

N/A

Section 1926.555 Conveyors.

Paragraph (a) (1) General requirements.

Briefly describe audible warning system which will be sounded immediately before starting up the conveyor.

N/A

Paragraph (a) (5). Briefly describe precautions that will be taken where a conveyor belt passes over work areas, aisles, or thoroughfares.

N/A

RECEIVED
SEP 05 2001
BY PROJECT ENGINEER

135

SUBPART O. MOTOR VEHICLES, MECHANIZED EQUIPMENT AND MARINE OPERATIONS

Section 1926.600 Equipment.

Paragraph (a) (1) and (3) (ii) General requirements.

List precautions that will be taken after the work shift for parked unattended equipment.

See Universal Construction, Inc.'s Health and Safety Program (attached) sections on Motor vehicles and mechanical equipment Machine guarding and material handling equipment

Section 1926.601 Motor Vehicles.

Paragraph (b) (4) General requirements.

List precautions that will be initiated when motor vehicle equipment which has an obstructed view to the rear is used on the project.

Employee will be placed to guide equipment

Paragraph (b) (14). Name of person who will make before shift inspections of vehicles in accordance with this section and assure that vehicles with defects will be corrected before being placed in service.

person assigned to operate equipment, defects will be reported to Mark Standerfer(superintendent) for further corrective action.

Section 1926.602 Materials Handling Equipment.

Paragraph (a) (4) Earthmoving equipment: General.

Briefly describe procedures used to assure that earthmoving equipment described in this section will have a service brake system capable of stopping and holding the equipment fully loaded.

See Universal Construction, Inc.'s Health and Safety Program (attached) section on Machine Guarding

How often will service brake be tested?

Daily

RECEIVED
SEP 05 2001
BY PROJECT ENGINEER

136

Paragraph (a) (9) (ii) Audible alarms.

List the precautions that will be initiated when earthmoving or compaction equipment with an obstructed view to the rear is used in reverse gear.

See Universal Construction, Inc.'s Health and Safety Program (attached) section on Machine guarding

Section 1926.603 Pile Driving Equipment.

Paragraph (a) (8). Briefly describe provisions made for the protection of loft workers on pile driver leads.

N/A

SUBPART P. EXCAVATIONS, TRENCHING, AND SHORING

Section 1926.650 General Protection Requirements.

Paragraph (i). Name of qualified person who will make daily inspections of excavations for possible slides or cave-ins and initiate the necessary corrective actions required to safeguard the employees.

N/A

Section 1926.651 Specific Excavation Requirements.

Paragraph (c). Briefly describe the provisions made to assure that employees will not be exposed to the danger of moving ground.

N/A

Paragraph (d). Name person who will inspect excavation after rain or other hazard producing occurrence.

N/A

RECEIVED
SEP 05 2001
BY PROJECT ENGINEER

Section 1926.652 Specific Trenching Requirements.

Briefly describe the provisions that will be made to provide protection from slides or cave-ins during trenching operations.

N/A

SUBPART Q. CONCRETE, CONCRETE FORMS AND SHORING

Section 1926.700 General Provisions.

Paragraph (b) (2). What provisions will be made to insure that vertically protruding reinforcing steel will not become an impalement hazard?

See Universal Construction, Inc.'s Heatlth and Safety Program (attached) section on concrete and masonry work

Section 1926.701 Forms and Shoring.

Paragraph (a) (3). General provisions.

Describe briefly what procedures will be initiated to remove the hazards of stripped forms and shoring.

See Universal Construction, Inc.'s Health and Safety Program (attached) secxtion on concrete and masonry work

SUBPART U. BLASTING AND THE USE OF EXPLOSIVES

Section 1926.900 - Paragraph (a) General Provisions; and
Section 1926.901 - All

Names of persons authorized and qualified to handle and use explosives.

N/A

Section 1926.900

Paragraph (d). Location of the record maintained for the inventory and use of explosives.

N/A

RECEIVED
SEP 05 2001
BY PROJECT ENGINEER

138

Paragraph (k) (3). Name of person responsible for placement of blasting signs meeting the requirements of this section.

N/A ✓

Section 1926.902 Surface Transportation of Explosives.

Briefly describe vehicle that will be used to transport explosives on the project for project use.

N/A ✓

MISCELLANEOUS

1. Describe any other precautionary plans contemplated, based on these safety and health standards, Part 1926.

See Universal Construction, Inc.'s Health and Safety Program (attached) for any additional sections not covered in this form

RECEIVED
SEP 05 2001
BY PROJECT ENGINEER

139