**U. S. DEPARTMENT OF TRANSPORTATION**
**FEDERAL HIGHWAY ADMINISTRATION**
**WESTERN FEDERAL LANDS HIGHWAY DIVISION**
**P.O. Box 268**
**Roberts, Idaho 83444**

September 17, 2001

UCI-003

Dick Standerfer, President
Universal Construction, Inc.
P.O. Box 187
Emmett, Idaho 83617

Subject: WFLHD-28, Contractor's Accident Prevention Plan

DTFH70-01-C-00034
Camas NWR Complex
ID RRP-CAMA 101(1)

Mr. Standerfer,

After review of your Accident Prevention Plan, the FHWA is rejecting it for being incomplete. The following is a list of some of the deficiencies:

1. Sheet 1 of 12 – Project and Contract No. are missing.
2. Section 1926.21, (b) – Explain the training given each employee.
3. Section 1926.50, (a) – Name and Address.
4. Section 1926.50, (d) – Name of person responsible.
5. Section 1926.50, (e) – Describe equipment, and/or communication system.
6. Section 1926.101, (a) – Describe work areas or operations.
7. Sections 1926.104 and 1926.105 – What about Bridge?
8. Section 1926.200, (a) – Describe work areas or operations.
9. Section 1926.201 – Please explain contract doesn't require flaggers.
10. Section 1926.302, (b) – Describe methods of securing.
11. Section 1926.400, (c) – Describe work areas and/or operations.
12. Section 1926.401 – Describe methods, include crushing equipment.
13. Section 1926.451, (a) – Describe work areas and/or operations. (i.e. – Bridge)
14. Section 1926.550, All – Bridge!
15. Section 1926.555, All – Crusher!
16. Section 1926.600, (a) – List precautions.
17. Section 1926.601, (b) – Your response is not allowed by contract. (SCR 107.08)
18. Section 1926.602, (a), (4) – Describe procedures.
19. Section 1926.602, (a), (9), (ii) – See Contract. (SCR 107.08)
20. Section 1926.650 – Explain why not expected on project.
21. Section 1926.651, All – Explain why not expected on project.
22. Section 1926.652 – Explain why not expected on project.
23. Section 1926.700, (b), (2) – What previsions will be made?
24. Section 1926.701, (a), (3) – Describe procedures.

1410

25. Section 1926.900, 1926.901, and 1926.902 – Explain why not expected on project.

The above list may not be complete, please review all sections of WFLHD-28. The above list only has brief statements, which is intended to emphasize the specific requirements of each section. WFLHD-28 asks how you plan on handling very specific items of accident prevention, and requires that your responses be as direct and specific. Please redo and resubmit the plan for approval.

Please contact me if you have any questions.

Sincerely,

Todd Butikofer,
Project Engineer

cc: Jane Traffalis, COE
Mark Standerfer, Universal
files