**U. S. DEPARTMENT OF TRANSPORTATION**
**FEDERAL HIGHWAY ADMINISTRATION**
**WESTERN FEDERAL LANDS HIGHWAY DIVISION**
**P.O. Box 268**
**Roberts, Idaho 83444**

September 24, 2001

UCI-014

Dick Standerfer, President
Universal Construction, Inc.
P.O. Box 187
Emmett, Idaho 83617

Subject: Revised WFLHD – 28, Contractors Accident Prevention Plan

DTFH70-01-C-00034
Camas NWR Complex
ID RRP-CAMA 101(1)

Mr. Standerfer,

After review of your revised Accident Prevention Plan, the FHWA is still finding deficiencies with the plan. The following is a list of the deficiencies which was also included in letter UCI-003, dated September 17, 2001.

1. Section 1926.50 (d) – Again, name of person responsible.
2. Section 1926.200 (a) – Again, describe work areas or operations, be specific. (Crusher?)
3. Section 1926.401 – Again, describe methods, include crushing equipment. You state "There is no electrical mechanisms on Crushing units." So there will not be a generator on site running the crusher, screen decks, and conveyors?
4. 1926.550 – The project requires that steel girders be hoisted, lifted or flown into place, which will require had signals.
5. Section 1926.601 – Again, your response is not allowed by contract. (SCR107.08, second paragraph)
6. Section 1926.602 (a) (9) (ii) – Again, your response is not allowed by contract. (SCR 107.08, second paragraph)
7. Section 1926.700 (b) (2) – Again, what previsions will be made, be specific.

As in letter UCI-003, WFLHD-28 asks how you plan on handling very specific items of accident prevention, and requires that your responses be as specific and be a direct response to the questions asked. Please revise and resubmit the plan for approval.

Please contact me if you have any questions.

142

Sincerely,

Todd Butikofer,
Project Engineer

cc: Jane Traffalis, COE
Mark Standerfer, Universal
files

143