U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
P.O. Box 268
Roberts, Idaho 83444

September 27, 2001

UCI-016

Dick Standerfer, President
Universal Construction, Inc.
P.O. Box 187
Emmett, Idaho 83617

Subject: Accident Prevention Plan

DTFH70-01-C-00034
Camas NWR Complex
ID RRP-CAMA 101(1)

Mr. Standerfer,

The September 24, 2001, revised Accident Prevention Plan received by this office on September 27, 2001, is approved with a couple of notes.

1. There is a contradiction between page 9 of WFLHD-28, Section 1926.601 Motor Vehicles, Paragraph (b) (4) General Requirements, and your included Health and Safety Program. Specifically, this contract requires that all motor vehicles which have an obstructed view to the rear, and material handling equipment operating on the project be equipped with a reverse signal alarm audible above the surrounding noise level. An observer in lieu of the alarm is not acceptable. (SCR Subsection **107.08 Sanitation, Health, and Safety,** second paragraph)

2. There also is a contradiction between page 10 of WFLHD-28, Section 1926.602 Materials Handling Equipment, Paragraph (a) (9) (ii) Audible alarms, and your included Health and Safety Program. Specifically, this contract requires that all motor vehicles which have an obstructed view to the rear, and material handling equipment operating on the project be equipped with a reverse signal alarm audible above the surrounding noise level. An observer in lieu of the alarm is not acceptable. (SCR Subsection **107.08 Sanitation, Health, and Safety,** second paragraph)

Please make note of the above and contact me if you have any questions.

144

Sincerely,

Todd Butikofer,
Project Engineer

cc: Jane Traffalis, COE
Mark Standerfer, Universal
files

A. That's -- would be -- well, M -- MTI, Materials Testing.
Q. Oh, I see. I see.
A. Yeah. Dan King was the fellow that was with them.
Q. And when you say "you looked at the borrow sources," what -- what -- what exactly did you do?
A. Well, when we initially got to the site the -- the ranger was gone and the facilities were locked, so there wasn't anybody to talk to. So we drove out. I believe they had signs staked in the ground that said, you know, source one, source two, or something to that effect.
And they were relatively small sources. You know, couple hundred feet square. And so we just kind of looked at it, talked to Dan a little bit about it, looked at both sources, and then drove back to the park facilities there.
The ranger was back; we talked to him. Asked him about materials, what they used, what he knew about it. He then, you know, said, go talk to his couple of guys there that he used for, I guess, road repair and whatever they did in the park.
And they didn't have a lot of input. Said they had a small source that they used to repair.

They indicated to us that the existing road had been built out of all local materials there. Just kind of scooped up from the site and put in place and I assume that was a number of years earlier.

Probably, here again, the little -- less stringent construction activities were imposed on those people when that was constructed. But, you know, the main thing, they just said that, you know, pretty sandy material and didn't have a lot to offer other than that, so --

Q. So let me just clarify a couple of things. You mentioned talking to somebody named Dan. Who is Dan?

A. Dan King.

Q. And who is Dan King?

A. He's the -- kind of their materials manager for -- I actually forget the name of their company. MTI, Materials Testing of --

Q. Oh, MTI.

A. -- Idaho or something like that.

Q. Okay. And who told you that the material was sandy material?

A. That's pretty much what we gleaned from the park people.

Q. So you talked to the park people?

A. Yes. The maintenance people. There was two maintenance people there and the park ranger.
Q. Okay.
A. I know none of their names.
Q. Were you aware, at the time, that the park people don't work for Federal Highway?
A. Absolutely. But they're -- to me it was important. They're there every day taking care of that road. I want to know what the materials are and the locality.
Q. Sure. You had mentioned that you had looked at the borrow sources. And can you just tell me what you did? You just sort of walked up to the borrow sources and looked at them?
A. Yeah. We just looked at them. We didn't, you know, take a shovel and dig a hole or anything of that nature. We just looked at it, talked to -- Dan's familiar with the materials in that area, and he just said, well, this looks like it's going to be a sandy-type material.
Q. Okay.
A. We didn't make any more of it. The other part of it was, to -- in my thoughts, they were designated sources. And I felt, you know, probably there had been some investigation or something, and

somebody was going to, you know, build the road out of it. I didn't think they were going to, you know, furnish something that was inferior.

Q. Okay. When you say that you -- you felt that there probably had been some investigation. Why did you -- why did you reach that conclusion?

A. I think it's normal for an owner, and an acceptable construction technique for them to do some investigation on their own. Now, whether that's, you know -- you know, attached to the contract or not, is solely up to the owner. I -- you know --

Q. Sure. Before you submitted your bid, did you ask the -- the Federal Highway people if there had been some kind of a geotechnical or -- any kind of investigation of the soils?

A. Yeah. I don't believe I specifically phoned and asked them. There wasn't anything attached to the documents. And there -- I -- I'm not sure now without going back, revisiting the contract, whether they said that -- they made the statement maybe there hadn't been any soil investigation. But, anyway, we didn't specifically --

Q. Okay.

A. -- ask the question.
Q. Is -- is there any reason you didn't ask the question?
A. No, no particular reason.
Q. Okay. If you had --
A. I -- well, I'll tell you -- let -- let me reframe that. You know, I looked at the work that was to be done. This is a little backwoods road, very little traffic; this certainly is not an interstate highway. It was originally built out of the local material. They are now widening this road.

We -- we felt this was, what I refer to, as a dumb project. It's a no-brainer to go out there and take some material and add it to this road to get the sufficient width that they wanted, and get it done and in place and relatively fast paced.

And I'm -- made the assumption that the sources that were provided, no skin off of my back, because they're designated specifically in the specials, and they're very adamant about using these sources. I figured, I'm going to rely on these sources.

And, you know, I'd seen that in the past, when the owners had done that. There's always

language in the contract that if the sources don't work, to do something about it. Whatever that may be.

Q. I'm sorry. Can you repeat that last sentence?

A. Whatever that may be.

Q. Okay. Let me change the question a little bit. You said a couple minutes ago that when you went to the site and looked at the borrow sources you didn't take a shovel and look at the soil or anything like that. Why -- why didn't you do?

A. We normally never do that.

Q. Why's that?

A. Well, in this particular case, where it's a designated source and I know I've got to use it, it's either going to be good material or bad material.

And, here again, if it's good material, no problem. It goes into the job. If it's bad material, you're going to notify somebody of that and you're going to work it out someway.

Q. Wouldn't -- wouldn't --

A. You're either continuing the source or you're going to get an alternate source.

Q. Sure. Well, let me ask you another

MR. O'CONNELL: Sure. Okay.
BY MR. O'CONNELL:
Q. Now, given what you knew and -- about, you know, the -- the -- the geotechnical investigation that had been performed, or lack thereof, could you take me through how Universal put together its bid for the unclassified borrow work in the contract?
A. You mean, how we -- is -- is the question, how we were going to work these sites to obtain the borrow or --
Q. Right. The -- well, I guess, there's -- there's two parts to the question. Thank you for clarifying that. I guess there's two parts.
How were you going to do it, and then, how you arrived at the price?
A. That -- that's not a short answer.
Q. That's okay. We've got all day, so -- why don't -- why don't you -- why don't we -- so I don't make it more confusing then, why don't you just answer the first part. How we -- how was Universal going to do the work?
A. Well, the -- in the borrow sources, of course, the -- I think -- I think the first thing that we'd indicated was that we were going to come out and do some testing. The very first thing. We

were going to come out and pothole this source and take a look at it and share that information with everybody. And -- and, I believe, that was accomplished very early on.

As far as the next thing would have -- we would have, you know, cleared and grubbed the, you know, top part of the site and gotten rid of the vegetation and what not.

After that, as far as, as the material was needed, wherever -- parking lot or sliver fills, wherever it was going to go -- that would either have been done with a -- you know, front-end loader and trucked off or possibly an excavator from time to time. So, I mean, there's really not much to working the source. That's about all there was to it.

Then it -- then it was just a matter of haul distances and truck time. And -- and we just worked that all out to, you know, establish our methodology of the job and the timing.

Q. Sure. And -- and what was your -- your methodology?

A. Just to load it, haul it, and place it.

Q. Okay. And how would you place it?

A. Place the material? Was -- was mostly

trucked in and dumped and spread, either with a grader or --

Q. So you placed it -- so you -- I'm sorry. You dumped it -- you dumped it --

A. Right.

Q. -- and spread it?

A. You load -- load, haul, and place.

MR. LARKIN: This is as planned? As far as --

MR. O'CONNELL: As planned.

THE WITNESS: Yes. Um-hmm.

BY MR. O'CONNELL:

Q. Now, with respect to these pot holes that you just referenced performing, did Universal make any records of these pot holes that it -- that it performed?

A. Yeah. I believe that material was given to MTI. And I -- I -- I don't know. They classified it and -- any -- anyway, there was some work done with the material. They did some gradations and, I believe, density tests and --

Q. Okay. Do you know what -- what became of these records?

A. As far as I know, they would have them.

Q. That MTI would have them?

of soils you've had to deal with when you've done this sliver work?

A. We've -- you know, that -- that's such a wide range of stuff. It's -- it's gone from dirt to shot rock. It -- that's -- it's that wide. I -- I couldn't -- asking me to pull up, you know, 20 years of history, I -- I can't remember every job that I've -- I've worked on and the specific types, but I've worked with just about every type of borrow material.

Q. I see. Let me ask you the question a different way. When you inspected the sand, in the method that you described, at the Camas project, did that sand remind you of a particular project or -- in the soil that you worked with -- at that project?

A. Without reviewing some of the jobs that I've done over the years, I -- I couldn't call -- recall a specific instance. We've -- we've used sandy-type material before on projects. I -- I just couldn't be specific on which one.

Q. So you -- you had -- you -- you would testify, though, that you've -- you've done sliver fill work with sandy soil before?

A. Yes.

Q. Okay. And -- but you can't remember a

specific project?

A. Without time to go over all the projects that I've -- I've done, I couldn't give you a specific instance right off the top of my head.

Q. When you went on the prebid site visit, did you understand, at that point in time, what your role would be on the project if Universal was the successful bidder?

A. Yes.

Q. What was that?

A. And that would be -- I'd be out there to manage the job.

Q. Now, when you saw that the soil was sandy at the borrow source, could you tell me what -- what, if anything, you learned from -- from that?

MR. LARKIN: Learned at the time?

MR. O'CONNELL: Yes.

THE WITNESS: At the time prebid?

MR. O'CONNELL: Yes.

THE WITNESS: Basically, that it was going to be a -- a material that was -- that was, basically, just -- just sand and was, I'd say, uni -- uniform content. Just one type.

BY MR. O'CONNELL:

Q. So based on your previous experience in

doing sliver fill work with sand, what did it make
you think in terms of how difficult the work would
be to perform?
A. I -- I didn't think it was going to be
difficult at all.
Q. Why's that?
A. Are we talking about the process or the
material itself?
Q. Well, how the -- how -- what I'm talking
about is, how the material would be to work with?
A. I didn't think the material would be hard
to work with.
Q. Okay. Well, you referenced a "process."
What -- what do you mean by the process?
A. Oh, putting it in into the sliver areas.
You know, it's not the same as a -- a big fill area
where you have lots of room, you know. That --
that's what I'm referring to by "in the process,"
that you have to look at, you know, your -- your
production.
Q. Now, you said that you thought that the --
that the soil would be uniform?
A. Yeah.
Q. I see. Did you take a look at all at what
the -- at the contract to see what the contract said

157

TABLE 2

## SUMMARY OF FIELD MOISTURE-DENSITY TEST RESULTS

**Engineering Evaluation of Claims: Road Widening Project**
**FHWA Contract No. DTFH70-01-C-00034**
**Camas National Wildlife Refuge**
**Hamer, Idaho**

| Date | Test No. | Location (Offset) | Reference Proctor | Percent Moisture (a) Compared to Optimum Moisture (b) | | | Percent Relative Compaction | Pass (P) Or Fail (F) | Retested? |
|---|---|---|---|---|---|---|---|---|---|
| | | | | (a) | (b) | (b – a) | | | |
| 10-09-01 | 1 | 0 + 0224 | 285-S | 8.5 | 12.5 | 4 | 86 | F | Y |
| | Retest 1 | 0 + 0224 | 285-S | 9.5 | 12.5 | 3 | 90 | F | Y |
| | Retest 1 | 0 + 0224 | 285-S | 12.1 | 12.5 | 0.4 | 94 | F | Y |
| 10-10-01 | Retest 1 (from 10-9-01) | 0 + 0224 | BP-1 | 9.5 | 11.2 | 1.7 | 95 | P | - |
| | 2 | 0 + 032 | BP-1 | 9.2 | 11.2 | 2 | 96 | P | - |
| | 3 | 0 + 1215 | BP-1 | 6.3 | 11.2 | 4.9 | 100+ | F | N |
| 10-11-01 | 1 | 0 + 033 | BP-1 | 10.0 | 11.2 | 1.2 | 90 | F | N |
| | 2 | 0 + 056.74 | BP-1 | 10.6 | 11.2 | 0.6 | 96 | P | - |
| | 3 | 0 + 089.36 | BP-1 | 8.1 | 11.2 | 3.1 | 90 | F | N |
| | 4 | 0 + 120 | BP-1 | 9.1 | 11.2 | 2.1 | 91 | F | N |
| | 5 | 0 + 032 | BP-1 | 8.5 | 11.2 | 2.7 | 93 | F | N |
| | 6 | 0 + 050 | BP-1 | 10.9 | 11.2 | 0.3 | 95 | P | - |
| | 7 | 0 + 083 | BP-1 | 9.4 | 11.2 | 1.8 | 93 | F | N |
| | 8 | 0 + 095 | BP-1 | 7.6 | 11.2 | 3.6 | 88 | F | N |
| | 9 | 0 + 095 | BP-1 | 9.4 | 11.2 | 1.8 | 87 | F | N |
| | 10 | 0 + 095 | BP-1 | 9.9 | 11.2 | 1.3 | 89 | F | N |
| | 11 | 0 + 095 | BP-1 | 11.2 | 11.2 | 0 | 94 | F | N |
| | 12 | 0 + 095 | BP-1 | 9.3 | 11.2 | 1.9 | 94 | F | N |
| | 13 | 0 + 095 | BP-1 | 10.4 | 11.2 | 0.8 | 92 | F | N |

**TABLE 2**
**SUMMARY OF FIELD MOISTURE-DENSITY TEST RESULTS**
**(continued)**

| Date | Test No. | Location (Offset) | Reference Proctor | Percent Moisture (a) Compared to Optimum Moisture (b) | | | Percent Relative Compaction | Pass (P) Or Fail (F) | Retested? |
|---|---|---|---|---|---|---|---|---|---|
| | | | | (a) | (b) | (b – a) | | | |
| 10-12-01 | 1 | 0 + 067 | BP-1 | 9.7 | 11.2 | 1.5 | 92 | F | N |
| | 2 | 0 + 044 | BP-1 | 9.6 | 11.2 | 1.6 | 97 | P | - |
| | 3 | 0 + 036 | BP-1 | 9.8 | 11.2 | 1.4 | 92 | F | N |
| | 4 | 0 + 114 | BP-1 | 9.1 | 11.2 | 2.1 | 92 | F | N |
| | 5 | 0 + 036 | BP-1 | 10.0 | 11.2 | 1.2 | 93 | F | N |
| | 6 | 0 + 044 | BP-1 | 8.4 | 11.2 | 2.8 | 98 | F | N |
| | 7 | 0 + 067 | BP-1 | 9.2 | 11.2 | 2 | 93 | F | N |
| | 8 | 0 + 114 | BP-1 | 9.9 | 11.2 | 1.3 | 92 | F | N |
| 10-15-01 | 1 | 0 + 040 | BP-1 | 7.9 | 11.2 | 3.3 | 97 | F | N |
| | 2 | 0 + 120 | BP-1 | 8.9 | 11.2 | 2.3 | 93 | F | N |
| | 3 | 0 + 037 | BP-1 | 8.2 | 11.2 | 3 | 95 | F | N |
| | 4 | 0 + 044 | BP-1 | 8.4 | 11.2 | 2.8 | 99 | F | N |
| | 5 SC | 0 + 020 | BP-1 | 5.4 | 11.2 | 5.8 | 92 | F | N |
| 10-30-01 | 1 | 0 + 017 | BP-4 | 9.2 | 11.2 | 2 | 90.1 | F | N |
| | 2 | 0 + 0135 | BP-4 | 7.9 | 11.2 | 3.3 | 77.2 | F | N |
| | 3 | 0 + 035 | BP-4 | 10.7 | 11.2 | 0.5 | 95.4 | P | - |
| | 4 | 0 + 035 | BP-4 | 16.0 | 11.2 | -4.8 | 90.2 | F | N |
| | 5 | 0 + 154 | BP-4 | 13.3 | 11.2 | -2.1 | 91.3 | F | N |
| | 6 | 0 + 150 | BP-4 | 7.5 | 11.2 | 3.7 | 77.4 | F | N |
| | 7 | 0 + 160 | BP-4 | 17.8 | 11.2 | -6.6 | 90.4 | F | N |
| | 8 | 0 + 180 | BP-4 | 7.3 | 11.2 | 3.9 | 88.0 | F | N |

**TABLE 2**
**SUMMARY OF FIELD MOISTURE-DENSITY TEST RESULTS**
**(continued)**

| Date | Test No. | Location (Offset) | Reference Proctor | Percent Moisture (a) Compared to Optimum Moisture (b) | | | Percent Relative Compaction | Pass (P) Or Fail (F) | Retested? |
|---|---|---|---|---|---|---|---|---|---|
| | | | | (a) | (b) | (b – a) | | | |
| 11-01-01 | 1 | 1 + 402 | BP-4 | 6.1 | 10.8 | 4.7 | 87.3 | F | N |
| | 2 | 1 + 416 | BP-4 | 5.5 | 10.8 | 5.3 | 86.2 | F | N |
| | 3 | 2 + 496 | BP-4 | 6.5 | 10.8 | 4.3 | 85.4 | F | N |
| | 4 | 2 + 481 | BP-4 | 4.7 | 10.8 | 6.1 | 86.5 | F | N |
| | 8 | 0 + 177 | BP-4 | 7.2 | 11.2 | 4 | 92.9 | F | N |
| 11-05-01 | 1 (Roller) | 1 + 402<br>1 m left of catch point<br>(sliver fill) | BP-4 | 11.0 | 10.8 | -0.2 | 97 | P | - |
| | 2 (Roller) | 1 + 415<br>1 m left of catch point<br>(sliver fill) | BP-4 | 14.7 | 10.8 | -3.9 | 90 | F | N |
| | 1 (Hoe-Pac) | 1 + 427 | BP-4 | 14.2 | 10.8 | -3.4 | 94 | F | N |
| | 2 (Hoe-Pac) | 1 + 438 | BP-4 | 10.3 | 10.8 | 0.5 | 88 | F | N |
| 11-29-01 | 1 | North Abutment<br>(1 m east of left BRG) | North End Abutment | 6.1 | 12.8 | 6.7 | 91 | F | Y |
| | 2 | North Abutment<br>(2 m east of left BRG) | North End Abutment | 6.4 | 12.8 | 6.4 | 93 | F | Y |
| | Retest 1 | North Abutment | North End Abutment | 6.6 | 12.8 | 6.2 | 95 | F | - |
| | Retest 1 | North Abutment | North End Abutment | 7.3 | 12.8 | 5.5 | 95 | F | - |
| | Retest 2 | North Abutment | North End Abutment | 7.2 | 12.8 | 5.6 | 98 | F | - |