**U. S. DEPARTMENT OF TRANSPORTATION**
**FEDERAL HIGHWAY ADMINISTRATION**
**WESTERN FEDERAL LANDS HIGHWAY DIVISION**
**P.O. Box 268**
**Roberts, Idaho 83444**

October 23, 2001

UCI-028

Dick Standerfer, President
Universal Construction, Inc.
P.O. Box 187
Emmett, Idaho 83617

Subject: Completion of Work

DTFH70-01-C-00034
Camas NWR Complex
ID RRP-CAMA 101(1)

Mr. Standerfer,

Based on progress to date, FHWA is concerned that Universal Construction, Inc. may not complete the contract work by the fixed completion date of December 11, 2001. Be advised that if the project is not completed by the fixed completion date liquidated damages will be assessed in accordance with SCR subsection **108.04 Failure to Complete Work on Time.** The Government is also reserving its right to terminate for default per FAR **52.249-10 Default (Fixed Price Construction) (Apr 1984),** if work is not prosecuted in a diligent manner that will insure its completion by the fixed date.

Work has not continued with diligence on the project as a whole. Due to deficent submittals no work was accomplished on the project during the first three weeks of the contract. There have been days that only one piece of equipment or no equipment have worked on the project. Other items of work could be ongoing such as, item 20304, Removal of bridge, item 20801, Structure excavation for example. In addition several other items of work are being held up due to required submittals not being submitted and/or approved. The following is a list of submittals that have either not been submitted or have not been approved.

1. Construction Schedule (Received 10/23/01)
2. Bridge Structural Steel Shop Drawings (Received 10/23/01)
3. Minor Concrete Composition
4. Minor Hot Asphalt Concrete Job-Mix Formula
5. Erosion Control Certifications
6. Traffic Control Certifications
7. Hazardous Spill Plan

Please advise FHWA in writing by October 31, 2001, how you intend to correct these deficiencies and ensure completion of the contract by the fixed completion date.

161

Please contact me if you have any questions.

Sincerely,

Todd Butikofer,
Project Engineer

cc: Jane Traffalis, COE
Mark Standerfer, Universal
files