# UNIVERSAL CONSTRUCTION, INC.

PHONE
(208) 365-5750

U.C.I.

FAX
(208) 365-4645

October 23, 2001

76-041

Federal Highway Administration
P.O. Box 268
Roberts, ID 83444

Attn: Todd Butikofer

*Re:* *ID RRP-CAMA 101 (1)*
*Camas NWR Complex*
*DTFH70-01-C-00034*

*Subj:* *Changes and extra costs associated with pay item 20403 Unclassified Borrow*

Dear Mr. Butikoffer,

As you are aware, Universal Construction Inc. (UCI), has encountered difficulty with the placement compaction of materials obtained from the government provided sources; as outlined in Section 105-Control of Materials of the Special Contract Requirements.

Placement of materials started on October 8, 2001 and continued on a on and off basis for several days. It was observed an inordinate amount of time was used to achieve the required compaction, however, in most cases the required compaction was not achieved.

Subsequently, a determination was made by UCI to actually conduct a Geotechnical Investigation of both Borrow Source Number One (1) and Two (2). The investigation performed by Materials Testing & Inspection (MTI), revealed several different soil types. The variations were both in density of material and a wide optimum moisture range, which produced inconclusive proctors to correlate density control.

Moreover, considering the above information it would make it impractical to continue use of these sources without a modification to acceptance procedures for density control.

RECEIVED
OCT 25 2001



163

In addition, UCI will seek additional compensation, a contract time extension, the cost involved with the Geotechnical Investigation, equipment standby, inordinate time related to compactive effort, and any associated costs related to extended overhead.

At this time, UCI is compiling costs to forward to the Federal Highway Administration in support of UCI's claim.

Should you need any clarification or further information please contact the UCI office at 208-365-5750.

Sincerely,
UNIVERSAL CONSTRUCTION, INC.

Richard L. Standerfer

Richard L. Standerfer
President

dm

RECEIVED
OCT 25 2001
BY PROJECT ENGINEER

164