# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE 1 OF PAGES 2

2. AMENDMENT/MODIFICATION NO.: Contract Modificatin No. 0001

3. EFFECTIVE DATE: See Block 16C

4. REQUISITION/PURCHASE REQ. NO.

5. PROJECT NO. *(If applicable)*: Camas NWR Complex ID RRP-CAMA 101(1)

6. ISSUED BY CODE
Federal Highway Administration
Western Federal Lands Highway Division
610 East Fifth Street
Vancouver, Washington 98661

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*
Universal Construction, Inc.
P.O. Box 187
Emmett, Idaho 83617

CODE | FACILITY CODE

( ) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO.: DTFH70-01-C-00034

10B. DATED *(SEE ITEM 13)*: 8-21-2001

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning ____________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
419-17-16-54-4320-001O

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

( ) X A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. FAR Clause 52.243-4 CHANGES

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER *(Specify type of modification and authority)*

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ____________ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

See Continuation Sheet. All work will be performed in accordance with the Standard Specifications, FP-96, and the Special Contract Requirements as modified herein. There will be no increase or decrease in the contract time or contract price as a result of this modification.

This Contract Modification modifies Section 204. - EXCAVATION AND EMBANKMENT, compaction specification.

In consideration of the equitable adjustments paid pursuant to this contract modification, the contractor hereby releases the government from any and all liability under this contract due to any facts or circumstances arising out of this contract modification.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*
Jane Traffalis, Construction Operations Engineer # WFL-7B

15B. CONTRACTOR/OFFEROR
*(Signature of person authorized to sign)*

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY
*(Signature of Contracting Officer)*

16C. DATE SIGNED

PREVIOUS EDITION UNUSABLE

STANDARD FORM 30 (Rev. 10-83)

65

**CONTRACT MODIFICATION**

| STANDARD FORM 30 CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF PAGES |
|---|---|---|---|
| | Contract Modification No. 0001 | 2 | 2 |

NAME OF OFFEROR OR CONTRACTOR
Universal Construction, Inc.

Section 204. - EXCAVATION AND EMBANKMENT

204.11 Compaction

Delete the text of subsection (c) and substitute the following.

(c) 50 percent or less of the material is retained on 4.75 mm sieve.

Continuously roll for at least one hour for each 115 cubic meters of material or portion thereof. Use compaction equipment meeting the minimum requirements of SCR subsection 301.05 Compacting, (a), (b), and (c).

In sliver fill areas along the Auto Tour Route, Cut-Off Road, and New Entrance Road where it is not possible to use the minimum compaction equipment as listed in SCR subsection 301.05 Compacting, (a), (b), and (c), use a double drum vibratory roller at least 91 cm in width. Compact each 200 mm layer of material full width with eight roller passes.

Adjust the moisture content of the material to a moisture content suitable for compaction.

Provide support documentation, which verifies the rolling performed for each section of roadway.

Operate compression-type rollers at speeds less than 2 meters per second, and vibratory rollers at speeds less than 1 meter per second.

Compactive effort may be decreased provided in-place field densities demonstrate that a lesser compactive effort will meet or exceed 95% of maximum compacted density. Determine maximum compacted density as follows:

(1) Classify the material according to AASHTO M 145. For material classified A-1 or A-2-4, determine the maximum density according to AASHTO T 180 method D. For other material classifications, determine the optimum moisture content and maximum density according to AASHTO T 99 method C.

(2) Adjust the moisture content of material classified A-1 through A-5 to a moisture content suitable for compaction. Adjust the moisture content of material classified A-6 through A-7 to within 2 percent of the optimum moisture content.

(3) Determine the in-place density and moisture content according to AASHTO T 238 and AASHTO T 239 or other approved test procedures.

(4) When required, use AASHTO T 224 to correct for course particles.

This form was electronically produced by Elite Federal Forms, Inc.