**U. S. DEPARTMENT OF TRANSPORTATION**
**FEDERAL HIGHWAY ADMINISTRATION**
**WESTERN FEDERAL LANDS HIGHWAY DIVISION**
**P.O. Box 268**
**Roberts, Idaho 83444**

November 19, 2001 UCI-047

Dick Standerfer, President
Universal Construction, Inc.
P.O. Box 187
Emmett, Idaho 83617

Subject: Contract Modification No. 0001

DTFH70-01-C-00034
Camas NWR Complex
ID RRP-CAMA 101(1)

Mr. Standerfer,

Attached is a signed copy of Contract Modification No. 0001. An original copy will be sent to you as soon as it is processed.

Please contact me if you have any questions.

Sincerely,

Todd Butikofer,
Project Engineer

Enclosure: Contract Modification No. 0001

cc: Jane Traffalis, COE
Mark Standerfer, Universal
files

167

11/19/01 MON 07:36 FAX 3.. 696 7846 WFLHD 002

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF PAGES 2

2. AMENDMENT/MODIFICATION NO.: Contract Modification No. 0001

3. EFFECTIVE DATE: See Block 16C

4. REQUISITION/PURCHASE REQ. NO.

5. PROJECT NO. (If applicable): ID RRP-CAMA 101(1)

6. ISSUED BY CODE
Federal Highway Administration
Western Federal Lands Highway Division
610 East Fifth Street
Vancouver, Washington 98661

7. ADMINISTERED BY (If other than Item 6) CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)
Universal Construction, Inc.
P.O. Box 187
Emmett, Idaho 83617

CODE | FACILITY CODE

( ) 9A. AMENDMENT OF SOLICITATION NO

9B. DATED (SEE ITEM 11)

x 10A. MODIFICATION OF CONTRACT/ORDER NO
DTFH70-01-C-00034

10B. DATED (SEE ITEM 13)
8-21-2001

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
419-17-16-54-4320-0010

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14

( ) x A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. FAR Clause 52.243-4, Changes

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

See Continuation Sheet. All work will be performed in accordance with the Standard Specifications, FP-96, and the Special Contract Requirements as modified herein. There will be no increase or decrease in the contract time or contract price as a result of this modification.

This Contract Moidification modifies Section 204. - EXCAVATION AND EMBANKMENT, compaction specification.

In consideration of the equitable adjustments paid pursuant to this contract modification, the contractor hereby releases the government from any and all liability under this contract due to any facts or circumstances arising out of this contract modification.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
Jane Traffalis, Construction Operations Engineer, WFL-7B

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY Jane F. Traffalis WFL-7B
(Signature of Contracting Officer)

16C. DATE SIGNED
11/19/1

PREVIOUS EDITION UNUSABLE

This form was electronically produced by Elite Federal Forms, Inc.

STANDARD FORM 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

168

**CONTRACT MODIFICATION**

| STANDARD FORM 30 CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF | PAGES |
|---|---|---|---|---|
| | Contract Modification No. 0001 | 2 | | 2 |

NAME OF OFFEROR OR CONTRACTOR
Universal Construction, Inc.

Section 204. - EXCAVATION AND EMBANKMENT

204.11 Compaction

(c) 50 percent or less of the material is retained on 4.75 mm sieve. Add the following after the fourth paragraph:

As an alternative to classifying and determining the maximum density of the material, the contractor may use either or both of the following options. The choice to use either or both of these options, or to use the method set forth in the solicitation package, is entirely the contractors option.

Continuously roll for at least one hour for each 115 cubic meters of material or portion thereof. Use compaction equipment meeting the minimum requirements of Subsection 301.05 Compacting, (a), (b), and (c).

In sliver fill areas along the Auto Tour Route, Cut-Off Road, and New Entrance Road where it is not possible to use the minimum compaction equipment as listed in Subsection 301.05 Compacting, (a), (b), and (c), use a double drum vibratory roller at least 91 cm in width. Compact each 200 mm layer of material full width with eight roller passes.

Adjust the moisture content of the material to a moisture content suitable for compaction.

Provide support documentation which verifies the rolling performed for each section of roadway.

Operate compression-type rollers at speeds less than 2 meters per second, and vibratory rollers at speeds less than 1 meter per second.

This form was electronically produced by Elite Federal Forms, Inc.