# UNIVERSAL CONSTRUCTION, INC.

PHONE
(208) 365-5750

U.C.I.

FAX
(208) 365-4645

November 1, 2001 76-045

Federal Highway Administration
PO Box 268
Roberts, ID 83444

Attn: Todd Butikofer

*Re:* *ID RRP-CAMA 101 (1)*
*Camas NWR Complex*
*DTFH70-01-C-0034*

*Subj: Notification of differing site condition. Notification of changes.*

Dear Mr. Butikofer,

Universal Construction, Inc. (UCI) is giving formal notice that it considers Borrow Source No. 1 & Borrow Source No. 2 to be differing site conditions, as outlined in FAR 52-236-2(a)(2). "Unknown physical conditions at the site, of an unusual nature, which differ materially from those ordinarily encountered and generally recognized as inhering in work of the character provided for in the contract.

In addition, with the issuance of contract modification 0001 UCI also cites FAR 52-243-4(a)(2). "In the method or manner of performance of the work".

The above has caused UCI to expend extra cost and effort on this project for which UCI will seek additional compensation and time as outlined in *our* letter 76-041 dated October 23, 2001.

UCI will also supplement this notification with *our* analysis of time impacted early start schedule's. An analysis of costs will follow shortly.

Should you have any questions please contact our office at 208-365-5750.

Sincerely,

RECEIVED
NOV 02 2001
BY PROJECT ENGINEER



170

UNIVERSAL CONSTRUCTION, INC.

Dick Standerfer
President

dm

RECEIVED
NOV 02 2001
BY PROJECT ENGINEER

171