# UNIVERSAL CONSTRUCTION, INC.

PHONE
(208) 365-5750

U.C.I.

FAX
(208) 365-4645

November 1, 2001 76-046

Federal Highway Administration
PO Box 268
Roberts, ID 83444

Attn: Todd Butikofer

*Re:* *ID RRP-CAMA 101 (1)*
*Camas NWR Complex*
*DTFH70-01-C-0034*

***Subj: Impact schedule analysis.***

Dear Mr. Butikofer,

In response to your letters of October 23, 2001 (UCI-028 – Completion of Work) and October 25, 2001 (UCI-030 – Construction Schedule 76-035CL), Universal Construction, Inc. (UCI), agrees with your observation that progress is not occurring as planned. In addition, in consideration of your verbal and faxed notification to UCI that MOD-0001 is forthcoming, UCI hereby requests a change order for costs, time extension and relaxation of the liquidated damages on this project. As per (UCI) letter 76-045 dated November 1, 2001, the detailed analysis follows: After reviewing your list of unaproved submittals, first, all items on your list have recently been submitted or approved. Next, the major adverse impact to project completion is ascertained to be missing from your list. Based on site conditions and empirically established trends for your cooperation to expedite the work, a critical path analysis of the project was undertaken. It has been determined by UCI that the Construction Schedule for the fixed completion date of 11DEC01, will now, only be achievable by relaxing several project road closure policies, cooperation with UCI to expedite the work by your acceleration of your review and approvals, reworking the logic for construction of closures 1,2, and 3 and by UCI acceleration of the work The primary concern is for weather impacts that will occur after the original fixed completion date of 11DEC01.

We are currently exploring several alternatives to complete the work this year. We request that a meeting be arranged with the appropriate FHWA project managers and

RECEIVED
NOV 02 2001

172

contracting officers to accomplish contractual decisions effecting the possible work plan. As the project evolved, it became apparent that the approval of three submittals became critical to starting the work. Approval was under the control of the Owner and the Owner would not allow work to proceed until approval. The three submittals were:

I0010 – Preliminary Construction Schedule (submitted 05SEPT01 approved 19SEP01)
I0020 – Accident Prevention Plan (submitted 05SEP01 approved 27SEP01).
I0030 – QA/QC Plan (submitted 10SEP01 verbally approved Friday, 28SEP01 and formally approved on 15OCT01).

It is debatable that any of these would be sufficient to prohibit work, however the Owner Representative unilaterally required that they all be approved before any work other than signage and mobilization could commence. This placed the Contractor into dependence upon the opinion of the Owner's Representative.

The Original Preliminary Schedule as approved by the Owner on 19SEP01, scheduled task A0600 – C1-Clear & Grub, to be started on 17SEP01 and having zero total float. This task, by definition for Critical Path Scheduling Method, would delay the job completion by one day for every day that it would experience delay. Its successor, A0260 – C1-Place & Compact Fill to Widen Existing Road, was also critical.

As the project evolved, it became apparent that approval of the QA/QC Plan, and, 2) compaction acceptability, became the delaying issues.

Approval of the AQ/-QC Plan delayed the start of the critical path work from 17SEP01 until 01OCT01, namely, **fifteen ( 15) calendar days of delay** of the APPROVED PRELIMINARY SCHEDULE. Task A0370-BW-Develop Borrow Area 1, commenced and finished on 02OCT 01. Task A0590-BW-Develop Borrow Area 2, commenced and finished on 03OCT01. Task A0607-PK-Clear & Grub Parking Lot & Entrance, commenced and finished on 04OCT01. Task A0617-PK-Place & Compact Fill Parking Lot & Entrance, commenced on Monday, 08OCT01 and immediately ran into compaction problems with the material from the Owner's mandatory borrow source. Compaction could not be achieved with a reasonable equipment effort. This brought work to a stop on 09OCT01 because the contractor could not reasonably achieve compaction using the Owner's mandatory source of material. On 18OCT01, the Owner provided and approved an alternative to the approved project specification, namely a METHOD SPECIFICATION. Work was able to recommence on 19OCT01 under the Owner's provided substitute specification. However, the Contractor could not restart until Monday, 22OCT01 because the Contractor was working on a 4 – 10 hour approved work schedule. Therefore, the material source problem extended the project another **Nine (9) Calendar days**. Additionally, this specification change increased required duration from the original approved schedule because of required blending of material and moisture adjustment taking five times longer that originally scheduled and approved. This was proven empirically in the field. As the method has actually started, it has become apparent that the vibratory compactor originally scheduled and established by the PRELIMINARY SCHEDULE required narrative may not work because of the method

RECEIVED NOV 02 2001

specification for rolling compaction. Submittal of current forecast schedule I001, statused through 29OCT01 and having a Data Date of 30 OCT01, shows contract completion based on progress to date of 04JAN02. This is a 24 calendar day extension of time from the fixed contract completion date of 11DEC01. This forecast is based on history through 29OCT01, using the current construction schedule. This results in a total contract time of 117 calendar days for schedule I001 versus an original contract time of 93 calendar days (Completion on 04JAN02).

Additionally, time duration impact on the remaining compacted earthwork fill is estimated to be by the following formula:

> Compaction Method: (Change from test density specification to compaction method specification).
>
> > Original Duration x 8.5 (500% more time for roller compactive work effort is required, 300% more time is required for excessive blading and material blending, and about 50% more time is required for optimum moisture control).

This impact is analyzed for the remaining work on schedule submittal I002.

- Task A0260 –C1- Place & Compact Fill to Widen Existing Road, increases in duration from 4 workdays to 26 workdays.
- Task A0543 – C2 – Place & Compact Fill to widen Existing Road, increases in duration from 6 work days to 43 work days.
- Task A0546 – C3 – Place & Compact Fill to widen Existing Road, increases in duration from 1 workday to 9 workdays.

Since these tasks are all critical, the project end date extends from impacted schedule I001 (04JAN02) to impacted project end date on schedule I002 (11APR02). This results in a total contract time of 214 calendar days for schedules I001 and I002 versus an original contract time of 93 calendar days (Completion on 11APR02).

Lastly, weather impact on weather sensitive tasks must be accommodated on any schedule forecast. This is addressed by schedule forecast I003. The forecast adverse impact on weather sensitive tasks occurring after the fixed completion date of 11DEC01 is forecast to be a 67% increase in the I002 schedule duration for the following tasks:

- Task A0220 – GN – Establish & Execute Quality Control; original duration changes from I002 schedule of 40 workdays to 67.
- Task A0270 – C1 – Linear Grade Existing Road; original duration changes from I002 schedule of 2 workdays to 3.
- Task A0290 – C1 – Haul & Place Road Surface Course H; original duration changes from I002 schedule of 5 workdays to 8.
- Task A0510 – C1 – Place Topsoil; original duration changes from I002 schedule of 1 workdays to 2.

RECEIVED
NOV 02 2001

174

- Task A0533 – C2 – Clear & Grub; original duration changes from I002 schedule of 2 workdays to 3.
- Task A0543 – C2 – Place & Compact Fill to Widen Existing Road; original duration changes from I002 schedule of 43 works days to 72.
- Task A0553 – C2 – Place Topsoil; original duration changes from I002 schedule of 2 workdays to 3.
- Task A0563 – C2 – Linear Grade Existing Road; original duration changes from I002 schedule of 3 workdays to 5.
- Task A0573 – C2 – Haul & Place Road Surface Course H; original duration changes from I002 schedule of 6 workdays to 10.

This results in total contract time of 274 calendar days for schedule I001, I002 and I003 versus an original contract time of 93 calendar (Completion on 04JAN02). All impacted schedule forecasts are based on the original fixed contract completion of 11DEC01.

Based on the above forecast, (UCI) deems it necessary to request a project meeting to ascertain FHWA's position on the above, prior to updating or establishing the construction schedule.

Should you have any questions please contact our office at 208-365-5750.

Sincerely,
UNIVERSAL CONSTRUCTION, INC.

Dick Standerfer

Dick Standerfer
President

Enc: (1) Schedule I001
(2) Schedule I002
(3) Schedule I003

dm

RECEIVED
NOV 02 2001
BY PROJECT ENGINEER

175