U.S. Department of Transportation
Federal Highway Administration

WESTERN FEDERAL LANDS HIGHWAY DIVISION
610 EAST FIFTH STREET
VANCOUVER, WA 98661-3893
(360) 619-7700 FAX: (360) 619-7846

CERTIFIED MAIL – Return Receipt Requested

June 20, 2002

and

FAX [ (208) 365-1089 ]

Dick Standerfer, President
Universal Construction, Inc.
134 North Washington Avenue
Emmett, Idaho 83617

RE: Notice of Termination for Default
ID RRP CAMA 101(1)
Camas NWR Complex
Contract No. DTFH70-01-C-00034

Dear Mr. Standerfer:

You are hereby notified that your right to proceed under Contract Number DTFH70-10-C-00034 (hereafter referred to as "the contract"), dated August 21, 2001, is terminated for default under FAR Clause 52.249-10, Default (Fixed-Price Construction) (April 1984) due to your failure to complete the project by the contract fixed completion date or to propose an acceptable plan to complete the project.

A cure notice dated November 23, 2001 was provided to Universal Construction, Inc. (UCI) as a result of a failure to perform the work. UCI only completed approximately 20% of the work during the contract period of performance. UCI's November 30, 2001 reply to the cure notice provided no statement of willingness to perform the remaining contract work but contained a claim for three issues: a differing site condition encountered in the borrow sources, a change due to Government directed changes, and a delay by the Government during the start of the project.

UCI's claims and reasons for not performing have been analyzed and found to be without merit. The facts, analysis and decision are addressed in my Contracting Officer's Decision dated June 20, 2002.

UCI has provided no statement of willingness to perform the remaining work since November 2001, although our discussions and correspondence has offered UCI that opportunity in February, April and May 2002.

195

I find that your failure to perform the work by the fixed completion date is not excusable, and this notice constitutes my final decision. You have the right to appeal this decision as provided under FAR Clause 52.233-1, Disputes.

With this notice, you are informed that the Government will obtain another contractor to complete the project. By letter dated June 5, 2002, the surety has informed this office that they are unable to provide a follow-on completion contractor. Universal will be held liable for any excess costs. The Government reserves all rights and remedies provided by law or under the contract, in addition to charging excess costs.

This notice constitutes the final decision of the Contacting Officer. The decision may be appealed to the Department of Transportation Board of Contract Appeals, 400 Seventh Street SW, Washington, D.C. 20590. If you decide to make such an appeal, you must mail or otherwise furnish written notice to the Board of Contract Appeals within 90 days from the date you receive this decision. A copy of the notice shall be furnished to the Contracting Officer from whose decision the appeal is taken. The notice shall indicate that an appeal is intended, should reference this decision, and identify the contract by number. In lieu of appealing to the Board of Contract Appeals, you may bring action directly in the United States Court of Federal Claims within 12 months of the date you receive this decision.

Sincerely,

William L. Parsons
Contracting Officer
Western Federal Lands Highway Division
Federal Highway Administration

cc: Insurance Company of the West, (Brian Sawyer), Phoenix, AZ [surety]
Insurance Company of the West, (Michael Z. English), Boise, ID [surety]
Arthur E. Hamilton, Prog. Mgr., Federal Lands Highway, HFL-1, USDOT, Wash. D.C.
Dir. Sean M. Moss, S-40, USDOT, Wash. D.C.
SBA, Seattle Reg. Office, 1200 Sixth Ave, Suite 1805, Seattle, WA 98101-1128
R. Carmichael, Division Engineer, WFL
T. Binder, Division Counsel, WFL
D. Heckman, CE, WFL
J. Traffalis, COE, WFL
T. Butikofer, PE, WFL
P. Flores, WFL (e-mail)
M. Hildreth, WFL (e-mail)
R. Lale, WFL (e-mail)
R. Munoz, USFWS
G. Deutscher, USFWS, Camas NWR Complex

196