U.S. Department of Transportation
Federal Highway Administration

WESTERN FEDERAL LANDS HIGHWAY DIVISION
610 EAST FIFTH STREET
VANCOUVER, WA 98661-3801
(360) 619-7700 FAX: (360) 619-7846

October 8, 2003

**Certified Mail - Return Receipt Requested**

Mr. Dick Standerfer
President, Universal Construction, Inc.
P.O. Box 187
Emmett, Idaho 83617

Re: ID RRP CAMA 101(1) Camas NWR Complex
Contract No. DTFH70-01-C-00034

Dear Mr. Standerfer

This is a Final Contracting Officer's Decision related to the reprocurement costs for the above contract.

1. On June 20, 2002 the Federal Highway Administration terminated the above contract with Universal Construction, Inc (Universal) for default. FAR Clause 52.249-10 Default (Fixed Price Construction)(Apr 1984) contained in the contract requires the contractor that was terminated and its sureties to compensate the Government for any increased costs in completing the work. Under FAR Clause 52.211-12, these costs include liquidated damages and any excess costs of repurchasing the completion of the project.

2. Contract No. DTFH70-02-C-00025 was awarded to Desert Sage Contractors, Inc (Desert Sage) on July 10, 2002 in the amount of $575,690.90 to complete the project with a fixed completion date of October 11, 2002. Contract Modification No. 003 extended the fixed completion date to October 14, 2002.

3. Work under Contract No. DTFH70-02-C-00025 was completed on October 17, 2002 and the contract was finalized on April 30, 2003.

4. Considering the bid prices of the respective contracts and the actual quantities used on the project, the total price the Government would have paid if Universal had completed the contract would have been $444,980.35. The total price of the Desert Sage work of the original contract requirements was $570,100.50. This amount is reasonable, given the engineer's bid estimate of $606,523.50 and the average bid price of six original bidders of $722,215.55 and the limited work performed by Universal. The work conducted under Contract Modification No. 003 is not included in this amount. The excess cost to repurchase the contract requirements is $125.120.15 ($570,100.50 - $444,980.35).

BUCKLE UP AMERICA

Case 1:03-cv-01502-LSM Document 33-33 Filed 08/31/2005 Page 2 of 43



5. Contract No. DTFH70-01-C-00034 with Universal contained FAR Clause 52.211-12 Liquidated Damages—Construction (Sep 2000) requiring Universal to pay liquidated damages if the project was not completed timely. I have previously determined in my June 20, 2002 Contracting Officer's Decision that the reasons Universal offered for not completing the work on time are without merit. The daily amount of liquidated damages is set forth in the Special Contract Requirements at Section 108.04 and Table 108-1 as $500. The assessment of liquidated damages begins the day after the fixed completion date of the Universal contract and ends with the completion of the work by the follow-on contractor. This is a period of 310 days. However, I have determined that the last six days of this period should not be charged to Universal. These days represent time for additional work that was not required under the Universal contract, and additional time Desert Sage took to complete such tasks. Accordingly, the total time chargeable to Universal is 304 days. Such time represents 177 days until June 6, 2002, when the surety declined to provide a follow-on contractor (by letter dated June 5, 2002) and Universal failed to provide any information on a less drastic action than termination for default; 14 days to the issuance of the default termination on June 20, 2002; 20 days to the issuance of a Letter Contract with Desert Sage on July 10, 2002, and 93 days to complete the project. This period of time was needed because the work was being done around the summer visitor season rather than as originally planned for the project. I determine the 304 days to be reasonable, given the effort on the part of the Government to use termination for default as a final resort and to explore all opportunities to avoid such termination prior to exercising the right. The total amount of liquidated damages is $152,000.00 (304 days x $500/day).

6. The total damages to the Government due to Universal's failure to complete the project are calculated as follows:

| | |
|---|---|
| Excess Costs of Repurchase | $125,120.15 |
| Liquidated Damages: 304 days @ $500.00/day | $152,000.00 |
| Total | $277,120.15 |

## DECISION

The Government hereby requests payment of $277,120.15 for re-procurement costs for Contract No. DTFH70-01-C-00034.

This is the final decision of the Contracting Officer. This decision may be appealed to the Department of Transportation Board of Contract Appeals, 400 Seventh Street SW, Washington, D.C. 20590. If you decide to make such an appeal, you must mail or otherwise furnish written notice to the Board of Contract Appeals within 90 days from the date you receive this decision. A copy of the notice shall be furnished to the Contracting Officer from whose decision the appeal is taken. The notice shall indicate that an appeal is intended, should reference this decision, and identify the contract by number. With regard to appeals to the Department of Transportation Board of Contract Appeals, you may, solely at your election, proceed under the

BUCKLE UP AMERICA

board's small claim procedure for claims of $50,000 or less or its accelerated procedure for claims $100,000 or less. In lieu of appealing to the Board of Contract Appeals, you may bring action directly in the United States Court of Federal Claims within 12 months of the date you receive this decision.

Sincerely,

William L. Parsons
Contracting Officer

cc: Frederick J. Hahn, III, Holden, Kidwell, Hahn & Crapo, PLLC (faxed to 208-523-9518)
Insurance Company of the West
Art Hamilton, FLH Headquarters
Tim Binder, WFL
Todd Butikofer, WFL
Ronald Carmichael, WFL
Charles Dissen, WFL
Elizabeth Firestone, WFL
Dave Heckman, WFL
Ricardo Suarez, WFL
Jane Traffalis, WFL
File

199

BUCKLE UP AMERICA

c:\documents and settings\mjn\local settings\temporary internet files\olk5\soils classification-camas.doc

**Universal Construction**
**P.O. Box 187**
**Emmett, Idaho 83617**

Re: **Soils Classification Report**

Gentlemen:

This report presents soil classifications of material sampled from test pits within a federally mandated borrow source adjacent to the Camas NWR Complex ID RRP-Cama101(1) Project. The purpose of this classification is to determine the soil type. This soils classification report is based upon Gradation and Atterberg Limit test results conducted at MTI's Idaho Falls Mobile Soils Laboratory on October 15, 2001. Descriptions of general site characteristics are available from daily report number 06, MTI file number E10059, dated October 17, 2001. Moisture Density Proctor Tests also conducted on October 15, 2001 were reviewed. All limitations and warranties expressed in the previous reports apply to this document. Three copies have been provided for your review and distribution.

**Soils Classification (per ASTM D 2487 & AASHTO M145)**

| **Borrow Pit 1**<br>**Hole 1**<br>0.0 - 0.2 meters | **Borrow Pit 1**<br>**Hole 1**<br>0.53 - 1.0 meters | **Borrow Pit 1**<br>**Hole 2**<br>0.0 - 0.2 meters | **Borrow Pit 1**<br>**Hole 2**<br>0.36 – 1.0 meters | **Borrow Pit 1**<br>**Hole 4**<br>0.8 – 1.0 meters |
|---|---|---|---|---|
| **ASTM**<br>Classification<br>Silty Sand<br>*(SM)* | **ASTM**<br>Classification<br>Sandy Elastic Silt<br>*(MH)* | **ASTM**<br>Classification<br>Poorly Graded Sand<br>*(SP)* | **ASTM**<br>Classification<br>Poorly Graded Sand<br>with Silt *(SP-SM)* | **ASTM**<br>Classification<br>Clayey Sand<br>*(SC)* |
| AASHTO M145<br>Classification<br>A-2-4<br>Silty Sand | AASHTO M145<br>Classification<br>A-4<br>Clayey Silt | AASHTO M145<br>Classification<br>A-3<br>Fine Sand | AASHTO M145<br>Classification<br>A-2-4<br>Silty Sand | AASHTO M145<br>Classification<br>A-6<br>Silty Clay |
| Atterberg Limits<br>Non Plastic | Atterberg Limits<br>LL-20.2 PI-5<br>PL-15.2 | Atterberg Limits<br>Non Plastic | Atterberg Limits<br>Non Plastic | Atterberg Limits<br>LL-30.8 PI-11.7<br>PL-19.1 |

The Idaho Transportation Department (ITD) requirements for borrow source material are not pertinent for a Federal Roadway project and therefore are not stated within this report.

Copyright © 2001 Materials Testing & Inspection, Inc.

200

c:\documents and settings\mjn\local settings\temporary internet files\olk5\soils classification-camas.doc

## GENERAL OBSERVATIONS

The following observations are specific to the Camas NWR Complex ID RRP-Cama 101 (1) Project. MTI warrants that observations contained herein have been promulgated in accordance with generally accepted professional engineering practice in the fields of foundation engineering, soil mechanics and engineering geology, only for the site and project described in this report.

1) The material in question is not typically used in the structural section of a roadway. Furthermore, this material does not meet the gradation or durability requirements for the following generally accepted construction specifications:

- **ASTM D 1241** {*materials for subbase, base, and surface courses*};
- **FP-96** {*Standard Specifications For Construction of Roads and Bridges on Federal Highway Projects*} Sections 105 {*Control of Material*}or Section 703.05 {*Aggregates*}specifically Table 703-2 {*Target Value Ranges for Subbase and Base Gradations*}.

2) Specified percent compaction requirements were not consistently obtainable with standard construction techniques. This accounts for the change to a procedural specification for acceptance purposes.

3) Soil types found within these mandatory borrow sources were highly variable as the above table shows, thus making it extremely difficult for the contractor to select or reject the material.

We appreciate this opportunity to be of service to you and we look forward to working with you in the future. If you have questions please call us at (208) 376-4748.

Respectfully Submitted,
**Materials Testing & Inspection, Inc.**

Karl Languirand, P.G.
Staff Geologist

*Reviewed by:* David O. Cram, P.E.
General Manager

Copyright © 2001 Materials Testing & Inspection, Inc.

MATERIALS TESTING & INSPECTION



Environmental Services | Geotechnical Engineering | Construction Materials Testing | Special Inspections

«FirstName» «LastName»
«Company»
«Address1»
«City», «State» «PostalCode»

**Project:** **Camas Wildlife Refuge**
**Inspector:** **Jon Laux**

## ATTERBERG LIMITS

Date Received: August 29, 2001
Sampled By: Contractor
Location of Sample: Camas Pit – East Face Second Layer
Sample No.: 243-S

**NON-PLASTIC**

If you have any questions concerning this report, please call on us at **(208) 529-8242.**

Respectfully submitted,
**MATERIALS TESTING & INSPECTION INC.**

Reviewed by: **Dan King**
Eastern Idaho Division Manager

MATERIALS
TESTING &
INSPECTION



Environmental Services | Geotechnical Engineering | Construction Materials Testing | Special Inspections

Universal Construction
P.O. Box 187
Emmett, ID 83617

**Project:** **Camas Wildlife Refuge**
**Inspector:** **Troy A. Posio**

**ATTERBERG LIMITS**

Date Received: September 21, 2001
Sampled By: Contractor
Location of Sample: Golden Valley Pit, Mud Lake
Sample No. 281-S

Date of Test: September 24, 2001
Tested By: Troy Posio

Liquid Limit: 22

Plastic Limit: 14

Plasticity Index: 8

If you have any questions concerning this report, please call on us at **(208) 529-8242.**

Respectfully submitted,
**MATERIALS TESTING & INSPECTION INC.**

Reviewed by: **Dan King**
Eastern Idaho Division Manager

MATERIALS
TESTING &
INSPECTION

o Environmental Services o Geotechnical Engineering o Construction Materials Testing o Special Inspections

Universal Construction
P.O. Box 187
Emmett, ID 83617

**Project:** **Camas Wildlife Refuge**
**Inspector:** **Troy A. Posio**

**ATTERBERG LIMITS**

Date Received: September 26, 2001 Date of Test: September 26, 2001
Sampled By: Contractor Tested By: Jon Laux
Location of Sample: 18½ miles East of Dubois 1¼ miles North of Highway 22
Sample No. 282-S

Liquid Limit: 65

Plastic Limit: 32

Plasticity Index: 33

If you have any questions concerning this report, please call on us at **(208) 529-8242.**

Respectfully submitted,
**MATERIALS TESTING & INSPECTION INC.**

Reviewed by: **Dan King**
Eastern Idaho Division Manager

MATERIALS
TESTING &
INSPECTION



Environmental Services | Geotechnical Engineering | Construction Materials Testing | Special Inspections

«FirstName» «LastName»
Universal Construction
«Address1»
«City», «State» «PostalCode»

# Sieve Analysis & Grain Size Distribution

Project: Camas Wildlife Refuge
Source: Freemont County Pit
Sample ID: 204-S
Date Received: July 24, 2001

Percent Moisture: 0.9%
Sand Equivalency: N/A
Fractured Face: N/A

| Sieve Size | Percent Passing | Specifications |
|---|---|---|
| 3.0" | | |
| 2.0" | 99.5% | |
| 1.5" | 96.3% | |
| 1.0" | 87.1% | |
| 3/4" | 78.3% | |
| 1/2" | 65.1% | |
| 3/8" | 56.5% | |
| #4 | 40.0% | |
| #8 | 31.0% | |
| #16 | 27.0% | |
| #30 | 22.2% | |
| #50 | 12.0% | |
| #100 | 3.2% | |
| #200 | 0.9% | |




Respectfully submitted,
**MATERIALS TESTING & INSPECTION INC.**

Reviewed by: **Dan King**
Eastern Idaho Division Manager

MATERIALS TESTING & INSPECTION

Environmental Services | Geotechnical Engineering | Construction Materials Testing | Special Inspections

Universal Construction
P.O. Box 187
Emmett, ID 83617

**Project:** Camas NWR Complex (Project RRP-Cama 101(1))
**Inspector:** Troy Posio
**Inspection Date:** October 15, 16, and 17, 2001

## CONTRACTOR DAILY QUALITY CONTROL REPORT

On the above date, our representative performed work on the referenced project as reported below.

Reported to the contractor at the jobsite.

**10-15-01 – Posio**
First thing this morning, technician finished paperwork for prior week and prep samples for Al Sites to take. Joel Gray, MTI, came on site to help with correlation between nuclear densometer and sand cones. Results show densometer to be accurate in densities of roadway.

Technician, Troy A. Posio, then proceeded to borrow pit 1 to conduct a geotechnical survey and collect samples for testing. Results of the limited investigation are as follows:

Pit 1 - southwest of pit.

- 0m-0.53m Brown silty sand with extensive root system throughout layer. Dry to slightly moist, medium dense. Pockets of dark brown organics are found intermixed throughout layer.
- 0.53m-1m Chalky light gray clayey silt with minor hair like roots throughout. Slightly moist and stiff.

Pit 2 - middle of west perimeter of pit.

- 0m-0.2m Brown silty sand with fine hair like root system. Dry to slightly moist, medium dense.
- 0.2m-0.36m Brown silty sand with minor roots throughout, slightly moist and loose.
- 0.36m-1m Gray fine sand with coarse sand intermixed (<5%) slightly moist and very loose. Roots extend into layer down to 0.64m

Pit 3 - middle of borrow pit.

- 0m-0.22m Brown silty sand with fine hair like roots. Dry to slightly moist and medium dense.
- 0.22m-1m Gray fine sand with coarse sand lenses (15% to 20% in lenses) slightly moist and loose. Roots extend to 0.41m. Lens is 0.41m-0.61m.

Pit 4 - southeast corner of borrow pit.

- 0m-0.3m Brown silty sand with extensive root system dry to slightly moist and medium dense to dense.
- .03m-0.8m Chalky light gray clayey silt with minor hair like roots in upper portion of layer. Send lens noted at 0.53m-0.72m.
- 0.8m-1m Grayish brown silty clay slightly most to moist, medium soft to medium stiff, minor pockets of sand.

Performed gradation, proctor, and atterbergs on each sample. Five were taken (two at pit 1, two at pit 2, and one at pit 4).

**10-16-01 – Posio**

Performed gradations, proctors and atterbergs for borrow pit 1 and performed a limited geotechnical investigation of borrow pit 2. Results are as follows:

Pit 1 - 11m south of access point.

- 0m-0.35m Brown silty sand, slightly moist and dense, fine roots found throughout.
- 0.33m-1m Gray clayey silt with sand, slightly moist and loose to medium stiff.

Pit 2 - 44m south 3m east of access point.

- 0m-0.37m Gray clayey silt with sand, slightly moist and loose to medium stiff.
- 0.37m-1m Brown silty sand, slightly moist and medium dense.

Pit 3 – 59m south 11m east of access point.

- 0m-0.42m Brown silty sand, slightly moist and dense, minor roots.
- 0.42m-0.8m Gray clayey silt with sand, slightly moist and medium dense
- 0.8m-1m Brown silty sand, slightly moist and medium loose.

Pit 4 – 75m south 22m east of access point.

- 0m-0.55m Brown silty sand, slightly moist and dense, thick roots.
- 0.55m-1m Gray clayey silt with sand, slightly moist to moist and medium dense. Roots extend down to 0.6m.

Pit 5 – 49m south 28m east of access point.

- 0m-1m Brown silty sand, slightly moist, medium dense. Roots extend down to 0.3m and are fairly thick

Pit 6 – 16m south 54m east of access point.

- 0m-0.29m Brown silty sand, slightly moist and dense, fine roots system throughout.
- 0.29m-0.5m Gray clayey silt with sand slightly moist and medium dense.
- 0.5m-1m Brown sitly sand, mottled with areas of gray clay, slightly moist and medium dense. Roots extend down to 0.9m.

Pit 7 – 16m south 20m east of access point.

- 0m-0.52m Brown silty sand with roots to 0.4m, slightly moist and dense.
- 0.52m-1m Gray clayey silt, slightly moist and medium dense.

Collected three samples (two from pit 1 and one from pit 2).

**10-17-01 – Posio**

Performed gradations, proctors and atterbergs for borrow pit 2 geotech. Prepared three samples for Al Stites.

Respectfully submitted,
**MATERIALS TESTING & INSPECTION INC.**

Reviewed by: **Dan King**
Eastern Idaho Division Manager

MATERIALS
TESTING &
INSPECTION



Environmental Services | Geotechnical Engineering | Construction Materials Testing | Special Inspections

Universal Construction
P.O. Box 187
Emmett, ID 83617

**Project:** **Camas NWR Complex (Project RRP-Cama 101(1))**
**Inspector:** **Troy Posio**
**Inspection Date:** **October 8, 9, and 10, 2001**

## CONTRACTOR DAILY QUALITY CONTROL REPORT

On the above date, our representative performed work on the referenced project as reported below.

Reported to the contractor at the jobsite.

**10-8-01 – Posio**
Inspector arrived for 08:00 hours for safety meeting and became acquainted with crusher area and lab trailer. Over the course of the day the inspector collected two crusher samples for information purposes only and performed sieves and fracture face for both samples. Inspector also collected a sample of bentonite to correlate lab data with trailer lab data. No visual inspection of roadway or borrow pits were performed today. Inspector finished work at approximately 18:00 hours.

**10-9-01 – Posio**
Inspector arrived at lab trailer at approximately 08:00 hours. After approximately 1½ hours of lab work, inspector went to borrow pit one to collect a sample for proctor and sieve analysis, went to crusher and collected a sample for information only. Inspector then took gauge # 15 (Troxler 3411) to roadway entrance and started performing density tests. While out on roadway inspector noted that material was different than what was seen in the borrow pit except in the top 1' to 2'. Density tests were failing and when asked how deep the lift was, contractor stated approximately two to four inches. As a suggestion, the inspector asked the contractor to add two to four inches more to work into prior lift to absorb some of the moisture, then recompact. Prior to placement of additional material, a density tests were performed, then a sample was taken on the spot for proctor and gradation. Contractor was still having trouble making compaction. Inspector went to crusher for a sample before material placement and then again after for another sample for informational purposes. Plant was down for second sample and inspector had to wait for approximately ½ hour for plant to start up production. The inspector left site at approximately 21:00 hours.

**10-10-01 – Posio**
Inspector arrived on site at lab trailer at approximately 08:00 hours. Immediately density tests were performed. While out on roadway inspector noted large roots throughout material. This was also noted by the Federal representative. Compaction was still failing. Inspector took another sample from truck that dumped on the other end of roadway by parking area for first 1' and performed a proctor and gradation. After proctor inspector had three passing compaction tests for the roadway (see density report # 5). Inspector took two more samples from crusher and prepared them for Federal representative. Left site at approximately 20:00 hours.

Respectfully submitted,
MATERIALS TESTING & INSPECTION INC.

Reviewed by: **Dan King**
Eastern Idaho Division Manager

**MATERIALS TESTING & INSPECTION**

Environmental Services | Geotechnical Engineering | Construction Materials Testing | Special Inspections

Universal Construction
P.O. Box 187
Emmett, ID 83617

**Project:** Camas NWR Complex (Project RRP-Cama 101(1))
**Inspector:** Troy Posio, Joel Gray
**Inspection Date:** October 22, 23, 24, 25, and 26, 2001

## CONTRACTOR DAILY QUALITY CONTROL REPORT

On the above date, our representative performed work on the referenced project as reported below.

Reported to the contractor at the jobsite.

**10-22-01 – Posio**
Finished proctors on borrow pit 2 this morning. Performed density tests, but was informed they are invalid because I did not have a base plate to use. Redid paperwork to correct problems in consistency. Collected one sample for gradation, atterberg, and fracture face from crusher for grading H.

**10-23-01 – Posio**
Collected two samples for crusher control. One sample from borrow pit 1 for proctor. Performed sand equivalency, fracture face, atterberg, gradation, and prepared the proctor. Found clay lumps on the # 4 screen in sample #PC-30802-3 from the crusher, Mark is aware of this. Performed moisture tests with the densometer out on roadway just for information only.

**10-24-01 – J Gray**
Performed three coarse washes on ¾" aggregate material, four sand equivalencies, and two fracture faces for sample completed on October 23, 2001. Performed gradation for crusher calibration on Grading H material. Was informed by Todd (FHWA inspector) that there was supplemental information about AASHTO T27. Information was faxed to job trailer and # PC-30802-1, # PC-30802-2, and # PC-30802-3 were corrected using the supplemental information.

**10-25-01 – J Gray**
Performed three gradations, three fracture faces, and liquid limit. Tests were performed for crusher calibration only.

**10-26-01 – Posio**
Performed gradations, atterbergs, and fracture face for crusher calibration. Collected two samples, one from crusher belt and one from stockpile. Dick Standerfer collected the remaining four samples, there from crusher belt and one from a windrow.

If you have any questions concerning this report, please call on us at **(208) 529-8242**.

Respectfully submitted,
**MATERIALS TESTING & INSPECTION INC.**

Reviewed by: **Dan King**
Eastern Idaho Division Manager

MATERIALS
TESTING &
INSPECTION



Environmental Services | Geotechnical Engineering | Construction Materials Testing | Special Inspections

Universal Construction
P.O. Box 187
Emmett, ID 83617

**Project:** Camas NWR Complex (Project RRP-Cama 101(1))
**Inspector:** Troy Posio
**Inspection Date:** October 10, 2001

**MOISTURE DENSITY TEST REPORT**

As requested MTI performed on-site density testing in accordance with current applicable standards. The results obtained were as follows:

| Test # | Location | Percent Moisture | Dry Density | Material Type | Percent Compaction | Pass/Fail |
|---|---|---|---|---|---|---|
| 1 | Station 0+0224, first lift | 9.5 | 115.9 | A | 95 | PASS |
| | Retest of # 3 on October 9, 2001 | | | | | |
| 2 | Station 0+032, first lift | 9.2 | 116.6 | A | 96 | PASS |
| 3 | Station 0+1215, first lift | 6.3 | 123.7 | A | 100+ | PASS |

Required Compaction: 95% **Material Type: A: 121.5 @ 11.2 %**

If you have any questions concerning this report, please call us at **(208) 529-8242.**

Respectfully submitted,
**MATERIALS TESTING & INSPECTION INC.**

Reviewed by: **Dan King**
Eastern Idaho Division Manager

MATERIALS TESTING & INSPECTION



Environmental Services | Geotechnical Engineering | Construction Materials Testing | Special Inspections

Universal Construction
P.O. Box 187
Emmett, ID 83617

**Project:** Camas NWR Complex (Project PRP-Cama 101(1))
**Inspector:** Jon Laux
**Inspection Date:** October 11, 2001

## MOISTURE DENSITY TEST REPORT

As requested MTI performed on-site density testing in accordance with current applicable standards. The results obtained were as follows:

| Test # | Location | Percent Moisture | Dry Density | Material Type | Percent Compaction | Pass/Fail |
|---|---|---|---|---|---|---|
| 1 | Station 00+033, center of road, 0.33m below grade | 10.0 | 109.3 | A | 90 | Fail |
| 2 | Station 0+056.74, 6m east of west edge, 0.33m below grade | 10.6 | 116.2 | A | 96 | PASS |
| 3 | Station 0+089.36, 6.5m east of west edge, 0.33m below grade | 8.1 | 108.9 | A | 90 | Fail |
| 4 | Station 0+120, 7.5m east of west edge, 0.33m below grade | 9.1 | 110.7 | A | 91 | Fail |
| 5 | Station 0+032, 7m east of west edge, 0.33m below grade | 8.5 | 113.2 | A | 93 | Fail |
| 6 | Station 0+050, 6m east of west edge, 0.33m below grade | 10.9 | 115.0 | A | 95 | PASS |
| 7 | Station 0+083, 7m east of west edge, 0.33m below grade | 9.4 | 112.6 | A | 93 | Fail |
| 8 | Station 0+095, 8m east of west edge, 0.33m below grade | 7.6 | 107.2 | A | 88 | Fail |
| 9 | Station 0+95, 5m east of west edge, 0.33m below grade | 9.4 | 106.6 | A | 88 | Fail |
| 10 | Station 00+095, 3m east of west edge, 0.33m below grade | 9.9 | 107.5 | A | 89 | Fail |
| 11 | Station 00+095, 6m east of west edge, 0.33m below grade | 11.2 | 114.2 | A | 94 | Fail |
| 12 | Station 00+095, 7m east of west edge, 0.33m below grade | 9.3 | 114.3 | A | 94 | Fail |
| 13 | Station 00+095, 5½m east of west edge, 0.33m below grade | 10.4 | 112.1 | A | 92 | Fail |

Required Compaction: 95% **Material Type: A: 121.5 @ 11.2 %**

Respectfully submitted,
MATERIALS TESTING & INSPECTION INC.

Reviewed by: **Dan King**
Eastern Idaho Division Manager

MATERIALS
TESTING &
INSPECTION

Environmental Services | Geotechnical Engineering | Construction Materials Testing | Special Inspections

Universal Construction
P.O. Box 187
Emmett, Id 83617

**Project:** Camas NWR Complex (Project PRP-Cama 101(1))
**Inspector:** Cris McMurtrey
**Inspection Date:** October 12, 2001

## MOISTURE DENSITY TEST REPORT

As requested MTI performed on-site density testing in accordance with current applicable standards. The results obtained were as follows:

| Test # | Location | Percent Moisture | Dry Density | Material Type | Percent Compaction | Pass/Fail |
|---|---|---|---|---|---|---|
| 1 | Gauge # 10, Station 0+067, 1m right of center line | 9.7 | 111.4 | A | 92 | Fail |
| 2 | Gauge # 10, Station 0+044, 3m left of center line | 9.6 | 117.6 | A | 97 | PASS |
| 3 | Gauge # 10, Station 0+036, 3m left of center line | 9.8 | 112.0 | A | 92 | Fail |
| 4 | Gauge # 10, Station 0+114, at center line | 9.1 | 111.8 | A | 92 | Fail |
| 5 | Gauge # 15, Station 0+036, 3m left of center line | 10.0 | 113.4 | A | 93 | Fail |
| 6 | Gauge # 15, Station 0+044, 3m left of center line | 8.4 | 118.6 | A | 98 | PASS |
| 7 | Gauge # 15, Station 0+067, 1m right of center line | 9.2 | 113.4 | A | 93 | Fail |
| 8 | Gauge # 15, Station 0+114, at center line | 9.9 | 112.3 | A | 93 | Fail |

Required Compaction: 95% **Material Type: A: 121.5 @ 11.2 %**

If you have any questions concerning this report, please call us at **(208) 529-8242.**

Respectfully submitted,
**MATERIALS TESTING & INSPECTION INC.**

Reviewed by: **Dan King**
Eastern Idaho Division Manager



212

MATERIALS
TESTING &
INSPECTION



Environmental Services | Geotechnical Engineering | Construction Materials Testing | Special Inspections

Universal Construction
P.O. Box 187
Emmett, ID 83617

**Project:** Camas NWR Complex (Project RRP-Cama 101(1))
**Inspector:** Troy Posio
**Inspection Date:** October 9, 2001

## MOISTURE DENSITY TEST REPORT

As requested MTI performed on-site density testing in accordance with current applicable standards. The results obtained were as follows:

| Test # | Location | Percent Moisture | Dry Density | Material Type | Percent Compaction | Pass/Fail |
|---|---|---|---|---|---|---|
| 1 | Station 0+0224, first lift | 8.5 | 103.6 | A | 86 | See Test # 3 |
| 2 | Retest # 1 | 9.5 | 108.3 | A | 90 | See Test # 3 |
| 3 | Retest # 2 | 12.1 | 113.1 | A | 94 | See Test # 1 performed on October 10, 2001 |

Required Compaction: 95% **Material Type: A: 120.7 @ 12.5 %**

If you have any questions concerning this report, please call us at **(208) 529-8242.**

Respectfully submitted,
**MATERIALS TESTING & INSPECTION INC.**

Reviewed by: **Dan King**
Eastern Idaho Division Manager

MATERIALS
TESTING &
INSPECTION



Environmental Services | Geotechnical Engineering | Construction Materials Testing | Special Inspections

**Universal Construction**
**P.O. Box 187**
**Emmett, ID 83617**

**Project:** **Camas NWR Complex (Project RRP-Cama 101(1))**
**Inspector:** **Troy Posio**
**Inspection Date:** **October 15, 2001**

## MOISTURE DENSITY TEST REPORT

As requested MTI performed on-site density testing in accordance with current applicable standards. The results obtained were as follows:

| Test # | Location | Percent Moisture | Dry Density | Material Type | Percent Compaction | Pass/Fail |
|---|---|---|---|---|---|---|
| 1 | Station 0+024, 5m left of right catch point, 0.33m below finished subgrade | 7.9 | 118.4 | A | 97 | PASS |
| 2 | Station 0+012, 5m left of right catch point, 0.33m below finished subgrade | 8.9 | 112.4 | A | 93 | Fail |
| 3 | Station 0+037, 8m left of right catch point, 0.33m below finished subgrade | 8.2 | 115.2 | A | 95 | PASS |
| 4 | Station 0+044, 8m left of right catch point, 0.33m below finished subgrade | 8.4 | 120.1 | A | 99 | PASS |
| 5 | Station 0+020, 4.5m left of right catch point, 0.33m below finished subgrade | 5.4 | 112.1 | A | 92 | Fail |

Required Compaction: 95% **Material Type: A: 121.5 @ 11.2 %**

If you have any questions concerning this report, please call us at **(208) 529-8242.**

Respectfully submitted,
**MATERIALS TESTING & INSPECTION INC.**

Reviewed by: **Dan King**
Eastern Idaho Division Manager

MATERIALS TESTING & INSPECTION

Environmental Services    Geotechnical Engineering    Construction Materials Testing    Special Inspections

Universal Construction
P.O. Box 187
Emmett, ID 83617

**Project: Camas NWR Complex (Project PRP-Cama 101(1))**
**Test Date: August 20, 2001**

As requested MTI has performed Sodium Sulfate, Durability Index and DMSO testing on the sample referenced below. The testing was performed in accordance with current AASHTO standards. The results obtained in our laboratory were as follows:

| | |
|---|---|
| **Source:** | Camas |
| **Date Obtained:** | July 24, 2001 |
| **Sample ID:** | 204-5 Boise Lab # 758 |
| **Test Standard:** | AASHTO T 104: X DMSO - WFLHO X Durability index X<br>Cycles: 5 |

***Sodium Sulfate AASHTO T104***

| Passing | Retained On | Weight Before | Weight After | % Loss | Weighted % Loss |
|---|---|---|---|---|---|
| 1.5" | 1" | 1003.6 | 1002.7 | 0.09 | 0.03 |
| 1" | ¾" | 503.6 | 503.1 | 0.09 | 0.02 |
| ¾" | ½" | 670.5 | 670.2 | 0.04 | 0.01 |
| ½" | 3/8" | 330.1 | 329.4 | 0.21 | 0.03 |
| 3/8" | #4 | 300.0 | 299.4 | 0.2 | 0.02 |
| #4 | #8 | 100.0 | 99.3 | 0.7 | 0.18 |
| #8 | #16 | 100.0 | 98.1 | 1.9 | 0.48 |
| #16 | #30 | 100.0 | 97.4 | 2.6 | 0.65 |
| #30 | #50 | 100.0 | 94.2 | 5.8 | 1.45 |

| Max Loss | Specification |
|---|---|
| **5.8%** | **12% max** |

***DMSO-WFLHO***

| Passing | Retained On | Weight Before | Weight After | % Loss |
|---|---|---|---|---|
| 2" | 1.5" | 1505.5 | 1500.8 | 0.3 |
| 1.5" | ¾" | 1503.9 | 1500.6 | 0.2 |
| ¾" | 3/8" | 999.1 | 998.0 | 0.1 |
| 3/8" | #4 | 300.0 | 299.2 | 0.3 |

| Max Loss | Specification |
|---|---|
| **0.3%** | **12% max.** |

**DURABILITY INDEX AASHTO T 210**

| Durability index | Specification |
|---|---|
| **38** | **35 min.** |

MATERIALS TESTING & INSPECTION

**Dan King**
*Eastern Idaho Division Manager*

MATERIALS TESTING & INSPECTION



Environmental Services | Geotechnical Engineering | Construction Materials Testing | Special Inspections

Universal Construction
P.O. Box 187
Emmett, ID 83617

**Project: Camas NWR Complex (Project PRP-Cama 101(1))**
**Test Date: August 20, 2001**

As requested MTI has performed Sodium Sulfate, Durability Index and DMSO testing on the sample referenced below. The testing was performed in accordance with current AASHTO standards. The results obtained in our laboratory were as follows:

| | |
|---|---|
| **Source:** | Camas |
| **Date Obtained:** | July 24, 2001 |
| **Sample ID:** | 204-5 Boise Lab # 758 |
| **Test Standard:** | AASHTO T 104: X DMSO - WFLHO X Durability index X<br>Cycles: 5 |

***Sodium Sulfate AASHTO T104***

| Coarse Aggregate | | | | |
|---|---|---|---|---|
| Sieve Size | Initial Gradedd | Weight Before | % Loss | Weighted % Loss |
| 2.5-1.5" | | 1003.6 | 0.09 | 0.03 |
| 1-.75" | | 503.6 | 0.09 | 0.02 |
| .75-.375" | | 670.5 | 0.04 | 0.01 |
| .375 - #4 | | 330.1 | 0.21 | 0.03 |
| 3/8" | | 300.0 | 0.2 | 0.02 |
| Total | 100 | | | **.11** |
| Fine Aggregate | | | | |
| -#100 | 9.8 | -- | -- | -- |
| #50 - #100 | 25 | -- | -- | -- |
| #30 - #50 | 27.4 | 100.0 | 2.6 | 0.65 |
| #16 - #30 | 12.5 | 100.0 | 5.8 | 1.45 |
| #8 - #16 | 9.2 | 100.0 | | |
| #4 - #8 | 16.1 | 100.0 | | |
| Total | 100 | | | |

| Max Loss | Specification |
|---|---|
| **5.8%** | **12% max** |

***DMSO-WFLHO***

| Passing | Retained On | Weight Before | Weight After | % Loss |
|---|---|---|---|---|
| 2" | 1.5" | 1505.5 | 1500.8 | 0.3 |
| 1.5" | ¾" | 1503.9 | 1500.6 | 0.2 |
| ¾" | 3/8" | 999.1 | 998.0 | 0.1 |
| 3/8" | #4 | 300.0 | 299.2 | 0.3 |

| Max Loss | Specification |
|---|---|
| **0.3%** | **12% max.** |

**DURABILITY INDEX AASHTO T 210**

| Durability index | Specification |
|---|---|
| 38 | **35 min.** |

MATERIALS TESTING & INSPECTION

7446 W. Lemhi St., Boise ID 83709 208 376-4748 Fax 208 322-6515
E-Mail mti@mti-id.com www.mti-id.com

**Dan King**
*Eastern Idaho Division Manager*

MATERIALS
TESTING &
INSPECTION



Environmental Services Geotechnical Engineering Construction Materials Testing Special Inspections

Universal Construction
P.O. Box 187
Emmett, ID 83617

**Project: Camas NWR Complex (Project PRP-Cama 101(1))**
**Test Date: September 6, 2001**

As requested MTI has performed Sodium Sulfate, Durability Index and DMSO testing on the sample referenced below. The testing was performed in accordance with current AASHTO standards. The results obtained in our laboratory were as follows:

| | |
|---|---|
| **Source:** | Camas |
| **Date Obtained:** | August 15, 2001 |
| **Sample ID:** | 222-S |
| **Test Standard:** | AASHTO T 104: X DMSO - WFLHO X Durability index X<br>Cycles: 5 |

***Sodium Sulfate AASHTO T104***

| Coarse Aggregate | | | | |
|---|---|---|---|---|
| Sieve Size | Initial Gradedd | Initial Weight | % Loss | Weighted % Loss |
| 2.5-1.5" | 0 | -- | -- | -- |
| 1.5-.75" | 53.4 | 1513 | 2.2 | 1.17 |
| .75-.375" | 35.8 | 1000 | 2.4 | 0.86 |
| .375 - #4 | 10.8 | 300 | 2.1 | 0.23 |
| Total | 100 | | | **2.26** |
| Fine Aggregate | | | | |
| -#100 | 8.8 | -- | -- | -- |
| #50 - #100 | 31.8 | -- | -- | -- |
| #30 - #50 | 27.8 | 100.0 | 2.7 | 0.75 |
| #16 - #30 | 7.6 | 100.0 | 2.4 | 0.18 |
| #8 - #16 | 8.4 | 100.0 | 2.5 | 0.21 |
| #4 - #8 | 15.6 | 100.0 | 2.2 | 0.34 |
| Total | 100 | | | **1.48** |

| Max Loss | Specification |
|---|---|
| **2.26%** | **12% max** |

***DMSO-WFLHO***

| Passing | Retained On | Weight Before | Weight After | % Loss |
|---|---|---|---|---|
| 2" | 1.5" | 1520.7 | 892.4 | 41.3 |
| 1.5" | ¾" | 1502.7 | 1501.3 | 0.1 |
| ¾" | 3/8" | 1001.5 | 1000.5 | 0.1 |
| 3/8" | #4 | 300.4 | 300.4 | 0.1 |

| Max Loss | Specification |
|---|---|
| **41.6%** | **12% max.** |

**DURABILITY INDEX AASHTO T 210**

| Durability index | Specification |
|---|---|
| 51 | 35 min. |

MATERIALS TESTING & INSPECTION

**Dan King**
*Eastern Idaho Division Manager*

7446 W. Lemhi St., Boise ID 83709 208 376-4748 Fax 208 322-6515
E-Mail mtl@mti-id.com www.mti-id.com

MATERIALS TESTING & INSPECTION



Environmental Services | Geotechnical Engineering | Construction Materials Testing | Special Inspections

Universal Construction
P.O. Box 187
Emmett, ID 83617

**Project: Camas NWR Complex (Project PRP-Cama 101(1))**
**Test Date: September 6, 2001**

As requested MTI has performed Sodium Sulfate, Durability Index and DMSO testing on the sample referenced below. The testing was performed in accordance with current AASHTO standards. The results obtained in our laboratory were as follows:

| | |
|---|---|
| **Source:** | Camas |
| **Date Obtained:** | August 15, 2001 |
| **Sample ID:** | 223-S |
| **Test Standard:** | AASHTO T 104: X DMSO - WFLHO X Durability index X<br>Cycles: 5 |

***Sodium Sulfate AASHTO T104***

| Coarse Aggregate | | | | |
|---|---|---|---|---|
| Sieve Size | Initial Gradedd | Initial Weight | % Loss | Weighted % Loss |
| 2.5-1.5" | 0 | -- | -- | -- |
| 1.5- .75" | 53.6 | 1513 | 2.4 | 1.29 |
| .75-.375" | 335.3 | 1000 | 2.4 | 0.85 |
| .375 - #4 | 11.1 | 300 | 2.5 | 0.28 |
| Total | 100 | | | **2.33** |
| **Fine Aggregate** | | | | |
| -#100 | 7.5 | -- | -- | -- |
| #50 - #100 | 27.5 | -- | -- | -- |
| #30 - #50 | 29.3 | 100.0 | 2.9 | 0.85 |
| #16 - #30 | 10.3 | 100.0 | 2.7 | 0.28 |
| #8 - #16 | 8.8 | 100.0 | 2.6 | 0.23 |
| #4 - #8 | 16.6 | 100.0 | 2.6 | 0.43 |
| Total | 100 | | | **1.79** |

| Max Loss | Specification |
|---|---|
| **2.33%** | **12% max** |

***DMSO-WFLHO***

| Passing | Retained On | Weight Before | Weight After | % Loss |
|---|---|---|---|---|
| 2" | 1.5" | 1533.7 | 1530.2 | .2 |
| 1.5" | ¾" | 1499.7 | 1493.5 | .4 |
| ¾" | 3/8" | 999.9 | 999.4 | .1 |
| 3/8" | #4 | 330.5 | 298.9 | 9.6 |

| Max Loss | Specification |
|---|---|
| 9.6% | 12% max. |

**DURABILITY INDEX AASHTO T 210**

| Durability index | Specification |
|---|---|
| 71 | 35 min. |

MATERIALS TESTING & INSPECTION

**Dan King**
*Eastern Idaho Division Manager*

7446 W. Lemhi St., Boise ID 83709 208 376-4748 Fax 208 322-6515
E-Mail mti@mti-id.com www.mti-id.com

# MATERIALS TESTING & INSPECTION



Environmental Services | Geotechnical Engineering | Construction Materials Testing | Special Inspections

Universal Construction
P.O. Box 187
Emmett, ID 83617

**Project: Camas NWR Complex (Project PRP-Cama 101(1))**
**Test Date: September 6, 2001**

As requested MTI has performed Sodium Sulfate, Durability Index and DMSO testing on the sample referenced below. The testing was performed in accordance with current AASHTO standards. The results obtained in our laboratory were as follows:

| | |
|---|---|
| **Source:** | Camas |
| **Date Obtained:** | August 15, 2001 |
| **Sample ID:** | 224-S |
| **Test Standard:** | AASHTO T 104: **X** DMSO - WFLHO **X** Durability index **X**<br>Cycles: **5** |

## *Sodium Sulfate AASHTO T104*

| Coarse Aggregate | | | | |
|---|---|---|---|---|
| Sieve Size | Initial Gradedd | Initial Weight | % Loss | Weighted % Loss |
| 2.5-1.5" | 0 | -- | -- | -- |
| 1.5-.75" | 54.1 | 1513 | 2.4 | 1.30 |
| .75-.375" | 35.3 | 1000 | 2.7 | 1.95 |
| .375 - #4 | 10.6 | 300 | 2.8 | 0.30 |
| Total | 100 | | | **2.55** |
| Fine Aggregate | | | | |
| -#100 | 11.3 | -- | -- | -- |
| #50 - #100 | 28.0 | -- | -- | -- |
| #30 - #50 | 24.0 | 100.0 | 2.8 | 0.67 |
| #16 - #30 | 8.7 | 100.0 | 2.6 | 0.23 |
| #8 - #16 | 8.3 | 100.0 | 2.6 | 0.22 |
| #4 - #8 | 19.7 | 100.0 | 2.4 | 0.47 |
| Total | 100 | | | **1.59** |

| Max Loss | Specification |
|---|---|
| **2.55%** | **12% max** |

## *DMSO-WFLHO*

| Passing | Retained On | Weight Before | Weight After | % Loss |
|---|---|---|---|---|
| 2" | 1.5" | 1510.4 | 1494.3 | 1.1 |
| 1.5" | ¾" | 1506.0 | 1498.4 | 0.5 |
| ¾" | 3/8" | 1000.3 | 999.1 | 0.1 |
| 3/8" | #4 | 300.0 | 298.9 | 0.4 |

| Max Loss | Specification |
|---|---|
| **1.1%** | **12% max.** |

## DURABILITY INDEX AASHTO T 210

| Durability index | Specification |
|---|---|
| 71 | **35 min.** |

MATERIALS TESTING & INSPECTION

**Dan King**
*Eastern Idaho Division Manager*



220

MATERIALS TESTING & INSPECTION

Environmental Services | Geotechnical Engineering | Construction Materials Testing | Special Inspections

Universal Construction
P.O. Box 187
Emmett, ID 83617

**Project: Camas NWR Complex (Project PRP-Cama 101(1))**
**Test Date: September 6, 2001**

As requested MTI has performed Sodium Sulfate, Durability Index and DMSO testing on the sample referenced below. The testing was performed in accordance with current AASHTO standards. The results obtained in our laboratory were as follows:

| | |
|---|---|
| **Source:** | Camas |
| **Date Obtained:** | August 15, 2001 |
| **Sample ID:** | 225-S |
| **Test Standard:** | AASHTO T 104: X DMSO - WFLHO X Durability index X<br>Cycles: 5 |

### *Sodium Sulfate AASHTO T104*

| Coarse Aggregate | | | | |
|---|---|---|---|---|
| Sieve Size | Initial Gradedd | Initial Weight | % Loss | Weighted % Loss |
| 2.5-1.5" | 0 | -- | -- | -- |
| 1.5- .75" | 53.8 | 1513 | 2.7 | 1.45 |
| .75-.375" | 35.6 | 1000 | 3.1 | 1.10 |
| .375 - #4 | 10.6 | 300 | 3.2 | 0.32 |
| Total | 100 | | | **2.87** |
| Fine Aggregate | | | | |
| -#100 | 3.3 | -- | -- | -- |
| #50 - #100 | 15.1 | -- | -- | -- |
| #30 - #50 | 30.4 | 100.0 | 3.0 | 0.91 |
| #16 - #30 | 15.1 | 100.0 | 3.0 | 0.45 |
| #8 - #16 | 14.9 | 100.0 | 2.8 | 0.42 |
| #4 - #8 | 21.2 | 100.0 | 2.6 | 0.55 |
| Total | 100 | | | **2.33** |

| Max Loss | Specification |
|---|---|
| **2.87%** | **12% max** |

### *DMSO-WFLHO*

| Passing | Retained On | Weight Before | Weight After | % Loss |
|---|---|---|---|---|
| 2" | 1.5" | 1556.2 | 1550.2 | 0.4 |
| 1.5" | ¾" | 1511.2 | 1507.1 | 0.3 |
| ¾" | 3/8" | 1001.1 | 998.6 | .02 |
| 3/8" | #4 | 300.0 | 294.4 | 1.9 |

| Max Loss | Specification |
|---|---|
| **1.9%** | **12% max.** |

### DURABILITY INDEX AASHTO T 210

| Durability index | Specification |
|---|---|
| 72 | **35 min.** |

MATERIALS TESTING & INSPECTION

**Dan King**
*Eastern Idaho Division Manager*

7446 W. Lemhi St., Boise ID 83709 208 376-4748 Fax 208 322-6515
E-Mail mti@mti-id.com www.mti-id.com

221

MATERIALS
TESTING &
INSPECTION



Environmental Services | Geotechnical Engineering | Construction Materials Testing | Special Inspections

«FirstName» «LastName»
Universal Construction
«Address1»
«City», «State» «PostalCode»

# Sieve Analysis & Grain Size Distribution

Project: Camas Wildlife Refuge
Source: Freemont County Pit
Sample ID: 204-S
Date Received: July 24, 2001

Percent Moisture: 0.9%
Sand Equivalency: N/A
Fractured Face: N/A

| Sieve Size | Percent Passing | Specifications |
|---|---|---|
| 3.0" | | |
| 2.0" | 100% | |
| 1.5" | 96% | |
| 1.0" | 87% | |
| 3/4" | 78% | |
| 1/2" | 65% | |
| 3/8" | 57% | |
| #4 | 40% | |
| #8 | 31% | |
| #16 | 27% | |
| #30 | 22% | |
| #50 | 12% | |
| #100 | 3% | |
| #200 | 0.9% | |




Respectfully submitted,
MATERIALS TESTING & INSPECTION INC.

Reviewed by: **Dan King**

1230 N. Skyline Drive, Ste. C, Idaho Falls, ID 83402 208 529-8242 Fax 208 529-6911

222

Eastern Idaho Division Manager

MATERIALS TESTING & INSPECTION

Environmental Services | Geotechnical Engineering | Construction Materials Testing | Special Inspections

«FirstName» «LastName»
Universal Construction
«Address1»
«City», «State» «PostalCode»

# Sieve Analysis & Grain Size Distribution

Project: Camas Wildlife Refuge
Source: Pit Floor Gravel
Sample ID: 242-S
Date Received: August 29, 2001

Percent Moisture: 5.3%
Atterberg Limit: Non-Plastic

| Sieve Size | Percent Passing |
|---|---|
| 3.0" | |
| 2.0" | |
| 1.5" | |
| 1.0" | |
| 3/4" | 100% |
| 1/2" | 98% |
| 3/8" | 97% |
| #4 | 95% |
| #8 | 93% |
| #16 | 90% |
| #30 | 87% |
| #50 | 78% |
| #100 | 52% |
| #200 | 37.0% |




Respectfully submitted,
**MATERIALS TESTING & INSPECTION INC.**

Reviewed by: **Dan King**
Eastern Idaho Division Manager

MATERIALS TESTING & INSPECTION



Environmental Services | Geotechnical Engineering | Construction Materials Testing | Special Inspections

Universal Construction
P.O. Box 187
Emmett, Id 83617

# Sieve Analysis & Grain Size Distribution

Project: Camas Wildlife Refuge
Source: North Area Material
Classification: Sandy Silty Clay (CL-ML)
Sample ID: 264-S
Date Received: September 7, 2001

Percent Moisture: 2.1%
Liquid Limit: 24.4
Plastic Limit: 18.5
Plasticity Index: 5.9

| Sieve Size | Percent Passing |
|---|---|
| 3.0" | |
| 2.0" | |
| 1.5" | |
| 1.0" | |
| 3/4" | |
| 1/2" | |
| #4 | 100% |
| #8 | 99% |
| #16 | 99% |
| #30 | 97% |
| #40 | 95% |
| #50 | 88% |
| #100 | 77% |
| #200 | 63.3% |




Respectfully submitted,
MATERIALS TESTING & INSPECTION INC.

Reviewed by: **Dan King**
Eastern Idaho Division Manager

MATERIALS
TESTING &
INSPECTION



Environmental Services | Geotechnical Engineering | Construction Materials Testing | Special Inspections

Universal Construction
P.O. Box 187
Emmett, ID 83617

# Sieve Analysis & Grain Size Distribution

Project: Camas Wildlife Refuge
Classification: Elastic Silt with Sand (MH)
Sample ID: 282-S
Date Received: September 28. 2001

Percent Moisture: 5.4%
Liquid Limit: 65
Plastic Limit: 32
Plasticity Index: 33

| Sieve Size | Percent Passing |
|---|---|
| 3.0" | |
| 2.0" | |
| 1.5" | |
| 1.0" | 100% |
| 3/4" | 98% |
| 1/2" | 98% |
| 3/8" | 97% |
| #4 | 96% |
| #8 | 94% |
| #16 | 91% |
| #30 | 88% |
| #50 | 84% |
| #100 | 80% |
| #200 | 75.4% |




Respectfully submitted,
MATERIALS TESTING & INSPECTION INC.

Reviewed by: **Dan King**
Eastern Idaho Division Manager

MATERIALS
TESTING &
INSPECTION



Environmental Services Geotechnical Engineering Construction Materials Testing Special Inspections

Universal Construction
P.O. Box 187
Emmett, ID 83617

# Sieve Analysis & Grain Size Distribution

Project: Camas Wildlife Refuge
Source: Camas Pit
Sample ID: 284-S
Date Received: September 28, 2001

Percent Moisture: 1.2%
Fracture Face: 56%

| Sieve Size | Percent Passing | WFLHD Grading H | ITD 703.04 Specifications 3/4" agg base |
|---|---|---|---|
| 1.0" | | 100% | 100% |
| 3/4" | 87% | | 90-100% |
| 1/2" | 52% | 70-80% | |
| 3/8" | 42% | | |
| #4 | 28% | 35-50% | 40-65% |
| #8 | 22% | | 30-50% |
| #10 | 21% | 25-40% | |
| #16 | 20% | | |
| #30 | 18% | | |
| #40 | 15% | 15-25% | |
| #50 | 12% | | |
| #100 | 5% | | |
| #200 | 3.6% | 8-14% | 3-9% |




Respectfully submitted,
MATERIALS TESTING & INSPECTION INC.

Reviewed by: **Dan King**
Eastern Idaho Division Manager

# MATERIALS TESTING & INSPECTION



Environmental Services | Geotechnical Engineering | Construction Materials Testing | Special Inspections

Universal Construction
P.O. Box 187
Emmett, ID 83617

## Sieve Analysis & Grain Size Distribution

Project: Camas Wildlife Refuge
Classification: Crushed + Bentonite 12:1
Sample ID: 287-S
Date Received: October 3, 2001

Atterberg Limit: Non-plastic

| Sieve Size | Percent Passing | WFLHD Grading H | ITD 703.04 Specifications |
|---|---|---|---|
| 3.0" | | | 3/4" agg base |
| 1.0" | 100% | 100% | 100% |
| 3/4" | 95% | | 90-100% |
| 1/2" | 78% | 70-80% | |
| 3/8" | 71% | | |
| #4 | 58% | 35-50% | 40-65% |
| #8 | 50% | | 30-50% |
| #10 | 48% | 25-40% | |
| #16 | 45% | | |
| #30 | 40% | | |
| #40 | 33% | 15-25% | |
| #50 | 23% | | |
| #100 | 7% | | |
| #200 | 3.7% | 8-14% | 3-9% |




Respectfully submitted,
**MATERIALS TESTING & INSPECTION INC.**

Reviewed by: **Dan King**
Eastern Idaho Division Manager

1230 N. Skyline Drive, Ste. C, Idaho Falls, ID 83402 208 529-8242 Fax 208 529-6911

228

**MATERIALS TESTING & INSPECTION**



Environmental Services | Geotechnical Engineering | Construction Materials Testing | Special Inspections

Universal Construction
P.O. Box 187
Emmett, ID 83617

# Sieve Analysis & Grain Size Distribution

Project: Camas Wildlife Refuge
Classification: Crushed + Bentonite 9:1
Sample ID: 288-S
Date Received: October 3, 2001

Atterberg Limit: Non-plastic

| Sieve Size | Percent Passing | WFLHD Grading H | ITD 703.04 Specifications |
|---|---|---|---|
| 3.0" | | | 3/4" agg base |
| 1.0" | 100% | 100% | 100% |
| 3/4" | 94% | | 90-100% |
| 1/2" | 80% | 70-80% | |
| 3/8" | 71% | | |
| #4 | 58% | 35-50% | 40-65% |
| #8 | 52% | | 30-50% |
| #10 | 50% | 25-40% | |
| #16 | 47% | | |
| #30 | 43% | | |
| #40 | 38% | 15-25% | |
| #50 | 31% | | |
| #100 | 18% | | |
| #200 | 12.6% | 8-14% | 3-9% |




Respectfully submitted,
**MATERIALS TESTING & INSPECTION INC.**

Reviewed by: **Dan King**
Eastern Idaho Division Manager

MATERIALS TESTING & INSPECTION



Environmental Services | Geotechnical Engineering | Construction Materials Testing | Special Inspections

Universal Construction
P.O. Box 187
Emmett, Id 83617

# Sieve Analysis & Grain Size Distribution

Project: Camas Wildlife Refuge
Source: Bentonite Clay
Sample ID: 291-S
Date Received: October 5, 2001

Percent Moisture: 21.5%

| Sieve Size | Percent Passing |
|---|---|
| 3.0" | |
| 1.0" | |
| 3/4" | 100% |
| 1/2" | 97% |
| 3/8" | 96% |
| #4 | 91% |
| #8 | 87% |
| #10 | 86% |
| #16 | 81% |
| #30 | 76% |
| #40 | 72% |
| #50 | 70% |
| #100 | 64% |
| #200 | 58.3% |




Respectfully submitted,
MATERIALS TESTING & INSPECTION INC.

Reviewed by: Dan King
Eastern Idaho Division Manager

Universal Construction
P.O. Box 187
Emmett, Id 83617

**Sample Date:** July 24, 2001
**Description:** Gravel, Grading A,
**Log #:** 204-S

As requested, MTI has completed L.A. abrasion tests in accordance with AASHTO T-96.

Test results are as follows:

| Sieve Size | | | | | |
|---|---|---|---|---|---|
| **Passing** | **Retained** | **A** | **B** | **C** | **D** |
| 1 ½" | 1" | 1250 | | | |
| 1" | 3/4" | 1250 | | | |
| 3/4" | 1/2" | 1250 | 2500 | | |
| 1/2" | 3/8" | 1250 | 2500 | | |
| 3/8" | 1/4" | | | 2500 | |
| 1/4" | # 4 | | | 2500 | |
| # 4 | # 8 | | | | 5000 |

| Grading | Spheres | Charge Wt. |
|---|---|---|
| A | 12 | 5000 @ 25 |
| B | 11 | 4585 @ 25 |
| C | 8 | 3330 @ 20 |
| D | 6 | 2500 @ 15 |

Grading: A

Number of Spheres: 12

| | | |
|---|---|---|
| A= | Initial Weight: | 5001.0 |
| B= | Final Weight: | 3903.3 |

Loss = 1097.7

| Percent Wear (R) = 21.9% | Job Specs. 35% Max. |
|---|---|

R= A-B*100 / A

**Note:**
If you have any questions concerning this report, please call us at **(208) 529-8242**.

Respectfully submitted,
**Materials Testing & Inspection, Inc.**

Dan King
Eastern Idaho Manager

231

**Universal Construction**
**P.O. Box 187**
**Emmett, Id 83617**

**Sample Date:** August 15, 20001
**Description:** Gravel, Grading A,
**Log #:** 222-S

As requested, MTI has completed L.A. abrasion tests in accordance with AASHTO T-96.

Test results are as follows:

| Sieve Size | | | | | |
|---|---|---|---|---|---|
| **Passing** | **Retained** | **A** | **B** | **C** | **D** |
| 1 ½" | 1" | 1250 | | | |
| 1" | 3/4" | 1250 | | | |
| 3/4" | 1/2" | 1250 | 2500 | | |
| 1/2" | 3/8" | 1250 | 2500 | | |
| 3/8" | 1/4" | | | 2500 | |
| 1/4" | # 4 | | | 2500 | |
| # 4 | # 8 | | | | 5000 |

| **Grading** | **Spheres** | **Charge Wt.** |
|---|---|---|
| A | 12 | 5000 @ 25 |
| B | 11 | 4585 @ 25 |
| C | 8 | 3330 @ 20 |
| D | 6 | 2500 @ 15 |

Grading: A

Number of Spheres: 12

| | | |
|---|---|---|
| A= | Initial Weight: | 5016.2 |
| B= | Final Weight: | 3981.0 |

Loss = 1035.2

| **Percent Wear (R) = 20.6%** | Job Specs. 35% Max. |
|---|---|

$R = \frac{A-B*100}{A}$

**Note:**

If you have any questions concerning this report, please call us at **(208) 529-8242**.

Respectfully submitted,
**Materials Testing & Inspection, Inc.**

Dan King
Eastern Idaho Manager

232

**Universal Construction**
**P.O. Box 187**
**Emmett, Id 83617**

**Sample Date:** August 15, 20001
**Description:** Gravel, Grading A,
**Log #:** 223-S

As requested, MTI has completed L.A. abrasion tests in accordance with AASHTO T-96.

Test results are as follows:

| Sieve Size | | | | | |
|---|---|---|---|---|---|
| **Passing** | **Retained** | **A** | **B** | **C** | **D** |
| 1 ½" | 1" | 1250 | | | |
| 1" | 3/4" | 1250 | | | |
| 3/4" | 1/2" | 1250 | 2500 | | |
| 1/2" | 3/8" | 1250 | 2500 | | |
| 3/8" | 1/4" | | | 2500 | |
| 1/4" | # 4 | | | 2500 | |
| # 4 | # 8 | | | | 5000 |

| Grading | Spheres | Charge Wt. |
|---|---|---|
| A | 12 | 5000 @ 25 |
| B | 11 | 4585 @ 25 |
| C | 8 | 3330 @ 20 |
| D | 6 | 2500 @ 15 |

Grading: A

Number of Spheres: 12

| | | |
|---|---|---|
| A= | Initial Weight: | 5007.9 |
| B= | Final Weight: | 4010.6 |

Loss = 997.3

| Percent Wear (R) = 19.9% | Job Specs. 35% Max. |
|---|---|

$$R = \frac{A-B*100}{A}$$

**Note:**

If you have any questions concerning this report, please call us at **(208) 529-8242**.

Respectfully submitted,
**Materials Testing & Inspection, Inc.**

Dan King
Eastern Idaho Manager

233

Universal Construction
P.O. Box 187
Emmett, Id 83617

**Sample Date:** August 15, 20001
**Description:** Gravel, Grading A,
**Log #:** 224-S

As requested, MTI has completed L.A. abrasion tests in accordance with AASHTO T-96.

Test results are as follows:

| Sieve Size | | | | | |
|---|---|---|---|---|---|
| **Passing** | **Retained** | **A** | **B** | **C** | **D** |
| 1 ½" | 1" | 1250 | | | |
| 1" | 3/4" | 1250 | | | |
| 3/4" | 1/2" | 1250 | 2500 | | |
| 1/2" | 3/8" | 1250 | 2500 | | |
| 3/8" | 1/4" | | | 2500 | |
| 1/4" | # 4 | | | 2500 | |
| # 4 | # 8 | | | | 5000 |

| Grading | Spheres | Charge Wt. |
|---|---|---|
| A | 12 | 5000 @ 25 |
| B | 11 | 4585 @ 25 |
| C | 8 | 3330 @ 20 |
| D | 6 | 2500 @ 15 |

Grading: A

Number of Spheres: 12

| | | |
|---|---|---|
| A= | Initial Weight: | 4992.2 |
| B= | Final Weight: | 3978.5 |

Loss = 1013.7

| | |
|---|---|
| **Percent Wear (R) = 20.3%** | Job Specs. 35% Max. |

R= A-B*100 / A

**Note:**

If you have any questions concerning this report, please call us at **(208) 529-8242**.

Respectfully submitted,
**Materials Testing & Inspection, Inc.**

Dan King
Eastern Idaho Manager

234

**Universal Construction**
**P.O. Box 187**
**Emmett, Id 83617**

**Sample Date:** August 15, 20001
**Description:** Gravel, Grading A,
**Log #:** 225-S

As requested, MTI has completed L.A. abrasion tests in accordance with AASHTO T-96.

Test results are as follows:

| Sieve Size | | | | | |
|---|---|---|---|---|---|
| **Passing** | **Retained** | **A** | **B** | **C** | **D** |
| 1 ½" | 1" | 1250 | | | |
| 1" | 3/4" | 1250 | | | |
| 3/4" | 1/2" | 1250 | 2500 | | |
| 1/2" | 3/8" | 1250 | 2500 | | |
| 3/8" | 1/4" | | | 2500 | |
| 1/4" | # 4 | | | 2500 | |
| # 4 | # 8 | | | | 5000 |

| Grading | Spheres | Charge Wt. |
|---|---|---|
| A | 12 | 5000 @ 25 |
| B | 11 | 4585 @ 25 |
| C | 8 | 3330 @ 20 |
| D | 6 | 2500 @ 15 |

Grading: A

Number of Spheres: 12

| | | |
|---|---|---|
| A= | Initial Weight: | 5000.4 |
| B= | Final Weight: | 4009.9 |

Loss = 990.5

| Percent Wear (R) = 19.8% | Job Specs. 35% Max. |
|---|---|

R= A-B*100 / A

**Note:**

If you have any questions concerning this report, please call us at **(208) 529-8242.**

Respectfully submitted,
**Materials Testing & Inspection, Inc.**

Dan King
Eastern Idaho Manager

# MATERIALS TESTING & INSPECTION

# MOISTURE DENSITY PROCTOR TEST REPORT

Environmental Services | Geotechnical Engineering | Construction Materials Testing | Special Inspections

Universal Construction
P.O. Box 187
Emmett, ID 83617

As requested MTI has performed a proctor on the sample referenced below. The testing was performed in accordance with current AASHTO or ASTM standards. The results obtained in our laboratory were as follows:

| | | | |
|---|---|---|---|
| Project: | Camas Wildlife Refuge | | |
| Source: | | | |
| Date Obtained: | October 9, 2001 | | |
| Sample ID: | | | |
| ASTM D 2487 Classification: | | | |
| Sample Prepared: | Moist. X<br>Dry | Manual:<br>Mechanical: | |
| Test Standard: | AASHTO T 99:<br>ASTM D 698 | AASHTO T 180: X<br>ASTM D 1557 | Method<br>D |

| Assumed Sp. Gr. | Point Number | Percent Moisture | Dry Density | Maximum Dry Density | Optimum % Moisture |
|---|---|---|---|---|---|
| 2.65 | 1 | 6.8 | 109.1 | 125.3 lbs/ft^3 | 10.8 % |
| | 2 | 8.5 | 120.8 | ASTM D-4718, Correction | |
| | 3 | 10.8 | 124.5 | for Oversize Particles | |
| | 4 | 13.8 | 117.8 | 125.3 lbs/ft^3 | |




| Sieve Size | Percent Passing | Sample Specs |
|---|---|---|
| 3.0" | | |
| 1.5" | | |
| 1.25" | | |
| 1.0" | | |
| 7/8" | | |
| 3/4" | 100 | |
| 5/8" | | |
| 1/2" | | |
| 3/8" | | |
| 1/4" | | |
| #4 | | |
| #8 | | |
| #10 | | |
| #16 | | |
| #20 | | |
| #30 | | |
| #40 | | |
| #50 | | |
| #60 | | |
| #80 | | |
| #100 | | |
| #200 | | |

**Comment [Baba1]:** If there is more than 30% retained (below 70% passing) on the ¾" screen, please include a note stating the following: "This proctor does not meet the criteria set forth in ASTM 4718. There is more than 30 percent retained on the ¾" screen."

**Comment [Babe2]:**

Note:

Respectfully submitted,
MATERIALS TESTING & INSPECTION INC.

Reviewed by: **Dan King**
Eastern Idaho Division Manager



236

MATERIALS TESTING & INSPECTION

# MOISTURE DENSITY PROCTOR TEST REPORT



Environmental Services | Geotechnical Engineering | Construction Materials Testing | Special Inspections

«FirstName» «LastName»
«Company»
«Address1»
«City», «State» «PostalCode»

As requested MTI has performed a proctor on the sample referenced below. The testing was performed in accordance with current AASHTO or ASTM standards. The results obtained in our laboratory were as follows:

| | | | |
|---|---|---|---|
| Project: | Camas Wildlife Refuge | | |
| Source: | | | |
| Date Obtained: | October 10, 2001 | | |
| Sample ID: | | | |
| ASTM D 2487 Classification: | | | |
| Sample Prepared: | Moist: Dry: | Manual: Mechanical: | |
| Test Standard: | AASHTO T 99: ASTM D 698: | AASHTO T 180: ASTM D 1557: | Method |

| Assumed Sp. Gr. | Point Number | Percent Moisture | Dry Density | Maximum Dry Density | Optimum % Moisture |
|---|---|---|---|---|---|
| 2.60 | 1 | 5.4 | 107.9 | 121.5 lbs/ft^3 | 11.2 % |
| | 2 | 8.6 | 118.6 | ASTM D 4718, Correction | |
| | 3 | 11.7 | 121.6 | for Oversize Particles | |
| | 4 | 16.0 | 111.5 | 121.5 lbs/ft^3 | |




| Sieve Size | Percent Passing | Sample Spec |
|---|---|---|
| 3.0" | | |
| 1.5" | | |
| 1.25" | | |
| 1.0" | | |
| 7/8" | | |
| 3/4" | 100 | |
| 5/8" | | |
| 1/2" | | |
| 3/8" | | |
| 1/4" | | |
| #4 | | |
| #8 | | |
| #10 | | |
| #16 | | |
| #20 | | |
| #30 | | |
| #40 | | |
| #50 | | |
| #60 | | |
| #80 | | |
| #100 | | |
| #200 | | |

Comment [Babs1]: If there is more than 30% retained (below 70% passing) on the ¾" screen please include a note stating the following: "This proctor does not meet the criteria set forth in ASTM 4718. There is more than 30 percent retained on the ¾" screen."

Comment [Babs2]:

Note:

Respectfully submitted,
**MATERIALS TESTING & INSPECTION INC.**

Reviewed by: **Dan King**
Eastern Idaho Division Manager

MATERIALS TESTING & INSPECTION

# MOISTURE DENSITY PROCTOR TEST REPORT

C:\DOCUMENTS AND SETTINGS\MJH\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK5\PROCTOR 285-5.DOC

Environmental Services | Geotechnical Engineering | Construction Materials Testing | Special Inspections

Universal Construction
P.O. Box 187
Emmett, ID 83617

As requested MTI has performed a proctor on the sample referenced below. The testing was performed in accordance with current AASHTO or ASTM standards. The results obtained in our laboratory were as follows:

| | | | |
|---|---|---|---|
| Project: | Camas Wildlife Refuge | | |
| Source: | Barrow Pit # 1 | | |
| Date Obtained: | October 2, 2001 | | |
| Sample ID: | 285-5 | | |
| ASTM D 2487 Classification: | | | |
| Sample Prepared: | Moist: X<br>Dry: | Manual:<br>Mechanical: | |
| Test Standard: | AASHTO T 99:<br>ASTM D 698: | AASHTO T 180: X<br>ASTM D 1557: | Method<br>A |

| Assumed Sp. Gr. | Point Number | Percent Moisture | Dry Density | Maximum Dry Density | Optimum % Moisture |
|---|---|---|---|---|---|
| 2.65 | 1 | 9.3 | 114.0 | 120.7 lbs/ft^3 | 12.5 % |
| | 2 | 11.5 | 121.2 | ASTM D-4718, Correction | |
| | 3 | 13.7 | 118.9 | for Oversize Particles | |
| | 4 | 16.3 | 112.3 | 120.7 lbs/ft^3 | |




| Sieve Size | Percent Passing | Sample Specs |
|---|---|---|
| 3.0" | | |
| 1.5" | | |
| 1.25" | | |
| 1.0" | | |
| 7/8" | | |
| 3/4" | | |
| 5/8" | | |
| 1/2" | | |
| 3/8" | | |
| 1/4" | 100 | |
| #4 | | |
| #8 | 100 | |
| #10 | 100 | |
| #16 | 100 | |
| #20 | | |
| #30 | 99 | |
| #40 | 96 | |
| #50 | 83 | |
| #60 | | |
| #80 | | |
| #100 | 32 | |
| #200 | 23.9 | |

Comment [Babs1]: If there is more than 30% retained (below 70% passing) on the ¾" screen, please include a note stating the following: "This proctor does not meet the criteria set forth in ASTM 4718. There is more than 30 percent retained on the ¾" screen."

Comment [Babs2]:

Note:

Respectfully submitted,
MATERIALS TESTING & INSPECTION INC.

Reviewed by: Dan King
Eastern Idaho Division Manager

MATERIALS TESTING & INSPECTION

# MOISTURE DENSITY PROCTOR TEST REPORT

REVISION # 1
REVISION DATE OCTOBER 8, 2001

C:\DOCUMENTS AND SETTINGS\MJN\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK5\PROCTOR 286-S.DOC

Environmental Services | Geotechnical Engineering | Construction Materials Testing | Special Inspections

Universal Construction
P.O. Box 187
Emmett, ID 83617

As requested MTI has performed a proctor on the sample referenced below. The testing was performed in accordance with current AASHTO or ASTM standards. The results obtained in our laboratory were as follows:

| | | | |
|---|---|---|---|
| Project: | Camas Wildlife Refuge | | |
| Source: | Borrow Pit # 2 | | |
| Date Obtained: | October 2, 2001 | | |
| Sample ID: | 286-S | | |
| ASTM D 2487 Classification: | | | |
| Sample Prepared: | Moist: <br> Dry: X | Manual: <br> Mechanical | |
| Test Standard: | AASHTO T 99: <br> ASTM D 698: | AASHTO T 180: X <br> ASTM D 1557: | Method <br> A |

| Assumed Sp. Gr. | Point Number | Percent Moisture | Dry Density | Maximum Dry Density | Optimum % Moisture |
|---|---|---|---|---|---|
| 2.40 | 1 | 6.7 | 105.5 | 110.3 lbs/ft^3 | 11.7% |
| | 2 | 8.6 | 107.9 | ASTM D-4718, Correction for Oversize Particles | |
| | 3 | 13.1 | 110.2 | | |
| | 4 | 16.1 | 106.1 | 110.3 lbs/ft^3 | |




| Sieve Size | Percent Passing | Sample Specs |
|---|---|---|
| 3.0" | | |
| 2.0" | | |
| 1.5" | | |
| 1.25" | | |
| 1.0" | | |
| 7/8" | | |
| 3/4" | | |
| 1/2" | | |
| 3/8" | 100 | |
| 1/4" | | |
| #4 | 100 | |
| #8 | 99 | |
| #10 | 99 | |
| #16 | 98 | |
| #20 | | |
| #30 | 97 | |
| #40 | 93 | |
| #50 | 69 | |
| #60 | | |
| #80 | | |
| #100 | 14 | |
| #200 | 6.0 | |

Comment [Babs1]: If there is more than 30% retained (below 70% passing) on the ¾" screen, please include a note stating the following: "This proctor does not meet the criteria set forth in ASTM 4718. There is more than 30 percent retained on the ¾" screen."

Comment [Babs2]:

Note:

Respectfully submitted,
MATERIALS TESTING & INSPECTION INC.

Reviewed by: **Dan King**
Eastern Idaho Division Manager