IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNIVERSAL CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-1502C |
| v. | ) | Consolidated with |
| | ) | No. 03-2370C |
| THE UNITED STATES, | ) | (Senior Judge Smith) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE
TO FILE AN AMENDED MOTION FOR SUMMARY JUDGMENT

Pursuant to Rules 5.1(a)(1), 7(b), and 56 of the Rules of the United States Court of Federal Claims, defendant respectfully requests leave to file an amended motion for summary judgment. Defendant's counsel has conferred with Thomas Larkin, counsel for Universal Construction, Inc., who consents to this motion.

In support of this motion, defendant states that it filed its motion for summary judgment electronically on September 1, 2005 but failed to attach the table of authorities and table of contents required by Rule 5.1. The amended motion for summary judgment corrects this deficiency. There are no substantive changes to the motion.

A copy of defendant's proposed amended motion for summary judgment is attached.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor,
1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 307-0361

September 6, 2005

CERTIFICATE OF SERVICE

______I hereby certify that on this 6th day of September 2005, a copy of the foregoing Unopposed Motion for Leave To File An Amended Motion For Summary Judgment was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

John Spencer Stewart
Stewart Sokol & Gray, LLC
2300 SW First Avenue
Suite 200
Portland, OR 97201-5047

s/ Michael N. O'Connell