IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNIVERSAL CONSTRUCTION, INC., Plaintiff, | ) | No. 03-1502C |
| v. | ) | Consolidated With |
| | ) | No. 03-2370C |
| THE UNITED STATES, Defendant. | ) | (Sr. Judge Smith) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claim, plaintiff, Universal Construction, Inc., respectfully requests an enlargement of time to respond to defendant's motion for summary judgment. This consolidated action is scheduled to be mediated by ASBCA Judge David James on October 19–20, 2005.

Accordingly, plaintiff requests that the time to respond be enlarged by 32 days or until November 4, 2005. There has not been any previous enlargement of time requested to respond to defendant's motion for summary judgment that was filed on August 31, 2005. Plaintiff's counsel has spoken with Michael N. O'Connell, counsel for the United States, who stated the United States does not oppose this motion.

Respectfully submitted,

**s/ Thomas A. Larkin**

JOHN SPENCER STEWART
THOMAS A. LARKIN
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Tel: (503) 221-0699
Attorneys for Plaintiff

September 7, 2005.

CERTIFICATE OF FILING

I hereby certify that on this 7th day of September, 2005, a copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/ Thomas A. Larkin**

W:\WORK\Clients G-J\Ins Co of West\Universal Construction\SDS\Pleadings\Motion.Enlargement of Time.MSJ Reply.wpd