# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *
UNIVERSAL CONSTRUCTION, INC.

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * *

No. 03-1502C
Consolidated With
No. 03-2370C

Filed: September 15, 2005

Senior Judge Smith

**ORDER**

The Court hereby GRANTS Plaintiff's unopposed motion for enlargement of time to file its response to Defendant's motion for summary judgment. Plaintiff's response shall be filed and served on or before November 4, 2005.

**It is so ORDERED**.

s/Loren A. Smith
LOREN A. SMITH
Senior Judge