# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *
*
UNIVERSAL CONSTRUCTION, INC. *
*
*Plaintiff,* * No. 03-1502C
* Consolidated With
v. * No. 03-2370C
*
THE UNITED STATES, * Filed: September 27, 2005
*
*Defendant.* * Senior Judge Smith
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby DENIES Plaintiff's unopposed motion for enlargement of time to file as moot.

**It is so ORDERED**.

s/Loren A. Smith
LOREN A. SMITH
Senior Judge