IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNIVERSAL CONSTRUCTION, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-1502C |
| v. | ) | Consolidated With |
| | ) | No. 03-2370C |
| | ) | (Senior Judge Smith) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PLAINTIFF'S APPENDIX

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNIVERSAL CONSTRUCTION, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-1502C |
| v. | ) | Consolidated With |
| | ) | No. 03-2370C |
| | ) | (Senior Judge Smith) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PLAINTIFF'S APPENDIX


| Document | Pages(s) |
|---|---|
| Camas National Wildlife Refuge ID RRP Cama 101(1), Design Narrative | 1-4 |
| Steenblik Expert Report (Pages 10-11) | 5-6 |
| Section H of Camas Contract, Mitigation Permit | 7-32 |
| Camas NWR Complex Project Plans | 33-55 |
| Deposition Excerpt, Richard Pape Volume I | 56-58 |
| FHWA Letter Accepting Universal Construction Inc. Offer August 21, 2001 | 59-60 |
| Deposition Excerpt, Richard Pape Volume II | 61-63 |
| Deposition Excerpt, Richard Standerfer | 64-67 |
| FHWA Notice of Termination for Default, June 20, 2002 | 68-69 |
| Deposition Excerpt, William Parsons | 70-73 |
| William Parsons' Email Re Call From Camas NWR Sub Regarding Payment | 74-75 |
| Deposition Excerpt, Rance Bare | 76-82 |

| | |
|---|---|
| Deposition Excerpt, Jane Traffalis | 83-85 |
| Deposition Excerpt, Gerald Deutscher | 86-88 |
| FP-96, Section 704.-SOIL | 89-93 |
| Deposition Excerpt, Richard Standerfer | 94 |
| Deposition Excerpt, Jane Traffalis | 95 |
| Deposition Excerpt, Rance Bare | 96 |
| Deposition Excerpt, Jane Traffalis | 97-98 |
| Universal Construction, Camas NWR Complex Project Schedules | 99-106 |
| FHWA Letter Rejectin Quality Control Plan, September 11, 2001 | 107 |
| UCI Quality Control Plan Modification | 108-118 |
| FHWA Letter Rejecting Revised Quality Control Plan, September 17, 2001 | 119-129 |
| UCI Letter Re Revised Quality Control Plan September 18, 2001 | 130-173 |
| FHWA Letter Re Revised Quality Control Plan,, September 27, 2001 | 174 |
| UCI Letter Re Revised Quality Control Plan September 18, 2001 | 175-200 |
| FHWA Letter Re Revised Quality Control Plan, September 28, 2001 | 201 |
| Deposition Excerpt, Todd Butikofer | 202-207 |
| Deposition Excerpt, Richard Pape Volume I | 208 |
| Deposition Excerpt, Todd Butikofer | 209-210 |
| Deposition Excerpt, Jane Traffalis | 211 |
| Deposition Excerpt, Richard Pape I | 212 |
| Deposition Excerpt, Rance Bare | 213 |
| Deposition Excerpt, Richard Standerfer | 214-215 |
| Deposition Excerpt, Todd Butikofer | 216 |

| | |
|---|---|
| Deposition Excerpt, Alfred Stites | 217-221 |
| Deposition Excerpt, Todd Butikofer | 222-224 |
| MCI Moisture Density Report | 225-239 |
| Deposition Excerpt, Lloyd Steenblik | 240-243 |
| Deposition Excerpt, Craig Sanders | 244-246 |
| Deposition Excerpt, David Cram | 247-249 |
| Deposition Excerpt, Jane Traffalis | 250-251 |
| Deposition Excerpt, Rance Bare | 252-254 |
| Deposition Excerpt, Daniel Christianson | 255-257 |
| Project Engineers Diary | 258 |
| Deposition Excerpt, Jane Traffalis | 259-260 |
| FHWA Project Engineer Daily Log, November 6, 2001 | 261-262 |
| FHWA Letter to UCI, November 23, 2001 | 263 |
| Deposition Excerpt, Todd Butikofer | 264-266 |
| Deposition Excerpt, Craig Sanders | 267 |
| Deposition Excerpt, Karl Languirand | 268-270 |
| FHWA Project Engineer Daily Log, October 15, 2001 | 271 |
| Deposition Excerpt, Todd Butikofer | 272 |
| FHWA Letter Re Revised Quality Control Plan, September 27, 2001 | 273 |
| Deposition Excerpt, Karl Languirand | 274 |
| Index of Contract Clauses | 275-277 |
| FP-96, Section 204., Excavation and Embankment | 278-284 |
| Depostition Excerpt, David Cram | 285 |

| | |
|---|---|
| Deposition Excerpt, Richard Standerfer | 286 |
| MTI Letter Re:Copies of MTI Reports Related to the Camas NWR Complex | 287-288 |
| Deposition Excerpt, Richard Pape Volume I | 289 |
| USDOT Special Contract Requirements Cover Page | 290 |
| USDOT Contract 101(1) Cover Page | 291 |
| Special Contract Requirement's Table of Contents | 292-293 |