# FEDERAL HIGHWAY ADMINISTRATION
# WESTERN FEDERAL LANDS HIGHWAY DIVISION

## Camas National Wildlife Refuge
## ID RRP CAMA 101(1)

# DESIGN NARRATIVE



PENGAD 800-631-6989
EXHIBIT
4
Sanders
11-2-04

Address/Phone List

Gerald Deutscher
Refuge Manager
Camas National Wildlife Refuge
2150 E 2350 N
Hamer, ID 83425
(208) 662-5423

Dick Munoz
Project leader
SE Idaho National Wildlife Refuge Complex
4425 Burley Drive, Suite A
Chubbuck, Idaho 83202
(208) 237-6615

Nathan Caldwell
TEA-21/Grants Coordinator
911 NE 11th Avenue
Portland, Oregon 97232-4181
(503) 231 2025

Doyle Crane
Road Superintendent
Jefferson county Road Department
PO Box 567
Rigby, ID 83442
(208) 745-9224

Rob Brochu
U.S. Army Corp of Engineers
Idaho Falls Regulatory Office
900 N. Skyline Drive
Idaho Falls, ID 83402

This project is located approximately 30 miles north of Idaho Falls, Idaho, on the Camas National Wildlife Refuge, just off of I-15. Take the Hamer exit to get to the refuge. The U.S. Fish and Wildlife Service is our primary customer. The purpose of this project is to widen and resurface 10 km of their interior roads, as well as construct a new paved 267 meter long entrance road and parking lot to by-pass the existing headquarters. The reconstruction of Well #1 bridge has also been added to the project. The following comments are offered for clarification, insight and intent:

*We are building a refuge road with little to no traffic. The words "beat it to fit, paint it to match" was never more fitting.*

**Interior Borrow Sources:**
Due to the amount of money available for PE, which is related to the size of this project, it was decided that no geotechnical investigations should be done. The material taken from the borrow sources will have to be visually monitored closely for quality. The locations for the borrow sources were given by the refuge manager, as he says he has used them in the past for that purpose, and that it was mostly good material.
He also mentioned that we could probably expand the areas some if it was necessary for quantity. Work closely with the Refuge Manager.
The borrow sources are also doubling as wetland mitigation sites, so again, work with the Refuge Manager during the final shaping. The mitigation sites are in exchange for the sliver fills we are building along the auto tour route and cut-off road.
Most of the material for the auto tour route fills is to come from these sources.

**Survey:**
The survey was an open traverse, done on a shoestring budget. This means that there will probably be some errors in the control(a few cm?), and the Contractor's surveyor will probably come to you stating such. This is a refuge road with almost no traffic, so adjust as necessary(if necessary). Just keep in mind what we are trying to build. The survey was done in order to figure how much and where the widening would be, in order to get the 404 permit.

Staking: Yes, I know that the staking notes don't exactly match with the typical sections for the 267 m long new entrance road(3.4 meter lane width versus 3.3 meter typical). Construct according to the staking notes. Our standards engineer told me late in the game that we can only build to a 0.3 m increment when in metric. I told him I would change it, but I just changed the typical section drawing. I had to get it down to contracts, so we could go to ad and get it built this year. The quantities, staking notes, and geopak design are all based on a 3.4 meter width. I apologize for this, but let your contractor know up front, and hopefully it won't cause a problem.

*Important: Redtop notes* – I gave you a non-existent hub point on the shoulder to stake. Look at the diagram in the front of the yellow binder redtop notes. I think they will build the aggregate base to below the pavement, pave it, and then come back and fill in the gravel shoulders. The hub point which intersects with the foreslope should help in constructing it this way. Please let the Contractor know this, and that it wasn't a mistake.

**Linear Grading:**
This item includes all of the clearing and grading to be done along the auto tour route and cut-off road. It is intended to generate additional embankment material through the establishing of the 3% cross slope on the existing surface. This also serves to scarify the existing surface.

**Revegetation**
The refuge manager wants to do the revegetation with his own crew. We are responsible only for replacing the conserved topsoil on the slopes. The topsoil may be skimpy to non-existent in some places. Have the Contractor conserve what he can and place what he can. Conserving topsoil is included in embankment foundation preparation, which is subsidiary to the Unclassified Borrow item. A separate item was created for placing conserved topsoil.

**Silt Fence**
The locations of the silt fence are approximate only. Please adjust as necessary, as it should be pretty dry out there when you go to construction. If you can delete all of it, then do so. Because the area of disturbance is small, there is no State requirement for a stormwater pollution prevention plan.

**Staging Areas**
It is intended for the staging areas to be between the limits of clearing and in existing pull-offs and turnouts. Work with the refuge manager, as he has indicated additional areas that he would allow to be used if necessary.

**Staged Construction**
The closure areas were staged to allow the public access to parts of the refuge at all times. The placement of the refuge access information sign should be coordinated with the refuge manager, as he will provide the public information showing the current access points, which would be related to the current closure. Traffic may get heavier in October, because of duck season.

**Bridge Construction**
This is almost like a separate project. The bridge provides access to a well in the NE corner of the refuge, and is used by the F&WS as well as the power company and a few other permitees. The refuge manager said that we could keep the bridge closed to all traffic by October. It would be preferable if we didn't remove the old bridge until we knew the steel girders were fabricated and would be on the project soon. I didn't, however, make this a part of the contract. I didn't want to unknowingly and unnecessarily restrict them in any way.

I can't think of anything else, give me a call when(I mean if) there are problems.

Craig Sanders. 360-696-7759

Universal relied upon the specifications provided by the Government. That the material would be sandy loam, and that the mandatory borrow source would meet the requirements of the specifications for unclassified borrow and be suitable for use in a roadway embankment. Universal visited the mandatory borrow sites prior to tendering their offer and observed that the material was similar to the sandy loam referred to in the specifications. Universal was not able to determine that the material was different than the sandy loam called out in the specifications without performing the testing that the Government was not willing to perform prior to bidding the work.

After Universal completed the stripping of borrow source 1, the Government notified Universal that the stripping of borrow source 1 was completed in accordance with the contract requirements. 23/ However, the borrow source still had roots and other deleterious material in it. When Universal pointed out that the material was unacceptable, the Government's response was that it was the contractor's obligation to make the material acceptable. The Government's assertion is in error because the Government was responsible to, but failed to, provide a material, which "is acceptable in general." Additionally, the Government's own testing showed that the material did not meet the Government's own specifications.

Only after Universal attempted to compact the unclassified borrow material and could not do so when applying the specification did it become apparent that the material was not acceptable.

**Opinion 3. The compaction method and equipment specified by the Government in the unilateral contract modification could not be used to construct the narrow portions (sliver fills) of the roadway.**

The contract modification method specification established the procedure, equipment, duration and documentation required to achieve compaction. The specified equipment could not be safely or efficiently used to construction the narrow portions of the road.

Contract Modification No.0001, modified the specifications and required Universal to use different compaction methods and equipment.

> "In sliver fill areas along the Auto Tour Route, Cut-Off Road and New Entrance Road where it is not possible to use the minimum compaction equipment as listed in SCR subsection 301.050 (a), (b), (c), use a double drum vibratory roller at least 91 cm in width. Compact each 200 mm layer of material full width with eight roller passes." 08/

This is a defective specification because no contractor including Universal could perform the sliver fills with the Government required 91 cm minimum width compactor. The sliver fills were required to widen the Auto Tour Road and the Cut-off road to 4.2 meters wide. The contractor could not safely use even a 91 cm wide double vibratory drum roller to perform the sliver fills because the sliver fills varied in width from 0.15 meter to 1 meter wide.

The width of the compactor required by the method specification was as wide, or wider, than the width of the sliver fills. The height of the fill varied from 1 meter to over 2 meters.

It is physically impossible to compact a fill less than ½ the width of the compactor. Use of the Government specified 91 cm compactor would be unsafe inefficient and impossible on fills less than 1 meter wide.

**Opinion 4. The Government failed to recognize that the unilateral contract modification was never an optional method of work. The contract modification changed the compaction performance requirements for the soil that was determined to be difficult to compact. The soil no longer had to be compacted to the 95% compaction requirement if the change order compaction method specification was used for the required duration.**

The Government directed Universal's means and methods to perform compaction according to the method specification when the Government unilaterally issued Contract Modification No.0001, on October 29, 2001.

DEPARTMENT OF THE ARMY
WALLA WALLA DISTRICT, CORPS OF ENGINEERS
Idaho Falls Regulatory Office
900 North Skyline Drive, Suite A
Idaho Falls, Idaho 83402-1718

REPLY TO
ATTENTION OF

May 7, 2001

Operations Division

SUBJECT: NWW No. 013200300, Idaho State No. 31-S-67

Mrs. Sharon Brown
Federal Highway Administration
610 East Fifth Street
Vancouver, Washington 98660

Dear Mrs. Brown:

This concerns your April 3, 2001 Joint Application for Permit to discharge fill material into wetlands adjacent to Camas Creek to widen the existing refuge road system. Your project is located in the Camas National Wildlife Refuge at Sections 6, 7, 18 and 19, T.7N., R.36E., B.M., Jefferson County, Idaho.

Camas Creek is considered isolated since it has no surface tributary connection to interstate waters. Based on a recent Supreme Court decision, our jurisdiction under Section 404 of the Clean Water Act in such isolated waters has been reduced and we are currently waiting for guidance on how to implement this decision. Therefore, at this time we are not sure if we still have regulatory jurisdiction over the area, which is the subject of your permit application. To avoid delays to your proposed project, you have requested that we complete processing of the permit application under the assumption that we will continue to have jurisdiction over this area.

Provided we still have jurisdiction over Camas Creek and its adjacent wetlands, your project is authorized under the terms and conditions of Nationwide Permit (NWP) 23 (33 CFR 330, Appendix A) subject to the enclosed list of conditions and the following special conditions:

- You must create the wetlands as outlined in your application and as amended by the Memorandum from Mr. Gerry Deutscher, Refuge Manger, U.S. Fish and Wildlife Service, dated May 4, 2001. A copy of the application drawings and the Memorandum are attached.

Permits
Project: ID RRP-CAMA 101(1), Camas NWR Complex

Please carefully review these conditions, the drawings and the Memorandum. If you cannot meet these conditions, or you disagree with the drawings or Memorandum this NWP verification is not valid. If you change the project description in your permit application, this NWP may not be valid and you should contact us before starting work. We have enclosed a Compliance Certification for you to sign and return when you have completed your project.

Our verification under NWP 23 is valid until February 11, 2002 when this NWP is scheduled to be modified, reissued, or revoked. You will need to keep informed of any changes to this NWP if your work will extend beyond this date. We plan to issue a public notice announcing any changes to the NWPs. You may also obtain information by calling us or visiting our Regulatory Homepage at: http:www.nww.usace.army.mil/html/offices/op/rf/rfhome.htm If you start or are under contract to start this activity by
February 11, 2002, you will have an additional 12 months to complete the activity under the present terms and conditions of this NWP.

This determination applies only to Department of the Army permits administered by the Corps of Engineers. Your project may also require permits from other Federal, state, and local agencies. A permit may be required from the Idaho Department of Water Resources for your project. You should contact them to obtain any necessary permits prior to the start of construction.

A local floodplain management ordinance may have been adopted by your local city or county zoning office under the National Flood Insurance Program. You should contact them regarding any approvals or permits they may require for your project.

If you have any questions concerning this determination or Corps jurisdiction, please feel free to contact me at 208-522-1645.

Sincerely,

Robert A. Brochu
Regulatory Project Manager

Enclosures

Permits
Project: ID RRP-CAMA 101(1), Camas NWR Complex

Copies Furnished:

Gerry Deutscher
U.S. Fish and Wildlife Service
Camas National Wildlife Refuge
2150 East 2350 North
Hamer, Idaho 83425

Greg Taylor
Idaho Department of Water Resources
900 North Skyline Drive, Suite A
Idaho Falls, Idaho 83402

Jim Johnston, Regional Administrator
Idaho Department of Environmental Quality
900 North Skyline Drive, Suite B
Idaho Falls, Idaho 83402

Don Kemner
Idaho Department of Fish and Game
1515 Lincoln Road
Idaho Falls, Idaho 83401

Permits
Project: ID RRP-CAMA 101(1), Camas NWR Complex

# NATIONWIDE PERMIT 23

**APPROVED CATEGORICAL EXCLUSIONS.** Activities undertaken, assisted, authorized, regulated, funded, or financed, in whole or in part, by another Federal agency or department where that agency or department has determined, pursuant to the Council on Environmental Quality Regulation for Implementing the Procedural Provisions of the National Environmental Policy Act (40 CFR Part 1500 *et seq.*), that the activity, work, or discharge is categorically excluded from environmental documentation because it is included within a category of actions which neither individually nor cumulatively have a significant effect on the human environment, and the Office of the Chief of Engineers (ATTN: CECW-OR) has been furnished notice of the agency's or department's application for the categorical exclusion and concurs with that determination. Prior to approval for purposes of this NWP of any agency's categorical exclusions, the Chief of Engineers will solicit public comment. In addressing these comments, the Chief of Engineers may require certain conditions for authorization of an agency's categorical exclusions under this NWP. (Sections 10 and 404)

**Regional Conditions** - *None.*

**Water Quality Certification** - *Issued.*

**General Conditions**. *General Conditions 10, 13, 17, 25, and 26 are abbreviated. A complete set of Nationwide Permit General Conditions and definitions is located on our Internet homepage at www.nww.usace.army.mil/html/offices/op/rf/rfhome.htm.*

*The following general conditions must be followed in order for any authorization by an NWP to be valid:*

1. ***Navigation.** No activity may cause more than a minimal adverse effect on navigation.*

2. ***Proper Maintenance.** Any structure or fill authorized shall be properly maintained, including maintenance to ensure public safety.*

3. ***Soil Erosion and Sediment Controls.** Appropriate soil erosion and sediment controls must be used and maintained in effective operating condition during construction, and all exposed soil and other fills, as well as any work below the ordinary high water mark or high tide line, must be permanently stabilized at the earliest practicable date.*

4. ***Aquatic Life Movements.** No activity may substantially disrupt the movement of those species of aquatic life indigenous to the waterbody, including those species which normally migrate through the area, unless the activity's primary purpose is to impound water. Culverts placed in streams must be installed to maintain low flow conditions.*

5. ***Equipment.** Heavy equipment working in wetlands must be placed on mats, or other measures must be taken to minimize soil disturbance.*

6. ***Regional and Case-By-Case Conditions.*** *The activity must comply with any regional conditions which may have been added by the division engineer (see 33 CFR 330.4(e)) and with any case specific conditions added by the Corps or by the State or tribe in its Section 401 water quality certification and Coastal Zone Management Act consistency determination.*

7. ***Wild and Scenic Rivers.*** *No activity may occur in a component of the National Wild and Scenic River System; or in a river officially designated by Congress as a "study river" for possible inclusion in the system, while the river is in an official study status; unless the appropriate Federal agency, with direct management responsibility for such river, has determined in writing that the proposed activity will not adversely affect the Wild and Scenic River designation, or study status. Information on Wild and Scenic Rivers may be obtained from the appropriate Federal land management agency in the area (e.g., National Park Service, U.S. Forest Service, Bureau of Land Management, U.S. Fish and Wildlife Service).*

8. ***Tribal Rights.*** *No activity or its operation may impair reserved tribal rights, including, but not limited to, reserved water rights and treaty fishing and hunting rights.*

9. ***Water Quality.***

   a. *In certain States and tribal lands an individual 401 water quality certification must be obtained or waived (See 33 CFR 330.4(c)).*

   b. *For NWPs 12, 14, 17, 18, 32, 39, 40, 42, 43, and 44, where the State or tribal 401 certification (either generically or individually) does not require or approve a water quality management plan, the permittee must include design criteria and techniques that will ensure that the authorized work does not result in more than minimal degradation of water quality. An important component of a water quality management plan includes stormwater management that minimizes degradation of the downstream aquatic system, including water quality. Refer to General Condition 21 for stormwater management requirements. Another important component of a water quality management plan is the establishment and maintenance of vegetated buffers next to open waters, including streams. Refer to General Condition 19 for vegetated buffer requirements for the NWPs.*

10. ***Coastal Zone Management.*** *Does not apply in Idaho.*

11. ***Endangered Species.***

   a. *No activity is authorized under any NWP which is likely to jeopardize the continued existence of a threatened or endangered species or a species proposed for such designation, as identified under the Federal Endangered Species Act, or which will destroy or adversely modify the critical habitat of such species. Non-federal permittees shall notify the District Engineer if any listed species or designated critical habitat might be affected or is in the vicinity of the project, or is located in the designated critical habitat and shall not begin work on the activity until notified by the District Engineer that the*

*requirements of the Endangered Species Act have been satisfied and that the activity is authorized. For activities that may affect Federally-listed endangered or threatened species or designated critical habitat, the notification must include the name(s) of the endangered or threatened species that may be affected by the proposed work or that utilize the designated critical habitat that may be affected by the proposed work. As a result of formal or informal consultation with the FWS or NMFS, the District Engineer may add species-specific regional endangered species conditions to the NWPs.*

*b. Authorization of an activity by a nationwide permit does not authorize the "take" of a threatened or endangered species as defined under the Federal Endangered Species Act. In the absence of separate authorization (e.g., an ESA Section 10 Permit, a Biological Opinion with "incidental take" provisions, etc.) from the U.S. Fish and Wildlife Service or the National Marine Fisheries Service, both lethal and non-lethal "takes" of protected species are in violation of the Endangered Species Act. Information on the location of threatened and endangered species and their critical habitat can be obtained directly from the offices of the U.S. Fish and Wildlife Service and National Marine Fisheries Service or their world wide web pages at http://www.fws.gov/r9endspp/endspp.html and http://www.nfms.gov/prot__res/esahome.html, respectively.*

***12. Historic Properties**. No activity which may affect historic properties listed, or eligible for listing, in the National Register of Historic Places is authorized, until the DE has complied with the provisions of 33 CFR part 325, Appendix C. The prospective permittee must notify the District Engineer if the authorized activity may affect any historic properties listed, determined to be eligible, or which the prospective permittee has reason to believe may be eligible for listing on the National Register of Historic Places, and shall not begin the activity until notified by the District Engineer that the requirements of the National Historic Preservation Act have been satisfied and that the activity is authorized. Information on the location and existence of historic resources can be obtained from the State Historic Preservation Office and the National Register of Historic Places (see 33 CFR 330.4(g)). For activities that may affect historic properties listed in, or eligible for listing in, the National Register of Historic Places, the notification must state which historic property may be affected by the proposed work or include a vicinity map indicating the location of the historic property.*

***13. Notification**. This general condition is satisfied.*

***14. Compliance Certification**. Every permittee who has received a Nationwide permit verification from the Corps will submit a signed certification regarding the completed work and any required mitigation. The certification will be forwarded by the Corps with the authorization letter. The certification will include: (a) A statement that the authorized work was done in accordance with the Corps authorization, including any general or specific conditions; (b) A statement that any required mitigation was completed in accordance with the permit conditions; and (c) The signature of the permittee certifying the completion of the work and*

*mitigation.*

15. ***Use of Multiple Nationwide Permits***. *The use of more than one NWP for a single and complete project is prohibited, except when the acreage loss of waters of the United States authorized by the NWPs does not exceed the acreage limit of the NWP with the highest specified acreage limit. For example, if a road crossing over tidal waters is constructed under NWP 14, with associated bank stabilization authorized by NWP 13, the maximum acreage loss of waters of the United States for the total project cannot exceed 1/3 acre.*

16. ***Water Supply Intakes***. *No activity, including structures and work in navigable waters of the United States or discharges of dredged or fill material, may occur in the proximity of a public water supply intake except where the activity is for repair of the public water supply intake structures or adjacent bank stabilization.*

17. ***Shellfish Beds***. *Does not apply in Idaho.*

18. ***Suitable Material.*** *No activity, including structures and work in navigable waters of the United States or discharges of dredged or fill material, may consist of unsuitable material (e.g., trash, debris, car bodies, asphalt, etc.) and material used for construction or discharged must be free from toxic pollutants in toxic amounts (see Section 307 of the Clean Water Act).*

19. ***Mitigation***. *The project must be designed and constructed to avoid and minimize adverse effects to waters of the United States to the maximum extent practicable at the project site (i.e., on site). Mitigation will be required when necessary to ensure that the adverse effects to the aquatic environment are minimal. The District Engineer has considered the remaining factors discussed in this General Condition and determined that the mitigation, as proposed, will offset adverse effects on the aquatic environment that are more than minimal.*

20. ***Spawning Areas***. *Activities, including structures and work in navigable waters of the United States or discharges of dredged or fill material, in spawning areas during spawning seasons must be avoided to the maximum extent practicable. Activities that result in the physical destruction (e.g., excavate, fill, or smother downstream by substantial turbidity) of an important spawning area are not authorized.*

21. ***Management of Water Flows***. *To the maximum extent practicable, the activity must be designed to maintain preconstruction downstream flow conditions (e.g., location, capacity, and flow rates). Furthermore, the activity must not permanently restrict or impede the passage of normal or expected high flows (unless the primary purpose of the fill is to impound waters) and the structure or discharge of dredged or fill material must withstand expected high flows. The activity must, to the maximum extent practicable, provide for retaining excess flows from the site, provide for maintaining surface flow rates from the site similar to preconstruction conditions, and must not increase water flows from the project site, relocate water, or redirect water flow beyond preconstruction conditions. In addition, the activity must, to the maximum extent practicable, reduce adverse effects such as flooding or erosion downstream and upstream of the project site,*

*unless the activity is part of a larger system designed to manage water flows.*

***22. Adverse Effects From Impoundments.*** *If the activity, including structures and work in navigable waters of the United States or discharge of dredged or fill material, creates an impoundment of water, adverse effects on the aquatic system caused by the accelerated passage of water and/or the restriction of its flow shall be minimized to the maximum extent practicable.*

***23. Waterfowl Breeding Areas.*** *Activities, including structures and work in navigable waters of the United States or discharges of dredged or fill material, into breeding areas for migratory waterfowl must be avoided to the maximum extent practicable.*

***24. Removal of Temporary Fills.*** *Any temporary fills must be removed in their entirety and the affected areas returned to their preexisting elevation.*

***25. Designated Critical Resource Waters.*** *This general condition is satisfied.*

***26. Fills Within 100-Year Floodplains.*** *This general condition is satisfied.*

## *Further Information*

1. *District engineers have authority to determine if an activity complies with the terms and conditions of an NWP.*
2. *NWPs do not obviate the need to obtain other Federal, State, or local permits, approvals, or authorizations required by law.*
3. *NWPs do not grant any property rights or exclusive privileges.*
4. *NWPs do not authorize any injury to the property or rights of others.*
5. *NWPs do not authorize interference with any existing or proposed Federal project.*

Compliance Certification

Department of the Army Permit Number: NWW No. 013200300

Name of Permittee: Federal Highway Administration

Date of Issuance: May 7, 2001

Sign and return this Compliance Certification when you complete the project authorized by this permit and any required mitigation. Return this certification to:

Corps of Engineers, Regulatory Office, 900 N. Skyline Drive, Suite A, Idaho Falls, ID 83402-1718

Please note that your permitted activity is subject to a compliance inspection by a representative of the U.S. Army Corps of Engineers. If you fail to comply with this permit, the permit is subject to suspension, modification, or revocation.

I hereby certify the work authorized by my permit is completed according to the required terms and conditions and complies with the required mitigation.

________________________________
Signature of Permittee

LOCATION MAP
Camas NWR Wildlife Viewing Route Road Widening




Proposed Road Widening

PERMITTED PLANS

Camas National Wildlife Refuge
Federal Highway Administration

Jefferson County, Idaho
Sheet 1 of 3

Permits
Project: ID RRP-CAMA 101(1), Camas NWR Complex

H-15

PLAN VIEW

Camas NWR Wildlife Viewing Route Road Widening




From U.S.G.S. Survey Map
quadrangle titled Rays Lake, Idaho

Legend
- Borrow Areas
- Proposed Road Widening
- Wetland Fill Areas

Proposed Road Widening

Camas National Wildlife Refuge

Federal Highway Administration

Jefferson County, Idaho
Sheet 2 of 3

Permits
Project: ID RRP-CAMA 101(1), Camas NWR Complex

SECTION VIEWS
Camas NWR Wildlife Viewing Route Road Widening

PROPOSED FILL - CAMAS CREEK SIDE (Not to Scale)




PROPOSED FILL - MANAGED POND SIDE (Not to Scale)




PROPOSED BORROW AREAS




Proposed borrow (2 areas) Area : 2 x 125' x 150' = .861 acres ; Volume : 4161 cu. yds. = 3038 cu. meters

PERMITTED PLANS

Proposed Road Widening

Camas National Wildlife Refuge

Federal Highway Administration

Jefferson County, Idaho
Sheet 3 of 3

Permits
Project: ID RRP-CAMA 101(1), Camas NWR Complex

MITIGATION PLAN FOR WIDENING WILDLIFE VIEWING ROUTE AT CAMAS NATIONAL WILDLIFE REFUGE

1. Description of resources to be impacted (What are you mitigating for?)

- Number of acres - .86 acres of wetlands would be filled during the widening and gravelling of 33,700 feet of existing wildlife viewing route.

- Temporary v. permanent impacts

Permanent - The wetland fill and loss of .86 acres would be permanent.

Temporary - The vegetation on the road/dike slopes would be disturbed during construction. The water in the refuge ponds adjacent to the construction would be lowered to facilitate the work. This would cause a shift in waterfowl and other wetland-dependent species to other refuge units.

- Description of resource impacted - Thirty miles of roadway are open to the public for wildlife viewing and for access to public hunting areas on the refuge. Many of these roads are narrow with steep embankments adjacent to water. Few turnouts are available for cars to pass safely. Vehicles must stop in the roadway while observing wildlife and block other vehicles traveling the same road. The goal of this proposed project is to provide a safer viewing and access routed for the visiting public.

Some emergent plants, including cattail, bulrush, Baltic rush, etc. would be covered and lost. There would be some displacement of wildlife species that use these habitats, including songbirds, waterfowl and other waterbirds, small mammals, and moose.

PERMITTED PLANS

- Quantity and quality of existing wetlands - According to an SCS (now the NRCS) range survey, Camas National Wildlife Refuge encompasses 840 acres of open water, 2,400 acres of marsh, and 2,960 of wet meadow, plus an additional 850 acres of saline semi-wet meadow and 3,630 acres of sandy uplands. These encompass a wide range of wetland types under the National Wetland Inventory (NWI) classification system ranging from temporary to permanent palustrine and lacustrine wetlands.

Wetlands in the proposed project area that would be impacted are classified under NWI as palustrine emergent temporary, seasonal, and semi-permanent. Some of the wetlands are borrow ditches that were former upland sites

and were the sources of material for the existing adjacent roadway. During construction of the wildlife viewing road, some borrow areas converted uplands to wetlands sites and some changed the existing wetlands from a shallow wetland type to a deeper wetland type (e.g. temporary to semi-permanent).

Nearly all of the wetlands in the project area are maintained by diverting Camas Creek water or by pumping well water into ditches that then supply the wetlands. Because these wetlands are adjacent to an existing road and associated with the side slope and borrow area, they grade from the high water interface to about 3.5 feet below the high water elevation.

- Functions and values of resource impacted - The wetlands that are proposed to be filled provide breeding pair territories, feeding sites, and escape cover for waterfowl and other species.

- Drawing, delineation or reference site - See attached map taken from 404 Permit application.

- Baseline data (species, coverage, hydrology) - Attached is a refuge bird list. Many of the species are wetland dependent and could be associated with the impacted wetlands. In addition, mammals including moose, muskrat, vole, porcupine, long-tailed weasel, mink, and others are also associated with the impacted wetlands.

2. Mitigation goals (What are you proposing to do, provide, accomplish?)

- Number of acres - Provide .86 acres of wetland mitigation.

- Description of type of mitigation - Fill material would be excavated from two, on-refuge upland sites adjacent to wetlands. The excavated sites would be contiguous with adjacent wetlands so that they would fill with water during high water periods. These sites would be have the same slope as the road slopes and wetlands that would be lost and would create wetlands similar to those that would be lost. The mitigation wetland sites would be constructed on an acre per acre basis.

  Bridge piers at the Well No. 1 bridge would be removed and a clear span bridge constructed. The removal of the piers would improve water flow by removing the obstacles.

- Functions and values proposing to create - The wetlands that are proposed to be created would provide breeding pair territories, feeding sites, and escape cover for waterfowl and other wetland-dependent species.

PERMITTED PLANS

3. Construction plans

- Vegetation: planting plans, what species, where, how many, etc. - The road/dike slopes and upland portions of the borrow areas would be seeded to native, upland grass species. Species seeded would be thickspike wheatgrass (Bannock cultivar) and streambank wheatgrass (Sodar cultivar). Because of the small areas and accessibility, the seed would be broadcast instead of drilled and the seeding rate would be doubled to 10 pounds Pure Live Seed per acre. No forbs would be included in the seeding because of the need for noxious weed control.

  No planting of the borrow areas to establish wetland plants is proposed. The areas will be connected to the adjacent wetlands and natural vegetation establishment is expected to occur over a two to three year period.

- Soils: excavation, grading, proposed substrate composition, import topsoil or hydric soil - The proposed action would remove the top 6 inches of gravel and earth of the existing wildlife viewing road and place this material on the sides of the road to widen the road base from 14 feet to 16 feet. Earth fill would be excavated, hauled, and placed in areas where additional fill is needed.

  Imported material would be from the two proposed mitigation sites and is primarily sandy loam which may be underlain with layers of clayey soils. The excavations would average three feet deep from the existing ground surface with a 2:1 sideslope and would be connected to the adjacent wetland basin.

- Hydrology: where will it come from, how will it be supplied, anticipated hydrologic regime - The borrow areas would be excavated to the elevation of the of the adjacent wetland basins and would be connected. The wetland would be dry during the construction period. Water is supplied to the wetlands by water diverted from Camas Creek or pumped from wells and delivered to the wetlands. The wetlands are filled during the early spring and maintained at different elevations during the summer and fall depending on management objectives such as need for breeding pair, brood rearing, and feeding habitat; and drawdowns for haying or other treatments.

4. Schedule for implementation - The proposed construction project and mitigation project would begin in August or September of 2001.

PERMITTED PLANS

5. Maintenance plan (After it is constructed, how will it be maintained, if necessary?) - The only maintenance of the mitigation areas would be control of noxious weeds.

6. Monitoring plan (not more than 5 years except in unusual situations)

- Schedule - Yearly in August for 5 years.

- Reporting requirements - None proposed

- Methods and information collected - The borrow sites will be visually inspected by walking the perimeter and the basin. Species present will be recorded and an estimate of the percent of ground cover broken down to upland species, wetland species and bare ground will be recorded.

- Comparison with success criteria - Comparisons to the adjacent wetland basin will be conducted annually in August

- Recommended changes (replanting, etc.) - If grass seeding of the uplands is not successful after the second growing season, the uplands will be reseeded.

- Photos - Photo points will be established and photos taken yearly in August.

7. Success criteria (When it is constructed and monitored, what criteria will be used to determine if it has been successful and fulfills mitigation requirement?)

- The borrow sites will be compared to the adjacent wetland basin. When the borrow sites have 80 percent of the ground cover of the adjacent wetland basin, establishment will be considered successful.

8. Contingency Plans - None proposed

9. Performance Bond (if necessary) - Not Applicable

PERMITTED PLA...

PLAN VIEW
Camas NWR Wildlife Viewing Route Road Widening




PERMITTED PLANS

From U.S.G.S. Survey Map
quadrangle titled Rays Lake, Idaho

Legend
- Borrow Areas
- Proposed Road Widening
- Wetland Fill Areas

Permits
Project: ID RRP-CAMA 101(1), Camas NWR Complex

- FIELD NOTES -

Date ____________ ____ Time Afield __________

Weather ____________ ____ No. of Species ________

Remarks

PERMITTED PLANS

Additional information may be obtained by writing:

Refuge Manager
Camas National Wildlife Refuge HC 69 Box 1700
Hamer, ID 83425
Telephone (208) 662-5423

DEPARTMENT OF THE INTERIOR
U.S. FISH AND WILDLIFE SERVICE

RF14611

September 1985

| COMMON NAME | Sp | S | F | W |
|---|---|---|---|---|
| **KINGLETS, BLUEBIRDS AND THRUSHES** | | | | |
| Golden-crowned Kinglet | | | u | |
| Ruby-crowned Kinglet | | | u | |
| Western Bluebird | u | | | |
| Mountain Bluebird | | | | |
| Veery | r | | r | |
| Swainson's Thrush | | | u | |
| Hermit Thrush | | | u | |
| * American Robin | u | | c | |
| **MOCKINGBIRDS AND THRASHERS** | | | | |
| Gray Catbird | | | | |
| * Sage Thrasher | | | | |
| **PIPITS** | | | | |
| Water Pipit | | | u | u |
| **WAXWINGS** | | | | |
| Bohemian Waxwing | | | r | |
| Cedar Waxwing | o | | o | |
| **SHRIKES** | | | | |
| Northern Shrike | | | | |
| Loggerhead Shrike | u | u | u | |
| **STARLINGS** | | | | |
| * European Starling | c | | a | |
| **VIREOS** | | | | |
| Warbling Vireo | | | | |
| **WARBLERS** | | | | |
| * Yellow Warbler | | | o | |
| Yellow-rumped Warbler | r | | | |
| MacGillivray's Warbler | | | | |
| * Common Yellowthroat | u | | | |
| Wilson's Warbler | o | | | |
| Yellow-breasted Chat | | | | |
| **TANAGERS** | | | | |
| Western Tanager | u | | | |
| **GROSBEAKS AND BUNTINGS** | | | | |
| Black-headed Grosbeak | | | | |
| Lazuli Bunting | | | | |
| **TOWHEES AND SPARROWS** | | | | |
| American Tree Sparrow | | | | |
| Chipping Sparrow | | | o | |
| Brewer's Sparrow | | | | |
| * Vesper Sparrow | | | | |
| Lark Sparrow | | u | | |
| Sage Sparrow | | u | | |
| * Savannah Sparrow | | c | | |
| Song Sparrow | | o | o | |
| Lincoln's Sparrow | | r | | |
| White-crowned Sparrow | o | o | o | r |
| Dark-eyed Junco | c | | u | c |
| Lapland Longspur | | | o | u |

| COMMON NAME | Sp | S | F | W |
|---|---|---|---|---|
| **BLACKBIRDS, MEADOWLARKS AND ORIOLES** | | | | |
| * Red-winged Blackbird | c | | a | |
| * Western Meadowlark | u | | u | |
| * Yellow-headed Blackbird | u | | u | |
| * Brewer's Blackbird | u | | u | |
| * Brown-headed Cowbird | | | | |
| Northern Oriole | u | | | |
| **FINCHES** | | | | |
| * House Finch | | | | |
| * American Goldfinch | | | o | |
| Evening Goldfinch | o | | | |
| **WEAVER FINCHES** | | | | |
| * House Sparrow | c | c | c | u |

## ACCIDENTALS

The following 39 species are accidental on the refuge and have been recorded only once or twice.

Red-necked Grebe
Least Bittern
Green-backed Heron
Harlequin Duck
Chukar
Sharp-tailed Grouse
Northern Bobwhite
Common Moorhen
Black-bellied Plover
Lesser Golden-Plover
Ruddy Turnstone
Sanderling
Semipalmated Sandpiper
Stilt Sandpiper
Parasitic Jaeger
Long-tailed Jaeger
Band-tailed Pigeon
Common Barn-Owl
Red-headed Woodpecker
Yellow-bellied Sapsucker
Olive-sided Flycatcher
Steller's Jay
Blue Jay
Pinyon Jay
Brown Creeper
Rock Wren
American Dipper
Solitary Vireo
Yellow-throated Vireo
Red-eyed Vireo
Chestnut-sided Warbler
Townsend's Warbler
American Redstart
Scarlet Tanager
Rufous-sided Towhee
Clay-colored Sparrow
Red Crossbill
Common Redpoll
Pine Siskin





# BIRDS OF CAMAS NATIONAL WILDLIFE REFUGE

Camas National Wildlife Refuge is located in southeast Idaho about 36 miles north of Idaho Falls near the small town of Hamer. The refuge was established in 1937 and is administered by the U.S. Fish and Wildlife Service, Department of the Interior. The refuge is a part of the National Wildlife Refuge System and is an important link in the chain of refuges along the Pacific Flyway.

The primary objectives of the refuge are to provide resting and feeding habitat for migratory birds and nesting habitat for waterfowl.

The refuge encompasses 10,578 acres, about half of which is wetlands and the remainder mostly rangelands. Camas Creek flows through the refuge and provides water for the refuge during spring. A number of deep wells have been drilled to provide water during summer and fall.

Birding is good all year but access may be limited in winter.

The refuge is readily accessible from Interstate 15. Take the Hamer exit and proceed north for three miles on the old highway then west on a paved county road to Refuge Headquarters.

The following list of 177 species is the result of observations made by refuge personnel and visiting birdwatchers. Common names used are in accordance with the American Ornithologists' Union Check-list of North American Birds, 6th edition (1983).

**Abundance**

- a - abundant - a common species which is very numerous
- c - common - certain to be seen in suitable habitat
- u - uncommon - present, but not certain to be seen
- o - occasional - seen only a few times during a season
- r - rare - seen at intervals of 2 to 5 years
- * - known to nest locally
- ☐ endangered species

**Seasonal Occurence**

- Sp - March through May
- S - June through August
- F - September through November
- W - December through February

| COMMON NAME | Sp | S | F | W |
|---|---|---|---|---|
| **LOONS** | | | | |
| Common Loon | u | | r | |
| **GREBES** | | | | |
| * Pied-billed Grebe | u | | c | |
| Horned Grebe | o | | o | |
| * Eared Grebe | a | | c | |
| * Western Grebe | u | | u | |
| **PELICANS AND CORMORANTS** | | | | |
| * American White Pelican | u | | u | |
| * Double-crested Cormorant | u | | c | |
| **BITTERNS, HERONS AND EGRETS** | | | | |
| * American Bittern | u | | u | |
| * Great Blue Heron | c | | c | |
| * Great Egret | u | | o | |
| * Snowy Egret | u | | u | |
| * Cattle Egret | o | | o | |
| * Black-crowned Night-Heron | u | | c | |
| **IBISES** | | | | |
| * White-faced Ibis | u | | c | |
| **WATERFOWL** | | | | |
| Tundra Swan | c | | c | |
| * Trumpeter Swan | u | | u | |
| Greater White-fronted Goose | | | | |
| Snow Goose | o | | o | |
| * Canada Goose | c | | a | |
| * Wood Duck | r | | r | |
| * Green-winged Teal | c | | c | |
| * Mallard | a | | a | |
| * Northern Pintail | a | | a | |
| * Blue-winged Teal | c | | o | |
| * Cinnamon Teal | a | | u | |
| * Northern Shoveler | c | | u | |
| * Gadwall | a | | u | |
| * American Wigeon | a | | a | |
| * Canvasback | c | | c | |
| * Redhead | a | | c | |
| * Ring-necked Duck | c | | u | |
| Greater Scaup | | | r | |
| * Lesser Scaup | a | | c | |
| Common Goldeneye | c | | c | |
| Barrow's Goldeneye | r | | r | |
| Bufflehead | c | | c | |
| Hooded Merganser | r | | r | |
| Common Merganser | c | | u | |
| * Red-breasted Merganser | c | | u | |
| * Ruddy Duck | c | | c | |
| **VULTURES** | | | | |
| Turkey Vulture | r | | r | |
| **OSPREY, EAGLES AND HAWKS** | | | | |
| Osprey | r | | r | |
| ☐ Bald Eagle | c | | u | |
| * Northern Harrier | c | | c | |
| Sharp-shinned Hawk | r | | r | |
| Cooper's Hawk | | | r | |
| * Northern Goshawk | o | | o | |
| * Swainson's Hawk | c | | c | |
| * Red-tailed Hawk | c | | u | |
| * Ferruginous Hawk | u | | u | |
| Rough-legged Hawk | c | | c | |
| Golden Eagle | c | | o | |
| **FALCONS** | | | | |
| * American Kestrel | c | | c | |
| Merlin | r | | r | |
| ☐ Peregrine Falcon | o | u | o | o |
| Prairie Falcon | o | o | o | o |
| **GALLINACEOUS BIRDS** | | | | |
| * Grey Partridge | u | | u | |
| * Ring-necked Pheasant | c | | c | |
| * Sage Grouse | u | | c | |
| **RAILS** | | | | |
| Virginia Rail | | | | |
| * Sora | o | | o | |
| * American Coot | c | | a | |
| **CRANES** | | | | |
| * Sandhill Crane | c | | c | |
| **PLOVERS** | | | | |
| Semipalmated Plover | | | | |
| * Killdeer | c | | c | |
| **STILTS AND AVOCETS** | | | | |
| * Black-necked Stilt | u | | u | |
| * American Avocet | c | | c | |
| **SHOREBIRDS** | | | | |
| Greater Yellowlegs | u | | u | |
| Lesser Yellowlegs | u | | u | |
| Solitary Sandpiper | o | | o | |
| * Willet | u | | | |
| Spotted Sandpiper | o | | o | |
| * Long-billed Curlew | c | | | |
| Marbled Godwit | o | | r | |
| Western Sandpiper | u | | u | |
| Least Sandpiper | u | | u | |
| Baird's Sandpiper | | | | |
| Pectoral Sandpiper | r | | r | |
| Long-billed Dowitcher | o | | o | |
| **SNIPE** | | | | |
| * Common Snipe | u | u | u | |
| **PHALAROPES** | | | | |
| * Wilson's Phalarope | u | c | u | |
| Red-necked Phalarope | r | | | |
| **GULLS AND TERNS** | | | | |
| Franklin's Gull | | c | | |
| Ring-billed Gull | c | c | c | |
| California Gull | c | c | c | |
| Caspian Tern | | o | | |
| Common Tern | | u | | |
| Forster's Tern | | o | | |
| Black Tern | | c | | |
| **DOVES** | | | | |
| Rock Dove | u | | u | |
| * Mourning Dove | u | | c | |
| **OWLS** | | | | |
| Western Screech-Owl | r | | r | |
| * Great Horned Owl | c | | c | |
| * Burrowing Owl | r | | r | |
| Great Gray Owl | | | | |
| Long-eared Owl | u | | r | |
| * Short-eared Owl | c | | c | |
| Northern Saw-whet Owl | r | | | |
| **GOATSUCKERS** | | | | |
| * Common Nighthawk | c | | | |
| **HUMMINGBIRDS** | | | | |
| Calliope Hummingbird | | | | |
| Rufous Hummingbird | | | | |
| **KINGFISHERS** | | | | |
| Belted Kingfisher | o | | o | |
| **WOODPECKERS** | | | | |
| Lewis' Woodpecker | r | | | |
| Downy Woodpecker | o | | o | |
| Hairy Woodpecker | | | o | |
| * Northern Flicker | c | | c | |
| **FLYCATCHERS** | | | | |
| * Western Wood-Pewee | | | u | |
| Willow Flycatcher | | | | |
| Say's Phoebe | | | | |
| Western Kingbird | | | | |
| * Eastern Kingbird | | | | |
| **LARKS** | | | | |
| * Horned Lark | c | | c | |
| **SWALLOWS** | | | | |
| * Tree Swallow | u | | | |
| * Violet-green Swallow | u | | | |
| Northern Rough-winged Swallow | r | | | |
| * Bank Swallow | c | | | |
| * Cliff Swallow | r | | r | |
| * Barn Swallow | u | | u | |
| **JAYS, MAGPIES AND CROWS** | | | | |
| Gray Jay | r | | r | |
| Clark's Nutcracker | | | r | |
| * Black-billed Magpie | a | | a | |
| * American Crow | c | | c | |
| Common Raven | c | | c | |
| **CHICKADEES** | | | | |
| Black-capped Chickadee | c | | u | |
| **NUTHATCHES** | | | | |
| Red-breasted Nuthatch | r | | r | o |
| White-breasted Nuthatch | r | | r | o |
| **WRENS** | | | | |
| * House Wren | r | | | |
| * Marsh Wren | u | c | c | |

Permits
Project: ID RRP-CAMA 101(1), Camas NWR Complex

MARCH 23, 2001 ADDENDUM TO
MITIGATION PLAN FOR WIDENING WILDLIFE VIEWING ROUTE AT CAMAS NATIONAL WILDLIFE REFUGE

The following changes provide additional information to certain sections of the Mitigation Plan originally submitted to the U. S. Army Corps of Engineers on January 31, 2001.

1. Description of resources to be impacted

- Drawing, delineation or reference sites - Attached are two additional maps. The first map is an additional plan view, Plan View - Page 2, which shows the location of the two proposed mitigation sites from which borrow material would be excavated and replacement wetlands created. The map shows the sites in relation to existing uplands and wetlands.

In addition, this map, Plan View - Page 2 shows a proposed alternate mitigation site that can be constructed by borrowing material from an upland site. This site is identified in case soil, subsoil moisture conditions, etc. would preclude constructing sufficient replacement wetland acreage at the two primary sites.

The second map, Section View, is a section view of the proposed wetland mitigation sites. This represents the relationship of the upland borrow site to the existing wetlands to show how the mitigation sites would be connected to the wetlands during the ordinary high water period.

3. Construction plans

- Vegetation : planting plans, what species, where, how many, etc. - The plan states that dike slopes would be seeded to upland grass species. The portion of the dike below the ordinary high water mark would not planted to wetland plants. The plan states that "... vegetation establishment is expected to occur over a two to three year period."

The rationale for not planting of wetland plants is that fill material would be placed in areas where there is standing emergent vegetation. This standing vegetation would provide a buffer to wave action to protect the dike slope from erosion. In addition, the plants would produce new growth from roots and rhizomes that would grow up through the submerged toe portion of the dike fill and revegetate this submerged portion.

- Soils: excavation, grading, proposed substrate composition , import topsoil or hydric soil - Attached is Table 1 which is a summary of proposed wetland fill locations by survey station. The data is taken from engineering drawings prepared by the Federal Highways Administration. The construction project will have station locations marked along the length of the project. These stations would help to identify wetland fill locations.

PERMITTED PLANS

MITIGATION PLAN FOR WIDENING WILDLIFE VIEWING ROUTE AT CAMAS NATIONAL WILDLIFE REFUGE - ADDENDUM

PLAN VIEW - Page 2




Legend
- Wetland mitigation sites
- Proposed Road Widening

Permits
Project: ID RRP-CAMA 101(1), Camas NWR Complex

MITIGATION PLAN FOR WIDENING WILDLIFE VIEWING ROUTE AT CAMAS NATIONAL WILDLIFE REFUGE - ADDENDUM

SECTION VIEW

PROPOSED WETLAND MITIGATION SITES




Mitigation Sites (2 sites): 2 x 125' x 150' = 861 acres

PERMITTED PLANS

Permits
Project: ID RRP-CAMA 101(1), Camas NWR Complex

PLAN FOR WIDENING WILDLIFE VIEWING ROUTE AT CAMAS NATIONAL WILDLIFE REFUGE - ADDENDUM

TABLE 1. Wetland Fill Areas by Survey Station (from Federal Highways Administration engineering drawings)

PROPOSED WETLAND FILL LOCATIONS (except as noted)

| WIDENING | | |
|---|---|---|
| Station to Station | RT/LT | |
| AUTO TOUR ROUTE | | |
| 1+040 to 1+180 | RT | - Upland |
| 1+350 to 1+840 | RT | - upland except 1+700 to 1+820 |
| 1+998 to 2+018 | LT | - upland |
| 2+197 to 2+228 | LT | |
| 2+280 to 2+360 | RT | |
| 2+420 to 2+540 | RT | |
| 2+600 to 2+620 | LT | - upland |
| 2+840 to 2+880 | RT | |
| 2+904 to 3+120 | RT | |
| 3+134 to 3+158 | LT | - upland |
| 3+206 to 3+227 | LT | - upland |
| 3+713 to 3+740 | LT | - upland |
| 3+860 to 3+960 | RT | |
| 4+040 to 4+060 | RT | |
| 4+100 to 4+140 | RT | - upland |
| 4+374 to 4+540 | RT | |
| 4+800 to 5+140 | LT | |
| 5+152 to 5+186 | RT | - Upland |
| 5+440 to 5+460 | RT | |
| 5+520 to 6+160 | RT | |
| 5+800 to 5+820 | LT | |
| 6+340 to 6+460 | RT | |
| 6+860 to 6+980 | RT | |
| 7+060 to 7+360 | LT | |
| 7+430 to 7+463 | RT | - Upland |
| 7+560 to 8+460 | LT | |
| 7+655 to 7+660 | RT | |
| 8+890 to 8+910 | LT | - Upland. |
| 9+320 to 9+353 | RT | - Upland |
| 9+730 to 9+750 | RT | - Upland |
| 10+021 to 10+040 | RT | - Upland |
| CUT-OFF ROAD | | |
| 20+320 to 20+360 | LT | - Upland |

PERMITTED PLANS

PLAN FOR WIDENING WILDLIFE VIEWING ROUTE AT CAMAS NATIONAL WILDLIFE REFUGE - ADDENDUM

TABLE 1. Wetland Fill Areas by Survey Station (from Federal Highways Administration engineering drawings)

PROPOSED WETLAND FILL LOCATIONS (except as noted)

| WIDENING | | |
|---|---|---|
| Station to Station | RT/LT | |
| AUTO TOUR ROUTE | | |
| 1+040 to 1+180 | RT | -Upland |
| 1+350 to 1+840 | RT | -upland except 1+700 to 1+820 |
| 1+998 to 2+018 | LT | - Upland |
| 2+197 to 2+228 | LT | |
| 2+280 to 2+360 | RT | |
| 2+420 to 2+540 | RT | |
| 2+600 to 2+620 | LT | -Upland |
| 2+840 to 2+880 | RT | |
| 2+904 to 3+120 | RT | |
| 3+134 to 3+158 | LT | -Upland |
| 3+206 to 3+227 | LT | -Upland |
| 3+713 to 3+740 | LT | - Upland |
| 3+860 to 3+960 | RT | |
| 4+040 to 4+060 | RT | |
| 4+100 to 4+140 | RT | -Upland |
| 4+374 to 4+540 | RT | |
| 4+800 to 5+140 | LT | |
| 5+152 to 5+186 | RT | - Upland |
| 5+440 to 5+460 | RT | |
| 5+520 to 6+160 | RT | |
| 5+800 to 5+820 | LT | |
| 6+340 to 6+460 | RT | |
| 6+860 to 6+980 | RT | |
| 7+060 to 7+360 | LT | |
| 7+430 to 7+463 | RT | -Upland |
| 7+560 to 8+460 | LT | |
| 7+655 to 7+660 | RT | |
| 8+890 to 8+910 | LT | - Upland |
| 9+320 to 9+353 | RT | - Upland |
| 9+730 to 9+750 | RT | - Upland |
| 10+021 to 10+040 | RT | - Upland |
| CUT-OFF ROAD | | |
| 20+320 to 20+360 | LT | - Upland |

PERMITTED PLANS

Permits
Project: ID RRP-CAMA 101(1), Camas NWR Complex

United States Department of the Interior

FISH AND WILDLIFE SERVICE

Camas National Wildlife Refuge
2150 E 2350 N
Hamer, Idaho 83425

**Memorandum**

To: Rob Brochu
U. S. Army Corps of Engineers

Date: May 4, 2001

From: Gerry Deutscher
Camas NWR

Subject: Wetland mitigation

You asked for my rationale for proposing to mitigate for the destruction of wetlands during the road widening project at Camas NWR at an acre for acre basis instead of replacing lost wetlands at 1.5 acre to one acre basis. I believe that the replacement at a one to one basis is justified because:

1) Much of the wetlands being lost are wetlands created by borrowing fill material to construct the original road and would be replaced with wetlands that would be located away from the road, would be more natural appearing, and would provide better sanctuary and less disturbance for wetland dependent wildlife.

2) In the diked impoundments where the wetlands would be created, upland habitat is not common and what is present is valuable for ground nesting birds. It would be detrimental to further reduce the upland/wetland mosaic.

As an alternative to creating additional wetland habitat within the project area I suggest the following proposal. Immediately adjacent to the proposed road widening project, Camas National Wildlife Refuge proposes to construct a second road through upland hay meadows using refuge staff and equipment. This second road is located just below the refuge headquarters at the beginning of the gravel portion of the proposed road widening project. The hay meadows, which are vegetated with smooth bromegrass, intermediate wheatgrass, and quackgrass are flood irrigated using licensed and decreed water rights to create goose browse and shallow feeding habitat for ibis, western willets, curlews, American avocets, and other wading birds. The road construction will require a borrow area 40 feet wide by 1050 feet long which is .96 acres. When we flood irrigate the hay meadows, these borrow areas would fill with deeper water and would create temporary, seasonal wetlands that would be of benefit to other wetland dependent wildlife. These borrow areas could mitigate for the loss of similar borrow areas that would be filled during the road widening project.

Attached is a map which shows the location of the proposed road and borrow area which would be constructed by Camas NWR staff and the irrigation ditch which will provide water to fill the borrow area.

PERMITTED PLANS

Permits
Project: ID RRP-CAMA 101(1), Camas NWR Complex




PERMITTED PLANS

From U.S.G.S. Survey Map
quadrangle titled Rays Lake, Idaho

Legend
- Borrow Areas
- Proposed Road Widening
- Wetland Fill Areas

Permits
Project: ID RRP-CAMA 101(1), Camas NWR Complex