| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| ID | RRP-CAMA 101(1) | A.1 |

# U. S. DEPARTMENT OF TRANSPORTATION
# FEDERAL HIGHWAY ADMINISTRATION

PLANS FOR PROPOSED

## PROJECT RRP–CAMA 101(1)
## CAMAS NWR COMPLEX

CAMAS NATIONAL WILDLIFE REFUGE
JEFFERSON COUNTY
IDAHO

NEW ENTRANCE ROAD LENGTH 0.276 KILOMETERS
AUTO TOUR ROUTE LENGTH 9.360 KILOMETERS
CUT–OFF ROAD LENGTH 0.673 KILOMETERS




IDAHO KEY MAP




TYPE OF CONSTRUCTION:
*Grading and Surfacing*

ADT 2001 - 7
ADT 2011 - 28

SPECIFICATION:
*Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects, FP-96*

FEDERAL LANDS HIGHWAY — Metric — COMMITMENT TO EXCELLENCE

PLANS PREPARED BY
U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
VANCOUVER, WASHINGTON

INDEX TO SHEETS

A. GENERAL INFORMATION
A.1 TITLE SHEET
A.2 PLAN SYMBOLS AND ABBREVIATIONS

B. SUMMARIES
B.1-2 SUMMARY OF QUANTITIES

C. TYPICAL SECTION(S)
C.1 NEW ENTRANCE ROAD
C.2 AUTO TOUR ROUTE AND CUT-OFF ROAD

D. PLAN-PROFILE
D.1 NEW ENTRANCE ROAD
D.2 AUTO TOUR ROUTE AND CUT-OFF ROAD (PLAN)

E. PULLOFFS, TURNOUTS AND PARKING AREAS
E.1 INTREPRETIVE PULLOFF AND TURNOUT DETAILS
E.2 PARKING AREA LAYOUT

F. EROSION CONTROL
F.1 SILT FENCE DETAILS AND QUANTITIES

G. TEMPORARY TRAFFIC CONTROL PLAN
G.1 ROAD CLOSURE DETAILS
G.2 STANDARD DRAWING M635-2

H. PERMANENT TRAFFIC CONTROL PLAN
H.1 PERMANENT PAVEMENT MARKING DETAIL(S)
H.2 PERMANENT TRAFFIC SIGNING
H.3 STANDARD DRAWING M633-7

I. MISCELLANEOUS
I.1 CONCRETE WHEELSTOP

J. BRIDGE
J.1-6 WELL #1 BRIDGE REPLACEMENT

EXHIBIT 10 Sanders 11-2-04
PENGAD 800-631-6989

RECOMMENDED: Ronald L. Burnett DATE 5-24-01
Design Operations Engineer, Western Federal Lands Highway Division

APPROVED: for Richard W. Sutton DATE 6/6/01
Division Engineer, Western Federal Lands Highway Division

Designed by: C. Sanders Checked by:
18-JUN-2001 14:53
c:\cadd\dgn\camas\cama01a.dgn

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| ID | RRP-CAMA 10(1) | A.2 |

# PLAN SYMBOLS and ABBREVIATIONS

| | |
|---|---|
| abutment | abut. |
| aggregate | aggr. |
| ahead | AH |
| alternate | alt. |
| and | & |
| and others | et al |
| and wife | et ux |
| and so forth (et cetera) | etc. |
| approach | appr. |
| approximate | approx. |
| asphalt | asph. |
| at | @ |
| average daily traffic | ADT |
| back | BK |
| back to back | b. to b. |
| balance point | BP |
| batter | btr. |
| beam | bm. |
| bearing | brg. |
| beginning | beg. |
| bench mark | BM |
| bridge | br. |
| centerline | ℄ |
| center to center | cc or c. to c. |
| centers | ctrs. |
| channel change | ch. ch. |
| clear | clr. |
| column | col. |
| concrete | conc. |
| connection | conn. |
| construction | constr. |
| construction joint | constr. jt. |
| contingent sum | CTSM |
| continuous | cont. |
| Contracting Officer | CO |
| corrugated | corr. |
| corrugated metal pipe | CMP |
| coulomb | C |
| county | cty. |
| countersink | ctsk. |
| creek | cr. |
| cubic meter | $m^3$ or m3 |
| culvert | culv. |
| curve delta | Δ |
| curve left | LT |
| curve right | RT |
| degree | °, deg. |
| degree Celsius | °C |
| design hour volume | DHV |
| design speed | V |
| diagonal | diag. |
| diameter | dia., D, or ⌀ |
| diaphragm | diaph. |
| district | Dist. |
| donation land claim | DLC |
| drawing(s) | drwg(s). |
| east | E |
| edge of pavement | EP |
| edge of water | EW |
| edge of road | ER |
| elevation | elev. |
| elevation with number | El. 94.066 m |
| embankment | emb. |
| Engineer(s) | engr(s). |
| equation | EQ or eq. |
| excavation | exc. |
| expansion joint | exp. jt. |
| Federal | Fed. |
| finish | fin. |
| flange | flg. |
| footing | ftg. |
| for example | e.g. |
| galvanized | galv. |
| gage (gauge) | ga. |
| headwall | hdwl. |
| hectare | ha |
| hexagon | hex. |
| high water | HW |
| highway | hwy. |
| house | hse. |
| homestead entry survey | HES |
| identification | iden. |
| inclusive | incl. |
| inside diameter | ID |
| joint | jt. |
| kilogram | kg |
| kilometer | km |
| kilometer per hour | km/h |
| kilometer post | K.M. |

| | |
|---|---|
| lamination | lam. |
| latitude | lat. |
| left | lt. |
| length of curve | L |
| liter | L |
| longitudinal | long. |
| low water | LW |
| lump sum | LPSM |
| magnetic | mag. |
| main line | M.L. |
| maintenance | maint. |
| material | matl. |
| maximum | max. |
| meter (measurement) | m |
| metric ton | t |
| millimeter | mm |
| mile post | M.P. |
| minute(s) (angular) | ' |
| minimum | min. |
| miscellaneous | misc. |
| monument | mon. |
| mountain(s) | mtn(s). |
| negative | neg. |
| north | N |
| newton | N |
| number | no. |
| original ground | OG |
| out to out | o. to o. |
| outside diameter | OD |
| pascal | Pa |
| pavement | pvmt. |
| percent | pct. or % |
| perforate | perf. |
| plate | pl. |
| point of compound curve | PCC |
| point of curve | PC |
| point on curve | POC |
| point of intersection | PI |
| point of spiral to curve | PSC or SC |
| point of curve to spiral | PCS or CS |
| point on spiral | POS |
| point of spiral to tangent | PST or ST |
| point on tangent | POT |
| point of tangent to spiral | PS or TS |
| point of tangent | PT |
| project | proj. |
| quantities | quant. |
| radian | rad |
| radius | R |
| range | R. |
| reconstruction | reconst. |
| reinforcement | reinf. |
| required | reqd. |
| reservoir or Reservation | res. |
| retaining wall | ret. wall |
| right | rt. |
| right-of-way | R/W |
| road | rd. |
| roadway | rdwy. |
| route | rte. |
| school | sch. |
| second (angular) | " |
| second (time) | s |
| section | sec. |
| slope protection | sl. prot. |
| south | S |
| spacing, Spaces or Spaced | spa. |
| specification | spec. |
| spiral angle | θ |
| square | sq |
| square meter | $m^2$ or m2 |
| standard | std. |
| station | sta. |
| stiffener | stiff. |
| straight | str. |
| street | st. |
| stringer | stgr. |
| structural | struc. |
| superelevation rate | e |
| symmetrical | sym. |
| tangent | tan. |
| tangent length | T |
| temporary bench mark | TBM |
| that is | i.e. |
| thread | thd. |
| township | T. |
| typical | typ. |
| vehicles per hour | vph |
| vertical point of intersection | VPI |
| warehouse | whs. |
| west | W |

NATIONAL BOUNDARY
STATE BOUNDARY
COUNTY BOUNDARY
CITY BOUNDARY
TOWNSHIP or RANGE LINE
SECTION LINE
1/4 SECTION LINE
1/16 SECTION LINE
NATIONAL PARK or FOREST BOUNDARY
PROPERTY LINE — P/L
RIGHT-OF-WAY LINE — EXISTING / PROPOSED
RIGHT-OF-WAY LINE with MONUMENT — EXISTING / PROPOSED
EASEMENT (Permanent - Non-Permanent) — P/E — C/E
SLOPE STAKE — TOP OF CUT / TOE OF FILL / TRANSITION
ROADWAY, EXISTING
RAILROAD — SINGLE TRACK / MULTIPLE TRACK
SILT FENCE
TRAIL
INTERMITTENT DRAINAGE and SMALL CREEK
LARGE CREEK/RIVER
LAKE, POND or RESERVOIR; MARSHLAND
SPRING
TREELINE; TREE
MATERIAL SOURCE

| | FOUND | PROJECTED |
|---|---|---|
| SECTION CORNER | 36 31 / 1 6 | 36 31 / 1 6 |
| 1/4 SECTION CORNER | 15 / 22 | 15 / 22 |
| 1/16 SECTION or PROPERTY CORNER | | |
| PROPERTY CORNER | | No Symbol |
| PARCEL NUMBER | No Symbol | 400 |

*NOTE:*

*1. Dimensions in this plan set are in millimeters unless otherwise noted.*

*2. Other symbols used in the plans will be shown in a legend on the appropriate plan sheet.*

| | EXISTING | PROPOSED |
|---|---|---|
| NORTH ARROW | | |
| FENCE | | |
| GATE with FENCE | | |
| CATTLEGUARD | | |
| GUARDRAIL | | |
| SIGNS — Post mounted: single, double; Portable | No Symbol | |
| RETAINING WALL | wall face | |
| POWER POLE UTILITIES P=power, T=telephone | P | P |
| UNDERGROUND UTILITIES G=gas, O=oil, P=power, SA= sanitary sewer, SS=storm sewer, T=telephone, W=water | P | P |
| SUPPORT POLE with ANCHOR | | |
| TELEPHONE BOOTH or PEDESTAL | TB or TP | TB or TP |
| STREET LIGHT | | |
| BRIDGE | | |
| PIPE CULVERT (arrow shows flow) | | |
| PIPE CULVERT with END SECTION | | |
| PIPE CULVERT with HEADWALL | | |
| BOX CULVERT | | |
| CULVERT with DROP INLET | | |
| UNDERDRAIN | UD | UD |
| CONTROL POINT | CP 12345 | No Symbol |
| SURVEY MONUMENT | | No Symbol |
| HUB & TACK | | No Symbol |
| SPOT ELEVATION | EL. 1234.56 m | No Symbol |
| COORDINATE GRID TICK | | No Symbol |
| BUILDING | | |
| BORING LOCATION | | No Symbol |
| RIPRAP | No Symbol | |

Rev 1/2001

14-JUN-2001 08:53

C:\Cadd\Dgn\Camas\plansym.dgn

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| ID | RRP-CAMA 101(1) | B.1 |

| ITEM | DESCRIPTION (PLAN SHEET NUMBER -------->>) | UNIT | Section C Typical Section | Section D Plan and Profile | Section F Erosion Control | Section G Section H Traffic Control | Section I MSI | Section J Bridge | ESTIMATED QUANTITIES PLAN | ESTIMATED QUANTITIES BID SCHEDULE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15101 | Mobilization | LPSM | | | | | | | ALL | ALL | |
| 15201 | Construction survey and staking | LPSM | | | | | | | ALL | ALL | |
| 15401 | Contractor testing | LPSM | | | | | | | ALL | ALL | |
| 15501 | Construction schedule | LPSM | | | | | | | ALL | ALL | |
| 15703 | Silt fence | m | | | 421 | | | | 421 | 450 | |
| 15801 | Watering for dust control | m3 | | | | | | | | 3,000 | |
| 20101 | Clearing and grubbing | ha | | 0.42 | | | | | 0.42 | 0.42 | (CO) |
| 20304 | Removal of bridge | LPSM | | | | | | | ALL | ALL | |
| 20403 | Unclassified borrow | m3 | | 3480 | | | | | 2413 3480 | 4,000 245 | |
| 20801 | Structure excavation | m3 | | | | | | 16 | 16 | 16 | (CO) |
| 21201 | Linear grading | km | | 10.03 | | | | | 10.03 | 10.50 | |
| 30107 | Aggregate surface course grading H | t | 17104 | | | | | | 17104 | 18,500 | |
| 30802 | Roadway aggregate method 1 | t | 1020 | | | | | | 1020.0 | 1,100.0 | |
| 40201 | Minor hot asphalt concrete | t | 400 | | | | | | 400.0 | 450.0 | |
| 55401 | Reinforcing steel | kg | | | | | | 240 | 240 | 240 | (CO) |
| 55501 | Structural steel, furnished, fabricated, and erected govt furnished mat'l | kg | | | | | | 10900 | 10900 | 10,900 | (CO) |
| 55702 | Treated structural timber and lumber (curb) govt furnished mat'l | m3 | | | | | | 2 | 2 | 2 | (CO) |
| 55704 | Treated structural timber and lumber (deck) govt furnished mat'l | m2 | | | | | | 54 | 54 | 54 | (CO) |
| 60101 | Concrete | m3 | | | | | | 4 | 4 | 4 | (CO) |
| 60909 | Wheelstop | each | | | | | 12 | | 12 | 12 | |
| 62201A | Compaction equipment | hour | | | | | | | | 36 | |
| 62201B | Grader, motor, 90 kW minimum, with ripper | hour | | | | | | | | 20 | |
| 62201C | Loader/backhoe, wheel type tractor, 35 kW minimum | hour | | | | | | | | 36 | |
| 62201D | Truck, highway, dump body, rear, 7.6 m3 minimum capacity | hour | | | | | | | | 20 | |
| 62301 | General labor | hour | | | | | | | | 60 | |
| 62404 | Placing conserved topsoil, 75 millimeter depth | m2 | | 14357 | | | | | 14357 | 14,500 | |
| 63302 | Sign installation | m2 | | | | 1.57 | | | 1.57 | 1.57 | |

(CO) means Contract Quantity

ADD 40201 - Minor hot A.C. includes refinishing & reshaping the parking lot
we do not anticipate that you'll need additional mat'l.

# SUMMARY OF QUANTITIES

Designed by: C. Sanders --/-- Checked by: --/--

14-JUN-2001 08:55 c:\cadd\dgn\camas\summary.dgn

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| ID | RRP-CAMA 101(1) | B.2 |

| ITEM | DESCRIPTION | UNIT | Section C Typical Section | Section D Plan and Profile | Section F Erosion Control | Section G Section H Traffic Control | Section I MSI | Section J Bridge | | | | | | | | ESTIMATED QUANTITIES PLAN | ESTIMATED QUANTITIES BID SCHEDULE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 63401A | Pavement markings type B, solid yellow | m | | | | 560 | | | | | | | | | | 560 | 600 |
| 63401B | Pavement markings type B, solid white | m | | | | 369 | | | | | | | | | | 369 | 369 |
| 63406 | Pavement markings type B, white handicap symbol | each | | | | 1 | | | | | | | | | | 1 | 1 |
| 63505 | Barricade type III | each | | | | 6 | | | | | | | | | | 6 | 6 |
| 63506 | Cone type 700 millimeter | each | | | | 25 | | | | | | | | | | 25 | 25 |
| 63507 | Construction sign | m2 | | | | 11.18 | | | | | | | | | | 11.18 | 11.18 (CO) |

PLAN SHEET NUMBER -------->>

(CO) means Contract Quantity

# SUMMARY OF QUANTITIES

o:\cadd\dgn\camas\summary.dgn | 14-JUN-2001 08:58 | Designed by: --/--- | Checked by: --/---

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| ID | RRP-CAMA 101(1) | C.1 |




NEW ENTRANCE ROAD
0+000 to 0+148




FILL SLOPE
ROUNDING DETAIL




NEW ENTRANCE ROAD
0+148 to 0+276

FOOTNOTES:

1/ Maximum superelevation on curves is at the rate "e" as indicated on the Plan and Profile curve data.

2/ Modify rounding distance to 0.5 m where necessary to save tree(s).

3/ Design cut and fill slopes are shown in the Staking Report. See FAR Clause 52.236-4.

**ESTIMATED QUANTITIES**

| Item | Description | Quantities | Remarks |
|---|---|---|---|
| 30802 | Roadway aggregate method I | 1020 t | Based on 2.34 t/m3 |
| 40201 | Minor hot asphalt concrete | 400 t | Based on 2.30 t/m3 |

# TYPICAL SECTIONS

c:\cadd\dgn\camas\ifcamI01ica.dgn | 18-JUN-2001 08:37 | Designed by: C. Sanders | --/---- | Checked by: C. Sanders | --/----

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| ID | RRP-CAMA 101(1) | C.2 |




WIDENED AREAS 1/




NON-WIDENED AREAS

AUTO TOUR ROUTE
1+000 to 10+360

CUT-OFF ROAD
20+000 to 20+673

| WIDENING 1/ | |
|---|---|
| Station to Station | RT/LT |
| AUTO TOUR ROUTE | |
| 1+040 to 1+180 | RT |
| 1+350 to 1+840 | RT |
| 1+998 to 2+018 | LT |
| 2+197 to 2+228 | LT |
| 2+280 to 2+360 | RT |
| 2+420 to 2+540 | RT |
| 2+600 to 2+620 | LT |
| 2+840 to 2+880 | RT |
| 2+904 to 3+120 | RT |
| 3+134 to 3+158 | LT |
| 3+206 to 3+227 | LT |
| 3+713 to 3+740 | LT |
| 3+860 to 3+960 | RT |
| 4+040 to 4+060 | RT |
| 4+100 to 4+140 | RT |
| 4+374 to 4+540 | RT |
| 4+800 to 5+140 | LT |
| 5+152 to 5+186 | RT |
| 5+440 to 5+460 | RT |
| 5+520 to 6+160 | RT |
| 5+800 to 5+820 | LT |
| 6+340 to 6+460 | RT |
| 6+860 to 6+980 | RT |
| 7+060 to 7+360 | LT |
| 7+430 to 7+463 | RT |
| 7+560 to 8+460 | LT |
| 7+655 to 7+660 | RT |
| 8+890 to 8+910 | LT |
| 9+320 to 9+353 | RT |
| 9+730 to 9+750 | RT |
| 10+021 to 10+040 | RT |
| CUT-OFF ROAD | |
| 20+320 to 20+360 | LT |

| CROSS SLOPE 2/ | |
|---|---|
| Station to Station | RT/LT |
| AUTO TOUR ROUTE | |
| 1+000 to 1+740 | LT |
| 1+760 to 1+840 | RT |
| 1+860 to 1+920 | LT |
| 1+940 to 2+040 | RT |
| 2+060 to 2+720 | LT |
| 2+740 to 2+800 | RT |
| 2+820 to 3+140 | LT |
| 3+160 to 3+880 | RT |
| 3+900 to 4+120 | LT |
| 4+140 to 4+260 | RT |
| 4+280 to 4+420 | LT |
| 4+440 to 4+700 | RT |
| 4+720 to 4+900 | LT |
| 4+920 to 5+000 | RT |
| 5+020 to 5+340 | LT |
| 5+360 to 5+640 | RT |
| 5+660 to 6+300 | LT |
| 6+320 to 6+420 | RT |
| 6+460 to 7+060 | LT |
| 7+080 to 7+180 | RT |
| 7+200 to 7+560 | LT |
| 7+580 to 7+780 | RT |
| 7+800 to 8+420 | LT |
| 8+440 to 9+100 | RT |
| 9+120 to 9+460 | LT |
| 9+480 to 9+720 | RT |
| 9+740 to 10+360 | LT |
| CUT-OFF ROAD | |
| 20+000 to 20+100 | LT |
| 20+120 to 20+420 | RT |
| 20+440 to 20+660 | LT |

ESTIMATED QUANTITIES

| Item | Description | Quantities | Remarks |
|---|---|---|---|
| 30107 | Aggregate surface course grading H | 17,104 t | Based on 2.34 t/m3 |




FILL SLOPE
ROUNDING DETAIL

FOOTNOTES:

1/ See Table This Sheet for widening locations. Stationing is approximate. See sheet E.1 for turnout and interpretive pull-off locations. Stationing may be adjusted by the CO.

2/ See table this sheet for 3% cross slope locations. Stationing may be adjusted by the CO

TYPICAL SECTIONS

Designed by: C. Sanders --/-- Checked by: --/-- 18-JUN-2001 14:56 a:\cadd\dgn\camas\ifcam01ica.dgn




## PLAN QUANTITIES

Station 0+000 to 0+276 New Entrance Road

| Item | Description | Quantity |
|---|---|---|
| 20101 | Clearing and Grubbing | 0.42 ha |
| 20403 | Unclassified Borrow | 1070 m3 |
| 62404 | Placing Conserved Topsoil | 1408 m2 |

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| ID | RRP-CAMA 101(1) | D.2 |




## PLAN QUANTITIES

1+000 to 10+360 Auto Tour Route
20+000 to 20+673 Cut-Off Road

| Item | Description | Quantity |
|---|---|---|
| 20403 | Unclassified Borrow | 2410 m3 |
| 21201 | Linear Grading | 10.03 km |
| | Excavation (for information only) | 2154 m3 |
| 62407 | Placing Conserved Topsoil | 12,949 m2 |




CONNECTION DETAIL A

## NOTES:

1. Grade intersections at begining and ending of Cut-Off road to drain.

## FOOTNOTES:

1/ Actual location to be staked by C.O. Approximately 3100 m3 total available for use as unclassified borrow.

# AUTO TOUR ROUTE AND CUTOFF ROAD

c:\cadd\dgn\camas\tourlayout.dgn | 18-JUN-2001 11:50 | Designed by: C. Sanders | ----/-- | Checked by: | ----/--

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| ID | RRP-CAMA 10(1) | E.1 |




TYPICAL INTERPRETIVE PULLOFFS
Auto Tour Route and Cut-Off Road




TURNOUTS
Auto Tour Route

TURNOUT AND INTERPRETIVE PULLOFFS LOCATIONS

| Turnout | Pulloff | Station | Left | Right |
|---|---|---|---|---|
| AUTO TOUR ROUTE | | | | |
| | E-1 | 1+160 | | X |
| T-1 | | 1+360 | | X |
| T-2 | | 1+660 | | X |
| T-3 | | 1+830 | | X |
| T-4 | | 2+010 | X | |
| | E-2 | 2+210 | X | |
| T-5 | | 2+610 | X | |
| T-6 | | 2+910 | | X |
| | E-3 | 3+150 | X | |
| T-7 | | 3+720 | X | |
| | E-5 | 4+120 | | X |
| T-8 | | 4+420 | | X |
| T-9 | | 4+960 | X | |
| | E-6 | 5+170 | | X |
| T-10 | | 5+550 | | X |
| T-11 | | 5+840 | | X |
| T-12 | | 6+420 | | X |
| | E-7 | 6+710 | X | |
| | E-8 | 7+450 | | X |
| T-13 | | 7+790 | X | |
| T-14 | | 8+210 | X | |
| T-15 | | 8+900 | X | |
| | E-9 | 9+340 | | |
| T-16 | | 9+740 | | X |
| T-17 | | 10+030 | | X |
| CUT-OFF ROAD | | | | |
| | E-4 | 20+340 | X | |

INTERPRETIVE PULLOFF AND TURNOUT DETAILS

c:\cadd\dgn\camas\lfcamlolica.dgn 18-JUN-2001 09:37 Designed by: C. Sanders --/-- Checked by: --/--


STATE
ID
PROJECT
RRP-CAMA 10(11)
SHEET NUMBER
E.2
NEW ENTRANCE ROAD
PARKING AREA LAYOUT
N
Edge of top of asphalt
N= 29890.313
E= 39905.802
N= 29885.973
E= 39908.286
N= 29883.340
E= 39904.035
N= 29879.752
E= 39906.274
N= 29862.495
E= 39901.636
N= 29901.715
E= 39910.714
R 35
R 5
N= 29863.705
E= 39884.274
N= 29859.581
E= 39873.581
N= 29863.979
E= 39870.629
R 35
N= 29931.818
E= 39892.859
N= 29896.895
E= 39895.182
N= 29894.348
E= 39887.135
N= 29860.246
E= 39867.303
R 5
N= 29863.547
E= 39863.609
R 25
R 10
N= 29886.200
E= 39873.365
Edge of top of asphalt
N= 29866.352
E= 39859.414
N= 29863.745
E= 39858.190
N= 29869.053
E= 39849.847
c:\cadd\dgn\camas\parkarea.dgn
18-JUN-2001 11:59
Designed by:
C. Sanders
--/--
Checked by:
----/--
----/--

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| ID | RRP-CAMA 101(1) | F.1 |




JOINING TWO ADJACENT SILT FENCE SECTIONS




SILT FENCE INSTALLATION AT TOE OF FILL

| SILT FENCE QUANTITIES | | | | |
|---|---|---|---|---|
| BEGIN STATION | END STATION | LEFT | RIGHT | QUANTITY (M) |
| 2+200 | 2+230 | X | | 35 |
| 2+855 | 2+960 | | X | 103 |
| 3+110 | 3+140 | | X | 35 |
| 4+960 | 4+990 | X | | 30 |
| 5+080 | 5+110 | X | | 27 |
| 5+500 | 5+540 | | X | 35 |
| 6+390 | 6+410 | | X | 25 |
| 7+430 | 7+460 | | X | 46 |
| 7+760 | 7+810 | X | | 52 |
| 8+195 | 8+225 | X | | 33 |
| | | | TOTAL | 421 |




POST AND FABRIC INSTALLATION DETAIL

NOTE:

1. Dimensions not labeled are in millimeters.
2. Alternate pre-assembled silt fence options will be allowed as long as specified dimensions are satisfied. Follow manufacturer's information for installation procedures.

SILT FENCE

c:\cadd\dgn\camas\siltfence.dgn | 19-JUN-2001 11:23 | Designed by: C. Sanders | --/---- | Checked by: | --/----

| STATE | PROJECT | SHEET NUMBER |
| --- | --- | --- |
| ID | RRP-CAMA 101(1) | G.1 |




CLOSURE 1




CLOSURE 2




CLOSURE 3




WELL #1 BRIDGE

**NOTES:**

1. Mount "Road Closed" signs on type III barricades
2. Install signs in relation to the road according to Part VI of the MUTCD and DRAWING WM635-2.
3. During closure 3 provide access to residents at all times.
4. 75 mm radii on all coners of special signs.
5. Signs 4 and 5 are legend-black (non-reflectorized) background-orange (reflectorized)

**FOOTNOTE:**

1/ Mount on post below sign 4

## TRAFFIC CONTROL DEVICES

| ITEM | DESCRIPTION | QUANTITY |
| --- | --- | --- |
| 63505B | Barricade, type III | 6 Each |
| 63506 | Cone, type 700 mm | 25 Each |

## CONSTRUCTION SIGN ITEM 63507

| SIGN NO. | MUTCD NO. | LEGEND | SIGN SIZE mm | NO. OF SIGNS | QUANTITY Sq m |
| --- | --- | --- | --- | --- | --- |
| 1 | W20-1 | ROAD WORK AHEAD | 1200 x 1200 | 2 | 2.88 |
| 2 | G20-2 | END ROAD WORK | 1500 x 600 | 2 | 1.8 |
| 3 | R11-2 | ROAD CLOSED | 1200 x 750 | 6 | 5.4 |
| 4 | Ref-1 | REFUGE ACCESS INFORMATION | 1200 x 750 | 1 | 0.9 |
| 5 | Ref-2 | Arrow | 530 x 380 | 1 | 0.2 |
| | | | | TOTAL | 11.18 |




SIGN 4 (Ref-1)




Sign 5 (Ref-2) 1/

# TEMPORARY TRAFFIC CONTROL

c:\cadd\dgn\camas\trafficcontrol.dgn | 18-JUN-2001 12:15 | Designed by: C. Sanders | --/---- | Checked by: | --/----

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| ID | RRP-CAMA 101(1) | G.2 |




SINGLE POST SIGN




TWO POST SIGN

NOTE:

1. Dimensions not labeled are in millimeters.
2. Attach sign panels with a minimum of 2- M6 bolts per post.
3. Mount signs smaller than listed on a 100 x 100 mm post.
4. $H_1$ and $H_2$ = Overall post length. Select post lengths to fit field conditions.
5. D= Post embedment depth for average soil conditions.
6. Furnish hardware in the metric sizes shown. Equivalent imperial sizes may be used when metric sizes are not available.




SIGN INSTALLATION ANGLE

| WOOD POST SELECTION TABLE | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SIGN SHAPE | X x Y | GROUNDLINE TO CENTER OF SIGN HEIGHT (Z) | | | | | | | | | |
| | | Z IS 3000 mm OR LESS | | | | | Z IS GREATER THAN 3000 mm | | | | |
| | | NUMBER OF POSTS | POST SIZE | D | HOLE SIZE | NOTCH DEPTH | NUMBER OF POSTS | POST SIZE | D | HOLE SIZE | NOTCH DEPTH |
| ◇ ○ | 750 x 750 | 1 | 100 x 100 | 900 | 0 | 0 | 1 or 2 | 100 x 150<br>100 x 100 | 1200<br>900 | 40<br>0 | 0<br>0 |
| ◇ ○ ○ | 900 x 900 | 1 or 2 | 100 x 150<br>100 x 100 | 1200<br>900 | 40<br>0 | 0<br>0 | 1 or 2 | 100 x 150<br>100 x 100 | 1200<br>900 | 40<br>0 | 0<br>0 |
| ◇ ○ | 1200 x 1200 | 1 | 100 x 150 | 1200 | 40 | 0 | 1 or 2 | 150 x 200<br>100 x 150 | 1200<br>1200 | 75<br>40 | 0<br>45 |
| ▭ | 1500 x 600 | 2 | 100 x 100 | 900 | 0 | 0 | 2 | 100 x 100 | 900 | 0 | 0 |
| ▭ | 1600 x 900 | 2 | 100 x 100 | 900 | 0 | 0 | 2 | 100 x 150 | 1200 | 40 | 45 |




POST DETAIL

NO SCALE

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

METRIC DETAIL

CONSTRUCTION SIGN INSTALLATION WOOD POSTS

DETAIL APPROVED FOR USE 3/1996

REVISED: 3/1999

DETAIL WM635-2

c:\cadd\dgn\camas\wm63502.dgn 18-JUN-2001 12:18

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| ID | RRP-CAMA 101(1) | G.2 |




SINGLE POST SIGN




TWO POST SIGN

NOTE:

1. Dimensions not labeled are in millimeters.
2. Attach sign panels with a minimum of 2- M6 bolts per post.
3. Mount signs smaller than listed on a 100 x 100 mm post.
4. $H_1$ and $H_2$ = Overall post length. Select post lengths to fit field conditions.
5. D= Post embedment depth for average soil conditions.
6. Furnish hardware in the metric sizes shown. Equivalent imperial sizes may be used when metric sizes are not available.




SIGN INSTALLATION ANGLE

**WOOD POST SELECTION TABLE**

| SIGN SHAPE | X x Y | GROUNDLINE TO CENTER OF SIGN HEIGHT (Z) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Z IS 3000 mm OR LESS | | | | | Z IS GREATER THAN 3000 mm | | | | |
| | | NUMBER OF POSTS | POST SIZE | D | HOLE SIZE | NOTCH DEPTH | NUMBER OF POSTS | POST SIZE | D | HOLE SIZE | NOTCH DEPTH |
| ◇ ○ | 750 x 750 | 1 | 100 x 100 | 900 | 0 | 0 | 1 or 2 | 100 x 150<br>100 x 100 | 1200<br>900 | 40<br>0 | 0<br>0 |
| ◇ ○ ○ | 900 x 900 | 1 or 2 | 100 x 150<br>100 x 100 | 1200<br>900 | 40<br>0 | 0<br>0 | 1 or 2 | 100 x 150<br>100 x 100 | 1200<br>900 | 40<br>0 | 0<br>0 |
| ◇ ○ | 1200 x 1200 | 1 | 100 x 150 | 1200 | 40 | 0 | 1 or 2 | 150 x 200<br>100 x 150 | 1200<br>1200 | 75<br>40 | 0<br>45 |
| ▭ | 1500 x 600 | 2 | 100 x 100 | 900 | 0 | 0 | 2 | 100 x 100 | 900 | 0 | 0 |
| ▭ | 1600 x 900 | 2 | 100 x 100 | 900 | 0 | 0 | 2 | 100 x 150 | 1200 | 40 | 45 |




POST DETAIL

NO SCALE

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

METRIC DETAIL

CONSTRUCTION SIGN INSTALLATION WOOD POSTS

DETAIL APPROVED FOR USE 3/1996
REVISED: 3/1999

DETAIL WM635-2

c:\cadd\dgn\camas\wm63502.dgn 18-JUN-2001 12:18

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| ID | RRP-CAMA 101(1) | H.2 |




| SIGN INSTALLATION ITEM 63302 | | | | | | |
|---|---|---|---|---|---|---|
| PLAN SIGN NUMBER | STATION | LT/RT | MUTCD NUMBER | LEGEND | SIGN SIZE mm | QUANTITY m2 |
| 1 | 0+000 | Lt | R1-1 | STOP | 600 x 750 | 0.45 |
| 2 | 0+100 | Rt | R2-1 | SPEED LIMIT 15 | 750 x 750 | 0.56 |
| 3 | 0+250 | Rt | W8-3 | PAVEMENT ENDS | 750 x 750 | 0.56 |
| | | | | | TOTAL | 1.57 |

# PERMANENT TRAFFIC SIGNING

o:\cadd\dgn\camas\premtraffic.dgn | 18-JUN-2001 12:40 | Designed by: C. Sanders | --/--- | Checked by: | --/--

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| ID | RRP-CAMA 10(1) | H.3 |




POST DETAIL




SINGLE POST SIGNS




TWO POST SIGNS

## NOTE:

1. Dimensions not labeled are in millimeters.
2. Install signs in relation to the road: W= 3.7 m minimum; V= 1.6 m minimum.
3. $H_1$ thru $H_4$= Overall post length. Select post lengths to fit field conditions.
4. D= Minimum post embedment depth for average soil conditions. See wood post selection table below.
5. Z= the height from ground line to mid-height of sign at the longest post.




TYPICAL MOUNTING FOR SIGNS WITHOUT ANGLES

| POST SIZE | NUMBER OF POSTS 1 | 2 | 3 | 4 | D (m) | Notch depth & hole dia. (mm) |
|---|---|---|---|---|---|---|
| | Product of X-Y-Z (m3) | | | | | |
| 100 x 100 | 2.2 | 4.3 | 6.6 | 18.7 | 0.9 | - |
| 100 x 150 | 5.0 | 10.8 | 15.3 | 20.3 | 1.2 | 45 |
| 150 x 150 | 6.6 | 13.3 | 19.9 | 26.6 | 1.2 | 45 |
| 150 x 200 | 8.4 | 23.8 | 35.8 | 47.6 | 1.2 | 65 |
| * 150 x 250 | 10.8 | 33.0 | 49.6 | 66.1 | 1.5 | - |
| * 200 x 250 | 16.1 | 45.1 | 67.5 | 90.0 | 1.5 | - |
| * 200 x 300 | 21.7 | 64.7 | 97.0 | 129.4 | 1.8 | - |

WOOD POST SELECTION TABLE

Values shown are the maximum permitted. If the product of XYZ exceeds the limit for 200 x 300 mm posts, use steel post installation.

For the purpose of post selection- X and Y are as follows:

Single sign, or back to back signs- X and Y are the overall dimensions of the signs.

Multiple sign installations- X and Y are the dimensions of a rectangle enclosing all the signs.

* Traffic barrier protection is required when located within the clear zone or is vulnerable to being struck when placed outside the clear zone.




THREE POST SIGNS




For all retroreflectorized signs where W is more than 7500 mm.

SIGN INSTALLATION ANGLE




FOUR POST SIGNS

NO SCALE

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

METRIC DETAIL

# PERMANENT SIGN INSTALLATION WOOD POSTS

DETAIL APPROVED FOR USE 3/1996
REVISED: 3/1999

DETAIL WM633-7

c:\cadd\dgn\camas\wm63307.dgn 18-JUN-2001 12:41

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| ID | RRP-CAMA 1O1(1) | 1.1 |




WHEELSTOP PLAN VIEW

NOTE:

1. Unless otherwise shown, dimensions are in millimeters.
2. Center wheel stops between, and perpendicular to, stall lines.
3. Variations in wheel stops will be allowed with the approval of the CO to meet manufacturer's standards.

| ITEM 60909 WHEEL STOPS | |
|---|---|
| LOCATION | QUANTITY each |
| New entrance road parking area | 12 |




SECTION A-A




HEAD-ON PARKING

CONCRETE WHEELSTOP

c:\cadd\dgn\camas\d4609x02.dgn 18-JUN-2001 12:46 Designed by: C. Sanders --/---- Checked by: --/----

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| ID | RRP-CAMA 101(1) | J.1 |

## GENERAL NOTES:

SPECIFICATIONS: AASHTO Standard Specifications for Highway Bridges. Sixteenth Edition, 1996 as amended by the 1997 interim revisions; Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects, FP-96

DESIGN LOADS:

Live Load: MS 18 (HS20-44), Single Lane Live Load Distribution
Impact: 15/(L + 38), L = Span length in meters, I = 30% max.
Dead Loads:
Concrete = 23.6 kN/m3
Steel = 77.0 kN/m3
Timber = 7.9 kN/m3

MATERIALS:

Reinforced Concrete: All reinforced cast-in-place concrete shall be air entrained with a 28 day minimum compressive strength, F'c=25 MPa. An approved air-entraining admixture shall be used in all concrete. No additive containing calcium chloride shall be used in concrete. Chamfer all exposed edges 20 mm, unless otherwise noted on the plans.

Reinforcing Steel: Reinforcing steel shall conform to AASHTO M31M, M42M, or M53M, grade 420 deformed. Concrete cover to be 50 mm, unless otherwise noted on the plans.

Structural Steel: Structural steel for W shape, channels, stiffner plates, and bearing plates shall be conforming to ASTM A36. Field connections associated with beams shall be made with 22.2 mm diameter friction type bolts conforming to AASHTO M 164M, zinc coated. Welding shall conform to ANSI/AWS/AASHTO Bridge Welding Code, current edition. Anchor bolts at bearings shall be galvanized and conform to ASTM A307. The steel fabricating company shall be fully certified in Simple Steel Bridge Structure (SBr), under the AISC Quality Certification Program. All structural steel shall be hot dip galvanized after fabrication according to AASHTO M111. Repair galvanized coating damaged by welding or other processes by cleaning and applying two brush coats of zinc rich paint.

Timber: All timber shall be Douglas Fir (Coast Region). Glued laminated timber shall conform to ANSI/AITC A190.1, "Specification for Structural Glued Laminated Timber", current edition, and shall be fabricated in accordance with AITC 117-93---Manufacturing, "Standard Specifications for Structural Glued Laminated Timber of Softwood Species". Solid sawn lumber for curbs and riser shall be No. 1 or better, graded according to the Western Wood Products Association. All timber members shall be pressure treated with copper naphthenate, to a minimum net retention of 0.64 kg/m3. All timber deck connection clips and bolts shall be hot dip galvanized. All holes in timber members shall be drilled prior to pressure treatment.

Elastomeric Bearing Pads: Elastomeric pads shall meet the requirements of AASHTO M 251. Shims for elastomeric bearing pads shall conform to AASHTO M 183M.

ALLOWABLE STRESSES:

Structural Glued Laminated Timber Deck:

Glued laminated timber deck panels shall be manufactured from grades of lumber which will produce design values equal to or exceeding the following:

Loaded parallel to the wide faces of the laminations:

Bending (Fbyy) = 10000 kPa
Compression Perpendicular to Grain (Fc⊥yy) = 3860 kPa
Shear Parallel to Grain (Fvyy) = 1000 kPa
Modulus of Elasticity (E) = 11032 MPa

All dimensions are in millimeters, unless otherwise noted.

### TABULATION OF QUANTITIES

| ITEM | DESCRIPTION | QUANTITY |
|---|---|---|
| 20304 | Removal of bridge | Lump Sum 1/ |
| 20801 | Structure excavation | 16 m3 1/ |
| 55401 | Reinforcing steel | 240 kg 1/ |
| 55501 | Structural steel furnished, fabricated, and erected | 10900 kg 1/3/4/ |
| 55702 | Treated structural timber and lumber (curb) | 2 m3 1/6/ |
| 55704 | Treated structural timber and lumber (deck) | 54 m2 1/5/ |
| 60101 | Concrete | 4 m3 1/2/ |

FOOTNOTE:

1/ Contract quantity.

2/ Includes furnishing and installing concrete anchor bolts.

3/ Includes furnishing and installing elastomeric bearing pads.

4/ Includes furnishing, fabricating, and installing all structural steel which includes W shape beams, channels, stiffener plates, bearing plates, and galvanized steel bolts.

5/ Includes furnishing and installing timber deck steel clip/bolt and timber curb anchor bolt with plate washer.

6/ Includes furnishing, fabricating and installing timber curb and risers.

7/ Includes removing existing timber superstructure, removing existing intermediate concrete pier, 18"ø utility pipe, and sawcut and partial removal of concrete abutment walls.

WELL #1 BRIDGE
GENERAL NOTES

c:\cadd\dgn\camas\bridge.dgn | 18-JUN-2001 13:01 | Designed by: F. Ismail | ----/-- | Checked by: | ----/--


STATE
ID
PROJECT
RRP-CAMA 101(1)
SHEET NUMBER
J.2
WELL #1 BRIDGE
PLAN & PROFILE
TYPICAL CROSS SECTION
Scale 1:40
4168
254
1830
1830
254
130 mm thick glulam timber deck see sheet J.6
℄ Bridge
554
1020
1020
1020
554
℄ Beam A
℄ Beam B
℄ Beam C
℄ Beam D
W460 x 193, typ. all beams
254 x 254 mm curb with 102 x 254 mm riser treated timber
PLAN
Scale 1:100
Flow
Existing concrete wall and headgate to remain in place.
Existing concrete wall and headgate to remain in place.
End Bridge El. Matching Existing Rdwy Surface
Begin Bridge El. Matching Existing Rdwy Surface
Existing ℄ Rdwy
℄ Rdwy @ ℄ Bridge
Remove existing bridge timber deck and timber beams.
ELEVATION
Scale 1:100
Length of Bridge = 13700
Begin Bridge
End Bridge
Rdwy surface
Rdwy. surface elevation, match existing
Cast-in-place concrete abutment, typ. See Sheet J.4
Existing abutment wall to remain in place
W460 x 193 rolled steel beam galvanized, typ.
130 mm thick Glulam timber deck
0%
254 x 254 mm curbs with 102 x 254 mm riser treated timber
Exp.
Fix
1550
Typ.
1050
Typ.
Remove existing 457mm ø steel pipe
Existing concrete slab to remain in place
Saw cut & remove existing concrete pier, flush with existing concrete slab.
Saw cut & remove concrete abutment wall & wingwall above this line, typ. both ends of bridge. See Sheet J.3 for more details
Existing abutment wall and wing wall to remain in place
ABUTMENT 1
ABUTMENT 2
* Allowable soil bearing pressure at service loads equal to 192 kN/m2
c:\cadd\dgn\camas\bridge.dgn
18-JUN-2001 13:19
Designed by:
F. Ismail
Checked by:


STATE
ID
PROJECT
RRP-CAMA 101(1)
SHEET NUMBER
J.3
WELL #1 BRIDGE
FOUNDATION PLAN
FOUNDATION PLAN
Scale 1:80
VIEW B-B
ABUTMENT 2
Scale 1:80
VIEW A-A
ABUTMENT 1
Scale 1:80
Existing concrete wall and headgate to remain in place
℄ Bearing
Cast-in-place concrete footing, See Sheet J.4 for detail
End Bridge
Abutment 2
Abutment 1
℄ Bridge at existing
℄ Bridge and Rdwy
Existing concrete slab to remain in place
FLOW
13700
12800
450
700
1505
2084
2084
4168
Begin Bridge
Existing wing wall
A
B
Saw cut line
Existing top wall elevation
Sawcut and remove existing concrete abutment wall and wing wall. Above this line
1050
1550
3925
Saw cut limit
℄ Bridge
Existing concrete abutment wall and wing wall to remain in place
Designed by:
F. Ismail
Checked by:
18-JUN-2001 13:20

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| ID | RRP-CAMA 101(1) | J.4 |




ABUTMENT 1 FOOTING PLAN VIEW
ABUTMENT 2 FOOTING (SIMILAR)
Scale 1:20




SECTION A-A
Scale 1:20




ABUTMENT 1 FOOTING ELEVATION VIEW
ABUTMENT 2 FOOTING (SIMILAR)
Scale 1:20




ELEVATION B-B
Scale 1:20

REINFORCING STEEL - ABUTMENT 1 AND ABUTMENT 2

| Mark | Size | No. | Length | Type |
|---|---|---|---|---|
| A1 | 13 | 8 | 3965 | Straight |
| A2 | 13 | 28 | 2020 | Bent |
| A3 | 13 | 52 | 1210 | Bent |
| A4 | 16 | 12 | 3965 | Straight |
| A5 | 13 | 8 | 1320 | Bent |
| A6 | 13 | 8 | 1720 | Bent |







ELASTOMERIC BEARING PAD DETAILS
8 Required
Scale 1:10

# WELL #1 BRIDGE ABUTMENT FOOTING DETAILS

c:\cadd\dgn\camas\brdetails.dgn 18-JUN-2001 13:43 Designed by: F. Ismail --/---- Checked by: --/----

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| ID | RRP-CAMA 101(1) | J.4 |




ABUTMENT 1 FOOTING PLAN VIEW
ABUTMENT 2 FOOTING (SIMILAR)
Scale 1:20




SECTION A-A
Scale 1:20




ABUTMENT 1 FOOTING ELEVATION VIEW
ABUTMENT 2 FOOTING (SIMILAR)
Scale 1:20




ELEVATION B-B
Scale 1:20

REINFORCING STEEL - ABUTMENT 1 AND ABUTMENT 2

| Mark | Size | No. | Length | Type |
|---|---|---|---|---|
| A1 | 13 | 8 | 3965 | Straight |
| A2 | 13 | 28 | 2020 | Bent |
| A3 | 13 | 52 | 1210 | Bent |
| A4 | 16 | 12 | 3965 | Straight |
| A5 | 13 | 8 | 1320 | Bent |
| A6 | 13 | 8 | 1720 | Bent |







ELASTOMERIC BEARING PAD DETAILS
8 Required
Scale 1:10

**WELL #1 BRIDGE**
**ABUTMENT**
**FOOTING DETAILS**

c:\cadd\dgn\camas\brdetails.dgn 18-JUN-2001 13:43 Designed by: F. Ismail --/---- Checked by: --/----


STATE
ID
PROJECT
RRP-CAMA 10(11)
SHEET NUMBER
J.6
WELL #1 BRIDGE
TIMBER DECK PLAN
22.2 φ dome head bolt with lock nut with 9X85X85 plate washer under primary nut.
254x254x4360 treated timber curb, typ. (6 total required)
102x254x610 treated timber riser, typ. (18 total required)
13200
60 typ.
580 typ.
2 equal spaces at 1600 = 3200 (typ.)
150 typ.
305 typ.
CURB ELEVATION
Scale 1:50
50
7 Deck panels at equal spaces, See Panel detail
Deck "C" clip bolt (typ.)
30 typ.
End Bridge
℄ Bridge
Begin Bridge
C
127 typ.
Curb anchor bolt (typ.)
DECK PLAN
Scale 1:50
1860
4168
PANEL DETAIL
(7 total required)
No Scale
130 mm deck pannel
"C" Clip
*Bolt & bolt spacing per manufacturer's recommendation.
SECTION C-C
No Scale
Designed by:
F. Ismail
Checked by:
18-JUN-2001 14:00
c:\cadd\dgn\camas\brdetails.dgn