| Activity ID | Activity Description | Orig Dur | % Comp | Early Start | Early Finish | Total Float | Free Float |
|---|---|---|---|---|---|---|---|
| A0010 | GN- Award of Contract | 0 | 0 | 21AUG01 | | 5 | 0 |
| A0450 | PK-Develop & Submit Concr, Asphalt & Misc Design | 2 | 0 | 21AUG01 | 22AUG01 | 63 | 7 |
| A0080 | GN-Dvlop & Submit Preliminary Construction Sched | 7 | 0 | 21AUG01 | 27AUG01 | 5 | 0 |
| A0390 | BR- Devlp & Subm Structural Steel & Reinf Detail | 7 | 0 | 21AUG01 | 27AUG01 | 42 | 0 |
| A0420 | BR- Develop & Submit Timber Details | 7 | 0 | 21AUG01 | 27AUG01 | 38 | 0 |
| A0530 | BR-Develop & Submit Concr, Asphalt & Misc Design | 7 | 0 | 21AUG01 | 29AUG01 | 28 | 0 |
| A0400 | BR- Review & Approve Structural Steel & Reinf | 30 | 0 | 28AUG01 | 26SEP01 | 42 | 0 |
| A0430 | BR- Review & Approve Timber Details | 30 | 0 | 28AUG01 | 25SEP01 | 38 | 0 |
| A0480 | PK- Review & Approve Asphalt & Misc Designs | 21 | 0 | 30AUG01 | 19SEP01 | 58 | 13 |
| A0540 | BR- Review & Approve Concrete Mix Designs | 36 | 0 | 30AUG01 | 04OCT01 | 41 | 0 |
| A0050 | GN- Pre Construction Conference | 1 | 0 | 05SEP01 | 05SEP01 | 5 | 0 |
| A0070 | GN- Review & Approve Preliminary Schedule | 7 | 0 | 06SEP01 | 12SEP01 | 5 | 4 |
| A0180 | GN- Mobilize to Project Site | 7 | 0 | 08SEP01* | 14SEP01 | 0 | 0 |
| A0040 | GN- Notice to Proceed | 0 | 0 | 10SEP01* | | 7 | 0 |
| A0200 | GN- Initial Survey & Layout Staking | 2 | 0 | 10SEP01 | 11SEP01 | 5 | 0 |
| A0060 | GN- Develop & Submit Construction Schedule | 15 | 0 | 10SEP01 | 24SEP01 | 64 | 0 |
| A0220 | GN- Establish & Execute Quality Control | 40 | 0 | 10SEP01 | 02NOV01 | 21 | 20 |
| A0480 | GN- Contractor Time (work days) | 65* | 0 | 10SEP01 | 11DEC01 | 0 | 0 |
| A0030 | GN- Contract Time (cal days) | 93* | 0 | 10SEP01 | 11DEC01 | 0 | 0 |
| A0310 | BR- Install Construction Signage | 1 | 0 | 12SEP01 | 12SEP01 | 43 | 2 |
| A0130 | BR- Structural Excavate for Bridge Abutments | 1 | 0 | 17SEP01 | 17SEP01 | 41 | 0 |
| A0500 | C1- Construction Traffic Signing | 1 | 0 | 17SEP01 | 17SEP01 | 0 | 0 |
| A0607 | PK- Clear & Grub Parking Lot & Entrance | 1 | 0 | 17SEP01 | 17SEP01 | 46 | 0 |
| A0370 | BW- Develop Borrow Area 1 | 2 | 0 | 17SEP01 | 18SEP01 | 2 | 0 |
| A0380 | BW- Initially Crush Grading Course H Material | 10 | 0 | 17SEP01 | 28SEP01 | 17 | 0 |
| A0520 | C1- Total Closure Time (cal days) | 25* | 0 | 17SEP01 | 11OCT01 | 0 | 0 |
| A0240 | GN- Dust Control Watering | 40 | 0 | 17SEP01 | 05NOV01 | 18 | 18 |
| A0470 | BR- Saw Cut & Remove Existing Center Piers | 1 | 0 | 18SEP01 | 18SEP01 | 41 | 12 |
| A0490 | BR-Saw Cut & Remove Existing Abutments to Design | 1 | 0 | 18SEP01 | 18SEP01 | 41 | 12 |
| A0610 | C1- Install Silt Fence | 1 | 0 | 18SEP01 | 18SEP01 | 0 | 0 |
| A0617 | PK- Place & Compact Fill Parking Lot & Entrance | 2 | 0 | 18SEP01 | 19SEP01 | 46 | 0 |
| A0590 | BW- Develop Borrow Area 2 | 2 | 0 | 19SEP01 | 20SEP01 | 21 | 21 |
| A0600 | C1- Clear & Grub | 2 | 0 | 19SEP01 | 20SEP01 | 0 | 0 |
| A0627 | PK- Place Topsoil Around Edges Parking Lot & Ent | 1 | 0 | 20SEP01 | 20SEP01 | 46 | 6 |
| A0280 | C1- Place & Compact Fill to Widen Existing Road | 4 | 0 | 21SEP01 | 26SEP01 | 0 | 0 |
| A0090 | GN- Review & Approve Construction Schedule | 14 | 0 | 25SEP01 | 08OCT01 | 64 | 0 |
| A0510 | C1- Place Topsoil | 2 | 0 | 27SEP01 | 28SEP01 | 0 | 0 |
| A0410 | BR- Fabricate & Deliver Structural Steel | 21 | 0 | 27SEP01 | 17OCT01 | 42 | 1 |
| A0440 | BR- Fabricate & Deliver Treated Timber | 30 | 0 | 27SEP01 | 26OCT01 | 38 | 2 |
| A0270 | C1- Linear Grade Existing Road | 2 | 0 | 01OCT01 | 02OCT01 | 0 | 0 |
| A0647 | PK- Haul & Place Subbase Course H Prkg Lot & Ent | 2 | 0 | 01OCT01 | 02OCT01 | 40 | 0 |
| A0570 | BW- Complete Crushg Grading Course H & Meth 1 Ma | 10 | 0 | 01OCT01 | 12OCT01 | 17 | 17 |
| A0657 | PK- Haul & Place Base Course Roadway Ag Method 1 | 2 | 0 | 03OCT01 | 04OCT01 | 40 | 0 |
| A0290 | C1- Haul & Place Road Surface Course H | 7 | 0 | 03OCT01 | 11OCT01 | 0 | 0 |
| A0580 | PK- Pave Parking Lot & Entrance | 1 | 0 | 05OCT01 | 05OCT01 | 40 | 0 |
| A0140 | BR- Form, Reinf & Pour New Bridge Abutments | 3 | 0 | 05OCT01 | 09OCT01 | 29 | 0 |
| A0100 | GN- Construction Schedule Complete | 0 | 0 | | 08OCT01 | 44 | 44 |
| A0330 | PK- Install Precast Concr Wheelstops in Prkg Lot | 1 | 0 | 08OCT01 | 08OCT01 | 42 | 42 |
| A0360 | PK- Install Pavement Markings | 1 | 0 | 08OCT01 | 08OCT01 | 40 | 40 |
| A0150 | BR- Cure Bridge Abutments | 7 | 0 | 10OCT01 | 16OCT01 | 41 | 0 |
| A0503 | C2- Construction Traffic Signing | 1 | 0 | 12OCT01 | 12OCT01 | 0 | 0 |
| A0513 | C2- Total Closure Time (cal days) | 40* | 0 | 12OCT01 | 20NOV01 | 0 | 0 |
| A0523 | C2- Install Silt Fence | 2 | 0 | 15OCT01 | 15OCT01 | 0 | 0 |




| | |
|---|---|
| Start Date | 21AUG01 |
| Finish Date | 11DEC01 |
| Data Date | 21AUG01 |
| Run Date | 28AUG01 01:07 |

Early Bar
Progress Bar
Critical Activity

D002

Sheet 1 of 2

**Universal Construction for USDOT-FHA**
**Camas NWR Complex Proj RRP-CAMA 101**
**Early Start**

Preliminary Construction Schedule

| Date | Revision | Checked | Approved |
|---|---|---|---|
| | | | |

© Primavera Systems, Inc.

| ID | Description | Dur | Comp | Start | Finish | Float | Float |
|---|---|---|---|---|---|---|---|
| A0280 | BR- Backfill & Compact Bridge Abutments | 2 | 0 | 17OCT01 | 18OCT01 | 27 | 0 |
| A0533 | C2- Clear & Grub | 3 | 0 | 17OCT01 | 19OCT01 | 0 | 0 |
| A0160 | BR- Install Steel Bridge Girders & Bearing Pads | 3 | 0 | 19OCT01 | 23OCT01 | 27 | 3 |
| A0543 | C2- Place & Compact Fill to Widen Existing Road | 8 | 0 | 22OCT01 | 29OCT01 | 0 | 0 |
| A0170 | BR- Install GluLam Timber Bridge Deck | 3 | 0 | 29OCT01 | 31OCT01 | 24 | 0 |
| A0553 | C2- Place Topsoil | 3 | 0 | 30OCT01 | 01NOV01 | 0 | 0 |
| A0180 | BR- Install Treated Bridge Siderail Curb | 1 | 0 | 01NOV01 | 01NOV01 | 24 | 24 |
| A0563 | C2- Linear Grade Existing Road | 3 | 0 | 02NOV01 | 06NOV01 | 0 | 0 |
| A0573 | C2- Haul & Place Road Surface Course H | 10 | 0 | 07NOV01 | 20NOV01 | 0 | 0 |
| A0506 | C3- Construction Traffic Signing | 1 | 0 | 21NOV01 | 21NOV01 | 0 | 0 |
| A0516 | C3- Total Closure Time (cal days) | 15* | 0 | 21NOV01 | 05DEC01 | 0 | 0 |
| A0536 | C3- Clear & Grub | 2 | 0 | 26NOV01 | 27NOV01 | 0 | 0 |
| A0546 | C3- Place & Compact Fill to Widen Existing Road | 1 | 0 | 28NOV01 | 28NOV01 | 0 | 0 |
| A0556 | C3- Place Topsoil | 1 | 0 | 28NOV01 | 28NOV01 | 0 | 0 |
| A0566 | C3- Linear Grade Existing Road | 1 | 0 | 29NOV01 | 29NOV01 | 0 | 0 |
| A0576 | C3- Haul & Place Road Surface Course H | 3 | 0 | 30NOV01 | 04DEC01 | 0 | 0 |
| A0586 | C3- Gather & Demob Construction Traffic Signing | 1 | 0 | 05DEC01 | 05DEC01 | 0 | 0 |
| A0550 | GN- Final Cleanup | 2 | 0 | 05DEC01 | 06DEC01 | 1 | 1 |
| A0120 | GN- Install Permanent Signage | 2 | 0 | 06DEC01 | 07DEC01 | 0 | 0 |
| A0580 | GN- Final Punch List | 2 | 0 | 10DEC01 | 11DEC01 | 0 | 0 |
| A0020 | GN- Completion of Project | 0 | 0 | | 11DEC01* | 0 | 0 |




RECEIVED
AUG 30 2001
BY PROJECT ENGINEER

| | | |
|---|---|---|
| Start Date | 21AUG01 | Early Bar |
| Finish Date | 11DEC01 | Progress Bar |
| Data Date | 21AUG01 | Critical Activity |
| Run Date | 25AUG01 01:07 | |

D002 Sheet 2 of 2

**Universal Construction for USDOT-FHA**
**Camas NWR Complex Proj RRP-CAMA 101**
**Early Start**

Preliminary Construction Schedule

| Date | Revision | Checked | Approved |
|---|---|---|---|

© Primavera Systems, Inc.


Universal Construction for USDOT-FHA
Camas NWR Complex Proj RRP-CAMA 101
Time-Scaled Logic Diagram
RECEIVED
AUG 30 2001
BY PROJECT ENGINEER
Preliminary Construction Schedule
Plot Date 29AUG01
Data Date 21AUG01
Project Start 21AUG01
Project Finish 11DEC01
(c) Primavera Systems, Inc.

U. S. L_PARTMENT OF TRANSPORT_TION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
P.O. Box 268
Roberts, Idaho 83444

September 11, 2001 UCI-002

Dick Standerfer, President
Universal Construction, Inc.
P.O. Box 187
Emmett, Idaho 83617

Subject: Quality Control Plan

DTFH70-01-C-00034
Camas NWR Complex
ID RRP-CAMA 101(1)

Mr. Standerfer,

On September 10, 2001, this office received a faxed copy of your Quality Control Plan. After initial review the Quality Control Plan is not approved. The submitted plan lacks several necessary required parts. Some of the deficiencies are as follows:

1. Subsection **153.03** – Include the work of **all** subcontractors in the quality control plan.
2. Subsection **153.03, (a), (2)** – Document the names and relevant experience of **all** other personnel involved in the system. Not just those involved in the materials testing. (i.e. Surveyors, ect.)
3. Subsection **153.03, (b)** – List the name and authority of personnel directly responsible for each phase of work. This may need to be broken out by individual items.
4. Do not just reiterate the requirements of subsections **153.03, (b), (1), (2),** and **(3)**, please explain how each of the requirements will be accomplished as required.

Please contact me if you have any questions.

Sincerely,

Original Signed By

Todd Butikofer,
Project Engineer

cc: Jane Traffalis, COE
Mark Standerfer, Universal
files

Date 10-21-04 Exhibit # 7
Case Universal Construction vs. USA
Deponent Standerfer
Reporter MARTA RICE
Naegeli Reporting Corporation

SEP-13-2001 11:38 IVERSAL CONSTRUCTION P.01

# UNIVERSAL CONSTRUCTION, INC.

U.C.I.

PHONE
(208) 365-5750

FAX
(208) 365-4645

FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Todd Buhlkofer | FROM: Dick Standerfer |
| COMPANY: FHA | DATE: 9/13/01 |
| FAX NUMBER: (208) 228-2065 | TOTAL NO. OF PAGES INCLUDING COVER: 11 |
| PROJECT: ID ERP-CAMA 101(1) Camas NWR Complex | RE: QA/QC modification |

☐ URGENT ☒ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

MESSAGE: Mailed 9/13/01

Rejected 9/17/01
[signature] Project Engineer

RECEIVED
SEP 17 2001
BY PROJECT ENGINEER

Date 10-21-04 Exhibit # 8
Case Universal Construction vs. USA
Deponent Standerfer
Reporter MARTA RICE
Naegeli Reporting Corporation
(800) 528-3335 FAX (503) 227-7123

P.O. Box 187 - Emmett, Idaho 83617

M TERIALS
TESTING &
INSPECTION

## CONTRACTOR QC PLAN

### *Inspection & Control Procedures*

*Prior to commencing applicable work items or activities, Universal Construction's personnel and the applicable sub-contractors will complete the following tasks:*

*Preparatory Phase*

*a. Review all contract requirements*
*b. Ensure compliance of materials with project plans and specifications*
*c. Universal Construction will coordinate all submittals, including certifications, and provide them to the Federal Highway Administration representative.*
*d. Universal Construction will ensure capability of equipment and personnel to comply with contract requirements.*
*e. Universal Construction will coordinate with MTI to confirm that all testing is accomplished.*
*f. Universal Construction will coordinate surveying and staking of the work with appropriate sub-contractors.*

*Start-Up Phase*

*a. Universal Construction shall review contract requirements with personnel who will perform the work.*
*b. MTI will inspect and or test the start-up of the work.*
*c. Universal Construction will establish standards of workmanship.*
*d. Universal Construction will provide for, or request, training of workers as necessary.*
*e. MTI will identify material deficiencies and Universal Construction shall correct said deficiencies.*
*f. The testing schedule, as outlined in this document, will be performed based on the production schedule.*

*Production Phase*

*a. MTI will perform sampling and testing procedures in accordance with FHWA standards to ensure the test results accurately reflect the material quality.*
*b. MTI will conduct inspections at the frequency required by the specifications, during construction to identify and correct deficiencies.*
*c. All parties shall provide feed back and system changes to prevent repeated deficiencies. The RFI system identified in the project specifications shall be employed to address questions and/or issues.*
*d. Universal Construction will review completed phases for compliance before scheduled Government acceptance.*

RECEIVED
SEP 17 2001
BY PROJECT ENGINEER

MA ERIALS
TESTING &
INSPECTION

## Sampling, Testing and Acceptance Requirements

| TEST DESCRIPTION | MATERIAL TYPE OR PRODUCT | FREQUENCY | PLANNED NUMBER OF TESTS | REQUIREMENTS | RESPONSIBLE PARTY |
|---|---|---|---|---|---|
| (SECTION 204) EXCAVATION & EMBANKMENT | | | | | |
| Compaction Testing | Unclassified Borrow | 1 per layer, per each 5,000 square meters | – | 95% minimum, AASHTO T-238 & T-239, per Sec. 204.11 of specifications | MTI |
| Classification | Unclassified Borrow | 1 per soil type | 3 | AASHTO M145 | MTI |
| Moisture-Density Test | Unclassified Borrow | 1 per soil type but not less than 1 per 10,000 m³. | 3 | AASHTO T-99 or T-180, per Table 204-1 of specifications. | MTI |
| SECTION 301 - UNTREATED AGGREGATE COURSES (AGGREGATE SOURCE) | | | | | |
| Los Angeles abrasion course | Material Source Contractor located | 5 for undeveloped source. | 5 | AASHTO T-96 35% Max | MTI |
| Durability Index (coarse and fine) | Material Source Contractor located | 5 for undeveloped source. | 5 | AASHTO T-210 35 Min | MTI |
| Sodium Sulfate Soundness | Material Source Contractor located | 5 for undeveloped source. | 5 | AASHTO T-104 12% Max | MTI |
| Accelerated Weathering | Material Source Contractor located | 5 for undeveloped source. | 5 | WFLHD-DMSO 12% Max | MTI |
| SECTION 301 - UNTREATED AGGREGATE COURSES (AGGREGATE PRODUCTION) | | | | | |
| Gradation | Aggregate Surface Course | 1 for each 6 hours of production but not less than 2 for each day | – | AASHTO T-11 & AASHTO T-27 Grading H | MTI |
| Liquid Limit | Aggregate Surface Course | 1 for each 6 hours of production but not less than 2 for each day | – | AASHTO T-89 35 Max | MTI |

RECEIVED
SEP 17 2001
BY PROJECT ENGINEER

MA ERIALS
TESTING &
INSPECTION

| TEST DESCRIPTION | MATERIAL TYPE OR PRODUCT | FREQUENCY | PLANNED NUMBER OF TESTS | REQUIREMENTS | RESPONSIBLE PARTY |
|---|---|---|---|---|---|
| SECTION 301 - UNTREATED AGGREGATE COURSES (AGGREGATE PRODUCTION) . . . Continued | | | | | |
| Plastic Index | Aggregate Surface Course | 1 for each 6 hours of production but not less than 2 for each day | –) | AASHTO T-90 10 ± 3 | MTI |
| Fractured Faces | Aggregate Surface Course | 1 for each 6 hours of production but not less than 2 for each day | – | ASTM D-5821 50% Min | MTI |
| SECTION 301 - UNTREATED AGGREGATE COURSES (FINAL PRODUCT) | | | | | |
| Gradation | Aggregate Surface Course | 1 Per 1000 metric tons | 20 | AASHTO T-11 & AASHTO T-27 Grading H | MTI |
| Liquid Limit | Aggregate Surface Course | 1 Per 1000 metric tons | 20 | AASHTO T-89 35 Max | MTI |
| Plastic Index | Aggregate Surface Course | 1 Per 1000 metric tons | 20 | AASHTO T-90 10 ± 3 | MTI |
| Fractured Faces | Aggregate Surface Course | 1 Per 1000 metric tons | 20 | ASTM D-5821 50% Min | MTI |
| Compaction Test | Aggregate Surface Course | 1 Per 500 metric tons but not less than 1 per layer | 60 | AASHTO T-238 AASHTO T-239 | MTI |
| Moisture-Density Test | Aggregate Surface Course | 1 per 10,000 m³ | 2 | AASHTO T-180 | MTI |
| SECTION 402 – MINOR ASPHALT CONCRETE | | | | | |
| Compaction Testing | Asphalt Mixture | 1 per 1000 m² | 2 (2 trips) | AASHTO T-238 & AASHTO T-239 | MTI |
| SECTION 601 – MINOR CONCRETE STRUCTURES | | | | | |
| compressive strength | Concrete | As requested by contractor | 4 cylinders | AASHTO T23 | MTI |

RECEIVED
SEP 17 2001
BY PROJECT ENGINEER

MA TERIALS
TESTING &
INSPECTION

| PAY ITEM | INSPECTION TYPE | FRQUENCY | RESPONSIBLE PARTY |
|---|---|---|---|
| 15201 SURVEYING AND STAKING | FIELD MEASUREMENT VERIFICATION | AS NEEDED | UCI MARK STANDERFER |
| 15703 SILT FENCE | VISUAL IN CONJUNCTION WITH FIELD VERIFICATION OF PLACEMENT | AS NEEDED | UCI MARK STANDERFER |
| 20101 CLEARING AND GRUBING | FIELD MEASUREMENT VERIFICATION | AS NEEDED | UCI MARK STANDERFER |
| 20304 REMOVAL OF BRIDGE | VISUAL AS BRIDGE IS REMOVED | UPON REMOVAL | UCI MARK STANDERFER |
| 20801 STRUCTURE EXCAVATION | FIELD MEASUREMENT VERIFICATION | AS NEEDED | UCI MARK STANDERFER |
| 21201 LINEAR GRADING | FIELD MEASUREMENT VERIFICATION | AS NEEDED | UCI MARK STANDERFER |
| 55401 REINFORCING STEEL | VISUAL ALONG WITH CERTIFICATIONS OF SUPPLIER | UPON RECEIPT | UCI MARK STANDERFER |
| 55501 STRUCTURAL STEEL | VISUAL ALONG WITH CERTIFICATIONS OF SUPPLIER | UPON RECEIPT | UCI MARK STANDERFER |
| 55702 TREATED STRUCTURAL TIMBER (CURB) | VISUAL ALONG WITH CERTIFICATIONS OF SUPPLIER | UPON RECEIPT | UCI MARK STANDERFER |
| 55704 TREATED STRUCTURAL TIMBER (DECK) | VISUAL ALONG WITH CERTIFICATIONS OF SUPPLIER | UPON RECEIPT | UCI MARK STANDERFER |
| 60909 WHEEL STOP | VISUAL ALONG WITH CERTIFICATIONS OF SUPPLIER | UPON RECEIPT | UCI MARK STANDERFER |
| 62404 CONSERVED TOPSOIL | FIELD MEASUREMENT VERIFICATION | AS NEEDED | UCI MARK STANDERFER |
| 63302 SIGN INSTALATION | PLACEMENT PER PLAN AND CERTIFICATION OF SUPPLIER | UPON RECEIPT | UCI MARK STANDERFER |
| 63401A PAVEMENT MARKING TYPE B, SOLID YELLOW | SUBMITTAL BY SUBCONTRACTOR (VIP) | CERTIFICATIONS/ PAINT SAMPLES BY VIP | UCI MARK STANDERFER |
| 63401B PAVEMENT MARKING TYPE B, SOLID WHITE | SUBMITTAL BY SUBCONTRACTOR (VIP) | CERTIFICATIONS/ PAINT SAMPLES BY VIP | UCI MARK STANDERFER |
| 63406 PAVEMENT MARKING TYPE B, WHITE HANDICAP SYMBOL | SUBMITTAL BY SUBCONTRACTOR (VIP) | CERTIFICATIONS/ SAMPLES BY VIP | UCI MARK STANDERFER |
| 63505 BARICADE TYPE III | VISUAL / CERTIFICATIONS FROM SUPPLIER | DAILY | UCI MARK STANDERFER |
| 63506 CONE TYPE 700 MILLIMETER | VISUAL / CERTIFICATIONS FROM SUPPLIER | DAILY | UCI MARK STANDERFER |
| 63507 CONSTRUCTION SIGN | VISUAL / CERTIFICATIONS FROM SUPPLIER | DAILY | UCI MARK STANDERFER |

RECEIVED
SEP 17 2001
BY PROJECT ENGINEER

MA ERIALS
TESTING &
INSPECTION

## Quality Control Organizational Chart & Resumes




RECEIVED
SEP 17 2001
BY PROJECT ENGINEER

MA ERIALS
TESTING &
INSPECTION

## RESPONSE TIME

*Materials Testing & Inspection operates with a full-time dispatcher from the hours of 7:00 a.m. to 5:00 p.m. We guarantee to have an inspector on site within 24 hours of notification. In an emergency situation, we will respond within two hours.*

## REPORTING PROCESS

*Our reporting process consists of a handwritten field report left on-site so that you are aware of any noncompliance or problems. Under normal circumstances, a written report which has been reviewed by one of our engineers and is mailed within 72 hours following the day of inspection. Laboratory test reports are issued within three days of completion of the test. In the case of a failing test result or low concrete strength, we notify you by telephone immediately, followed by a faxed confirmation.*

## CONTROL CHARTS

*MTI will post and maintain linear control charts in the testing trailer. The control charts will identify the project number, test number, each test parameter, the upper and/or lower specification limit applicable to each test parameter and test results.*

## PROBLEM RESOLUTION

*We assign technicians certified in their areas of expertise for consistent participation on each project. Should a problem or question arise during the construction process, Materials Testing & Inspection has a problem resolution system, as outlined below:*

*1. RFI - Request for Information*

*A Request for Information form is used when there is a problem or discrepancy regarding the contract documents and a structural engineer's clarification is needed to resolve the situation. For example, it can be used when there is a disagreement as to what type of soil goes in a certain area, or when a weld is not detailed on a structural drawing but our inspector feels that one was intended to be there. All Requests for Information will be directed to the Owner or the Owners agent.*

*2. Work-in-Progress Punch List*

*When a problem occurs, a punch list is created so that the contractor is aware of any outstanding items. This punch list requires the signatures of the inspector and the superintendent; therefore, no questions can arise as to whether or not a problem was brought to the attention of the superintendent.*

RECEIVED
SEP 17 2001
BY PROJECT ENGINEER

MATERIALS TESTING & INSPECTION

# DAN E. KING
## EASTERN IDAHO MANAGER

*Mr. King has performed geotechnical construction observations, materials testing, and special inspection including project management, field exploration, and laboratory testing since 1991. For the past six years, he has been the manager of materials testing firms providing engineering consulting, geotechnical, environmental and construction materials testing and inspection services. His past responsibilities have included construction monitoring and supervision of massive projects requiring expertise in construction inspection, materials testing and engineering design.*

**YEARS OF EXPERIENCE: 10**
**YEARS AT MTI: 2**

*CERTIFICATIONS & AFFILIATIONS*

- *ICBO Certified Special Inspector, Reinforced Concrete*
- *ICBO Certified Special Inspector, Reinforced Masonry*
- *ICBO Certified Special Inspector, Spray Applied Fire Protection.*
- *ACI Level I Concrete Inspector*
- *ACI Level II Concrete Inspector*
- *Western Alliance for Quality Control Transportation Construction (WAQTC)*
  - *Asphalt*
  - *Concrete*
  - *Aggregate*
- *Portable Nuclear Gauge Safety*
- *FEMA Disaster Inspector*
- *AWS D1.1 Ultrasonic Inspection Application*

*EDUCATION*

*Oregon Institute of Technology, Bachelor of Science, Civil Engineering*

## PROJECT EXPERIENCE

***Freeport Indonesia, Lime Mine***
*Performed mechanical detailing and material quantity take-offs for transfer towers and approximately 5 miles of conveyor system.*

***City of Klamath Falls OR, City of Bend OR, City of Nampa Idaho - Engineering Design***
*Develop and design single/multi family and commercial wastewater treatment facilities. Engineering design for commercial site plans and municipal water and sewer piping systems.*

***Emmett West Side Elementary***
***Emmett Idaho - Geotechnical Investigation***
*Performed preliminary geotechnical investigation using drill rig and backhoe exploration methods. Performed field observations and testing during rough and fine grading. Acted in the capacity of project manager/special inspector through infrastructure and construction building material phases.*

***Kuna Cave Dairy***

**Kuna Idaho – Monitor Massive Earthwork**
*Massive Earthmoving project Approx 1.5-million CY to form building pads, dikes, levies, and sewage lagoons. Compaction control testing and monitoring earthwork operations.*

***Crusher Control Sampling & Testing***
*Nampa Paving*
*Boise Paving*

***Crusher Control Sampling & Testing***
*K&L Excavation*
*Monroc*
*Idaho Sand & Gravel*
*G&B Ready Mix*
*Center Lane Construction*
*Canyon Sand & Gravel*
*Universal Construction*
**Donnelly - ITD HWY**
**Donnelly ID**
*Sampled and tested soil and aggregates during road widening, reconstruction and bridge replacement improvements. Prepared and tested samples in an on-site laboratory per ITD specifications.*

***Highway – East Entrance to Yellowstone National Park, WY - Soil and Aggregate Testing***
*Sampled and tested soil and aggregates during road re-building improvements. Prepared and tested samples in an on-site laboratory per WFLD specifications.*

***Management – Idaho Testing & Inspection, /Materials Testing & Inspection Inc.***
*Responsible for day to day operations, Personnel, Marketing, Billing, Job cost estimating, Report review, preparation of contracts, project coordination & scheduling.*

RECEIVED
SEP 17 2001

MATERIALS TESTING & INSPECTION

# CRIS D. MCMURTREY
## EASTERN IDAHO ASSISTANT MANAGER

*Cris McMurtrey has worked in the materials testing and inspection field for five years. He has a broad experience of quality control field and laboratory testing and sampling of soils, asphalt, and concrete. Cris has worked in both fixed and portable testing laboratories for highway, and large commercial projects. He has conducted geotechnical soils investigations and has assisted in the writing of geotechnical reports.*

**YEARS OF EXPERIENCE: 5**
**YEARS AT MTI: 3**

*CERTIFICATIONS & AFFILIATIONS*

- *NICET Level I*
  - *Asphalt*
  - *Soils*
  - *Concrete*
- *Western Alliance for Quality Control Transportation Construction (WAQTC)*
  - *Asphalt*
  - *Aggregate*
  - *Concrete*
- *National Concrete Masonry Association Testing Technician*
- *ICBO Certified Special Inspector Structural Masonry*
- *Portable Nuclear Gauge Safety*
- *ACI Grade I Concrete Technician*
- *WYDOT Certified Technician for Asphalt Concrete*
- *WYDOT Certified Technician for Soils and Aggregates*

*EDUCATION*
*Idaho State University, Pocatello ID, AAS Civil Engineering Technology – 5/1996*

## PROJECT EXPERIENCE

***Century High School, Pocatello, Idaho***
***Special Inspection***
*Performed special inspection of reinforced concrete, structural masonry, fireproofing and minor welding. Monitored earthwork throughout the duration of the project.*

***Highway – Newdale to Canyon Creek Road, ITD District VI***
***Banbury Springs to Buhl, Idaho, ITD District IV***
***Alpine Junction to Hoback, Wyoming DOT***
*Lead Technician – Monitored Paving operation while performing in place nuclear density testing.*

***Wagon Wheel Resort, Jackson Wyoming Geotechnical Investigation***
*Performed preliminary geotechnical investigation using hollow core drilling rig. Performed all necessary lab testing on samples obtained in the field.*

***Home Depot, Idaho Falls, Idaho***
***Special Inspection***
*Performed special inspection of reinforced concrete, structural masonry. Monitored earthwork throughout the duration of the project.*

RECEIVED
SEP 17 2001
BY PROJECT ENGINEER

MATERIALS TESTING & INSPECTION

# JON LAUX
## WAQTC INSPECTOR

Jon Laux is responsible and experienced in the environmental and asbestos testing in Eastern Idaho and has completed Phase I/II ESA's on several sites. He has a broad experience of quality control field and laboratory testing and sampling of soils, asphalt, and concrete. Jon has worked in fixed and portable testing laboratories for highway, and large commercial projects.

**YEARS OF EXPERIENCE: 3**
**YEARS AT MTI: 3**

**CERTIFICATIONS & AFFILIATIONS**

- Certified Asbestos Inspector
- Western Alliance for Quality Control Transportation Construction (WAQTC)
  - Asphalt
  - Embankment
  - Concrete
- Nuclear Moisture/Density Gauge Safety
- ACI Grade I Concrete Technician

**EDUCATION**

University of Idaho, B.S. Wildlife Resources, 1996
AHERA Asbestos Inspector Course, Environmental Health Sciences, Inc., Bellevue, WA
AHERA Asbestos Course Refresher, Clayton Environmental, Seattle, WA

## PROJECT EXPERIENCE

*Waterford Subdivision, Idaho Falls, ID*
*Environmental Site Assessment I*

*Jennie Lee Business Park, Idaho Falls, ID*
*Environmental Site Assessment I*

*Northwest Cosmetics, Idaho Falls, ID*
*Environmental Site Assessment I*

*Heritage Industrial Park, Idaho Falls, ID*
*Environmental Site Assessment I*

*ALCO-Stores, Soda Springs, ID*
*Environmental Site Assessment I*

*Spring Meadows Subdivision, Idaho Falls, ID*
*Environmental Site Assessment I*

*US West Building, Idaho Falls, ID*
*Environmental Site Assessment I*

*Rexburg Student Housing, Rexburg, ID*
*Environmental Site Assessment I*

*International Business Park, Idaho Falls, ID*
*Environmental Site Assessment I*

*O.E. Bell Renovation, Idaho Falls, ID*
*Lead and Asbestos Inspection*

*Walgreen's Store, Idaho Falls, ID*

*Lead, Asbestos Survey & Environmental Site Assessment I*

*Idaho Housing & Finance Assoc, Idaho Falls*
*Asbestos Inspection*

*Idaho State University Student Union Building, Pocatello, ID*
*Soil and Water Sampling*

*Scenic Falls Credit Union, Idaho Falls, ID*
*Soil Sampling*

*Alpine to Hoback, WY Highway*

*Hoff Rd to Riverside, ID Highway*

*Fifth South, Pocatello, ID Highway*

*Sugar City Interchange, ID Highway*

*Soda Springs, ID Highway*

*Astoria, WY Crusher Control*

*Sage Junction Interchange, ID Drainage*

*Sugar City Interchange, ID Highway*

*Soda Springs, ID Highway*

RECEIVED
SEP 17 2001
BY PROJECT ENGINEER

MATEI LS
TESTING &
INSPECTION

# I ROY POSIO
## WAQTC INSPECTOR

Troy Posio has conducted geotechnical soils investigations and has assisted in the writing of geotechnical reports. He has a broad experience of quality control field and laboratory testing and sampling of soils, asphalt, and concrete. Troy has worked in both fixed and portable testing laboratories for highway, and commercial projects.

YEARS OF EXPERIENCE: 2
YEARS AT MTI: 2

**CERTIFICATIONS & AFFILIATIONS**

- NICET Level I in Geotechnical Engineering Technology
  - Generalist
  - Laboratory
- Western Alliance for Quality Control Transportation Construction (WAQTC)
  - Aggregate
  - Concrete
- Nuclear Moisture/Density Gauge Safety
- ACI Grade I Concrete Technician

**EDUCATION**
Idaho State University, Pocatello ID, B.S. Geology, 1996

## PROJECT EXPERIENCE

*Clark County High School, Dubois, ID Geotechnical Investigation*
*Performed preliminary geotechnical investigation. Performed all necessary lab testing on samples obtained in the field.*

*Ashton Memorial Nursing Home, Ashton, ID Geotechnical Investigation*
*Performed preliminary geotechnical investigation. Performed all necessary lab testing on samples obtained in the field.*

*Higham Office Facility, Idaho Falls, ID Geotechnical Investigation*
*Performed preliminary geotechnical investigation. Performed all necessary lab testing on samples obtained in the field.*

*Married Student Housing, Rexburg, ID Geotechnical Investigation*
*Performed preliminary geotechnical investigation. Performed all necessary lab testing on samples obtained in the field.*

*Mountain Laurel Subdivision, Victor, ID Geotechnical Investigation*
*Performed preliminary geotechnical investigation. Performed all necessary lab testing on samples obtained in the field.*

*Minico High School, Minidoka County, ID Geotechnical Investigation*
*Performed preliminary geotechnical investigation. Performed all necessary lab testing on samples obtained in the field.*

*American Falls High School, American Falls, Idaho -- Special Inspection*
*Performed special inspection of reinforced concrete, structural masonry. Monitored earthwork throughout the duration of the project.*

*Eastern Idaho Regional Medical Center, Idaho Falls, ID – Special Inspection*
*Performed special inspection of reinforced concrete, structural masonry. Monitored earthwork throughout the duration of the project.*

*Newdale to Canyon Creek, ID*
*Highway*

*Clevland to Niter, ID*
*Highway*

*Ryan Street, Chubbuck, ID*

RECEIVED
SEP 17 2001
BY PROJECT ENGINEER

TOTAL P.11