owner/prime contractor. Working relationship with owner/prime contractor personnel were excellent.

GCHD (Gem County Highway District)
415 E. Main
Emmett, ID 83617
Contact: County Commissioners (208) 365-2004

Miscellaneous Bridge Projects (see above project list for project size and type). Projects have been completed timely and to the satisfaction of the owner. Working relationship with owner personnel have been excellent.

COE (City of Emmett)
501 E. Main
Emmett, ID 83617
Contact: Public Works Dept. (208) 365-6054

Miscellaneous Bridge and Community Improvement Projects (see above project list for project size and type). Projects have been completed timely and to the satisfaction of the owner. Working relationship with owner personnel have been excellent.

USFS (United States Forest Service)/USDA (United States Department of Agriculture)
1249 S Vinnell Way
Boise, ID 83705
Contact: Cheryl R. Molis (208) 373-4150

Miscellaneous Bridge and Road Projects (see above project list for project size and type). Project have been completed timely and to the satisfaction of the owner. Working relationship with owner personnel have been excellent.

COW (City of Weiser)
Holladay Engineering
P.O. Box 235
Payette, ID 83661
Contact: Tim Grim (208) 642-3304

Bridge Project (see above project list for project size and type). Project completed timely and to the satisfaction of the owner. Working relationship with owner personnel excellent.

WCHD (Washington County Highway District)
Holladay Engineering
P.O. Box 235
Payette, ID 83661
Contact Tim Grim: (208) 642-3304

RECEIVED
SEP 27 2001
BY PROJECT ENGINEER

Bridge Project (see above project list for project size and type). Project completed timely and to the satisfaction of the owner. Working relationship with owner personnel excellent.

BOR (Bureau of Reclamation)
3999 E. Black Canyon Hwy
Emmett, ID 83617

Site work subcontractor (Record Steel –prime contractor) (see above project list for project size and type). Project completed timely and to the satisfaction of the owner. Working relationship with owner/prime personnel excellent.

Yanke (Yanke Machine Shop & Fabrication)
4414 S. Gekeler Lane
Boise, ID 83716
(208) 342-8901

Excavation work (subcontractor) for Flume installation (see above project list for project size and type). Project completed timely and to the satisfaction of the owner. Working relationship with owner personnel excellent.

ESD (Emmett School District)
Newby-Wiggins Construction, Inc.
4465 N. Keldoon Ave.
Boise, ID 83702
Contact Tim Newby or Neil Wiggins: (208) 346-4655

Site work (subcontractor) for new school (see above project list for project size and type). Project still in progress, on time per scheduling. Working relationship with owner/prime excellent.

DHD (Doumecq Highway District)
Ralph Kangas
P.O. Box 326
Donnelly, ID 8615
Contact: Ralph Kangas (208) 325-8755

Excavation work (subcontractor) for Bridge Repair (see above project list for project size and type). Project complete timely and to the satisfaction of the owner. Working relationship with owner/prime contractor personnel excellent.

RECEIVED
SEP 27 2001
BY PROJECT ENGINEER

# PROFILE

RICHARD LEE STANDERFER
P.O. BOX 187
EMMETT, ID 83617
TELEPHONE: (208) 365-5750

## SUMMARY OF QUALIFICATIONS

*** More than forty-three (43) years overall background in Engineering, including a position as General Manager, CEO, and Owner of a Construction company recognized as a leader in construction of precision logging roads and other private and governmental capital projects.

*** Highly skilled in all phases of Project Management, and proven ability to effectively coordinate survey and heavy equipment operations, conduct on-site inspections and resolve technical/logistics problems, and successfully meet contract deadlines to client satisfaction.

*** Extensive experience in Highway & Road Design/Construction including eight (8) years experience as an Engineer with the highway department of a major state.

*** Four (4) years as an Office Engineer, Assistant Project Engineer, and Chief Inspector for the State of Alaska Division of Aviation, designing and directing construction of a multi-million dollar airport facility.

*** Sixteen (16) years as a Project Engineer, General Manager, and Vice President for a major southeast Alaska construction company, culminating as its owner and CEO.

*** Eleven (11) years and presently Owner and CEO of Universal Construction, Inc. in Idaho.

## AREAS OF EXPERIENCE

Field Engineering
Project Superintendent
Construction Company General Management
Estimating/Bidding
Personnel Administration:
    Interviewing/Hiring/Training/Supervising
Highway/Airport Design & Construction
Management/Labor Relations
Project Engineer
Surveying

Construction Inspection
Materials Selection
Soils/Hydrology Design
Liaison Engineer
Railroad Re-Locations
Client Relations
Contract Negotiations
Purchasing
Project Scheduling

RECEIVED
SEP 27 2001
BY PROJECT ENGINEER

## EDUCATION

| | | |
|---|---|---|
| 1953-55 | Graduated | Wyandotte High School, Kansas City, Kansas. College preparation courses. |
| 1955-56 | Attended | Santa Ana Junior college, Santa Ana, California. Pre-Engineering Studies. |
| 1957-58 | Attended | Kansas City Junior College, Kansas City, Kansas. Additional studies in Engineering. |

## PERSONAL DATA

Birthdate: 2/24/37
Ht. & Wt: 6', 224 lbs.
Marital: Married
Health: Good, no limitations

Citizenship: USA
Soc. Sec. No.: 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
Bondable: Yes
Military: USMC/HD/57

## EMPLOYMENT HISTORY

April 1990 to Present
Position: Owner

Universal Construction, Inc.
Emmett, Idaho

Duties: Assembled and formed a new construction company using owner contributed capital, ideas and past employee relationships.

1983 to 1989
Position: CEO & Owner

South Coast, Inc.
Ketchikan, Alaska

Continued management responsibilities for the operations of an expanded base Heavy Construction Company with annual revenues in the 25-28 million dollar a year category and up to $44 million in work inventory.
Company sold January 1, 1989.

1973 to 1983
Position: Project Engineer/V.P. General Manager

South Coast, Inc.
Ketchikan, Alaska

Duties: Assuming major management responsibilities for the efficient operation of a construction company specializing in Heavy Construction projects for varied governmental and private clients, entailing: consulting with prospective clients, evaluating needs, and preparing estimates/bids for specific projects, directing project operations and field engineering; assuming direct responsibility for professional performance of all personnel; arranging purchasing of equipment and supplies; ensuring completion of all projects according to contract deadlines; substantially contributing to company's growth.

RECEIVED
SEP 27 2001
2
BY PROJECT ENGINEER

1969 to 1973
Position: Office Engineer Chief
Assistant Project Engineer

State of Alaska,
Division of Aviation
Ketchikan, Alaska

Duties: Providing a variety of services for a state office, entailing: designing and developing viable construction techniques for construction of a $12,000,000 airport facility at Ketchikan; working closely with consultant engineers and other specialists to resolve problems; inspecting on-going construction operations to ensure adherence to specifications; troubleshooting structural/engineering difficulties; setting up deadlines and coordinating construction phases to prevent conflict; effectively following through to final completion of a complex project contributing to improvement of transportation capabilities for a major geographical area.

1961 to 1969
Position: Engineer

California Division
of Highways
Los Angeles, California

Duties: Working for a state office involved in developing and constructing a broad range of major freeway development projects, involving; providing field engineering assistance (6 years) on metropolitan freeway layout, inspecting construction sites, and directing control of all construction materials; preparing major freeway designs, including right-of-way engineering specifications, and overall project engineering estimates; serving as assistant liaison engineer for a large district, coordinating operations between design and field forces, assisting in project set-up and troubleshooting special problems.

1959 to 1961
Position: Engineer

Santa Fe Railroad
Los Angeles, California

Duties: Providing skilled engineering services for a major railroad during construction of two extensive re-location projects (77 miles combined track @ total cost of $46,000,000) entailing: preparing precision route surveys; developing materials recommendations; cooperating in hydrology design; inspecting construction sites and resolving technical problems; successfully ensuring adherence to pre-set specifications within area of responsibility.

1958 to 1959
Position: Surveyor

Alaska Railroad
Clear, Alaska

Duties: Working as a surveyor during a major realignment and relocation project, preparing exact survey computations, supervising a field survey crew.

**REFERENCES**

Personal and professional references available on request.

RECEIVED
SEP 27 2001
BY PROJECT ENGINEER

## ATTACHMENTS

Included for your review is a schedule of construction projects successfully completed during my career with South Coast, Inc. also, I have included a work in progress schedule as submitted to Seaboard Surety company during the later stages of my association with South Coast, to indicate typical annual work load, profit, and loss.

Also included is a schedule of construction projects successfully completed to date with Universal Construction, Inc.

A Technical Blasting Summary is also included with this profile.

Past Experience/Performance

Past Experience/Subcontractors

RECEIVED
SEP 27 2001
BY PROJECT ENGINEER

# TECHNICAL BLASTING EXPERIENCE

1969-1973

State of Alaska
Division of Aviation
Ketchikan, Alaska

As Chief Inspector on the construction of a $12,000,000 dollar Airport facility, my duties during the drilling and controlled blasting phase was to monitor contractor blasting operations. These duties included coordinating, reviewing, approving and monitoring contractors daily drilling and blasting program.

The project consisted of removal of 2.7 million yards of rock adjacent to the City of Ketchikan, Alaska and it's immediate heavily trafficked harbor.

The project was successfully completed without an incident.

1973-1989

South Coast, Inc.
Ketchikan, Alaska

During my tenure with South Coast as an Engineer, Manager and finally owner, I had many varied opportunities to deal with controlled blasting operations.

South Coast's main focus (approximately 75%) was concentrated in the shooting of rock in conjunction with Heavy Construction projects.

As is prudent with any drilling and shooting program, I researched, coordinated technical data and representation from powder companies, then personally implemented this at the project level during the initial phases.

1982- Swan Lake Hydroelectric Project

Although essentially a reservoir access and clearing project, it was necessary to implement controlled blasting procedures because of the second phase contractor being on site (S.J. Groves Co.) concurrent with our operation. Blasting was carried out near a 200 man construction camp and port facilities.

Contract was successfully completed without incidents for Ketchikan Public Utilities, Ketchikan, Alaska.

1983- U.S. Borax Project.

A highly sensitive ecological project for U.S. Borax Co., carried out within the confines of Misty Fjords National Monument. Project was consistently monitored

RECEIVED
SEP 27 2001
BY PROJECT ENGINEER

5

for 2 IPS vibration due to Fish and Game and U.S. Forest Service Contractual considerations.

The project was completed timely ( 6 months construction time) with all criteria having been met. Over 500,000 yards of rock was removed under controlled blasting procedures.

1984- Snettishsham Hydroelectric Project.

Essentially a 6000 foot tunnel, which passed within 40' of an existing underground powerhouse culminating 40 feet froma future lake tap. Additionally by change order, another underground room was added adjacent to existing powerhouse (8' separation) and then holed through to existing facilities. This project was heavily monitored by the U.S. Corps of Engineers.

Project was successfully completed with an Accommodation letter from the corps for Quality Control, Safety and overall contract adminstration.

1987- City of Ketchikan – Downtown Waterline

A city utility 8" waterline placed in existing street throughout the downtown business center. Necessitated controlled blasting and montoring of much of the trench work due to the line being located within 20' of many buildings.

Project was successfully completed without any damage.

1987- City of Ketchikan – Quinn Street Project.

New construction of a city street consisting of removal of approximately 30,000 C.Y. of rock adjacent to many existing private dwellings. Pre-blast survey and seismic monitoring were required.

Project was completed successfully without any major incidents.

1988- Alaska Department of Highways- North Tongass Highway

A five mile existing highway widening project, consisting of 200,000 yds of sliver cuts up to 165 feet in height. Project was located near many dwellings, businesses, and main high voltage transmission lines. Controlled blasting was required throughout the project with pre-blast survey requirements on a multitude of structures.

1991- Idaho Power Co.- Swan Falls Hydroelectric Project

Installation of a new powerhouse facility on the Snake River south of Boise, Idaho.

RECEIVED
SEP 27 2001
BY PROJECT ENGINEER

Work consisted of excavation of approximately 80,000 C.Y. of rock & soil located adjacent to existing powerhouse and dam facilities. Controlled blasting required throughout the project and highly monitored, for 2 IPS vibration control.

Project was successfully completed without incident, to the satisfaction of the owner..

1993- Idaho Transportation Department- Hammett Interchange

Projected consisted of drilling and blasting 160,000 C.Y. of vesicular basalt. Project was located in near proximity of other contractors and their equipment.

Project successfully completed without any incidents.

1998- Idaho Transportation Department- Rock Creek Bridge

Project consisted of placing a concrete structure across an enviromentally sensitive creek located near the confluence with the Salmon River. The abutments for the bridge had to be blasted into solid rock which was located directly above the stream. Drilling and blasting was conducted so as to minimize any disturbance to the stream.

Project was successfully completed without any incidents to the satisfaction of the owner.

1999- Idaho Transportation Department- Rock Scaling

Project consisted of scaling approx. 40 miles of hwy rock slopes/removing hazardous under-mind boulders and loose rock (some drilling/blasting required). Project in near proximity of state hwy traffic.

Project successfully completed timely, without any incidents and to the satisfaction of the owner.

1999- Idaho Transportation Department – Hazardous Boulder Removal

Project consisted of removal of a 700 ton granite boulder that was in movement 200 feet above a scenic portion of Idaho State Hwy 55. Work consisted of placing strain gages and monitoring movement of boulder while drilling was in progress. All work was done at night for convenience of the public. Boulder had to be fragmented into small pieces so as not to damage the highway or enviromental surroundings.

Project was successfully completed in a timely manner without any incidents to the satisfaction of the owner.

RECEIVED
SEP 27 2001
BY PROJECT ENGINEER

1999- Bright Quarry- Bright Trucking

Project consisted of drilling and blasting diced basalt quarry in the amount of 5,000 C.Y.

Work was completed successfully and to the satisfaction of the owner.

RECEIVED
SEP 27 2001
BY PROJECT ENGINEER

# INPROGRESS/COMPLETED PROJECTS
# UNIVERSAL CONSTRUCTION, INC.

| DATE | OWNER | PROJECT | CONTRACT AMOUNT |
|---|---|---|---|
| 11/90-11/91 | ITD | Lowman to Banner Summit | $ 80,000.00 |
| 3/91-8/91 | ITD | Burton Road Bridge | 464,525.00 |
| 5/91-1/92 | ACHD | Linder Road Bridge | 1,340,559.00 |
| 5/91-3/92 | AJC/IP | Swan Falls Hydroelectric Project (SUB) | 1,001,500.00 |
| 8/91-1/92 | GCHD | Ola Bridge | 98,664.00 |
| 11/91-12/91 | ITD | Lowman to Banner Summit II | 75,564.00 |
| 3/92-5/92 | ITD | Council North | 77,216.00 |
| 5/92-8/92 | ITD | Cascade North | 134,651.00 |
| 6/92-9/92 | COE | City of Emmett Pool | 220,000.00 |
| 7/92-11/92 | ACHD | Linder South Channel | 580,000.00 |
| 7/92-6/93 | ITD | Blaine Street | 636,000.00 |
| 11/92-4/93 | ACHD | 4 Bridges | 154,000.00 |
| 11/92-11/93 | ITD | Payette Bridges | 1,360,000.00 |
| 3/93-8/93 | ITD | Hammett Interchange (SUB) | 426,000.00 |
| 2/94-5/94 | ACHD | Floating Feather #67 | 154,248.00 |
| 3/94-7/94 | ACHD | Willow Brook Storm Drain | 127,239.00 |
| 6/94-7/94 | USFS | Anderson Creek | 78,078.00 |
| 11/94-6/95 | ITD | Meridian Street | 191,000.00 |
| 3/95-6/95 | ACHD | Floating Feather #60 | 204,000.00 |
| 8/95-11/95 | ITD | Pathway Repair | 85,000.00 |
| 9/95-12/95 | USFS | Slide Gulch | 125,000.00 |
| 6/96-9/96 | ITD | Sears Creek | 130,000.00 |
| 7/96-10/96 | COW | 12th Street Bridge | 120,000.00 |
| 1/97-5/97 | ITD | Eckert Road | 554,908.00 |
| 11/97-3/98 | BOR | Black Canyon Dam Repair (SUB) | 220,750.00 |
| 2/97-4/97 | USDA | Misc. Flood Repair | 78,500.00 |
| 5/97-6/97 | ACHD | Traffic Calming | 135,000.00 |
| 6/97-8/97 | GCHD | Barker Island Bridge | 94,000.00 |
| 2/98-6/98 | WCHD | Pressley Bridge | 698,900.00 |
| 4/98-6/98 | COE | Milltown Sewer Phase III | 125,000.00 |
| 6/98-11/98 | ITD | Rock Creek Bridges | 675,686.00 |
| 8/98-9/98 | Yanke | Jordan Valley Flume (SUB) | 47,009.00 |
| 1/99-5/00 | ITD | East Boise River Footbridge | 612,000.00 |
| 4/99-2/00 | DHD | Whitebird Bridge (SUB) | 28,000.00 |
| 3/99-5/99 | ACHD | Ten Mile Bridge | 92,534.00 |
| 6/99-9/99 | ITD | Double Tree Footbridge (SUB) | 110,000.00 |
| 5/99-11/99 | ITD | Boulder Creek Bridge | 810,000.00 |

RECEIVED
SEP 27 2001
BY PROJECT ENGINEER

9

| | | | |
|---|---|---|---|
| 6/99-10/99 | ITD | Rock Scaling | 432,000.00 |
| 9/99-6/00 | ESD | Westside Elementary (SUB) | 572,000.00 |
| 1/00-5/00 | ACHD | Meridian Rd/Park Lane | 286,000.00 |
| 2/00-6/00 | ATKINSON | Atkinson Subdivision | 120,000.00 |
| 6/00-12/00 | KOA | Meadowbrook Apts. | 193,000.00 |
| 7/00-6/01 | ITD | Mill Road Turnbay | 791,000.00 |
| 11/00-5/01 | ITD | Deep Creek Bridge | 894,000.00 |
| | | TOTAL TO DATE | $ 16,580,090.00 |

RECEIVED
SEP 27 2001
BY PROJECT ENGINEER

10

# PAST EXPERIENCE/PERFORMANCE

Idaho Transportation Department
P.O. Box 8028
Boise, ID 83707
Contact: David Kuisti (District 2) (208) 799-4247
Eric Shannon (District 3) (208) 334-8300
Bill Merritt (District 4) (208) 886-7850

Miscellaneous Bridge and Road Projects (see above project list for project size and type). Projects have been completed timely* and to the satisfaction of the owner. Working relationships with owner personnel have been excellent.
*Blaine Street – 9 days liquidated damages (not agreed with).
*East Boise River Footbridge- items in dispute.

ACHD (Ada County Highway District)
318 E. 37th Street
Boise, ID 83714
Contact: John Edney (208) 387-6290

Miscellaneous Bridge and Road Projects (see above project list for project size and type). Projects have been completed timely and to the satisfaction of the owner. Working relationships with owner personnel have been excellent.
Meridian Rd/Park Lane still in progress on time per schedule

AJC (Al Johnson Company) (prime contractor)
3209 W. 76th Street
Minneapolis, MN 55435
Contact: Joe McGowan (612) 831-8151

IP (Idaho Power) (owner)
1221 W. Idaho
Boise, ID 83702
Contact: Operations Manager (208) 388-2200

RECEIVED
SEP 27 2001
BY PROJECT ENGINEER

Drilling and Blasting area for new Hydroelectric Power Plant Structure (see above project list for project size and type). Project completed timely and to the satisfaction of the

owner/prime contractor. Working relationship with owner/prime contractor personnel were excellent.

GCHD (Gem County Highway District)
415 E. Main
Emmett, ID 83617
Contact: County Commissioners (208) 365-2004

Miscellaneous Bridge Projects (see above project list for project size and type). Projects have been completed timely and to the satisfaction of the owner. Working relationship with owner personnel have been excellent.

COE (City of Emmett)
501 E. Main
Emmett, ID 83617
Contact: Public Works Dept. (208) 365-6054

Miscellaneous Bridge and Community Improvement Projects (see above project list for project size and type). Projects have been completed timely and to the satisfaction of the owner. Working relationship with owner personnel have been excellent.

USFS (United States Forest Service)/USDA (United States Department of Agriculture)
1249 S Vinnell Way
Boise, ID 83705
Contact: Cheryl R. Molis (208) 373-4150

Miscellaneous Bridge and Road Projects (see above project list for project size and type). Project have been completed timely and to the satisfaction of the owner. Working relationship with owner personnel have been excellent.

COW (City of Weiser)
Holladay Engineering
P.O. Box 235
Payette, ID 83661
Contact: Tim Grim (208) 642-3304

Bridge Project (see above project list for project size and type). Project completed timely and to the satisfaction of the owner. Working relationship with owner personnel excellent.

WCHD (Washington County Highway District)
Holladay Engineering
P.O. Box 235
Payette, ID 83661
Contact Tim Grim: (208) 642-3304

RECEIVED
SEP 27 2001
BY PROJECT ENGINEER

Bridge Project (see above project list for project size and type). Project completed timely and to the satisfaction of the owner. Working relationship with owner personnel excellent.

BOR (Bureau of Reclamation)
3999 E. Black Canyon Hwy
Emmett, ID 83617

Site work subcontractor (Record Steel –prime contractor) (see above project list for project size and type). Project completed timely and to the satisfaction of the owner. Working relationship with owner/prime personnel excellent.

Yanke (Yanke Machine Shop & Fabrication)
4414 S. Gekeler Lane
Boise, ID 83716
(208) 342-8901

Excavation work (subcontractor) for Flume installation (see above project list for project size and type). Project completed timely and to the satisfaction of the owner. Working relationship with owner personnel excellent.

ESD (Emmett School District)
Newby-Wiggins Construction, Inc.
4465 N. Keldoon Ave.
Boise, ID 83702
Contact Tim Newby or Neil Wiggins: (208) 346-4655

Site work (subcontractor) for new school (see above project list for project size and type). Project still in progress, on time per scheduling. Working relationship with owner/prime excellent.

DHD (Doumecq Highway District)
Ralph Kangas
P.O. Box 326
Donnelly, ID 8615
Contact: Ralph Kangas (208) 325-8755

Excavation work (subcontractor) for Bridge Repair (see above project list for project size and type). Project complete timely and to the satisfaction of the owner. Working relationship with owner/prime contractor personnel excellent.

RECEIVED
SEP 27 2001
BY PROJECT ENGINEER

# PAST EXPERIENCE SUBCONTRACTORS

AA STRIPING, INC.
810 DENVER STREET
CALDWELL, ID 83605
(208) 454-9910

ATLAS SAND & ROCK, INC.
3665 SNAKE RIVER AVE.
LEWISTON, ID 83501

A-CORE OF BOISE, INC.
6531 BUSINESS WAY
BOISE, ID 83707
(208) 384-0500

BOISE CRANE, INC.
6555 OVERLAND ROAD, SUITE 106
BOISE, ID 83709
(208) 377-3692

BUEHNER CORPORATION
5200 S. MAIN
SALT LAKE CITY, UT 84107
(801) 262-5511

BOISE PAVING & ASPHALT CO.
P.O. BOX 5814
BOISE, ID 83705
(208) 342-6797

BOISE CONCRETE SAWING, INC.
P.O. BOX 4785
BOISE, ID 83711
(208) 322-6566

RECEIVED
SEP 27 2001
BY PROJECT ENGINEER

CONTRACTORS SAFETY SUPPORT, INC.
9732 KUNA ROAD
KUNA, ID 83634
(208) 362-7222

CARPENTER FENCE CORP
3633 13TH STREET
LEWISTON, ID 83501
(208) 743-2920

CASCADE FENCE CO., INC.
4560 S. ORCHARD
BOISE, ID 83705
(208) 345-1530

CONTRACT STEEL ERECTORS, INC.
2161 N.E. 10TH
MERIDIAN, ID 83642
(208) 867-1689

CONCO CONSTRUCTION, INC.
1224 7TH STREET SOUTH
NAMPA, ID 83651
(208) 585-3166

DELGADO TRUCKING
5015 E. USTICK ROAD S. 105
CALDWELL, ID 83605
(208) 455-5205

EAGLE PRECAST, INC.
2755 E. STATE STREET
EAGLE, ID 83616
(208) 939-6831

EHM ENGINEERS, INC.
621 NORTH COLLEGE RD., SUITE 100
TWIN FALLS, ID 83301
(208) 734-4888

ETERNA-LINE CORPORATION OF IDAHO
217 WEST 37TH
BOISE, ID 83714
(208) 322-7000

RECEIVED
SEP 27 2001
BY PROJECT ENGINEER

FRANK GURNEY, INC.
P.O. BOX 11557
SPOKANE, WA 99211
(509) 535-3069

GEODYSSEY
P.O. BOX 5491
BOISE, ID 83705
(208) 336-5165

HILLSIDE NURSERY
2350 HILL ROAD
BOISE, ID 83702
(208) 343-2545

H&H ENTERPRISES
HC 66 BOX 295
KOOSKIA, ID 83539
(208) 926-4242

HOLLEY CONSTRUCTION, INC.
3176 N. 3000 E.
TWIN, FALLS, ID 83301
(208) 733-5454

INLAND CRANE, INC.
P.O. BOX 5403
BOISE, ID 83705
(208) 345-9508

IDAHO SAND & GRAVEL
P.O. BOX 1310
NAMPA, ID 83653
(208) 466-5001

IDAHO CONSTRUCTION SURVEYING
2787 LAMPERT DRIVE
BOISE, ID 83705
(208) 344-2722

IDAHO EROSION CONTROL L.L.C.
963 S. ORCHARD STREET, STE. J
BOISE, ID 83705-0491
(208) 336-5165

RECEIVED
SEP 27 2001
BY PROJECT ENGINEER

KENDALL TRUCKING
143 PARKWAY DRIVE
BOISE, ID 83706

LAWN COMPANY, INC.
2581 WILDWOOD
BOISE, ID 83704
(208) 323-0234

LURRE CONSTRUCTION, INC
514 N 14TH
CALDWELL, ID 83605
(208) 459-8624

GARY LITTLE TRUCKING
8403 W. MARIGOLD
GARDEN CITY, ID 83714
(208) 322-7263

LITTLE TRUCKING
P.O. BOX 352
STAR, ID 83669
(208) 286-9017

CLYDE LEE TRUCKING
5995 N. LOCUST GROVE
MERIDIAN, ID 83642

MARILYN'S REVEGETATION
10 HANKS CR. LANE
GARDEN VALLEY, ID 83622
(208) 462-3791

MARCON, INC.
6236 EAST HUNT AVE.
NAMPA, ID 83687
(208) 463-0209

METCALF LANDSCAPE CONTRACTORS
2400 S. RAYMOND
BOISE, ID 83709
(208) 362-2411

NORTH AMERICAN CONSTRUCTION, INC.
1615 FILLMORE
CALDWELL, ID 83605

RECEIVED
SEP 27 2001
BY PROJECT ENGINEER

NAMPA PAVING & ASPHALT
444 W. KARCHER RD.
NAMPA, ID 83687
(208) 466-4051

OUTLAND STEEL, INC.
19047 FRANKLIN RD.
NAMPA, ID 83687
(208) 466-8410

O&J MORTENSEN CONSTRUCTION
P.O. BOX 704
FILER, ID 83328
(208) 543-9951

POE ASPHALT PAVING, INC.
P.O. BOX 449
LEWISTON, ID 83501
(509) 758-5561

POWER PLUS, INC.
25 N. HARTMAN
BOISE, ID 83704
(208) 323-1506

QUALITY ELECTRIC, INC.
5225 IRVING STREET
BOISE, ID 83706
(208) 375-1300

SLOAN FENCING & CONSTRUCTION, INC.
131 DOVER LANE
BOISE, ID 83705
(208) 344-8379

SEAL CO.
P.O. BOX 887
MERIDIAN, ID 83680
(208) 887-3646

TRINITY CONSTRUCTION, INC.
134 N. WASHINGTON
EMMETT, ID 83617
(208) 365-1020

RECEIVED
SEP 27 2001
BY PROJECT ENGINEER

TOOTHMAN-ORTON ENGINEERING CO.
9777 CHINDEN BLVD.
BOISE, ID 83714
(208) 323-2288

TRAFFIC PRODUCTS SERVICE CO.
515 HIGHLAND STREET
BOISE, ID 83706
(208) 342-2225

VEASY SEEDING, INC.
4300 E. DRIFTWOOD DR.
MERIDIAN, ID 83642
(208) 378-0759

WESTERN FENCE CO.
RT 1 BOX 88-S
KOOSKIA, ID 83539
(208) 926-7631

WALTER H. YARBOROUGH
HC 85 BOX 216
GRANDVIEW, ID 83624
(208) 834-2727

WESTERN CONSTRUCTION
P.O. BOX 15569
BOISE, ID 83715-0569
(208) 345-1440

WATSON ASSOCIATES
P.O. BOX 190239
BOISE, ID 83719-0239
(208) 322-6900

MASCO, INC.
4850 HENRY
BOISE, ID 83709
(208) 362-6152

RECEIVED
SEP 27 2001
BY PROJECT ENGINEER

MATERIALS
TESTING &
INSPECTION

CONTRACTOR QC PLAN

## Inspection & Control Procedures

Prior to commencing applicable work items or activities, Universal Construction's personnel and the applicable sub-contractors will complete the following tasks:

**Preparatory Phase**

a. Review all contract requirements
b. Ensure compliance of materials with project plans and specifications
c. Universal Construction will coordinate all submittals, including certifications, and provide them to the Federal Highway Administration representative.
d. Universal Construction will ensure capability of equipment and personnel to comply with contract requirements.
e. Universal Construction will coordinate with MTI to confirm that all testing is accomplished.
f. Universal Construction will coordinate surveying and staking of the work with appropriate sub-contractors.

**Start-Up Phase**

a. Universal Construction shall review contract requirements with personnel who will perform the work.
b. MTI will inspect and or test the start-up of the work.
c. Universal Construction will establish standards of workmanship.
d. Universal Construction will provide for, or request, training of workers as necessary.
e. MTI will identify material deficiencies and Universal Construction shall correct said deficiencies.
f. The testing schedule, as outlined in this document, will be performed based on the production schedule.

**Production Phase**

a. MTI will perform sampling and testing procedures in accordance with FHWA standards to ensure the test results accurately reflect the material quality.
b. MTI will conduct inspections at the frequency required by the specifications, during construction to identify and correct deficiencies.
c. All parties shall provide feed back and system changes to prevent repeated deficiencies. The RFI system identified in the project specifications shall be employed to address questions and/or issues.
d. Universal Construction will review completed phases for compliance before scheduled Government acceptance.

RECEIVED
SEP 27 2001
BY PROJECT ENGINEER

MATERIALS
TESTING &
INSPECTION

# Sampling, Testing and Acceptance Requirements

| TEST DESCRIPTION | MATERIAL TYPE OR PRODUCT | FREQUENCY | PLANNED NUMBER OF TESTS | REQUIREMENTS | RESPONSIBLE PARTY |
|---|---|---|---|---|---|
| (SECTION 204) EXCAVATION & EMBANKMENT | | | | | |
| Compaction Testing | Unclassified Borrow | 1 per layer per each 5,000 square meters | -- | 95% minimum, AASHTO T-238 & T-239, per Sec. 204.11 of specifications | MTI |
| Classification | Unclassified Borrow | 1 per soil type | 3 | AASHTO M145 | MTI |
| Moisture-Density Test | Unclassified Borrow | 1 per soil type but not less than 1 per 10,000 m³ | 3 | AASHTO T-99 or T-180, per Table 204-1 of specifications. | MTI |
| SECTION 301 - UNTREATED AGGREGATE COURSES (AGGREGATE SOURCE) | | | | | |
| Los Angeles abrasion course | Material Source Contractor located | 5 for undeveloped source. | 5 | AASHTO T-96 35% Max | MTI |
| Durability Index (coarse and fine) | Material Source Contractor located | 5 for undeveloped source. | 5 | AASHTO T-210 35 Min | MTI |
| Sodium Sulfate Soundness | Material Source Contractor located | 5 for undeveloped source. | 5 | AASHTO T-104 12% Max | MTI |
| Accelerated Weathering | Material Source Contractor located | 5 for undeveloped source. | 5 | WFLHD-DMSO 12% Max | MTI |
| SECTION 301 - UNTREATED AGGREGATE COURSES (AGGREGATE PRODUCTION) | | | | | |
| Gradation | Aggregate Surface Course | 1 for each 6 hours of production but not less than 2 for each day | -- | AASHTO T-11 & AASHTO T-27 Grading H | MTI |
| Liquid Limit | Aggregate Surface Course | 1 for each 6 hours of production but not less than 2 for each day | -- | AASHTO T-89 35 Max | MTI |

RECEIVED
SEP 27 2001
BY PROJECT ENGINEER

MATERIALS
TESTING &
INSPECTION

| TEST DESCRIPTION | MATERIAL TYPE OR PRODUCT | FREQUENCY | PLANNED NUMBER OF TESTS | REQUIREMENTS | RESPONSIBLE PARTY |
|---|---|---|---|---|---|
| SECTION 301 - UNTREATED AGGREGATE COURSES (AGGREGATE PRODUCTION) . . . Continued | | | | | |
| Plastic Index | Aggregate Surface Course | 1 for each 6 hours of production but not less than 2 for each day | --) | AASHTO T-90<br>10 ± 3 | MTI |
| Fractured Faces | Aggregate Surface Course | 1 for each 6 hours of production but not less than 2 for each day | -- | ASTM D-5821<br>50% Min | MTI |
| SECTION 301 - UNTREATED AGGREGATE COURSES (FINAL PRODUCT) | | | | | |
| Gradation | Aggregate Surface Course | 1 Per 1000 metric tons | 20 | AASHTO T-11 &<br>AASHTO T-27<br>Grading H | MTI |
| Liquid Limit | Aggregate Surface Course | 1 Per 1000 metric tons | 20 | AASHTO T-89<br>35 Max | MTI |
| Plastic index | Aggregate Surface Course | 1 Per 1000 metric tons | 20 | AASHTO T-90<br>10 ± 3 | MTI |
| Fractured Faces | Aggregate Surface Course | 1 Per 1000 metric tons | 20 | ASTM D-5821<br>50% Min | MTI |
| Compaction Test | Aggregate Surface Course | 1 Per 500 metric tons but not less than 1 per layer | 60 | AASHTO T-238<br>AASHTO T-239 | MTI |
| Moisture-Density Test | Aggregate Surface Course | 1 per 10,000 $m^3$ | 2 | AASHTO T-180 | MTI |
| SECTION 402 – MINOR ASPHALT CONCRETE | | | | | |
| Compaction Testing | Asphalt Mixture | 1 per 1000 $m^2$ | 2 (2 trips) | AASHTO T-238 &<br>AASHTO T-239 | MTI |
| SECTION 601 - MINOR CONCRETE STRUCTURES | | | | | |
| compressive strength | Concrete | As requested by contractor | 4 cylinders | AASHTO T23 | MTI |

RECEIVED
SEP 27 2001
BY PROJECT ENGINEER

20. 529-6911 p.5

MATERIALS
TESTING &
INSPECTION

## Quality Control Organizational Chart & Resumes




RECEIVED
SEP 27 2001
BY PROJECT ENGINEER

MATERIALS TESTING & INSPECTION

## RESPONSE TIME

Materials Testing & Inspection operates with a full-time dispatcher from the hours of 7:00 a.m. to 5:00 p.m. We guarantee to have an inspector on site within 24 hours of notification. *In an emergency situation, we will respond within two hours.*

## REPORTING PROCESS

Our reporting process consists of a handwritten field report left on-site so that you are aware of any noncompliance or problems. Under normal circumstances, a written report which has been reviewed by one of our engineers and is mailed within 72 hours following the day of inspection. Laboratory test reports are issued within three days of completion of the test. In the case of a failing test result or low concrete strength, we notify you by telephone immediately, followed by a faxed confirmation.

## CONTROL CHARTS

MTI will post and maintain linear control charts in the testing trailer. The control charts will identify the project number, test number, each test parameter, the upper and/or lower specification limit applicable to each test parameter and test results.

## PROBLEM RESOLUTION

We assign technicians certified in their areas of expertise for consistent participation on each project. Should a problem or question arise during the construction process, Materials Testing & Inspection has a problem resolution system, as outlined below:

1. RFI - Request for Information

A Request for Information form is used when there is a problem or discrepancy regarding the contract documents and a structural engineer's clarification is needed to resolve the situation. For example, it can be used when there is a disagreement as to what type of soil goes in a certain area, or when a weld is not detailed on a structural drawing but our inspector feels that one was intended to be there. All Requests for Information will be directed to the Owner or the Owners agent.

2. Work-in-Progress Punch List

When a problem occurs, a punch list is created so that the contractor is aware of any outstanding items. This punch list requires the signatures of the Inspector and the superintendent; therefore, no questions can arise as to whether or not a problem was brought to the attention of the superintendent.

RECEIVED
SEP 27 2001
BY PROJECT ENGINEER

MATERIALS TESTING & INSPECTION

# DAN E. KING
## EASTERN IDAHO MANAGER

Mr. King has performed geotechnical construction observations, materials testing, and special inspection including project management, field exploration, and laboratory testing since 1991. For the past six years, he has been the manager of materials testing firms providing engineering consulting, geotechnical, environmental and construction materials testing and inspection services. His past responsibilities have included construction monitoring and supervision of massive projects requiring expertise in construction inspection, materials testing and engineering design.

**YEARS OF EXPERIENCE: 10**
**YEARS AT MTI: 2**

### CERTIFICATIONS & AFFILIATIONS

- ICBO Certified Special Inspector, Reinforced Concrete
- ICBO Certified Special Inspector, Reinforced Masonry
- ICBO Certified Special Inspector, Spray Applied Fire Protection.
- ACI Level I Concrete Inspector
- ACI Level II Concrete Inspector
- Western Alliance for Quality Control Transportation Construction (WAQTC)
  - Asphalt
  - Concrete
  - Aggregate
- Portable Nuclear Gauge Safety
- FEMA Disaster Inspector
- AWS D1.1 Ultrasonic Inspection Application

### EDUCATION

Oregon Institute of Technology, Bachelor of Science, Civil Engineering

## PROJECT EXPERIENCE

**Freeport Indonesia, Lime Mine**
Performed mechanical detailing and material quantity take-offs for transfer towers and approximately 5 miles of conveyor system.

**City of Klamath Falls OR, City of Bend OR,**
**City of Nampa Idaho - Engineering Design**
Develop and design single/multi family and commercial wastewater treatment facilities. Engineering design for commercial site plans and municipal water and sewer piping systems.

**Emmett West Side Elementary**
**Emmett Idaho - Geotechnical Investigation**
Performed preliminary geotechnical investigation using drill rig and backhoe exploration methods. Performed field observations and testing during rough and fine grading. Acted in the capacity of project manager/special inspector through infrastructure and construction building material phases.

**Kuna Cave Dairy**
**Kuna Idaho – Monitor Massive Earthwork**
Massive Earthmoving project Approx 1.5-million CY to form building pads, dikes, levies, and sewage lagoons. Compaction control testing and monitoring earthwork operations.

**Crusher Control Sampling & Testing**
Nampa Paving
Boise Paving

**Crusher Control Sampling & Testing**
K&L Excavation
Monroc
Idaho Sand & Gravel
C&B Ready Mix
Center Lane Construction
Canyon Sand & Gravel
Universal Construction

**Donnelly - ITD HWY**
**Donnelly ID**
Sampled and tested soil and aggregates during road widening, reconstruction and bridge replacement improvements. Prepared and tested samples in an on-site laboratory per ITD specifications.

**Highway - East Entrance to Yellowstone National Park, WY - Soil and Aggregate Testing**
Sampled and tested soil and aggregates during road re-building improvements. Prepared and tested samples in an on-site laboratory per WFLD specifications.

**Management – Idaho Testing & Inspection, /Materials Testing & Inspection Inc.**
Responsible for day to day operations, Personnel, Marketing, Billing, Job cost estimating, Report review, preparation of contracts, project coordination & scheduling.

RECEIVED
SEP 27 2001
BY PROJECT ENGINEER

MATERIALS TESTING & INSPECTION

# CRIS D. MCMURTREY
## EASTERN IDAHO ASSISTANT MANAGER

Cris McMurtrey has worked in the materials testing and inspection field for five years. He has a broad experience of quality control field and laboratory testing and sampling of soils, asphalt, and concrete. Cris has worked in both fixed and portable testing laboratories for highway, and large commercial projects. He has conducted geotechnical soils investigations and has assisted in the writing of geotechnical reports.

YEARS OF EXPERIENCE: 5
YEARS AT MTI: 3

CERTIFICATIONS & AFFILIATIONS

- NICET Level I
  - Asphalt
  - Soils
  - Concrete
- Western Alliance for Quality Control Transportation Construction (WAQTC)
  - Asphalt
  - Aggregate
  - Concrete
- National Concrete Masonry Association Testing Technician
- ICBO Certified Special Inspector Structural Masonry
- Portable Nuclear Gauge Safety
- ACI Grade I Concrete Technician
- WYDOT Certified Technician for Asphalt Concrete
- WYDOT Certified Technician for Soils and Aggregates

EDUCATION
Idaho State University, Pocatello ID, AAS Civil Engineering Technology – 5/1996

## PROJECT EXPERIENCE

**Century High School, Pocatello, Idaho**
**Special Inspection**
Performed special inspection of reinforced concrete, structural masonry, fireproofing and minor welding. Monitored earthwork throughout the duration of the project.

**Highway – Newdale to Canyon Creek Road, *ITD District VI***
**Banbury Springs to Buhl, Idaho, *ITD District IV***
***Alpine Junction to Hoback, Wyoming DOT***
*Lead Technician – Monitored Paving operation while performing in place nuclear density testing.*

**Wagon Wheel Resort, Jackson Wyoming**
**Geotechnical Investigation**
Performed preliminary geotechnical investigation using hollow core drilling rig. Performed all necessary lab testing on samples obtained in the field.

**Home Depot, Idaho Falls, Idaho**
**Special Inspection**
Performed special inspection of reinforced concrete, structural masonry. Monitored earthwork throughout the duration of the project.

RECEIVED
SEP 27 2001
BY PROJECT ENGINEER

MATERIALS TESTING & INSPECTION

# JON LAUX
# WAQTC INSPECTOR

Jon Laux is responsible and experienced in the environmental and asbestos testing in Eastern Idaho and has completed Phase I/II ESA's on several sites. He has a broad experience of quality control field and laboratory testing and sampling of soils, asphalt, and concrete. Jon has worked in fixed and portable testing laboratories for highway, and large commercial projects.

YEARS OF EXPERIENCE: 3
YEARS AT MTI: 3

## CERTIFICATIONS & AFFILIATIONS

- Certified Asbestos Inspector
- Western Alliance for Quality Control Transportation Construction (WAQTC)
  - Asphalt
  - Embankment
  - Concrete
- Nuclear Moisture/Density Gauge Safety
- ACI Grade I Concrete Technician

## EDUCATION

University of Idaho, B.S. Wildlife Resources, 1996
AHERA Asbestos Inspector Course, Environmental Health Sciences, Inc., Bellevue, WA
AHERA Asbestos Course Refresher, Clayton Environmental, Seattle, WA

## PROJECT EXPERIENCE

**Waterford Subdivision, Idaho Falls, ID**
Environmental Site Assessment I

**Jennie Lee Business Park, Idaho Falls, ID**
Environmental Site Assessment I

**Northwest Cosmetics, Idaho Falls, ID**
Environmental Site Assessment I

**Heritage Industrial Park, Idaho Falls, ID**
Environmental Site Assessment I

**ALCO-Stores, Soda Springs, ID**
Environmental Site Assessment I

**Spring Meadows Subdivision, Idaho Falls, ID**
Environmental Site Assessment I

**US West Building, Idaho Falls, ID**
Environmental Site Assessment I

**Rexburg Student Housing, Rexburg, ID**
Environmental Site Assessment I

**International Business Park, Idaho Falls, ID**
Environmental Site Assessment I

**O.E. Bell Renovation, Idaho Falls, ID**
Lead and Asbestos Inspection

**Walgreen's Store, Idaho Falls, ID**
Lead, Asbestos Survey & Environmental Site Assessment I

**Idaho Housing & Finance Assoc, Idaho Falls**
Asbestos Inspection

**Idaho State University Student Union Building, Pocatello, ID**
Soil and Water Sampling

**Scenic Falls Credit Union, Idaho Falls, ID**
Soil Sampling

**Alpine to Hoback, WY** Highway

**Hoff Rd to Riverside, ID** Highway

**Fifth South, Pocatello, ID** Highway

**Sugar City Interchange, ID** Highway

**Soda Springs, ID** Highway

**Astoria, WY** Crusher Control

**Sage Junction Interchange, ID** Drainage

**Sugar City Interchange, ID** Highway

**Soda Springs, ID** Highway

RECEIVED
SEP 27 2001
BY PROJECT ENGINEER

MATERIALS TESTING & INSPECTION

# TROY POSIO
## WAQTC INSPECTOR

Troy Posio has conducted geotechnical soils investigations and has assisted in the writing of geotechnical reports. He has a broad experience of quality control field and laboratory testing and sampling of soils, asphalt, and concrete. Troy has worked in both fixed and portable testing laboratories for highway, and commercial projects.

YEARS OF EXPERIENCE: 2
YEARS AT MTI: 2

**CERTIFICATIONS & AFFILIATIONS**

- NICET Level I in Geotechnical Engineering Technology
  - Generalist
  - Laboratory
- Western Alliance for Quality Control Transportation Construction (WAQTC)
  - Aggregate
  - Concrete
- Nuclear Moisture/Density Gauge Safety
- ACI Grade I Concrete Technician

**EDUCATION**
Idaho State University, Pocatello ID, B.S. Geology, 1996

## PROJECT EXPERIENCE

**Clark County High School, Dubois, ID**
**Geotechnical Investigation**
Performed preliminary geotechnical investigation. Performed all necessary lab testing on samples obtained in the field.

**Ashton Memorial Nursing Home, Ashton, ID**
**Geotechnical Investigation**
Performed preliminary geotechnical investigation. Performed all necessary lab testing on samples obtained in the field.

**Higham Office Facility, Idaho Falls, ID**
**Geotechnical Investigation**
Performed preliminary geotechnical investigation. Performed all necessary lab testing on samples obtained in the field.

**Married Student Housing, Rexburg, ID**
**Geotechnical Investigation**
Performed preliminary geotechnical investigation. Performed all necessary lab testing on samples obtained in the field.

**Mountain Laurel Subdivision, Victor, ID**
**Geotechnical Investigation**
Performed preliminary geotechnical investigation. Performed all necessary lab testing on samples obtained in the field.

**Minico High School, Minidoka County, ID**
**Geotechnical Investigation**
Performed preliminary geotechnical investigation. Performed all necessary lab testing on samples obtained in the field.

**American Falls High School, American Falls, Idaho -- Special Inspection**
Performed special inspection of reinforced concrete, structural masonry. Monitored earthwork throughout the duration of the project.

**Eastern Idaho Regional Medical Center, Idaho Falls, ID – Special Inspection**
Performed special inspection of reinforced concrete, structural masonry. Monitored earthwork throughout the duration of the project.

**Newdale to Canyon Creek, ID**
Highway

**Clevland to Niter, ID**
Highway

**Ryan Street, Chubbuck, ID**

RECEIVED
SEP 27 2001
BY PROJECT ENGINEER