U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
P.O. Box 268
Roberts, Idaho 83444

September 27, 2001

UCI-017

Dick Standerfer, President
Universal Construction, Inc.
P.O. Box 187
Emmett, Idaho 83617

Subject: Quality Control Plan

DTFH70-01-C-00034
Camas NWR Complex
ID RRP-CAMA 101(1)

Mr. Standerfer,

The Quality Control Plan (QCP), (76-019), dated September 18, 2001, and three other parts, received by this office September 27, 2001, is approaching what is expected of the QCP. The FHWA requests you to put the four individual parts of your plan together into one concise and organized plan. Also, please exclude unneeded information included in the two profiles, which do not pertain to this project. (Technical Blasting Experience, Inprogress/Completed Projects, Past Experience Subcontractors) All of the above information was conveyed to Mark Standerfer, Project Superintendent, in a phone conversation in the afternoon of September 25, 2001, after FHWA received a faxed copy of the above mentioned QCP and attachments. Please make the needed revisions and resubmit for approval.

Please contact me if you have any questions.

Sincerely,

Todd Butikofer,
Project Engineer

cc: Jane Traffalis, COE
Mark Standerfer, Universal
files

Date 10-21-04 Exhibit # 11
Case Universal Construction vs. USA
Deponent Standerfer
Reporter MARTA RICE
Naegeli Reporting Corporation

# UNIVERSAL CONSTRUCTION, INC.

PHONE
(208) 365-5750

U.C.I.

FAX
(208) 365-4645

September 18, 2001

76-019

Federal Highway Administration
P.O. Box 268
Roberts, ID 83444

Attn: Todd Butikofer, P.E.

**ID RRP-CAMA 101(1)**
**CAMAS NWR COMPLEX**
**DTFH70-01-C-00034**

**QUALITY CONTROL PLAN**

The following items comprise our Quality Control Plan (QCP) in accordance with Subsection 153.03 of the Contract.

1. All work will be performed in accordance with the contract requirements. Universal Construction, Inc. (UCI) will maintain an inspection system which assures compliance with these contract requirements. Any indication of system deficiencies, whether discovered as a result of Government or UCI checks or tests, will result in modifications to the system to correct these defeciencies.

2. This QCP does not endeavor to repeat or summarize contract requirements. It describes the process which UCI will use to assure compliance with those requirements. The QCP, documents broad categories of work in accordance with Subsection 153.03. Necessary details dealing with minor items, not included in the QCP, will be addressed informally between the Contractor Quality Control Manager (CQCM) and the Project Engineer (PE) as the work progresses and will be documented in writing on the Quality Control Report (QCR). The level of Quality Control (QC) accountability and control exercised by UCI on these items will be consistent with the details of the plan.

Approved 9/28/01 UCI-018
But need to Amend
SS Project Eng.

3. Mark Standerfer will have the overall responsibility for quality control on the project and will be the CQC manager. Mark Standerfer has had similar

RECEIVED
SEP 28 2001
BY PROJECT ENGINEER

2-21-04 Exhibit # 12
Universal Construction vs. USA
Deponent Standerfer
Reporter MARTA RICE
Naegeli Reporting Corporation
(800) 528-3335 FAX (503) 227-7123

P.O. Box 187 - Emmett, Idaho 83617

positions and responsibilities on other Federal, State and County Projects. Please see attached Resume. Mark Standerfer will be responsible for overseeing day-to-day construction operations from a QC standpoint. He will assure that all required tests and documentation are completed and that the results are furnished to the Government in the time frame required. Mark Standerfer is empowered to suspend any operation, which he deems to be in noncompliance with the contract, and/or order corrective measures to assure compliance. Mark Standerfer will complete both the Construction Operations and the Quality Control reports in accordance with Subsection 153.05.

4. Dick Standerfer Owner/President of UCI, has performed similar duties of Quality Control requirements on other Federal, State and County Projects as well. Please see attached resume. Dick Standerfer will be designated as the alternate CQC Manager for this project in the absence of Mark Standerfer. Dick Standerfer is empowered to suspend any operation, which he deems to be in noncompliance with the contract, and/or order corrective measures to assure compliance.

5. Personnel from Materials Testing & Inspection (MTI), (see attached QCP submitted by MTI), will perform all the required Aggregate Sampling and Testing.

6. All asphalt work, with the exception of asphalt concrete production, will be performed by UCI, and appropriate mix design will be submitted by UCI's supplier Beco Construction, prior to any asphalt work being executed. Any testing of the asphalt concrete will be performed by MTI personnel.

7. As the number of operations, or their dispersion on the project, starts to overextend Mark Standerfer, Quality Control responsibilities may be specifically assigned to UCI supervisory personnel responsible for specific operations, or an assistant will be provided. In either case, the standards of application of the QCP will be the same. The names, experience and qualifications of any personnel assuming QCP responsibilities will be provided to the Government in advance.

8. UCI has an experienced and highly professional staff that has had the responsibilities entailed by the QC requirements. UCI therefore, does not anticipate any personnel or training problems in complying with these requirements. If any such problems occur, UCI will take appropriate actions to correct them including retraining, providing additional supervision and or personnel, or removal of inadequate personnel.

## 9. ASPHALT ITEMS

Mark Standerfer will be responsible for the QC in the Preparatory, Startup and Production Phases. Mark Standerfer has the authority to stop work and order corrective action.

Preparatory Phase –

All asphalt work, with the exception of supplying asphalt, will be performed by UCI.

Beco Construction (Roker Materials) will supply the asphalt material, UCI will obtain the mix design submittals from Beco Construction (Roker Materials), and deliver them to the PE for approval prior to proceeding with this item of work.

Mark Standerfer will be the contact for any technical discussions during the mix design approval process.

Mark Standerfer will co-ordinate with the survey crew as to required staking for service road and parking area for finished surface preparatory for placing of asphalt.

Startup Phase –

Mark Standerfer will review requirements for weighing, delivery, dumping, spreading, compaction and reporting formats, prior to proceeding with this item of work.

Mark Standerfer will review requirements for sampling methods with MTI personnel prior to proceeding with this item of work.

Mark Standerfer will review requirements for reporting formats with Beco Construction (Roker Materials), prior to proceeding with this item of work.

Production –

MTI personnel will obtain mix samples and cores at the random locations provided by the PE. Acceptance samples will be delivered to MTI for testing. Test results will be provided to Mark Standerfer and submitted with the QC Report.

Mark Standerfer will be responsible for compiling the delivery and weight records, including tabulation of quantities, and submitting these reports with the Construction Operations Report.

The Screed Operator will perform depth checks randomly during paving to verify spread rates.
Mark Standerfer will verify the quality of the work for this item prior to requesting acceptance from the PE.
Mark Standerfer will submit all test results and document any corrective actions taken on the QC Report.

10. **LINEAR GRADING**

Mark Standerfer will be responsible for the QC in the Preparatory, Startup, and Production Phases. Mark Standerfer has the authority to stop work and order corrective action.

Preparatory Phase –

Mark Standerfer will co-ordinate with the survey crew on staking, stationing, and cross-fall transitions of the roadway grading.

Startup Phase –

Mark Standerfer will insure that proper cross-slope is provided by field verification of the grading process with leveling, sweding, and width measurement checks.

Production Phase –

Mark Standerfer will continue to monitor grading operations as linear grading proceeds through each closure phase, co-ordinating with the PE should any areas need field adjustments. Mark Standerfer will contact the PE for verification and acceptance as each section is completed.

11. **BASE COARSE** (aggregate surface coarse grading H, and roadway aggregate method I)

Mark Standerfer will be responsible for the QC in the Preparatory, Startup, and Production Phases. Mark Standerfer has the authority to stop work and order corrective action.

Preparatory –

The base coarse aggregates will be produced from off-site sources.
Placement of aggregates on roadway, widening, turnouts and pullouts will be developed on a yield basis and verified in the field after initial compaction for depth.
Required testing performed by MTI personnel will be reviewed for frequency and method as established by the contract.

Startup Phase –

Mark Standerfer will co-ordinate with MTI personnel – crushing startup plant calibration for production of aggregate.
Process control test results will be submitted with the QC report. Split samples will be made available to the PE.
Mark Standerfer will document any corrective actions required during the production of the aggregates and submit documentation with the QC reports to the PE.
Mark Standerfer will review the requirements for weighing, hauling, dumping, spreading and compaction with the PE.
Mark Standerfer will submit aggregate samples, including target values to the PE prior to placement.
Mark Standerfer will be responsible for co-ordinating sampling with MTI personnel on samples taken from the grade with test results furnished to the PE.

Production Phase –

Mark Standerfer will continue to co-ordinate the required sampling acceptance with MTI personnel.
Mark Standerfer will monitor acceptance sampling, testing and densities. All test results will be submitted to the PE.
Mark Standerfer will be responsible for compiling the delivery and weight records, including tabulation of quantities, and submitting these reports to the PE.
Mark Standerfer will perform daily depth checks to verify spread rates, compaction and general quality of work prior to requesting acceptance from the PE.

12. **BRIDGE ITEMS**

Mark Standerfer will verify all certification requirements, inspect materials upon delivery and obtain certification and other required documentation.
Mark Standerfer will review stakeout requirements and resolve any potential problems with the Survey personnel and the PE.

Startup Phase –

Mark Standerfer will review the specification requirements and stake out data with personnel responsible for executing the work.
Mark Standerfer will be available when any operation begins to resolve any conflicts with stakeout data and verify specification compliance. Conflicts and/or resolutions will be documented and submitted to the PE with the QC Report.

Production Phase –

Mark Standerfer will be responsible for the Quality Control during construction/production.
Mark Standerfer will monitor operations on a daily basis for QC compliance.
Mark Standerfer or MTI personnel will perform required tests and furnish results with the QC Report.
Mark Standerfer will notify the PE when segments of the work are ready for acceptance.

As attachments to the above plan UCI has taken the liberty to include resumes of the personnel responsible for the initiation, control and testing of the plan. Also an organization chart and sampling, testing, and acceptance requirements chart have been provided for your convenience.

Please review the above plan and advise this office if there are any additions and/or supplements require to this plan.

Sincerely,
UNIVERSAL CONSTRUCTION, INC.

for

Dick Standerfer
President

clh

cc: Mark Standerfer, UCI

## Sam[illegible]ng, Testing and Acceptance [illegible]quirements

| TEST DESCRIPTION | MATERIAL TYPE OR PRODUCT | FREQUENCY | PLANNED NUMBER OF TESTS | REQUIREMENTS | RESPONSIBLE PARTY |
|---|---|---|---|---|---|
| (SECTION 204) EXCAVATION & EMBANKMENT | | | | | |
| Compaction Testing | Unclassified Borrow | 1 per layer per each 5,000 square meters | – | 95% minimum, AASHTO T-238 & T-239, per Sec. 204.11 of specifications | MTI |
| Classification | Unclassified Borrow | 1 per soil type | 3 | AASHTO M145 | MTI |
| Moisture-Density Test | Unclassified Borrow | 1 per soil type but not less than 1 per 10,000 m³ | 3 | AASHTO T-99 or T-180, per Table 204-1 of specifications. | MTI |
| SECTION 301 - UNTREATED AGGREGATE COURSES (AGGREGATE SOURCE) | | | | | |
| Los Angeles abrasion course | Material Source Contractor located | 5 for undeveloped source. | 5 | AASHTO T-96 35% Max | MTI |
| Durability Index (coarse and fine) | Material Source Contractor located | 5 for undeveloped source. | 5 | AASHTO T-210 35 Min | MTI |
| Sodium Sulfate Soundness | Material Source Contractor located | 5 for undeveloped source. | 5 | AASHTO T-104 12% Max | MTI |
| Accelerated Weathering | Material Source Contractor located | 5 for undeveloped source. | 5 | WFLHD-DMSO 12% Max | MTI |
| SECTION 301 - UNTREATED AGGREGATE COURSES (AGGREGATE PRODUCTION) | | | | | |
| Gradation | Aggregate Surface Course | 1 for each 6 hours of production but not less than 2 for each day | – | AASHTO T-11 & AASHTO T-27 Grading H | MTI |
| Liquid Limit | Aggregate Surface Course | 1 for each 6 hours of production but not less than 2 for each day | – | AASHTO T-89 35 Max | MTI |

| TEST DESCRIPTION | MATERIAL TYPE OR PRODUCT | FREQUENCY | PLANNED NUMBER OF TESTS | REQUIREMENTS | RESPONSIBLE PARTY |
|---|---|---|---|---|---|
| **SECTION 301 - UNTREATED AGGREGATE COURSES (AGGREGATE PRODUCTION) . . . Continued** | | | | | |
| Plastic Index | Aggregate Surface Course | 1 for each 6 hours of production but not less than 2 for each day | --) | AASHTO T-90 10 ± 3 | MTI |
| Fractured Faces | Aggregate Surface Course | 1 for each 6 hours of production but not less than 2 for each day | -- | ASTM D-5821 50% Min | MTI |
| **SECTION 301 - UNTREATED AGGREGATE COURSES (FINAL PRODUCT)** | | | | | |
| Gradation | Aggregate Surface Course | 1 Per 1000 metric tons | 20 | AASHTO T-11 & AASHTO T-27 Grading H | MTI |
| Liquid Limit | Aggregate Surface Course | 1 Per 1000 metric tons | 20 | AASHTO T-89 35 Max | MTI |
| Plastic Index | Aggregate Surface Course | 1 Per 1000 metric tons | 20 | AASHTO T-90 10 ± 3 | MTI |
| Fractured Faces | Aggregate Surface Course | 1 Per 1000 metric tons | 20 | ASTM D-5821 50% Min | MTI |
| Compaction Test | Aggregate Surface Course | 1 Per 500 metric tons but not less than 1 per layer | 60 | AASHTO T-238 AASHTO T-239 | MTI |
| Moisture-Density Test | Aggregate Surface Course | 1 per 10,000 m³ | 2 | AASHTO T-180 | MTI |
| **SECTION 402 - MINOR ASPHALT CONCRETE** | | | | | |
| Compaction Testing | Asphalt Mixture | 1 per 1000 m² | 2 (2 trips) | AASHTO T-238 & AASHTO T-239 | MTI |
| **SECTION 601 - MINOR CONCRETE STRUCTURES** | | | | | |
| compressive strength | Concrete | As requested by contractor | 4 cylinders | AASHTO T23 | MTI |

## Quality Control Organizational Chart & Resumes



# PROFILE

MARK LEE STANDERFER
P.O. BOX 187
EMMETT, ID 83617
TELEPHONE: (208) 365-5750

## SUMMARY OF QUALIFICATIONS

*** More than twenty-two (22) years overall background in heavy civil construction.

*** Extensive background in construction operations including heavy equipment operation, superintendent, project manager

*** Experience as president and partial owner of construction company, current owner of a trucking company and current vice president of construction company

## AREAS OF EXPERIENCE

Project Superintendent
Estimating/Bidding
Personnel Administration:
Interviewing/Hiring/Training/Supervising
Management/Labor Relations
Contract Management

Purchasing
Project Scheduling
Equipment Operation
Heavy Equipment Repair
Hazardous Waste (various aspects)

## EDUCATION

| | | |
|---|---|---|
| 1979-82 | Graduated | Ketchikan High School, Ketchikan, Alaska. |
| 1982-83 | Attended | University of Alaska, Fairbanks, Alaska. General Studies. |
| 1986-87 | Attended | Yavapai Community College, Cottonwood, Arizona. General Studies. |
| 1996 | Certified | Hazardous Waste Training |

## PERSONAL DATA

Birthdate: 8/28/63
Ht. & Wt: 6', 300 lbs.
Marital: Married
Health: Good, no limitations

Citizenship: USA
Soc. Sec. No: 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
Bondable: Yes

## EMPLOYMENT HISTORY

July 1978 to 1989 South Coast, Inc.
Position: Equipment Operator, Truck Driver, Executive Assistant Ketchikan, Alaska

Duties: Operated all types of heavy equipment, drove all types of off-road trucks
Assigned to special accounts (computer software design, special insurance, Marine (tug/barge operations)).

April 1990 to Present Universal Construction, Inc.
Position: Vice President Emmett, Idaho

Duties: Assembled and formed a new construction company, management of Construction operations.

April 1994 to Present Stiforp, Inc.
Position: Owner Emmett, Idaho

Duties: Assembled and formed a new trucking company. Major focus of operations Hazardous material hauling.

## REFERENCES

Personal and professional references available on request.

## ATTACHEMENTS

A Technical Blasting Summary is included with this profile.

# PAST EXPERIENCE/PERFORMANCE

Idaho Transportation Department
P.O. Box 8028
Boise, ID 83707
Contact: David Kuisti (District 2) (208) 799-4247
Eric Shannon (District 3) (208) 334-8300
Bill Merritt (District 4) (208) 886-7850

Miscellaneous Bridge and Road Projects (see above project list for project size and type). Projects have been completed timely* and to the satisfaction of the owner. Working relationships with owner personnel have been excellent.
*Blaine Street – 9 days liquidated damages (not agreed with).
*East Boise River Footbridge- items in dispute.

ACHD (Ada County Highway District)
318 E. 37th Street
Boise, ID 83714
Contact: John Edney (208) 387-6290

Miscellaneous Bridge and Road Projects (see above project list for project size and type). Projects have been completed timely and to the satisfaction of the owner. Working relationships with owner personnel have been excellent.
Meridian Rd/Park Lane still in progress on time per schedule

AJC (Al Johnson Company) (prime contractor)
3209 W. 76th Street
Minneapolis, MN 55435
Contact: Joe McGowan (612) 831-8151

IP (Idaho Power) (owner)
1221 W. Idaho
Boise, ID 83702
Contact: Operations Manager (208) 388-2200

Drilling and Blasting area for new Hydroelectric Power Plant Structure (see above project list for project size and type). Project completed timely and to the satisfaction of the

owner/prime contractor. Working relationship with owner/prime contractor personnel were excellent.

GCHD (Gem County Highway District)
415 E Main
Emmett, ID 83617
Contact: County Commissioners (208) 365-2004

Miscellaneous Bridge Projects (see above project list for project size and type). Projects have been completed timely and to the satisfaction of the owner. Working relationship with owner personnel have been excellent.

COE (City of Emmett)
501 E Main
Emmett, ID 83617
Contact: Public Works Dept. (208) 365-6054

Miscellaneous Bridge and Community Improvement Projects (see above project list for project size and type). Projects have been completed timely and to the satisfaction of the owner. Working relationship with owner personnel have been excellent.

USFS (United States Forest Service)/USDA (United States Department of Agriculture)
1249 S Vinnell Way
Boise, ID 83705
Contact: Cheryl R. Molis (208) 373-4150

Miscellaneous Bridge and Road Projects (see above project list for project size and type). Project have been completed timely and to the satisfaction of the owner. Working relationship with owner personnel have been excellent.

COW (City of Weiser)
Holladay Engineering
P.O. Box 235
Payette, ID 83661
Contact: Tim Grim (208) 642-3304

Bridge Project (see above project list for project size and type). Project completed timely and to the satisfaction of the owner. Working relationship with owner personnel excellent.

WCHD (Washington County Highway District)
Holladay Engineering
P.O. Box 235
Payette, ID 83661
Contact Tim Grim: (208) 642-3304

Bridge Project (see above project list for project size and type). Project completed timely and to the satisfaction of the owner. Working relationship with owner personnel excellent.

BOR (Bureau of Reclamation)
3999 E. Black Canyon Hwy
Emmett, ID 83617

Site work subcontractor (Record Steel –prime contractor) (see above project list for project size and type). Project completed timely and to the satisfaction of the owner. Working relationship with owner/prime personnel excellent.

Yanke (Yanke Machine Shop & Fabrication)
4414 S. Gekeler Lane
Boise, ID 83716
(208) 342-8901

Excavation work (subcontractor) for Flume installation (see above project list for project size and type). Project completed timely and to the satisfaction of the owner. Working relationship with owner personnel excellent.

ESD (Emmett School District)
Newby-Wiggins Construction, Inc.
4465 N. Keldoon Ave.
Boise, ID 83702
Contact Tim Newby or Neil Wiggins: (208) 346-4655

Site work (subcontractor) for new school (see above project list for project size and type). Project still in progress, on time per scheduling. Working relationship with owner/prime excellent.

DHD (Doumecq Highway District)
Ralph Kangas
P.O. Box 326
Donnelly, ID 8615
Contact: Ralph Kangas (208) 325-8755

Excavation work (subcontractor) for Bridge Repair (see above project list for project size and type). Project complete timely and to the satisfaction of the owner. Working relationship with owner/prime contractor personnel excellent.

# PROFILE

RICHARD LEE STANDERFER
P.O. BOX 187
EMMETT, ID 83617
TELEPHONE: (208) 365-5750

## SUMMARY OF QUALIFICATIONS

*** More than forty-three (43) years overall background in Engineering, including a position as General Manager, CEO, and Owner of a Construction company recognized as a leader in construction of precision logging roads and other private and governmental capital projects.

*** Highly skilled in all phases of Project Management, and proven ability to effectively coordinate survey and heavy equipment operations, conduct on-site inspections and resolve technical/logistics problems, and successfully meet contract deadlines to client satisfaction.

*** Extensive experience in Highway & Road Design/Construction including eight (8) years experience as an Engineer with the highway department of a major state.

*** Four (4) years as an Office Engineer, Assistant Project Engineer, and Chief Inspector for the State of Alaska Division of Aviation, designing and directing construction of a multi-million dollar airport facility.

*** Sixteen (16) years as a Project Engineer, General Manager, and Vice President for a major southeast Alaska construction company, culminating as its owner and CEO.

*** Eleven (11) years and presently Owner and CEO of Universal Construction, Inc. in Idaho.

## AREAS OF EXPERIENCE

Field Engineering
Project Superintendent
Construction Company General Management
Estimating/Bidding
Personnel Administration:
Interviewing/Hiring/Training/Supervising
Highway/Airport Design & Construction
Management/Labor Relations
Project Engineer
Surveying

Construction Inspection
Materials Selection
Soils/Hydrology Design
Liaison Engineer
Railroad Re-Locations
Client Relations
Contract Negotiations
Purchasing
Project Scheduling

**EDUCATION**

1953-55 Graduated Wyandotte High School, Kansas City, Kansas. College preparation courses.

1955-56 Attended Santa Ana Junior college, Santa Ana, California. Pre-Engineering Studies.

1957-58 Attended Kansas City Junior College, Kansas City, Kansas. Additional studies in Engineering.

**PERSONAL DATA**

Birthdate: 2/24/37
Ht. & Wt: 6', 224 lbs.
Marital: Married
Health: Good, no limitations

Citizenship: USA
Soc. Sec. No.: 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
Bondable: Yes
Military: USMC/HD/57

**EMPLOYMENT HISTORY**

April 1990 to Present
Position: Owner

Universal Construction, Inc.
Emmett, Idaho

Duties: Assembled and formed a new construction company using owner contributed capital, ideas and past employee relationships.

1983 to 1989
Position: CEO & Owner

South Coast, Inc.
Ketchikan, Alaska

Continued management.responsibilities for the operations of an expanded base Heavy Construction Company with annual revenues in the 25-28 million dollar a year category and up to $44 million in work inventory.
Company sold January 1, 1989.

1973 to 1983
Position: Project Engineer/V.P. General Manager

South Coast, Inc.
Ketchikan, Alaska

Duties: Assuming major management responsibilities for the efficient operation of a construction company specializing in Heavy Construction projects for varied governmental and private clients, entailing: consulting with prospective clients, evaluating needs, and preparing estimates/bids for specific projects, directing project operations and field engineering; assuming direct responsibility for professional performance of all personnel; arranging purchasing of equipment and supplies; ensuring completion of all projects according to contract deadlines; substantially contributing to company's growth.

1969 to 1973
Position: Office Engineer Chief
Assistant Project Engineer

State of Alaska,
Division of Aviation
Ketchikan, Alaska

Duties: Providing a variety of services for a state office, entailing: designing and developing viable construction techniques for construction of a $12,000,000 airport facility at Ketchikan; working closely with consultant engineers and other specialists to resolve problems; inspecting on-going construction operations to ensure adherence to specifications; troubleshooting structural/engineering difficulties; setting up deadlines and coordinating construction phases to prevent conflict; effectively following through to final completion of a complex project contributing to improvement of transportation capabilities for a major geographical area.

1961 to 1969
Position: Engineer

California Division
of Highways
Los Angeles, California

Duties: Working for a state office involved in developing and constructing a broad range of major freeway development projects, involving; providing field engineering assistance (6 years) on metropolitan freeway layout, inspecting construction sites, and directing control of all construction materials; preparing major freeway designs, including right-of-way engineering specifications, and overall project engineering estimates; serving as assistant liaison engineer for a large district, coordinating operations between design and field forces, assisting in project set-up and troubleshooting special problems.

1959 to 1961
Position: Engineer

Santa Fe Railroad
Los Angeles, California

Duties: Providing skilled engineering services for a major railroad during construction of two extensive re-location projects (77 miles combined track @ total cost of $46,000,000) entailing: preparing precision route surveys; developing materials recommendations; cooperating in hydrology design; inspecting construction sites and resolving technical problems; successfully ensuring adherence to pre-set specifications within area of responsibility.

1958 to 1959
Position: Surveyor

Alaska Railroad
Clear, Alaska

Duties: Working as a surveyor during a major realignment and relocation project, preparing exact survey computations, supervising a field survey crew.

**REFERENCES**

Personal and professional references available on request.

## ATTACHMENTS

Included for your review is a schedule of construction projects successfully completed during my career with South Coast, Inc. also, I have included a work in progress schedule as submitted to Seaboard Surety company during the later stages of my association with South Coast, to indicate typical annual work load, profit, and loss.

Also included is a schedule of construction projects successfully completed to date with Universal Construction, Inc.

A Technical Blasting Summary is also included with this profile.

Past Experience/Performance

Past Experience/Subcontractors

# PAST EXPERIENCE/PERFORMANCE

Idaho Transportation Department
P.O. Box 8028
Boise, ID 83707
Contact: David Kuisti (District 2) (208) 799-4247
Eric Shannon (District 3) (208) 334-8300
Bill Merritt (District 4) (208) 886-7850

Miscellaneous Bridge and Road Projects (see above project list for project size and type). Projects have been completed timely* and to the satisfaction of the owner. Working relationships with owner personnel have been excellent.
*Blaine Street – 9 days liquidated damages (not agreed with).
*East Boise River Footbridge- items in dispute.

ACHD (Ada County Highway District)
318 E. 37th Street
Boise, ID 83714
Contact: John Edney (208) 387-6290

Miscellaneous Bridge and Road Projects (see above project list for project size and type). Projects have been completed timely and to the satisfaction of the owner. Working relationships with owner personnel have been excellent.
Meridian Rd/Park Lane still in progress on time per schedule

AJC (Al Johnson Company) (prime contractor)
3209 W. 76th Street
Minneapolis, MN 55435
Contact: Joe McGowan (612) 831-8151

IP (Idaho Power) (owner)
1221 W. Idaho
Boise, ID 83702
Contact: Operations Manager (208) 388-2200

Drilling and Blasting area for new Hydroelectric Power Plant Structure (see above project list for project size and type). Project completed timely and to the satisfaction of the

owner/prime contractor. Working relationship with owner/prime contractor personnel were excellent.

GCHD (Gem County Highway District)
415 E. Main
Emmett, ID 83617
Contact: County Commissioners (208) 365-2004

Miscellaneous Bridge Projects (see above project list for project size and type). Projects have been completed timely and to the satisfaction of the owner. Working relationship with owner personnel have been excellent.

COE (City of Emmett)
501 E. Main
Emmett, ID 83617
Contact: Public Works Dept. (208) 365-6054

Miscellaneous Bridge and Community Improvement Projects (see above project list for project size and type). Projects have been completed timely and to the satisfaction of the owner. Working relationship with owner personnel have been excellent.

USFS (United States Forest Service)/USDA (United States Department of Agriculture)
1249 S Vinnell Way
Boise, ID 83705
Contact: Cheryl R. Molis (208) 373-4150

Miscellaneous Bridge and Road Projects (see above project list for project size and type). Project have been completed timely and to the satisfaction of the owner. Working relationship with owner personnel have been excellent.

COW (City of Weiser)
Holladay Engineering
P.O. Box 235
Payette, ID 83661
Contact: Tim Grim (208) 642-3304

Bridge Project (see above project list for project size and type). Project completed timely and to the satisfaction of the owner. Working relationship with owner personnel excellent.

WCHD (Washington County Highway District)
Holladay Engineering
P.O. Box 235
Payette, ID 83661
Contact Tim Grim: (208) 642-3304

Bridge Project (see above project list for project size and type). Project completed timely and to the satisfaction of the owner. Working relationship with owner personnel excellent.

BOR (Bureau of Reclamation)
3999 E. Black Canyon Hwy
Emmett, ID 83617

Site work subcontractor (Record Steel – prime contractor) (see above project list for project size and type). Project completed timely and to the satisfaction of the owner. Working relationship with owner/prime personnel excellent.

Yanke (Yanke Machine Shop & Fabrication)
4414 S. Gekeler Lane
Boise, ID 83716
(208) 342-8901

Excavation work (subcontractor) for Flume installation (see above project list for project size and type). Project completed timely and to the satisfaction of the owner. Working relationship with owner personnel excellent.

ESD (Emmett School District)
Newby-Wiggins Construction, Inc.
4465 N. Keldoon Ave.
Boise, ID 83702
Contact Tim Newby or Neil Wiggins: (208) 346-4655

Site work (subcontractor) for new school (see above project list for project size and type). Project still in progress, on time per scheduling. Working relationship with owner/prime excellent.

DHD (Doumecq Highway District)
Ralph Kangas
P.O. Box 326
Donnelly, ID 8615
Contact: Ralph Kangas (208) 325-8755

Excavation work (subcontractor) for Bridge Repair (see above project list for project size and type). Project complete timely and to the satisfaction of the owner. Working relationship with owner/prime contractor personnel excellent.

MATERIALS TESTING & INSPECTION

# DAN E. KING
## EASTERN IDAHO MANAGER

Mr. King has performed geotechnical construction observations, materials testing, and special inspection including project management, field exploration, and laboratory testing since 1991. For the past six years, he has been the manager of materials testing firms providing engineering consulting, geotechnical, environmental and construction materials testing and inspection services. His past responsibilities have included construction monitoring and supervision of massive projects requiring expertise in construction inspection, materials testing and engineering design.

YEARS OF EXPERIENCE: 10
YEARS AT MTI: 2

**CERTIFICATIONS & AFFILIATIONS**

- ICBO Certified Special Inspector, Reinforced Concrete
- ICBO Certified Special Inspector, Reinforced Masonry
- ICBO Certified Special Inspector, Spray Applied Fire Protection.
- ACI Level I Concrete Inspector
- ACI Level II Concrete Inspector
- Western Alliance for Quality Control Transportation Construction (WAQTC)
  - Asphalt
  - Concrete
  - Aggregate
- Portable Nuclear Gauge Safety
- FEMA Disaster Inspector
- AWS D1.1 Ultrasonic Inspection Application

**EDUCATION**

Oregon Institute of Technology, Bachelor of Science, Civil Engineering

## PROJECT EXPERIENCE

**Freeport Indonesia, Lime Mine**
Performed mechanical detailing and material quantity take-offs for transfer towers and approximately 5 miles of conveyor system.

**City of Klamath Falls OR, City of Bend OR,**
**City of Nampa Idaho - Engineering Design**
Develop and design single/multi family and commercial wastewater treatment facilities. Engineering design for commercial site plans and municipal water and sewer piping systems.

**Emmett West Side Elementary**
**Emmett Idaho - Geotechnical Investigation**
Performed preliminary geotechnical investigation using drill rig and backhoe exploration methods. Performed field observations and testing during rough and fine grading. Acted in the capacity of project manager/special inspector through infrastructure and construction building material phases.

**Kuna Cave Dairy**
**Kuna Idaho - Monitor Massive Earthwork**
Massive Earthmoving project Approx 1.5-million CY to form building pads, dikes, levies, and sewage lagoons. Compaction control testing and monitoring earthwork operations.

**Crusher Control Sampling & Testing**
Nampa Paving
Boise Paving

**Crusher Control Sampling & Testing**
K&L Excavation
Monroc
Idaho Sand & Gravel
C&B Ready Mix
Center Lane Construction
Canyon Sand & Gravel
Universal Construction
Donnelly - ITD HWY
Donnelly ID
Sampled and tested soil and aggregates during road widening, reconstruction and bridge replacement improvements. Prepared and tested samples in an on-site laboratory per ITD specifications.

**Highway - East Entrance to Yellowstone National Park, WY - Soil and Aggregate Testing**
Sampled and tested soil and aggregates during road re-building improvements. Prepared and tested samples in an on-site laboratory per WFLD specifications.

**Management - Idaho Testing & Inspection, /Materials Testing & Inspection Inc.**
Responsible for day to day operations, Personnel, Marketing, Billing, Job cost estimating, Report review, preparation of contracts, project coordination & scheduling.

MATERIALS TESTING & INSPECTION

# CRIS D. MCMURTREY
## EASTERN IDAHO ASSISTANT MANAGER

Cris McMurtrey has worked in the materials testing and inspection field for five years. He has a broad experience of quality control field and laboratory testing and sampling of soils, asphalt, and concrete. Cris has worked in both fixed and portable testing laboratories for highway, and large commercial projects. He has conducted geotechnical soils investigations and has assisted in the writing of geotechnical reports.

**YEARS OF EXPERIENCE: 5**
**YEARS AT MTI: 3**

### CERTIFICATIONS & AFFILIATIONS

- NICET Level I
  - Asphalt
  - Soils
  - Concrete
- Western Alliance for Quality Control Transportation Construction (WAQTC)
  - Asphalt
  - Aggregate
  - Concrete
- National Concrete Masonry Association Testing Technician
- ICBO Certified Special Inspector Structural Masonry
- Portable Nuclear Gauge Safety
- ACI Grade I Concrete Technician
- WYDOT Certified Technician for Asphalt Concrete
- WYDOT Certified Technician for Soils and Aggregates

### EDUCATION

Idaho State University, Pocatello ID, AAS Civil Engineering Technology – 5/1996

## PROJECT EXPERIENCE

**Century High School, Pocatello, Idaho**
**Special Inspection**
Performed special inspection of reinforced concrete, structural masonry, fireproofing and minor welding. Monitored earthwork throughout the duration of the project.

Highway – **Newdale to Canyon Creek Road, *ITD District VI***
**Banbury Springs to Buhl, Idaho, *ITD District IV***
***Alpine Junction to Hoback, Wyoming DOT***
***Lead Technician** – Monitored Paving operation while performing in place nuclear density testing.*

**Wagon Wheel Resort, Jackson Wyoming**
**Geotechnical Investigation**
Performed preliminary geotechnical investigation using hollow core drilling rig. Performed all necessary lab testing on samples obtained in the field.

**Home Depot, Idaho Falls, Idaho**
**Special Inspection**
Performed special inspection of reinforced concrete, structural masonry. Monitored earthwork throughout the duration of the project.

MATERIALS TESTING & INSPECTION

# JON LAUX
## WAQTC INSPECTOR

Jon Laux is responsible and experienced in the environmental and asbestos testing in Eastern Idaho and has completed Phase I/II ESA's on several sites. He has a broad experience of quality control field and laboratory testing and sampling of soils, asphalt, and concrete. Jon has worked in fixed and portable testing laboratories for highway, and large commercial projects.

**YEARS OF EXPERIENCE: 3**
**YEARS AT MTI: 3**

**CERTIFICATIONS & AFFILIATIONS**

- Certified Asbestos Inspector
- Western Alliance for Quality Control Transportation Construction (WAQTC)
  - Asphalt
  - Embankment
  - Concrete
- Nuclear Moisture/Density Gauge Safety
- ACI Grade I Concrete Technician

**EDUCATION**

University of Idaho, B.S. Wildlife Resources, 1998
AHERA Asbestos Inspector Course, Environmental Health Sciences, Inc., Bellevue, WA
AHERA Asbestos Course Refresher, Clayton Environmental, Seattle, WA

## PROJECT EXPERIENCE

**Waterford Subdivision, Idaho Falls, ID**
Environmental Site Assessment I

**Jennie Lee Business Park, Idaho Falls, ID**
Environmental Site Assessment I

**Northwest Cosmetics, Idaho Falls, ID**
Environmental Site Assessment I

**Heritage Industrial Park, Idaho Falls, ID**
Environmental Site Assessment I

**ALCO-Stores, Soda Springs, ID**
Environmental Site Assessment I

**Spring Meadows Subdivision, Idaho Falls, ID**
Environmental Site Assessment I

**US West Building, Idaho Falls, ID**
Environmental Site Assessment I

**Rexburg Student Housing, Rexburg, ID**
Environmental Site Assessment I

**International Business Park, Idaho Falls, ID**
Environmental Site Assessment I

**O.E. Bell Renovation, Idaho Falls, ID**
Lead and Asbestos Inspection

**Walgreen's Store, Idaho Falls, ID**
Lead, Asbestos Survey & Environmental Site Assessment I

**Idaho Housing & Finance Assoc, Idaho Falls**
Asbestos Inspection

**Idaho State University Student Union Building, Pocatello, ID**
Soil and Water Sampling

**Scenic Falls Credit Union, Idaho Falls, ID**
Soil Sampling

**Alpine to Hoback, WY** Highway

**Hoff Rd to Riverside, ID** Highway

**Fifth South, Pocatello, ID** Highway

**Sugar City Interchange, ID** Highway

**Soda Springs, ID** Highway

**Astoria, WY** Crusher Control

**Sage Junction Interchange, ID** Drainage

**Sugar City Interchange, ID** Highway

**Soda Springs, ID** Highway

MATERIALS TESTING & INSPECTION

# TROY POSIO
## WAQTC INSPECTOR

Troy Posio has conducted geotechnical soils investigations and has assisted in the writing of geotechnical reports. He has a broad experience of quality control field and laboratory testing and sampling of soils, asphalt, and concrete. Troy has worked in both fixed and portable testing laboratories for highway, and commercial projects.

YEARS OF EXPERIENCE: 2
YEARS AT MTI: 2

### CERTIFICATIONS & AFFILIATIONS

- NICET Level I in Geotechnical Engineering Technology
  - Generalist
  - Laboratory
- Western Alliance for Quality Control Transportation Construction (WAQTC)
  - Aggregate
  - Concrete
- Nuclear Moisture/Density Gauge Safety
- ACI Grade I Concrete Technician

### EDUCATION

Idaho State University, Pocatello ID, B.S. Geology, 1998

## PROJECT EXPERIENCE

**Clark County High School, Dubois, ID**
**Geotechnical Investigation**
Performed preliminary geotechnical investigation. Performed all necessary lab testing on samples obtained in the field.

**Ashton Memorial Nursing Home, Ashton, ID**
**Geotechnical Investigation**
Performed preliminary geotechnical investigation. Performed all necessary lab testing on samples obtained in the field.

**Higham Office Facility, Idaho Falls, ID**
**Geotechnical Investigation**
Performed preliminary geotechnical investigation. Performed all necessary lab testing on samples obtained in the field.

**Married Student Housing, Rexburg, ID**
**Geotechnical Investigation**
Performed preliminary geotechnical investigation. Performed all necessary lab testing on samples obtained in the field.

**Mountain Laurel Subdivision, Victor, ID**
**Geotechnical Investigation**
Performed preliminary geotechnical investigation. Performed all necessary lab testing on samples obtained in the field.

**Minico High School, Minidoka County, ID**
**Geotechnical Investigation**
Performed preliminary geotechnical investigation. Performed all necessary lab testing on samples obtained in the field.

**American Falls High School, American Falls, Idaho – Special Inspection**
Performed special inspection of reinforced concrete, structural masonry. Monitored earthwork throughout the duration of the project.

**Eastern Idaho Regional Medical Center, Idaho Falls, ID – Special Inspection**
Performed special inspection of reinforced concrete, structural masonry. Monitored earthwork throughout the duration of the project.

**Newdale to Canyon Creek, ID**
Highway

**Clevland to Niter, ID**
Highway

**Ryan Street, Chubbuck, ID**

U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
P.O. Box 268
Roberts, Idaho 83444

September 28, 2001 UCI-018

Dick Standerfer, President
Universal Construction, Inc.
P.O. Box 187
Emmett, Idaho 83617

Subject: Quality Control Plan

DTFH70-01-C-00034
Camas NWR Complex
ID RRP-CAMA 101(1)

Mr. Standerfer,

The Quality Control Plan (QCP) submitted by fax on September 28. 2001, is approved with the following requirements.

1. In this most recent submission of the QCP, Miscellaneous Items of work has been omitted from the plan. Please amend the QCP by October 5, 2001, and include this omitted information.

Please contact me if you have any questions.

Sincerely,

Todd Butikofer,
Project Engineer

cc: Jane Traffalis, COE
Mark Standerfer, Universal
files

Date 10-21-04 Exhibit # 13
Case Universal Construction v. USA
Deponent Standerfer
Reporter MARTA RICE
Naegeli Reporting Corporation
(800) 528-3335 FAX (503) 227-7123

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNIVERSAL CONSTRUCTION, INC., | ) | No. 03-1502C (Senior Judge Smith) |
| Plaintiff | ) | No. 03-2370C (Senior Judge Smith |
| vs | ) | TODD BUTIKOFER |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

-----------------------------

Deposition of TODD BUTIKOFER, taken October 19, 2004, at 9:05 a.m., produced as a witness at the instance of the Plaintiff, before Dick Telford, Certified Court Reporter and Notary Public, at the Law Offices of Holden, Kidwell, Hahn, Crapo, 1000 Riverwalk Drive, Suite 200, Idaho Falls, Idaho.

T&T REPORTING

CERTIFIED SHORTHAND REPORTERS

COPY

REPORTED BY:

Dick Telford RPR, CSR

PREPARED FOR:

Mr. Larkin

Post Office Box 51020
Idaho Falls, Idaho 83405
208.529.5491 • FAX 208.529.5496 • 1.800.529.5491

REPORTER'S CERTIFICATE

STATE OF IDAHO, )
( SS
County of Bonneville )

I, Dick Telford, CSR, do hereby certify TODD BUTIKOFER, 772 North 3500 East, Menan, Idaho, 83434, was sworn to testify the truth in the within-entitled cause; that said deposition was taken at the time and place therein named; that the testimony of said witness was reported by myself, Notary Public and Certified Court Reporter; that the deposition is the record of the testimony given by the witness, as recorded on the foregoing 206 pages.

And I further certify that I am not related to any of the parties nor do I have any financial interest in the matter.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal of office this 30th day of October, 2004.

(Signed) Dick Telford

Dick Telford
Certified Court Reporter
Notary Public for Idaho
Commission expires 9/8/07

Page 53

of the handwriting on the back page, --
A No.
Q -- the very back page of this exhibit?
A No, I do not.
Q There's some documentation in the files that suggest that you are a marking engineer for the project?
A A what?
Q Marking engineer.
A I don't understand.
MR. LARKIN: Let's mark this Exhibit Eight.
(Deposition Exhibit Number Eight was marked for identification)
Q (Handing document)
A Oh, the signing, I see. Okay. Okay, yes.
Q Can you tell me were you the marking engineer for the project as well?
A Yes.
Q And what did that involve?
A That's when I talked about that I actually went out and drove -- come from the project I was currently on and drove down and actually put signs out delineating for potential bidders for the project to see where the job started and where it ended, where the borrow source -- approximate areas where the borrow sources were, where the

Page 54

bridge was, and there was even some direction signs, I believe, to get to the bridge, because it wasn't on a main road, it had a different arrow pointing to the direction.
Q Did you mark the borrow sources when you were out there?
A I put a sign in that said borrow source one and two in the general area, yes, in the general area where they were.
Q Okay. And that's when -- and you did this work in approximately June 2001?
A It would have been late June, early July.
Q Okay. And you signed off as the signing being completed on June 30?
A Okay.
Q And late June is your best guess?
A Yes.
Q Okay. So it was in late June, mid to late June, that you observed the borrow sources under water?
A Yes.
MR. LARKIN: This will be Number Nine.
(Deposition Exhibit Number Nine was marked for identification)
THE WITNESS: Would you hand me one of those cups, please?

Page 55

MR. LARKIN: Are you doing okay?
THE WITNESS: Yeah, my gum's just going.
Q (By Mr. Larkin) Can you tell me what Exhibit Nine is?
A This is -- it says Guide For Contractor's Accident Prevention Plan.
Q Was this one of the documents that Universal was required to submit and get approval of --
A Yes.
Q -- before proceeding with the work?
A Before proceeding? I don't recall if it was something that had to be done before starting or not.
Q Okay, and we can look at that later.
You received this document on September 5th?
A Yes.
Q You didn't approve it though until September 17?
A Well, it says it's not approved, and dated September 17th.
Q Oh, excuse. You didn't approve it, but you didn't respond until September 17?
A Evidently not, no.
Q Why not?
A I don't know.
Q Did you mail it back to Universal Construction?
A I am sure I did, probably with an explanation.

Page 56

Q Do you know, looking at this document, why you didn't approve it?
A Looking through it, I don't know why I didn't then.
Q Okay. Were you referring to some other resource when you were reviewing this accident prevention plan deciding whether to approve or not approve it?
A I don't understand what you're --
Q Okay. When you received this contractor's accident prevention plan did you refer to some resources to determine whether you would approve or not approve the accident prevention plan?
A What do you mean by resource?
Q When you received this plan did you just review the plan and decide whether or not to approve it, or did you consult with some authority such as a guide or a manual, or something like that?
A I don't believe there's a guide, I mean something that says this is exactly --
Q Okay.
A Other than what needs to be filled out, and I would assume that it was incomplete.
Q Okay. We can take whatever time you want to today. Can you go through and tell me why you disapproved it?

Page 57

A Well, I would like to -- I was sure I would have responded in some kind of correspondence, so without seeing that I don't know -- I don't know what I can say or not say about it.
Q Okay. So just sitting here today going through it you don't see anything in here --
A Well, I just looked through it, I mean just glanced through it.
Q Why don't you read through it and tell me if there's anything in here that you -- in your basis for disapproval, sitting here today?
A (Examining document) Like I say, I think I'm going to need the -- either the specials or the FP to know exactly what's required out of this document.
Q Did you consult with the specials or the FP when you received this document and reviewed it initially?
A Yeah.
Q You did?
A Yes.
Q Okay. And you don't recall why you disapproved it?
A No, I don't recall why I disapproved this.
Q Is there anything that you can recall that would guide the contractor in what he needs to include or not include in an accident prevention plan?

Page 58

A One more time.
MR. LARKIN: Could you read that back, please.
(The question was read by the court reporter)
A I guess being thorough in filling out the form. The form was furnished by the Federal Highway Administration.
Q So the form is self-explanatory, you think?
A Yes.
Q Okay. This is kind of a general question. How did you -- did you -- strike that. In your experience on the Camas project was it your observation that the Wildlife Refuge personnel were fairly concerned about construction materials getting into the Refuge areas that weren't shown on the plans and specifications?
A I don't understand.
Q Okay. We looked at Exhibit Seven, which showed the clear limits --
A Correct.
Q -- on the outside of the roads.
A Okay.
Q Was it your observation that the Refuge personnel were concerned about construction materials going beyond that clear limit and into the Refuge areas, the wildlife area?
A Into the wetland areas, yeah, and stuff like

Page 59

that, yes.
Q Okay. And did they express that to you in any form of words, or how did you come to that understanding?
A Well, I don't know if they said it in words. I know -- I'm sure nothing was in writing other than the fact that that's -- there were -- there are wetland areas out there that we had silt fences on to protect, you know, from soils migrating either by -- however, being just pushed out or water to getting into wetlands area, and they're typically put at or right near the clearing limit.
Q Nothing you can recall specifically about Refuge personnel telling you there's -- something like, you know, there's -- Todd, we don't want to see any of the construction material going beyond the soil fences?
A Specifically, no, I don't remember anything like that.
MR. LARKIN: Let's mark this Exhibit Ten.
(Deposition Exhibit Number Ten was marked for identification)
Q (By Mr. Larkin) Exhibit Ten is a schedule submitted to you by Universal Construction, right?
A Okay.
Q You can take a minute a look at it.
A (Examining document) Okay.

Page 60

Q Can you describe what this is?
A It looks like a bar chart schedule.
Q Okay. Is it a CPM?
A No.
Q Is it a narrative of -- a construction narrative, basically, in your opinion?
A No.
Q You received this August 30th?
A Uh-huh.
Q You rejected it September 11th?
A Uh-huh.
Q Why did it take so long to reject?
A I don't know.
Q You can't recall a reason?
A I can't recall, no.
Q Do you recall why you rejected it?
A Well, it doesn't meet the requirements. Just by looking at it right here it's a bar chart, it's a not critical path. It doesn't have several of the requirements of a critical path.
Q Where are the requirements that's missing?
A I don't know, I can't recall all of them, but it doesn't have predecessor/successor. That's the biggest thing. It's a bar chart. There's no -- there's no path of what the critical path is, there's no -- in order to

Page 61

establish a critical path you've got to have a precedessor and a successor.
Q Okay. Did you communicate the rejection to Universal by telephone or did you send a letter back?
A I would say a letter.
Q Okay. Where was your office in the first part of September 2001?
A I think I had an office set up the 1st of -- after -- or shortly, like a day or so after the holiday, Memorial Day -- Labor Day in Hamer -- or in Roberts, Idaho.
Q Okay. Just to the best of your recollection -- this is not a -- I'm not going to hold you to it -- was it like mid September?
A Well, it would have been -- either have been -- I think I got it the day after Memorial -- Labor Day, I think, is when I actually moved into the office.
Q Okay. So whatever day Labor Day was that year --
A Yeah -- yes.
Q -- it was the day following Labor Day that --
A I believe so, yes.
Q And that office was on the project site?
A It was in Roberts.
Q Oh, it was in Roberts. Okay. Excuse me.
How far from the project site was Roberts, your Roberts office?

Page 62

A Fifteen miles.
Q When you were in Roberts did you make it a habit to visit the site every day?
A I did.
Q And you told me all you can recall about the reason that you rejected Exhibit Number Ten?
A Well, I -- the ones that just stick out, yeah, in Exhibit Ten, yeah.
MR. LARKIN: Okay. Let's mark this Eleven.
(Deposition Exhibit Number Eleven was marked for identification)
Q (By Mr. Larkin) I show you Exhibit Eleven. If you can just look through it briefly.
A (Examining document) Okay.
Q What is this?
A It's a preconstruction conference agenda.
Q There's handwriting throughout this document and, obviously, signature pages on the last page, --
A Uh-huh.
Q -- but can you tell me whose handwriting it is?
A It looks like it's mine.
Q Okay. Were you at the precon meeting?
A I was.
Q Who else was at the precon meeting?

Page 63

A Well, let's look and see. (Examining document) Like I said, to my recollection, from Federal Highway Administration it was Marty Flores, Brent Coe, and myself. From the Refuge it was, I think -- I believe Gerry Deutscher was there and I believe Munoz was there, and I don't know if both of the gentlemen that helped Deutscher out there were there, I know one of them was there but I don't know if both of them -- I can't remember if both of them were there. Dick Standerfer, Mark Standerfer, and Dick's daughter, and I don't recall her name.
Q All right. Have you ever spoken with Dick Pape?
A Who.
Q Dick Pape?
A Not that I recall.
Q Okay.
A Oh, there also -- also was somebody there from MTI.
Q Okay. Do you remember that person's name?
A No, I don't. He was MTI's -- Materials Testing, Incorporated, it was Universal's testing outfit.
Q Do you recall specifically any statements made by the Universal personnel at that precon meeting?
A About --
Q About anything, do you recall anything specifically?

Page 64

A Yeah. They had concerns. I believe the guy from MTI had -- I believe they were USGS soil maps for the Refuge area and they were concerned about the quality of the borrow material, and my impression was that they would -- figured that they were going to be wet, I mean wet, gooey mud, I guess, because it was what it was, I mean the area, what it looked like, we were right up next to water working.
And I believe my reply to that was that we have no -- there was no geotechnical report done on it, the soils will be what they they're going to be and we'll deal with that.
Q Okay. We earlier looked at a document, the design narrative, that basically said you need to closely observe -- I'm paraphrasing -- but closely observe the borrow sources for quality.
A Uh-huh.
Q If you in your opinion determined that the borrow sources were not good material, what would you have done?
A What do you mean by good material?
Q A material that was unable to be compacted.
A If for -- I mean I -- you're -- you're asking a very broad question.
Q If you as a project engineer encountered government furnished material --
A Uh-huh.

Page 77

Q Do you know whether the testing that's referenced here complies with what the contract specified?
A Off the top of my head, no, I don't.
MR. LARKIN: Let's mark Number Fourteen.
(Deposition Exhibit Number Fourteen was marked for identification)
Q (By Mr. Larkin) Exhibit Fourteen is another schedule prepared by Universal. You can take a minute and look through it, if you'd like.
A (Examining document)
Q Okay. You've looked through it?
A Yes.
Q It looks like you received this September 17, 2001?
A Uh-huh.
Q Is that yes?
A Yes.
Q And you rejected this schedule October 1, 2001?
A Yes.
Q And that's by letter, UCI-020?
A Correct.
Q Do you recall sitting here today on what basis you rejected the schedule?
A Well, again it looks like it's still just a bar

Page 78

chart, it's not a critical path, and there's no successor -- predecessor/successor. That's the big things that stick out.
Q And to the best of your recollection you would have referenced that in the letter back to Universal rejecting it?
A Basically, yeah, that's my recollection, that's what I would have mentioned, yes.
Q The last two pages has some handwriting -- or actually the second to the last page has some handwriting that says, it looks like, attached for reference.
Do you see that?
A Uh-huh.
Q Is that your handwriting as well?
A I don't know. It could be but I don't -- I don't know. It does look it, but I don't -- but it doesn't.
Q You're not positive?
A I'm not positive though.
Q Okay. Do you know why this, the last two pages, would have been attached to the other pages in Exhibit Fourteen?
A No.
Q Do you know whether you attached the last two pages?
A No.

Page 79

Q Have you ever run a Primavera scheduling program?
A No.
Q Have you ever had any classes on Primavera?
A No.
(Deposition Exhibit Number Fifteen was marked for identification)
MR. LARKIN: I show you Exhibit Fifteen. For the record, Primavera is P-r-i-m-a-v-e-r-a.
THE REPORTER: Is that one word or two?
MR. LARKIN: It's one word.
THE REPORTER: Thank you.
Q (By Mr. Larkin) Can you tell me what Exhibit Fifteen is?
A Health and Safety Program for Universal Construction.
Q Received by you September 5, 2001?
A Yes.
Q This is -- September 5, 2001 was prior to the precon meeting?
A I don't know, I don't recall what date we had the precon. (Examining document) It would have been the day of the precon.
Q Okay. You rejected Exhibit Fifteen --
A Yes.

Page 80

Q -- as submitted by Universal?
A Yes.
Q And you rejected it September 17, 2001?
A Yes.
Q And you sent that rejection by mail back to Universal?
A I believe so, yes.
Q On what basis did you reject Exhibit Fifteen?
A I guess it doesn't meet the requirements. I don't recall anything other than just that.
Q Sitting here today you can't recall anything --
A No.
Q -- specific --
A No.
Q -- forming the basis for your rejection?
A I cannot.
Q And, again, the only authority you would be looking to would be the specifications and the FP's?
A FP or -- and/or special contract requirements, yes.
(Deposition Exhibit Number Sixteen was marked for identification)
Q (By Mr. Larkin) I show you Exhibit Sixteen. (Handing document) Exhibit Sixteen is the quality control