IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNIVERSAL CONSTRUCTION, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 03-1502C |
| | ) | Consolidated With |
| v. | ) | No. 03-2370C |
| | ) | (Senior Judge Smith) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

AFFIDAVIT OF THOMAS A. LARKIN

I, Thomas A. Larkin, after being first duly sworn upon oath, do depose and say:

1. I am a member of the firm of Stewart Sokol & Gray LLC. I have personal knowledge of the following facts. I make this Affidavit in support of Universal Construction Inc.'s ("UCI") Opposition to Defendant's Amended Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment.

2. Attached hereto are true and correct copies of the following documents, which have been produced in discovery in this matter and identified during depositions in this matter:

A. Attached as pages 1-4 of Plaintiff's Appendix is a true and correct copy of Camas National Wildlife Refuge ID RRP Cama 101(1), Design Narrative;

B. Attached as pages 5-6 of Plaintiff's Appendix is a true and correct copy of Steenblik Expert Report (Pages 10-11);

C. Attached as pages 7-32 of Plaintiff's Appendix is a true and correct copy of Section H of Camas Contract, Mitigation Permit;

D. Attached as pages 33-55 of Plaintiff's Appendix is a true and correct copy of Camas NWR Complex Project Plans;

E. Attached as pages 56-58 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Richard Pape Volume I;

F. Attached as pages 59-60 of Plaintiff's Appendix is a true and correct copy of FHWA Letter Accepting Universal Construction Inc. Offer August 21, 2001;

G. Attached as pages 61-63 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Richard Pape Volume II;

H. Attached as pages 64-67 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Richard Standerfer;

I. Attached as pages 68-69 of Plaintiff's Appendix is a true and correct copy of FHWA Notice of Termination for Default, June 20, 2002;

J. Attached as pages 70-73 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, William Parsons;

K. Attached as pages 74-75 of Plaintiff's Appendix is a true and correct copy of William Parsons' Email Re Call From Camas NWR Sub Regarding Payment;

L. Attached as pages 76-82 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Rance Bare;

M. Attached as pages 83-85 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Jane Traffalis;

N. Attached as pages 86-88 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Gerald Deutscher;

O. Attached as pages 89-93 of Plaintiff's Appendix is a true and correct copy of FP-96, Section 704.-SOIL;

P. Attached as pages 94 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Richard Standerfer;

Q. Attached as pages 95 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Jane Traffalis;

R. Attached as pages 96 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Rance Bare;

S. Attached as pages 97-98 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Jane Traffalis;

T. Attached as pages 99-106 of Plaintiff's Appendix is a true and correct copy of Universal Construction, Camas NWR Complex Project Schedules;

U. Attached as pages 107 of Plaintiff's Appendix is a true and correct copy of FHWA Letter Rejectin Quality Control Plan, September 11, 2001;

V. Attached as pages 108-118 of Plaintiff's Appendix is a true and correct copy of UCI Quality Control Plan Modification;

W. Attached as pages 119-129 of Plaintiff's Appendix is a true and correct copy of FHWA Letter Rejecting Revised Quality Control Plan, September 17, 2001;

X. Attached as pages 130-173 of Plaintiff's Appendix is a true and correct copy of UCI Letter Re Revised Quality Control Plan September 18, 2001;

Y. Attached as pages 174 of Plaintiff's Appendix is a true and correct copy of FHWA Letter Re Revised Quality Control Plan,, September 27, 2001;

Z. Attached as pages 175-200 of Plaintiff's Appendix is a true and correct copy of UCI Letter Re Revised Quality Control Plan September 18, 2001;

AA. Attached as pages 201 of Plaintiff's Appendix is a true and correct copy of FHWA Letter Re Revised Quality Control Plan, September 28, 2001;

BB. Attached as pages 202-207 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Todd Butikofer;

CC. Attached as pages 208 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Richard Pape Volume I;

DD. Attached as pages 209-210 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Todd Butikofer;

EE. Attached as pages 211 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Jane Traffalis;

FF. Attached as pages 212 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Richard Pape I;

GG. Attached as pages 213 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Rance Bare;

HH. Attached as pages 214-215 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Richard Standerfer;

II. Attached as pages 216 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Todd Butikofer;

JJ. Attached as pages 217-221 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Alfred Stites;

KK. Attached as pages 222-224 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Todd Butikofer;

LL. Attached as pages 225-239 of Plaintiff's Appendix is a true and correct copy of MCI Moisture Density Report;

MM. Attached as pages 240-243 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Lloyd Steenblik;

NN. Attached as pages 244-246 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Craig Sanders;

OO. Attached as pages 247-249 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, David Cram;

PP. Attached as pages 250-251 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Jane Traffalis;

QQ. Attached as pages 252-254 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Rance Bare;

RR. Attached as pages 255-257 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Daniel Christianson;

SS. Attached as pages 258 of Plaintiff's Appendix is a true and correct copy of Project Engineers Diary;

TT. Attached as pages 259-260 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Jane Traffalis;

UU. Attached as pages 261-262 of Plaintiff's Appendix is a true and correct copy of FHWA Project Engineer Daily Log, November 6, 2001;

VV. Attached as pages 263 of Plaintiff's Appendix is a true and correct copy of FHWA Letter to UCI, November 23, 2001;

WW. Attached as pages 264-266 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Todd Butikofer;

XX. Attached as pages 167 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Craig Sanders;

YY. Attached as pages 268-270 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Karl Languirand;

ZZ. Attached as pages 271 of Plaintiff's Appendix is a true and correct copy of FHWA Project Engineer Daily Log, October 15, 2001;

AAA. Attached as pages 272 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Todd Butikofer;

BBB. Attached as pages 273 of Plaintiff's Appendix is a true and correct copy of FHWA Letter Re Revised Quality Control Plan, September 27, 2001;

CCC. Attached as pages 274 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Karl Languirand ;

DDD. Attached as pages 275-277 of Plaintiff's Appendix is a true and correct copy of Index of Contract Clauses;

EEE. Attached as pages 278-284 of Plaintiff's Appendix is a true and correct copy of FP-96, Section 204., Excavation and Embankment;

FFF. Attached as pages 285 of Plaintiff's Appendix is a true and correct copy of Depostition Excerpt, David Cram;

GGG. Attached as pages 286 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Richard Standerfer;

HHH. Attached as pages 287-288 of Plaintiff's Appendix is a true and correct copy of MTI Letter Re:Copies of MTI Reports Related to the Camas NWR Complex;

III. Attached as pages 289 of Plaintiff's Appendix is a true and correct copy of Deposition Excerpt, Richard Pape Volume I;

JJJ. Attached as pages 290 of Plaintiff's Appendix is a true and correct copy of USDOT Special Contract Requirements Cover Page.

KKK. Attached as pages 291 of Plaintiff's Appendix is a true and correct copy of USDOT Contract 101(1) Cover Page; and

LLL. Attached as pages 292-293 of Plaintiff's Appendix is a true and correct copy of Special Contract Requirement's Table of Contents.

DATED this 4th day of November, 2005

Thomas A. Larkin

SUBSCRIBED AND SWORN to before me this 4th day of November, 2005.

OFFICIAL SEAL
KERRIE M GRAY
NOTARY PUBLIC–OREGON
COMMISSION NO. 367509
MY COMMISSION EXPIRES APR 9, 2007

Notary Public for Oregon
My Commission Expires: 04/09/07

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2005, a copy of the foregoing AFFIDAVIT OF THOMAS A. LARKIN was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John Spencer Stewart
JOHN SPENCER STEWART
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Tel: (503) 221-0699
Fax: (503) 223-5706

November 4, 2005