IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNIVERSAL CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 03-1502C |
| v. | ) | Consolidated With |
| | ) | No. 03-2370C |
| THE UNITED STATES, | ) | (Sr. Judge Smith) |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION**

Plaintiff respectfully moves the Court for an order allowing enlargement of the page limitation for response to motions, provided in RCFC 5.2 (b)(2). Plaintiff requests waiver of the 30 page limit, allowing plaintiff to file a 31 page Opposition to Defendant's Amended Motion for Summary Judgment and Plaintiff's Cross-Motion for Partial Summary Judgment, in order for plaintiff to adequately address the matters at issue.

Respectfully submitted,

**s/ John Spencer Stewart**

JOHN SPENCER STEWART
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Tel: (503) 221-0699
Attorney for Plaintiff

November 7, 2005.

CERTIFICATE OF FILING

I hereby certify that on this 7th day of November, 2005, a copy of the foregoing **PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/ John Spencer Stewart**
JOHN SPENCER STEWART
STEWART SOKOL & GRAY LLC
2300 S.W. First Avenue, Suite 200
Portland, Oregon 97201-5047
Tel: (503) 221-0699
Fax: (503) 223-5706

November 7, 2005

W:\WORK\Clients G-J\Ins Co of West\Universal Construction\SDS\Pleadings\Motion.Exceed Page Limit.Oppo Memo & X-MSJ.wpd