# In the United States Court of Federal Claims

| | | |
|---|---|---|
| UNIVERSAL CONSTRUCTION, INC. | * | |
| *Plaintiff,* | * | No. 03-1502C<br>Consolidated With<br>No. 03-2370C |
| v. | * | |
| THE UNITED STATES, | * | Filed: November 14, 2005 |
| *Defendant.* | * | Senior Judge Smith |

**ORDER**

Pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, and with the concurrence of Judge Margolis, the Clerk of the Court is hereby directed to transfer this case to the docket of Judge Margolis for the efficient administration of justice.

**It is so ORDERED**.

s/Loren A. Smith
LOREN A. SMITH
Senior Judge