IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNIVERSAL CONSTRUCTION, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 03-1502C |
| | ) | Consolidated With |
| v. | ) | No. 03-2370C |
| | ) | (Senior Judge Margolis) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S SUPPLEMENTAL APPENDIX

**DOCUMENT:** **PAGE**

Standard Specifications for the Construction of Roads and Bridges on Federal Highway Projects ("FP-96"), Preface ........ 1

Notice to Bidders, Page A-1 of Camas Contract ........ 2

FP-96, Subsection 101.02 ........ 3

FP-96, Subsection 107.01 ........ 4

# PREFACE

These Standard Specifications for the Construction of Roads and Bridges on Federal Highway Projects are issued primarily for constructing roads and bridges on Federal Highway projects under the direct administration of the Federal Highway Administration. These specifications are cited as "FP-96" indicating Standard Specifications issued in 1996.

When designated in a contract, the FP-96 becomes part of the contract and binding upon all parties to the contract. All construction contracts of the Federal Highway Administration are also governed by the following regulations.

- Federal Acquisition Regulation (FAR), Title 48, Code of Federal Regulations, Chapter 1.
- Transportation Acquisition Regulation (TAR), Title 48, Code of Federal Regulations, Chapter 12.

The FAR and TAR regulations are not included in the FP-96. However, some FAR and TAR clauses are supplemented in the FP-96. A complete copy of the FAR is available from the Superintendent of Documents, Congressional Sales Office, U.S. Government Printing Office, Washington, DC 20402.

The International System of Units (SI) is used in the FP-96 as required by Public Law 100-418 (1988 Omnibus Trade and Competitiveness Act) and Executive Order 12770 (Metric Usage in Federal Government Programs).

## NOTICE TO BIDDERS

The project work is located 50 kilometers north of Idaho Falls in Jefferson County, Idaho.

Signs have been erected to show the beginning and end of the project.

No Government personnel will be available for show-me tours.

This solicitation and subsequent contract are governed by the Federal Acquisition Regulation (FAR), agency supplemental regulations, and the Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects, FP-96.

This solicitation contains two price evaluation factors. One factor may add 10% to your bid if we receive a bid from a Hubzone small business concern; see FAR Clause 52.219-4. The second factor may add 10% to your bid if we receive a bid from a small disadvantaged business concern located in Alabama, Arkansas, Kentucky, Louisiana, Mississippi, Oklahoma, Tennessee, or Texas; see FAR Clause 52.219-23.

The penal amount of payment bonds at the time of contract award shall be 100 percent of the original contract price.

Insurance requirements are set forth in Subsection 107.05 of the Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects, FP-96. Notice to Proceed will not be issued until Certificate of Insurance is submitted to the Contracts Section.

Particular attention should be paid to Standard Form 1442, Solicitation, Offer and Award, to assure that Blocks 14, 15, 16, 19, 20A, and 20C are completed correctly. Block 20B must be signed according to the instructions in Subsection 102.02. As provided in the instructions, an offer from a corporation must provide evidence from the corporation that the person signing the bid has authority to bind the corporation. In addition, the representations and certifications contained in the Contract Provisions beginning on page B-1 must be completed. Failure to furnish or complete any of the above may result in your bid being considered nonresponsive and being rejected.

Facsimile or telegraphic bids are not authorized for this solicitation. Bids may be modified or withdrawn by facsimile or telegraphic notice, if such notice is received by the time specified for receipt of bids. The Government will not be responsible for any failure attributable to the transmission or receipt of telegraphic or facsimile data. See FAR Provision 52.214-5, Submission of Bids. FAX (360) 696-7932.

## Section 101. –TERMS, FORMAT, AND DEFINITIONS

**101.01 Meaning of Terms.** These specifications are generally written in the imperative mood. In sentences using the imperative mood, the subject, *"the Contractor"*, is implied. Also implied in this language is *"shall"*, *"shall be"*, or similar words and phrases. In material specifications, the subject may also be the supplier, fabricator, or manufacturer supplying material, products, or equipment for use on the project.

Wherever *"directed"*, *"required"*, *"prescribed"*, or other similar words are used, the *"direction"*, *"requirement"*, or *"order"* of the Contracting Officer is intended. Similarly, wherever *"approved"*, *"acceptable"*, *"suitable"*, *"satisfactory"*, or similar words are used, the words mean *"approved by"*, *"acceptable to"*, or *"satisfactory to"* the Contracting Officer.

The word *"will"* generally pertains to decisions or actions of the Contracting Officer.

**101.02 Specifications Format.** These specifications are divided into 10 Divisions.

Division 100 consists of general contract requirements for which no direct payment is made. The requirements contained in Division 100 are applicable to all contracts.

Division 150 consists of project contract requirements that are applicable to all contracts. Work under Division 150 is paid for directly when there is a pay item in the bid schedule. When there is no pay item in the bid schedule, no direct payment is made.

Divisions 200 through 600 consist of construction contract requirements for specific items of work. Work under these Divisions is paid for directly or indirectly according to Subsection 109.05 and the Section ordering the work.

Division 700 contains the material requirements for Divisions 150 through 600. No direct payment is made in Division 700. Payment for material is included as part of the work required in Divisions 150 through 600.

The first three digits of the pay item number identify the Section under which the work is performed.

**101.03 Abbreviations.** Whenever these abbreviations are used in the specifications, they represent the following:

**(a) Acronyms.**

## Section 107.–LEGAL RELATIONS AND RESPONSIBILITY TO THE PUBLIC

**107.01 Laws to be Observed.** FAR Clause 52.236-7 - Permits and Responsibilities is supplemented as follows.

Comply with all applicable laws, ordinances, safety codes, regulations, orders, and decrees. Protect and indemnify the Government and its representatives against any claim or liability arising from or based on the alleged violation of the same.

All permits and agreements obtained by the Government for performing the work are included in the contract. Comply with the requirements of these permits and/or agreements. Obtain all additional permits or agreements and modifications to Government obtained permits or agreements that are required by the Contractor's methods of operation.

**107.02 Protection and Restoration of Property and Landscape.** FAR Clause 52.236-9 - Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements is supplemented as follows.

Preserve public and private property and protect monuments established for the purpose of perpetuating horizontal, vertical, cadastral, or boundary control. When necessary to destroy a monument, reestablish the monument according to applicable state statute or by the direction of the agency or individual who established the monument.

Do not disturb the area beyond the construction limits.

Do not excavate, remove, damage, alter, or deface any archeological or paleontological remains or specimens. Control the actions of employees and subcontractors on the project to ensure that protected sites are not disturbed or damaged. Should any of these items be encountered, suspend operations at the discovery site, notify the CO, and continue operations in other areas. The CO will inform the Contractor when operations may resume at the discovery site.

When utilities are to be relocated or adjusted, the Government will notify all utility owners affected by the relocations or adjustments. The relocations or adjustments will be performed by others within the time frames specified, or otherwise as soon as practicable.

CERTIFICATE OF SERVICE

I hereby certify that on this 22th day of December, 2005, a copy of the foregoing PLAINTIFF'S SUPPLEMENTAL APPENDIX was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John Spencer Stewart
JOHN SPENCER STEWART
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Tel: (503) 221-0699
Fax: (503) 223-5706

December 22, 2005