IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNIVERSAL CONSTRUCTION, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-1502C<br>Consolidated With<br>No. 03-2370C<br>(Senior Judge Margolis) |

AFFIDAVIT OF THOMAS A. LARKIN

I, Thomas A. Larkin, after being first duly sworn upon oath, do depose and say:

1. I am a member of the firm of Stewart Sokol & Gray LLC. I have personal knowledge of the following facts. I make this Affidavit in support of Universal Construction Inc.'s ("UCI") Opposition to Defendant's Amended Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment.

2. Attached hereto are true and correct copies of the following documents, which have been produced in discovery in this matter and identified during depositions in this matter:

A. Attached as page 1 of Plaintiff's Supplemental Appendix is a true and correct copy of the preface to the Standard Specifications for the Construction of Roads and Bridges on Federal Highway Projects ("FP-96");

B. Attached as page 2 of Plaintiff's Supplemental Appendix is a true and correct copy of the Notice to Bidders on page A-1 of the Camas National Wildlife Refuge project ("Camas project");

C. Attached as page 3 of Plaintiff's Supplemental Appendix is a true and correct copy of FP-96, subsection 101.02;

D. Attached as page 4 of Plaintiff's Supplemental Appendix is a true and correct copy of FP-96, subsection 107.01.

DATED this 22th day of December, 2005

Thomas A. Larkin

SUBSCRIBED AND SWORN to before me this 22th day of December, 2005.

OFFICIAL SEAL
CARLA Z JONES
NOTARY PUBLIC-OREGON
COMMISSION NO. 396329
MY COMMISSION EXPIRES AUG. 22, 2009

Carla Z Jones
Notary Public for Oregon
My Commission Expires: 8-22-09

W:\Work\Clients G-J\Ins Co of West\Universal Construction\SDS\Pleadings\Reply.Affidavit.Larkin.Exhibits.wpd

CERTIFICATE OF SERVICE

I hereby certify that on this 22th day of December, 2005, a copy of the foregoing AFFIDAVIT OF THOMAS A. LARKIN was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John Spencer Stewart
JOHN SPENCER STEWART
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Tel: (503) 221-0699
Fax: (503) 223-5706

December 22, 2005