# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| UNIVERSAL CONSTRUCTION, INC., * | |
| Plaintiff, * | |
| v. * | Nos. 03-1502C, 03-2370C |
| THE UNITED STATES, * | (Filed: January 4, 2006) |
| Defendant. * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

A hearing in court on the parties' cross-motions for summary judgment in the above captioned case will be held on Thursday, February 2, 2006, at 1:00 p.m. The courtroom shall be noted on the court calendar posted in the directory of the first floor lobby.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims