# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
UNIVERSAL CONSTRUCTION, INC., *
Plaintiff, *
v. * Nos. 03-1502C, 03-2370C
THE UNITED STATES, * (Filed: May 19, 2006)
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

A status conference by telephone is set for Wednesday, June 14, 2006, at 3:30 p.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims