# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
UNIVERSAL CONSTRUCTION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Nos. 03-1502C, 03-2370C

(Filed: June 20, 2006)

**O R D E R**

A status conference by telephone was held in the above-captioned case on June 14, 2006.

**It is hereby ORDERED:**

1. The next status conference shall be held by telephone on Thursday, July 27, 2006, at 11:00 a.m. ET. The Court will initiate the conference call.

2. A one-week trial in the above case shall commence on Monday, December 4, 2006, at 9:30 a.m. in Washington, DC.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims