# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
UNIVERSAL CONSTRUCTION, INC., *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Nos. 03-1502C, 03-2370C

(Filed: August 2, 2006)

**O R D E R**

A status conference by telephone was held in the above-captioned case on July 27, 2006.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, September 20, 2006, at 2:30 p.m. ET. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims